Lawrence D. Levit, Esq.
**ABRAHAM, FRUCHTER**
   **& TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050

*Proposed Lead Counsel*

[Additional Counsel on Signature Block]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>    Defendants. | CASE NO.: 2:23-cv-04064-KM-JBC<br><br>**DECLARATION OF LAWRENCE D. LEVIT IN SUPPORT OF MOTION OF GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br><br>**MOTION DATE:  November 6, 2023** |

I, Lawrence D. Levit, declare:

1.    I am an attorney with the law firm Abraham, Fruchter & Twersky, LLP, am a member of the Bar of the State of New Jersey and admitted to practice before this Court.  I submit this Declaration in support of General Retirement System of the City of Detroit's ("Detroit") motion for: (i) appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and (ii) approval of its selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel for the class.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit "1" is a true and correct copy of the Complaint filed in the action *Gen. Ret. Sys. of the City of Detroit v. AT&T Inc., et al.*, No. 1:23-cv-07351-JLR (S.D. N.Y.) (Aug. 18, 2023) (the "*Detroit* Action").

3.    Attached hereto as Exhibit "2" is a true and correct copy of the notice of pendency of the above-entitled action published over *Business Wire*, a national, business-oriented news wire service, on July 28, 2023.

4.    Attached hereto as Exhibit "3" is a true and correct copy of the notice of pendency of the *Detroit* Action published over *Globe Newswire Business Wire*, a national, business-oriented news wire service, on August 29, 2023.

- 1 -

5.      Attached hereto as Exhibit "4" is a true and correct copy of the certification executed on behalf of Detroit which demonstrates its class standing and requisite financial interest in the outcome of the litigation.

6.      Attached hereto as Exhibit "5" is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of September 2023, at New York, New York.

                                                            *s/ Lawrence D. Levit*
                                                            LAWRENCE D. LEVIT