# EXHIBIT 3

**AF&T**

ABRAHAM, FRUCHTER & TWERSKY, LLP

*Source:* *Abraham, Fruchter & Twersky, LLP*

*August 29, 2023 08:30 ET*

# Abraham, Fruchter & Twersky LLP Notifies Shareholders of a Class Action Lawsuit on Behalf of Investors who Acquired Shares of AT&T Inc. (NYSE: T)

NEW YORK, Aug. 29, 2023 (GLOBE NEWSWIRE) -- Abraham, Fruchter & Twersky, LLP (www.aftlaw.com), a nationally recognized law firm that focuses on protecting investors' rights, announces its filing of a class action lawsuit on behalf of investors who purchased AT&T common stock captioned *General Retirement System of the City of Detroit v. AT&T Inc.*, No. 23-cv-07351 (S.D.N.Y.).

The AT&T class action lawsuit seeks to represent purchasers or acquirers of publicly traded AT&T Inc. (NYSE: T) securities between November 2, 2018 and July 26, 2023, inclusive (the "Class Period"). The AT&T class action lawsuit alleges that AT&T and certain of its top current and former executive officers violated the Securities Exchange Act of 1934. The first-filed complaint relating to the matters alleged in this action is captioned *Brazinsky v. AT&T Inc.*, No. 23-cv-03996 (D.N.J.), and was filed on July 28, 2023.

If you suffered substantial losses and would like to discuss serving as lead plaintiff of the AT&T class action lawsuit, please contact Mitchell M.Z. Twersky or Lawrence D. Levit by email at MTwersky@aftlaw.com and LLevit@aftlaw.com, or telephone at (212) 279-5050. There is no cost or obligation to you. Lead plaintiff motions for the AT&T class action lawsuit must be filed with the court no later than September 26, 2023.

The AT&T class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) AT&T owns telecommunications cables around the country that are highly toxic due to their being wrapped in lead, and which harm AT&T employees and non-employees alike; (ii) AT&T faces potentially significant litigation risk, regulatory risk, and reputational harm as a result of its ownership of these lead-covered cables and the health risks stemming from their presence around the United States; and (iii) AT&T was warned about the damage and risks presented by these cables but did not disclose them as a potential threat to employee safety or to everyday people and communities.

Abraham, Fruchter & Twersky, LLP (www.aftlaw.com), is a law firm based in New York with an office in California, that has extensive experience in litigating securities law violations on behalf of investors.

Attorney advertising. Prior results do not guarantee similar outcomes.