# EXHIBIT 4

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, David Cetlinski, as Executive Director of the General Retirement System of the City of Detroit ("Detroit GRS"), having the authority to enter into and execute this Certification on behalf of Detroit GRS, hereby certify as follows:

1. I have reviewed the complaint against AT&T Inc. prepared by counsel in the above-captioned case and have authorized its filing and a motion for Detroit GRS's appointment as lead plaintiff.

2. Detroit GRS did not engage in transactions of the AT&T Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3. Detroit GRS is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Detroit GRS's transactions during the relevant period in the AT&T Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5. During the three-year period preceding the date of this Certification, Detroit GRS has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *Allegheny County Employees Retirement System v. Energy Transfer LP et al.*, No. 2:20-cv-00200-GAM (E.D. Pa.); *In re Allergan PLC Sec. Litig.*, No. 18 CIV. 12089 (CM) (GWG) (S.D.N.Y.); *City of Fort Lauderdale Police and Firefighters Retirement System v. Pegasystems Inc., et al.*, No. 1:22-cv-11220-WGY (D. Mass.); and *Rammohan v. Stanley Black & Decker, Inc.*, No. 3:23-cv-00369-KAD (D. Conn.).

6. Detroit GRS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _18th_ day of August, 2023.

**DAVID CETLINSKI**
Executive Director
General Retirement System of the City of Detroit

## Schedule A

General Retirement System Of The City Of Detroit
Transactions in AT&T Inc.

| Ticker | Trade Date | Transaction | Number Shares | Price / Share |
|--------|-----------|-------------|---------------|---------------|
| T | 11/27/2018 | BUY | 5,816 | 30.2580 |
| T | 12/14/2018 | BUY | 332 | 30.1959 |
| T | 12/14/2018 | BUY | 127 | 30.1430 |
| T | 12/18/2018 | SELL | (22,600) | 29.7500 |
| T | 12/21/2018 | BUY | 500 | 28.3100 |
| T | 01/16/2019 | BUY | 240 | 30.5600 |
| T | 01/16/2019 | SELL | (3,213) | 30.5225 |
| T | 03/13/2019 | SELL | (3,842) | 30.2800 |
| T | 04/04/2019 | SELL | (9,214) | 32.0128 |
| T | 04/11/2019 | BUY | 8,058 | 32.1824 |
| T | 05/07/2019 | SELL | (4,104) | 30.5300 |
| T | 05/22/2019 | BUY | 541 | 32.3672 |
| T | 06/04/2019 | BUY | 300 | 31.4800 |
| T | 06/19/2019 | SELL | (3,804) | 32.4100 |
| T | 07/10/2019 | BUY | 130 | 33.7600 |
| T | 07/12/2019 | BUY | 781 | 33.5729 |
| T | 07/15/2019 | BUY | 781 | 33.6645 |
| T | 07/17/2019 | BUY | 667 | 33.4347 |
| T | 07/17/2019 | BUY | 667 | 33.4410 |
| T | 07/17/2019 | BUY | 1,111 | 33.4499 |
| T | 07/17/2019 | BUY | 889 | 33.4684 |
| T | 07/17/2019 | BUY | 1,111 | 33.4480 |
| T | 08/27/2019 | BUY | 217 | 34.8307 |
| T | 09/09/2019 | SELL | (6,070) | 36.9983 |
| T | 10/01/2019 | BUY | 300 | 37.4500 |
| T | 10/25/2019 | BUY | 7,192 | 36.9477 |
| T | 11/11/2019 | BUY | 4,950 | 39.2484 |
| T | 11/22/2019 | SELL | (32,824) | 37.7500 |
| T | 11/26/2019 | BUY | 15,057 | 37.0350 |
| T | 12/20/2019 | BUY | 427 | 39.1500 |
| T | 02/24/2020 | SELL | (6,004) | 38.0500 |
| T | 03/02/2020 | BUY | 196 | 36.5889 |
| T | 03/20/2020 | BUY | 325 | 28.4500 |
| T | 03/23/2020 | BUY | 345 | 27.1951 |
| T | 05/12/2020 | BUY | 150 | 29.0150 |
| T | 06/17/2020 | SELL | (1,904) | 30.2600 |
| T | 06/24/2020 | SELL | (4,915) | 29.4601 |
| T | 06/24/2020 | SELL | (13,558) | 29.4093 |

| Ticker | Trade Date | Transaction | Number Shares | Price / Share |
|---|---|---|---|---|
| T | 06/25/2020 | SELL | (1,977) | 29.5525 |
| T | 06/26/2020 | SELL | (1,304) | 29.0800 |
| T | 09/18/2020 | BUY | 122 | 28.9300 |
| T | 10/14/2020 | SELL | (9,074) | 27.4900 |
| T | 11/23/2020 | SELL | (3,092) | 28.6200 |
| T | 12/09/2020 | SELL | (23,215) | 31.4085 |
| T | 02/04/2021 | BUY | 4,543 | 28.8900 |
| T | 03/31/2021 | BUY | 16,556 | 30.7300 |
| T | 03/31/2021 | BUY | 960 | 30.2700 |
| T | 03/31/2021 | SELL | (16,556) | 30.7300 |
| T | 04/06/2021 | BUY | 108 | 30.8500 |
| T | 05/07/2021 | BUY | 4,773 | 32.1600 |
| T | 06/18/2021 | SELL | (574) | 28.6500 |
| T | 06/25/2021 | SELL | (193) | 28.8900 |
| T | 06/30/2021 | SELL | (21,041) | 28.7342 |
| T | 10/22/2021 | BUY | 110 | 25.5150 |
| T | 12/17/2021 | SELL | (1,169) | 23.7800 |
| T | 12/17/2021 | SELL | (2,361) | 23.7800 |
| T | 03/18/2022 | BUY | 1,275 | 23.2200 |
| T | 03/18/2022 | BUY | 40 | 23.2200 |
| T | 06/17/2022 | BUY | 3,556 | 19.3800 |
| T | 09/16/2022 | BUY | 8,606 | 16.7400 |
| T | 12/14/2022 | BUY | 293 | 18.9000 |
| T | 12/16/2022 | BUY | 8,161 | 18.4900 |
| T | 02/09/2023 | SELL | (2,815) | 18.9700 |
| T | 02/22/2023 | SELL | (913) | 19.3800 |
| T | 03/17/2023 | BUY | 8,676 | 18.1300 |
| T | 03/27/2023 | SELL | (1,954) | 18.8700 |
| T | 04/11/2023 | SELL | (5,138) | 19.6900 |
| T | 04/25/2023 | SELL | (919) | 17.5100 |
| T | 06/16/2023 | BUY | 17,718 | 16.0600 |
| T | 07/11/2023 | SELL | (1,363) | 15.2300 |