Robert A. Hoffman
Andrew J. Heo
**BARRACK, RODOS & BACINE**
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
Facsimile: (973) 297-1485
rhoffman@barrack.com
aheo@barrack.com

*Liaison Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br><br>Defendants. | No. 2:23-cv-04064-KM-JBC<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ROBERT A. HOFFMAN IN FURTHER SUPPORT OF THE MOTION OF NEW MEXICO STATE INVESTMENT COUNCIL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL<br><br>MOTION DAY: November 6, 2023<br><br>ORAL ARGUMENT REQUESTED |

I, Robert A. Hoffman, declare as follows:

1.      I am a member in good standing of the bar of the State of New Jersey and of this Court.  I am a member of the law firm of Barrack Rodos & Bacine ("Barrack Rodos"), liaison counsel for proposed Lead Plaintiff New Mexico State Investment Council ("NMSIC") in the above-captioned securities class action.  I make this declaration in further support of NMSIC's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.

2.      Attached hereto as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:       Declaration of Gautam S. Gujral;

EXHIBIT B:       Declaration of James Grayson;

EXHIBIT C:       Declaration of Chad Coffman;

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 23rd day of October, 2023.

/s/ *Robert A. Hoffman*
Robert A. Hoffman

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of October 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Robert A. Hoffman*
Robert A. Hoffman