# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br><br>Defendants. | No. 2:2023-cv-04064-KM-JBC<br><br>CLASS ACTION<br><br>DECLARATION OF JAMES GRAYSON IN FURTHER SUPPORT OF THE MOTION OF NEW MEXICO STATE INVESTMENT COUNCIL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL<br><br>MOTION DAY: November 6, 2023 |

I, James Grayson, as Chief Deputy Attorney General in the Office of the Attorney General of the State of New Mexico on behalf of the New Mexico State Investment Council ("NMSIC"), declare as follows:

1.     NMSIC's Class Period transactions in all debt securities issued by AT&T, Inc. ("AT&T") are reflected in Exhibit A, attached hereto;

2.     Besides the transactions reflected in Exhibit A and my certification in support of NMSIC's motion for Lead Plaintiff appointment, *see* ECF No. 11-4, NMSIC did not trade in any security issued by AT&T or in any security tied to the value of AT&T during the Class Period (*e.g.*, options, swaps).

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 23rd day of October, 2023.

James Grayson
*Chief Deputy Attorney General in the
Office of the Attorney General of the
State of New Mexico on behalf of the
New Mexico State Investment Council*

2

# EXHIBIT A

## TRANSACTIONS IN AT&T, INC. DEBT SECURITIES

| CUSIP | Transaction Type * | Transaction Date | Par Value | Price (% of Par Value) |
|---|---|---|---|---|
| 00206RBK7 | Exchange Out | 9/24/2020 | ($48,000.00) | 95.2120 |
| 00206RBK7 | Exchange Out | 12/10/2020 | ($17,000.00) | 95.2120 |
| | | | | |
| 00206RCG5 | Exchange Out | 9/24/2020 | ($86,000.00) | 99.6360 |
| 00206RCG5 | Exchange Out | 12/10/2020 | ($64,000.00) | 99.6360 |
| | | | | |
| 00206RCP5 | Purchase | 12/6/2022 | $2,070,000.00 | 93.4540 |
| | | | | |
| 00206RCQ3 | Purchase | 9/23/2019 | $700,000.00 | 111.1160 |
| 00206RCQ3 | Exchange Out | 9/24/2020 | ($145,000.00) | 100.8899 |
| 00206RCQ3 | Exchange Out | 9/24/2020 | ($1,400,000.00) | 104.0402 |
| | | | | |
| 00206RDJ8 | Exchange Out | 9/25/2020 | ($75,000.00) | 92.9653 |
| 00206RDJ8 | Exchange Out | 9/25/2020 | ($43,000.00) | 92.6293 |
| 00206RDJ8 | Sale | 11/2/2020 | ($257,000.00) | 112.8750 |
| 00206RDJ8 | Exchange Out | 12/11/2020 | ($449,000.00) | 92.9653 |
| | | | | |
| 00206RDR0 | Exchange Out | 9/28/2020 | ($450,000.00) | 100.3951 |
| 00206RDR0 | Exchange Out | 9/28/2020 | ($790,000.00) | 99.5290 |
| | | | | |
| 00206RDS8 | Purchase | 2/4/2020 | $595,000.00 | 126.5650 |
| 00206RDS8 | Exchange Out | 9/28/2020 | ($1,805,000.00) | 109.2898 |
| 00206RDS8 | Exchange Out | 9/28/2020 | ($1,100,000.00) | 100.3080 |
| | | | | |
| 00206RDT6 | Sale | 3/27/2019 | ($310,000.00) | 108.3590 |
| 00206RDT6 | Sale | 4/1/2019 | ($670,000.00) | 107.2810 |
| | | | | |
| 00206RFU1 | Purchase | 1/29/2019 | $1,650,000.00 | 95.6020 |
| 00206RFU1 | Purchase | 1/3/2020 | $625,000.00 | 122.3960 |
| 00206RFU1 | Exchange Out | 9/28/2020 | ($2,275,000.00) | 102.9630 |
| | | | | |
| 00206RFZ0 | Sale | 1/25/2019 | ($500,000.00) | 99.9732 |
| 00206RFZ0 | Purchase | 4/4/2019 | $500,000.00 | 100.6430 |

| CUSIP | Transaction Type * | Transaction Date | Par Value | Price (% of Par Value) |
|---|---|---|---|---|
| 00206RFZ0 | Sale | 6/12/2019 | ($500,000.00) | 100.5820 |
| | | | | |
| 00206RGL0 | Exchange In | 11/28/2018 | $2,132,000.00 | 99.6263 |
| 00206RGL0 | Sale | 9/18/2019 | ($700,000.00) | 107.8590 |
| 00206RGL0 | Sale | 11/2/2020 | ($1,432,000.00) | 115.1610 |
| | | | | |
| 00206RGQ9 | Purchase | 3/13/2019 | $150,000.00 | 99.3340 |
| 00206RGQ9 | Purchase | 3/19/2019 | $50,000.00 | 99.6600 |
| 00206RGQ9 | Sale | 11/20/2020 | ($200,000.00) | 118.9270 |
| | | | | |
| 00206RHJ4 | Purchase | 2/13/2019 | $900,000.00 | 99.5080 |
| 00206RHJ4 | Sale | 11/2/2020 | ($900,000.00) | 116.8340 |
| | | | | |
| 00206RHK1 | Purchase | 2/13/2019 | $15,000.00 | 95.3870 |
| 00206RHK1 | Purchase | 2/13/2019 | $160,000.00 | 95.2910 |
| 00206RHK1 | Purchase | 3/12/2019 | $475,000.00 | 97.9900 |
| 00206RHK1 | Exchange Out | 9/28/2020 | ($650,000.00) | 97.2656 |
| | | | | |
| 00206RHW5 | Exchange In | 6/6/2019 | $655,000.00 | 99.2320 |
| 00206RHW5 | Exchange Out | 12/15/2020 | ($655,000.00) | 99.2320 |
| | | | | |
| 00206RJZ6 | Purchase | 5/21/2020 | $4,700,000.00 | 99.6900 |
| 00206RJZ6 | Sale | 5/27/2021 | ($4,700,000.00) | 100.8540 |
| | | | | |
| 00206RKA9 | Purchase | 5/21/2020 | $970,000.00 | 99.6130 |
| 00206RKA9 | Purchase | 5/21/2020 | $4,700,000.00 | 99.6130 |
| 00206RKA9 | Sale | 4/6/2021 | ($150,000.00) | 96.8280 |
| 00206RKA9 | Sale | 4/8/2021 | ($210,000.00) | 96.4650 |
| 00206RKA9 | Sale | 4/13/2021 | ($590,000.00) | 96.3100 |
| 00206RKA9 | Sale | 4/14/2021 | ($20,000.00) | 96.1030 |
| 00206RKA9 | Sale | 9/24/2021 | ($400,000.00) | 105.6510 |
| 00206RKA9 | Sale | 10/29/2021 | ($150,000.00) | 104.1960 |
| 00206RKA9 | Sale | 6/17/2022 | ($4,150,000.00) | 77.1720 |
| | | | | |
| 00206RKD3 | Purchase | 10/29/2021 | $150,000.00 | 97.0790 |
| 00206RKD3 | Sale | 5/26/2022 | ($150,000.00) | 79.2610 |
| | | | | |

| CUSIP | Transaction Type * | Transaction Date | Par Value | Price (% of Par Value) |
|---|---|---|---|---|
| 00206RKJ0 | Exchange In | 9/10/2021 | $1,093,000.00 | 84.4909 |
| 00206RKJ0 | Exchange In | 9/10/2021 | $961,000.00 | 81.8186 |
| 00206RKJ0 | Purchase | 7/17/2023 | $700,000.00 | 67.7310 |
| | | | | |
| 00206RLJ9 | Exchange In | 9/10/2021 | $607,000.00 | 100.6590 |
| 00206RLJ9 | Exchange In | 9/10/2021 | $225,000.00 | 85.3298 |
| | | | | |
| 00206RLV2 | Exchange In | 9/10/2021 | $2,110,000.00 | 86.2299 |
| 00206RLV2 | Exchange In | 9/10/2021 | $2,757,000.00 | 87.7747 |
| 00206RLV2 | Exchange In | 9/10/2021 | $2,367,000.00 | 80.3623 |
| 00206RLV2 | Sale | 4/28/2022 | ($120,000.00) | 77.4410 |
| | | | | |
| 00206RMC3 | Exchange In | 9/24/2020 | $101,000.00 | 84.8386 |
| 00206RMC3 | Exchange In | 9/28/2020 | $547,407.00 | 82.5306 |
| 00206RMC3 | Exchange In | 9/28/2020 | $772,804.50 | 81.8093 |
| 00206RMC3 | Exchange In | 9/28/2020 | $961,003.40 | 81.8186 |
| 00206RMC3 | Sale | 9/28/2020 | ($407.00) | 99.4177 |
| 00206RMC3 | Sale | 9/28/2020 | ($804.50) | 99.4183 |
| 00206RMC3 | Sale | 9/28/2020 | ($3.40) | 99.4118 |
| 00206RMC3 | Exchange In | 9/29/2020 | $278,939.25 | 95.6329 |
| 00206RMC3 | Sale | 9/29/2020 | ($939.25) | 99.4176 |
| 00206RMC3 | Sale | 1/8/2021 | ($310,000.00) | 95.3640 |
| 00206RMC3 | Sale | 1/12/2021 | ($35,000.00) | 95.1840 |
| 00206RMC3 | Sale | 1/12/2021 | ($260,000.00) | 95.0030 |
| 00206RMC3 | Exchange Out | 9/10/2021 | ($1,093,000.00) | 84.4909 |
| 00206RMC3 | Exchange Out | 9/10/2021 | ($961,000.00) | 81.8186 |
| | | | | |
| 00206RMD1 | Exchange In | 9/24/2020 | $54,000.00 | 84.6329 |
| 00206RMD1 | Exchange In | 9/24/2020 | $171,000.00 | 85.5499 |
| 00206RMD1 | Exchange In | 9/24/2020 | $1,652,000.00 | 88.1697 |
| 00206RMD1 | Exchange In | 9/25/2020 | $607,000.00 | 100.6590 |
| 00206RMD1 | Exchange In | 9/28/2020 | $123,387.00 | 79.6656 |
| 00206RMD1 | Sale | 9/28/2020 | ($387.00) | 99.4031 |
| 00206RMD1 | Sale | 11/2/2020 | ($1,775,000.00) | 95.5800 |
| 00206RMD1 | Exchange Out | 9/10/2021 | ($607,000.00) | 100.6590 |
| 00206RMD1 | Exchange Out | 9/10/2021 | ($225,000.00) | 85.3298 |
| | | | | |

3

| CUSIP | Transaction Type * | Transaction Date | Par Value | Price (% of Par Value) |
|---|---|---|---|---|
| 00206RME9 | Exchange In | 9/25/2020 | $636,000.00 | 98.7833 |
| 00206RME9 | Exchange In | 9/25/2020 | $86,000.00 | 81.0744 |
| 00206RME9 | Exchange In | 9/25/2020 | $49,000.00 | 81.2869 |
| 00206RME9 | Exchange In | 9/25/2020 | $925,000.00 | 82.0892 |
| 00206RME9 | Exchange In | 9/28/2020 | $2,809,056.25 | 83.3877 |
| 00206RME9 | Exchange In | 9/28/2020 | $2,286,537.90 | 86.2737 |
| 00206RME9 | Exchange In | 9/28/2020 | $1,393,458.00 | 79.1834 |
| 00206RME9 | Sale | 9/28/2020 | ($56.25) | 99.3778 |
| 00206RME9 | Sale | 9/28/2020 | ($537.90) | 99.3828 |
| 00206RME9 | Sale | 9/28/2020 | ($458.00) | 99.3821 |
| 00206RME9 | Sale | 11/20/2020 | ($150,000.00) | 101.0310 |
| 00206RME9 | Sale | 1/6/2021 | ($735,000.00) | 95.9510 |
| 00206RME9 | Sale | 1/7/2021 | ($373,000.00) | 95.5830 |
| 00206RME9 | Sale | 1/7/2021 | ($77,000.00) | 95.6600 |
| 00206RME9 | Purchase | 3/2/2021 | $1,040,000.00 | 91.6280 |
| 00206RME9 | Sale | 5/26/2021 | ($350,000.00) | 97.0220 |
| 00206RME9 | Sale | 8/27/2021 | ($305,000.00) | 102.7590 |
| 00206RME9 | Exchange Out | 9/10/2021 | ($2,110,000.00) | 86.2299 |
| 00206RME9 | Exchange Out | 9/10/2021 | ($2,757,000.00) | 87.7747 |
| 00206RME9 | Exchange Out | 9/10/2021 | ($2,367,000.00) | 80.3623 |
| | | | | |
| 00206RMF6 | Exchange In | 12/15/2020 | $748,000.00 | 86.8943 |
| 00206RMF6 | Sale | 8/26/2021 | ($748,000.00) | 99.5630 |
| | | | | |
| 00206RMG4 | Exchange In | 12/10/2020 | $78,000.00 | 81.7526 |
| 00206RMG4 | Exchange In | 12/10/2020 | $19,000.00 | 85.1897 |
| 00206RMG4 | Exchange In | 12/11/2020 | $526,000.00 | 79.3563 |
| 00206RMG4 | Exchange Out | 9/10/2021 | ($78,000.00) | 81.7526 |
| 00206RMG4 | Exchange Out | 9/10/2021 | ($545,000.00) | 79.5597 |
| | | | | |
| 00206RML3 | Purchase | 3/19/2021 | $3,760,000.00 | 99.8330 |
| 00206RML3 | Sale | 5/26/2021 | ($365,000.00) | 100.8310 |
| 00206RML3 | Sale | 8/27/2021 | ($285,000.00) | 101.2960 |
| 00206RML3 | Sale | 4/28/2022 | ($140,000.00) | 92.7470 |
| | | | | |
| 00206RMN9 | Exchange In | 9/10/2021 | $78,000.00 | 81.7526 |
| 00206RMN9 | Exchange In | 9/10/2021 | $545,000.00 | 79.5597 |

4

| CUSIP | Transaction Type * | Transaction Date | Par Value | Price (% of Par Value) |
|---|---|---|---|---|
|  |  |  |  |  |
| 0020A2CK6 | Purchase | 4/5/2023 | $3,200,000.00 | 94.4900 |

**\*** Transaction types listed as "Exchange In" and "Exchange Out" indicate instances where AT&T debt securities were exchanged for other AT&T debt securities.