# EXHIBIT C

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all other similarly situated, | Case No. 2:23-cv-04064-KM-JBC |
| Plaintiff, | |
| vs. | |
| AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS, | |
| Defendants. | |

## DECLARATION OF CHAD COFFMAN

I, Chad Coffman, declare as follows:

1. I am the President of Global Economics Group, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, in the context of securities litigation. Much of my career has been spent analyzing and making inferences about how quickly and reliably, and to what degree, new information impacts securities prices.

2. I hold a Bachelor's Degree in Economics with Honors from Knox College and a Master's of Public Policy from the University of Chicago. I am also a CFA charter-holder. The CFA, or Chartered Financial Analyst, designation is awarded to those

1

who have sufficient practical experience and complete a rigorous series of three

examinations over three years that cover a wide variety of financial topics including

financial statement analysis and valuation.

3.  I, along with several others, founded Global Economics Group on March 25,

2008.  Prior to starting Global Economics Group, I was employed by Chicago Partners

LLC for over twelve years where I was responsible for conducting and managing

analysis in a wide variety of areas including securities valuation and damages, labor

discrimination, and antitrust.  I have been engaged numerous times as a valuation

expert both within and outside the litigation context.  My experience in class action

securities cases includes work for plaintiffs, defendants, D&O insurers, and a

prominent mediator (Retired Judge Daniel Weinstein) to provide economic analysis

and opinions in dozens of securities class actions as well as other matters.

4.  I am being compensated for my time working in this matter at a fixed hourly rate that

is not dependent on the result of the action or any motion therein.

5.  I have been asked to calculate the market capitalization changes in AT&T Common

Stock and potentially relevant AT&T bonds during the period from July 10, 2023

through and including July 27, 2023 (the "Revelation Period").[1]

6.  To perform this calculation, it is necessary to select a universe of potentially relevant

AT&T bonds to analyze.  I have not made any assessment as to whether purchasers of

stock or bonds suffered losses due to the alleged fraud but have selected a list of bonds

---

[1] I understand that this date range matches the period between the first and last alleged corrective revelations in the complaint.  ECF No. 1 ¶¶36-52.

2

by taking a broad (but not limitless) view of what bonds may potentially be relevant to this action.  As a result, I have identified 83 bonds[2] (the "Selected AT&T Bonds") to include when assessing market price declines of bonds during the Revelation Period.  As described in footnote 2, these bonds were selected based on criteria such as being denominated in U.S. currency, having an issue date prior to the last alleged corrective revelation, and having reported trading during the Revelation Period.  The inclusion of

---

[2] I obtained a list of active AT&T and AT&T subsidiary bonds and a list of inactive AT&T and AT&T subsidiary bonds from Thomson Reuters Eikon on October 4, 2023.  Bonds from the lists were excluded for the following reasons: (1) field "Issue Date" is 7/27/2023 or later; (2) field "Maturity Date" is 7/7/2023 or earlier; (3) field "Currency" is anything other than "U.S. Dollar"; (4) field "Country of Issue" is "Eurobond"; (5) field "Issuer" is anything other than "AT&T, Inc."; (5) field "Instrument Type" is "Commercial Paper" or "Depositary Share of Preferred Stock"; and (7) fields "ISIN" and "Cusip" are both "--".  Separately, Counsel provided me with a list of 67 CUSIPs.  The remaining bonds from Thomson Reuters Eikon combined with the list from Counsel resulted in a universe of 164 CUSIPs in total.  Of these 164 CUSIPs, I identified 81 CUSIPs that could not be analyzed over the Revelation Period (thus resulting in 83 remaining CUSIPs) for the reasons described below:

33 CUSIPs were associated with securities that were called prior to the Revelation Period (*i.e.*, 843486AK7; 030177BM0; 843486AL5; 84349CAB3; 84349CAA5; 84349CAC1; 843486AP6; 00206QAN4; 00206QAR5; 00206QAS3; 00206R201; 00211G208; 00206REL2; 00206REM0; 00206REN8; 00206REP3; 00206REQ1; 00206RCX8; 00206RCY6; 00206RCL4; 00206RCZ3; 00206RAZ5; 00206RDB5; 00206RHP0; 00206RHR6; 00206RHS4; 00206RDP4; 00206RCE0; 00206RDC3; 00206RDD1; 00206RCN0; 00206RCT7; and 00206RMH2).

21 CUSIPs were associated with securities that were exchanged/converted prior to the Revelation Period (*i.e.*, 00206QAP9; 00206REU2; 00206REV0; 00206REW8; 00206REY4; 00206REZ1; 00206RFC1; 00206RFD9; 00206RFE7; 00206RFF4; 00206RFG2; 00206RFH0; 00206RFK3; 00206RFL1; 00206RFN7; 00206RFP2; 00206RFQ0; 00206RFT4; 00206RFV9; 00206RBG6; and 00206RBJ0).

15 CUSIPs were associated with securities that have not traded since a date prior to the Revelation Period according to Thomson Reuters Eikon (*i.e.*, 00206RFM9; 00206RDL3; 00206RGY2; 00206RME9; 00206RGZ9; 00206RER9; 00206RMF6; 00206RES7; 04650NAA2; 00206RHC9; 00206RJA1; 00206RHD7; 00206RMC3; 00206RFA5; and 00206RGG1).

9 CUSIPs were associated with securities that did not have data available according to Thomson Reuters Eikon (*i.e.*, 0020A3YL8; 00206RGK2; 00206RFR8; 00206R300; 00206R409; 00206RHB1; 00206RFB3; 00206RFJ6; and 00206RDM1).

2 CUSIPs were associated with securities that matured before the Revelation Period (*i.e.*, 0020A3TC4 and 0020A3TD2).

1 CUSIP was associated with a security that was put prior to the Revelation Period (*i.e.*, 00206QAA2).

3

a bond in the Selected AT&T Bonds does not convey any opinion as to whether that bond suffered losses due to the alleged fraud in this action.

7. Exhibit 1 displays the market capitalization changes for AT&T Common Stock and the Selected AT&T Bonds over the Revelation Period, based on the analysis and assumptions described in the footnotes of that exhibit. The market capitalization of AT&T Common Stock declined by $7,870.5 million (that is, approximately $7.9 billion) over the Revelation Period. The market capitalization of the Selected AT&T Bonds declined by a total of $461.3 million over the Revelation Period. Thus, the total market capitalization decline in AT&T Common Stock and the Selected AT&T Bonds over the Revelation Period was $8,331.8 million.[3] This means that the total market capitalization decline of the Selected AT&T Bonds represents 5.5% of the total market capitalization decline in AT&T Common Stock and the Selected AT&T Bonds over the Revelation Period.[4,5]

I declare under penalty of perjury that, to my knowledge, the foregoing is true and correct. Executed on October 23, 2023 in Chicago, Illinois.

Chad Coffman

---

[3] Calculated as $461.3 million plus $7,870.5 million.

[4] Calculated as $461.3 million divided by $8,331.8 million.

[5] Given that damages in Section 10(b) cases like this one are generally limited to reductions in market values in the wake of the revelation of the relevant truth (*i.e.*, corrective revelations), the change in total market capitalization around the corrective revelations represents a reasonable proxy for the maximum potential damages that could be recovered. Typically, actual damages are less than the market capitalization change because only investors that purchased during the relevant period, rather than all investors, would be able to recover.

**Exhibit 1**
# Market Capitalization Changes Over the Revelation Period
## for AT&T Common Stock and the Selected AT&T Bonds

| # | CUSIP [1] | Coupon [2] | Maturity Date [2] | Market Capitalization (in millions) [3] | | |
|---|---|---|---|---|---|---|
| | | | | as of the Last Day Before the Revelation Period [4] | as of the First Day After the Revelation Period [5] | Change Over the Revelation Period |
| | | | | [A] | [B] | [C] = [B] - [A] |
| | AT&T Common Stock [6] | | | $111,603 | $103,732 | -$7,870.5 |
| 1 | 00206RHQ8 | 7.57% | 02/01/24 | $51.1 | $50.0 | -$1.0 |
| 2 | 00206RMJ8 | 0.90% | 03/25/24 | $2,173.4 | $2,178.9 | $5.5 |
| 3 | 00206RGD8 | 6.85% | 06/12/24 | $1,627.8 | $1,625.3 | -$2.5 |
| 4 | 00206RHT2 | 3.88% | 01/15/26 | $292.2 | $291.9 | -$0.3 |
| 5 | 00206RMP4 | 5.54% | 02/20/26 | $1,747.1 | $1,749.9 | $2.8 |
| 6 | 00206RGH9 | 7.13% | 03/15/26 | $244.1 | $245.4 | $1.2 |
| 7 | 00206RML3 | 1.70% | 03/25/26 | $2,724.8 | $2,713.8 | -$11.0 |
| 8 | 00206RHV7 | 2.95% | 07/15/26 | $337.3 | $337.0 | -$0.3 |
| 9 | 00206RGJ5 | 7.30% | 08/15/26 | $22.0 | $21.9 | -$0.1 |
| 10 | 00206RHW5 | 3.80% | 02/15/27 | $721.1 | $718.8 | -$2.3 |
| 11 | 00206RDQ2 | 4.25% | 03/01/27 | $1,440.0 | $1,434.5 | -$5.5 |
| 12 | 00206RJX1 | 2.30% | 06/01/27 | $2,233.0 | $2,233.5 | $0.6 |
| 13 | 00206RGN6 | 6.55% | 01/15/28 | $118.5 | $119.0 | $0.5 |
| 14 | 00206RHX3 | 6.95% | 01/15/28 | $45.7 | $42.4 | -$3.3 |
| 15 | 00206RKG6 | 1.65% | 02/01/28 | $1,917.4 | $1,913.3 | -$4.1 |
| 16 | 00206RGL0 | 4.10% | 02/15/28 | $1,630.1 | $1,630.2 | $0.1 |
| 17 | 00206RGM8 | 6.38% | 06/01/28 | $100.3 | $95.4 | -$5.0 |
| 18 | 00206RHJ4 | 4.35% | 03/01/29 | $2,851.2 | $2,844.0 | -$7.2 |
| 19 | 00206RGP1 | 6.50% | 03/15/29 | $6.6 | $6.6 | $0.0 |
| 20 | 00206RHY1 | 6.63% | 05/15/29 | $190.2 | $191.5 | $1.3 |
| 21 | 00206RGQ9 | 4.30% | 02/15/30 | $2,943.7 | $2,941.2 | -$2.4 |
| 22 | 00206RGR7 | 7.88% | 02/15/30 | $193.8 | $183.5 | -$10.3 |
| 23 | 00206RGV8 | 8.75% | 03/01/31 | $219.0 | $202.3 | -$16.8 |
| 24 | 00206RHZ8 | 7.63% | 04/15/31 | $137.6 | $132.5 | -$5.1 |
| 25 | 00206RJY9 | 2.75% | 06/01/31 | $2,483.0 | $2,478.9 | -$4.1 |
| 26 | 00206RGS5 | 6.88% | 10/15/31 | $121.5 | $113.7 | -$7.8 |
| 27 | 00206RGU0 | 8.75% | 11/15/31 | $70.7 | $69.6 | -$1.1 |
| 28 | 00206RGT3 | 7.13% | 12/15/31 | $163.8 | $164.2 | $0.5 |
| 29 | 00206RKH4 | 2.25% | 02/01/32 | $1,952.7 | $1,945.4 | -$7.3 |
| 30 | 00206RMM1 | 2.55% | 12/01/33 | $2,871.3 | $2,872.2 | $0.9 |
| 31 | 00206RMT6 | 5.40% | 02/15/34 | $2,698.1 | $2,695.0 | -$3.1 |
| 32 | 78387GAM5 | 6.45% | 06/15/34 | $176.4 | $172.1 | -$4.3 |
| 33 | 00206RGX4 | 6.55% | 06/15/34 | $154.7 | $146.2 | -$8.5 |

## Exhibit 1
## Market Capitalization Changes Over the Revelation Period
## for AT&T Common Stock and the Selected AT&T Bonds

| # | CUSIP [1] | Coupon [2] | Maturity Date [2] | as of the Last Day Before the Revelation Period [4] [A] | as of the First Day After the Revelation Period [5] [B] | Change Over the Revelation Period [C] = [B] - [A] |
|---|---|---|---|---|---|---|
| 34 | 78387GAQ6 | 6.15% | 09/15/34 | $259.4 | $260.1 | $0.7 |
| 35 | 00206RGW6 | 6.00% | 11/15/34 | $81.3 | $70.6 | -$10.8 |
| 36 | 00206RCP5 | 4.50% | 05/15/35 | $2,251.8 | $2,243.5 | -$8.4 |
| 37 | 00206RAB8 | 6.80% | 05/15/36 | $135.4 | $132.0 | -$3.3 |
| 38 | 00206RJC7 | 6.50% | 11/15/36 | $134.7 | $123.4 | -$11.3 |
| 39 | 00206RDR0 | 5.25% | 03/01/37 | $1,010.2 | $1,019.5 | $9.3 |
| 40 | 00206RFW7 | 4.90% | 08/15/37 | $629.4 | $624.5 | -$4.9 |
| 41 | 00206RAD4 | 6.50% | 09/01/37 | $106.8 | $111.0 | $4.1 |
| 42 | 00206RAG7 | 6.30% | 01/15/38 | $548.7 | $545.8 | -$2.9 |
| 43 | 00206RAN2 | 6.40% | 05/15/38 | $141.5 | $147.7 | $6.2 |
| 44 | 00206RAS1 | 6.55% | 02/15/39 | $385.2 | $381.2 | -$4.0 |
| 45 | 00206RHK1 | 4.85% | 03/01/39 | $862.8 | $852.0 | -$10.8 |
| 46 | 00206RJD5 | 6.20% | 03/15/40 | $215.0 | $209.4 | -$5.7 |
| 47 | 00206RDE9 | 6.35% | 03/15/40 | $77.6 | $76.4 | -$1.1 |
| 48 | 00206RJE3 | 6.10% | 07/15/40 | $217.2 | $206.0 | -$11.2 |
| 49 | 00206RDF6 | 6.00% | 08/15/40 | $414.6 | $407.8 | -$6.8 |
| 50 | 04650NAB0 | 5.35% | 09/01/40 | $585.5 | $584.1 | -$1.4 |
| 51 | 00206RDG4 | 6.38% | 03/01/41 | $327.6 | $319.8 | -$7.8 |
| 52 | 00206RJF0 | 6.25% | 03/29/41 | $305.4 | $301.2 | -$4.2 |
| 53 | 00206RJZ6 | 3.50% | 06/01/41 | $1,869.7 | $1,854.1 | -$15.6 |
| 54 | 00206RBA9 | 5.55% | 08/15/41 | $525.8 | $527.0 | $1.2 |
| 55 | 00206RJG8 | 5.38% | 10/15/41 | $136.3 | $130.3 | -$6.0 |
| 56 | 00206RDH2 | 5.15% | 03/15/42 | $292.0 | $291.4 | -$0.6 |
| 57 | 00206RJH6 | 4.90% | 06/15/42 | $117.8 | $119.3 | $1.5 |
| 58 | 00206RBH4 | 4.30% | 12/15/42 | $1,084.1 | $1,063.6 | -$20.6 |
| 59 | 00206RKD3 | 3.10% | 02/01/43 | $450.3 | $454.2 | $3.9 |
| 60 | 00206RJJ2 | 5.35% | 12/15/43 | $153.5 | $156.0 | $2.5 |
| 61 | 00206RJK9 | 4.65% | 06/01/44 | $400.4 | $394.1 | -$6.3 |
| 62 | 00206RCG5 | 4.80% | 06/15/44 | $412.8 | $392.5 | -$20.3 |
| 63 | 00206RBK7 | 4.35% | 06/15/45 | $904.0 | $899.4 | -$4.7 |
| 64 | 00206RJL7 | 4.85% | 07/15/45 | $270.5 | $276.6 | $6.2 |
| 65 | 00206RCQ3 | 4.75% | 05/15/46 | $1,599.6 | $1,579.6 | -$20.0 |
| 66 | 00206RHA3 | 5.15% | 11/15/46 | $677.5 | $686.9 | $9.3 |
| 67 | 00206RCU4 | 5.65% | 02/15/47 | $797.5 | $792.5 | -$4.9 |

Note: Market Capitalization (in millions) [3]

## Exhibit 1
## Market Capitalization Changes Over the Revelation Period
## for AT&T Common Stock and the Selected AT&T Bonds

| # | CUSIP [1] | Coupon [2] | Maturity Date [2] | Market Capitalization (in millions) [3] | | |
|---|---|---|---|---|---|---|
| | | | | as of the Last Day Before the Revelation Period [4] | as of the First Day After the Revelation Period [5] | Change Over the Revelation Period |
| | | | | [A] | [B] | [C] = [B] - [A] |
| 68 | 00206RDS8 | 5.45% | 03/01/47 | $504.6 | $509.7 | $5.2 |
| 69 | 00206RDJ8 | 4.50% | 03/09/48 | $1,425.5 | $1,414.5 | -$11.0 |
| 70 | 00206RDK5 | 4.55% | 03/09/49 | $774.5 | $765.0 | -$9.6 |
| 71 | 00206RFU1 | 5.15% | 02/15/50 | $540.7 | $532.1 | -$8.6 |
| 72 | 00206RKA9 | 3.65% | 06/01/51 | $2,152.7 | $2,117.4 | -$35.2 |
| 73 | 00206RKE1 | 3.30% | 02/01/52 | $662.7 | $641.1 | -$21.6 |
| 74 | 00206RKJ0 | 3.50% | 09/15/53 | $5,126.0 | $5,065.9 | -$60.1 |
| 75 | 00206RMD1 | 3.55% | 09/15/55 | $4.7 | $2.9 | -$1.8 |
| 76 | 00206RLJ9 | 3.55% | 09/15/55 | $5,079.3 | $5,011.5 | -$67.8 |
| 77 | 00206RDT6 | 5.70% | 03/01/57 | $322.0 | $321.2 | -$0.9 |
| 78 | 00206RMG4 | 3.80% | 12/01/57 | $0.2 | $0.2 | $0.0 |
| 79 | 00206RMN9 | 3.80% | 12/01/57 | $4,139.0 | $4,099.0 | -$40.0 |
| 80 | 00206RFS6 | 5.30% | 08/15/58 | $157.1 | $149.3 | -$7.8 |
| 81 | 00206RLV2 | 3.65% | 09/15/59 | $4,371.0 | $4,447.0 | $76.0 |
| 82 | 00206RKB7 | 3.85% | 06/01/60 | $1,055.8 | $1,034.7 | -$21.1 |
| 83 | 00206RKF8 | 3.50% | 02/01/61 | $437.3 | $428.8 | -$8.5 |

| | |
|---|---|
| Market Capitalization Change in the Selected AT&T Bonds [1] | -$461.3 |
| Market Capitalization Change in AT&T Common Stock [2] | -$7,870.5 |
| Total Market Capitalization Change [1] + [2] = [3] | -$8,331.8 |
| Bonds as a Percentage of Total [1] ÷ [3] = [4] | 5.5% |

Sources: Bond data was obtained from Thomson Reuters Eikon, sourcing from TRACE FINRA.  Stock data was obtained from S&P Capital IQ.
Notes:
(1) The criteria for identifying the 83 Selected AT&T Bonds is described in footnote 2 of the declaration.
(2) According to Thomson Reuters Eikon.
(3) Market capitalization for bonds is calculated as the closing price multiplied by notes outstanding.  Amount Outstanding was obtained from Thomson Reuters Eikon (using the fields "TR.FiOriginalAmountIssued" and "TR.CA.AmtOutstanding") and divided by 1,000 to obtain notes outstanding.  Prices were obtained from Thomson Reuters Eikon (using the field "TRDPRC_1.Close") and multiplied by 10 to obtain closing price.
(4) The last trading day through 7/7/2023 (the trading day before 7/10/2023, the first alleged corrective revelation) that Thomson Reuters Eikon has both a price and an amount outstanding value.  If there is no date that meets these criteria, the first date before 7/27/2023 (the last alleged corrective revelation) that meets these criteria is used.
(5) The first trading day starting on 7/27/2023 (the last alleged corrective revelation) that Thomson Reuters Eikon has both a price and an amount outstanding value.
(6) AT&T Common Stock market capitalization is calculated as the closing price multiplied by shares outstanding on that day.  Daily closing prices for AT&T Common Stock were obtained from S&P Capital IQ. Shares outstanding of AT&T Common Stock is based on values obtained from the AT&T SEC Form 10-Q for the quarterly period ended June 30, 2023 (i.e., 7,149,425,297 shares from 6/30/2023 through 7/23/2023, calculated as 7,620,748,598 shares issued minus 471,323,301 treasury shares as of 6/30/2023, and 7,149,000,000 shares from 7/24/2023 through the last alleged corrective revelation).