Robert A. Hoffman
Andrew J. Heo
**BARRACK, RODOS & BACINE**
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
Facsimile: (973) 297-1485
rhoffman@barrack.com
aheo@barrack.com

*Liaison Counsel*

[Additional counsel appears on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>    v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>                        Defendants. | No. 2:2023-cv-04064-KM-JBC<br><br>CLASS ACTION<br><br>REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF NEW MEXICO STATE INVESTMENT COUNCIL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL<br><br>MOTION DAY: November 6, 2023<br><br>ORAL ARGUMENT REQUESTED |

**<u>TABLE OF AUTHORITIES</u>**

**Page(s)**

**Statutes**

15 U.S.C. § 78u–4(a)(3)(B)(iii)(I)(bb-cc) ........................................................................................1

NMSIC[1] respectfully submits this reply memorandum in further support of its Lead Plaintiff Motion and in opposition to all competing Lead Plaintiff motions.

All motions for Lead Plaintiff appointment were filed on September 26, 2023 (ECF Nos. 5, 9-14), and all oppositions were filed October 23, 2023 (ECF Nos. 28-30). Those filings leave no doubt that NMSIC should be appointed.

No party has so much as suggested any concerns regarding NMSIC's fitness (*e.g.*, typicality, adequacy, etc.) to serve as Lead Plaintiff. Therefore, because the only movant potentially alleging a larger loss than NMSIC is the NYC Funds,[2] the only question before the Court is which of those two movants to appoint.[3]

The answer is clear: the NYC Funds cannot be appointed because they are subject to disqualifying unique defenses due to their "net gainer" status and are atypical of the Class. *See* ECF No. 30. Thus, NMSIC is the qualified movant with the greatest financial interest and should be appointed as Lead Plaintiff.

NMSIC respectfully requests the Court appoint NMSIC as Lead Plaintiff, approve its selection of Labaton Sucharow LLP as Lead Counsel and Barrack Rodos & Bacine as Liaison Counsel, and deny the competing motions.

---

[1] Unless otherwise noted, all defined terms remain unchanged from those in New Mexico State Investment Council ("NMSIC")'s opening motion. *See* ECF No. 11.

[2] "NYC Funds" refers to the Lead Plaintiff movants referenced in ECF No. 14.

[3] 15 U.S.C. § 78u–4(a)(3)(B)(iii)(I)(bb-cc) (among movants who "satisf[y] the requirements of Rule 23 of the Federal Rules of Civil Procedure[,]" the movant with "the largest financial interest" shall be appointed as Lead Plaintiff).

DATED: October 30, 2023                           Respectfully submitted,

*/s/ Robert A. Hoffman*
Robert A. Hoffman                                 Eric J. Belfi
Andrew J. Heo                                     Francis P. McConville (admitted *pro*
**BARRACK, RODOS & BACINE**                       *hac vice)*
One Gateway Center                                **LABATON SUCHAROW LLP**
Suite 2600                                        140 Broadway
Newark, NJ 07102                                  New York, NY 10005
Telephone: (973) 297-1484                         Telephone: (212) 907-0700
Facsimile: (973) 297-1485                         Facsimile: (212) 818-0477
rhoffman@barrack.com                              ebelfi@labaton.com
aheo@barrack.com                                  fmcconville@labaton.com

*Additional Counsel for Proposed Lead*            *Counsel for Proposed Lead Plaintiff*
*Plaintiff New Mexico State Investment*           *New Mexico State Investment Council*
*Council and Proposed Liaison Counsel*            *and Proposed Lead Counsel for the*
*for the Class*                                   *Class*

                                                  Raul Torrez, Attorney General
                                                  James Grayson, Chief Deputy
                                                  Attorney General
                                                  **OFFICE OF THE NEW MEXICO**
                                                  **ATTORNEY GENERAL**
                                                  Post Office Drawer 1508
                                                  Santa Fe, NM 87504-1508
                                                  Telephone: (505) 490-4052
                                                  jgrayson@nmag.gov

                                                  *Additional Counsel for Proposed Lead*
                                                  *Plaintiff New Mexico State Investment*
                                                  *Council*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Robert A. Hoffman*
Robert A. Hoffman