# EXHIBIT A

**AT&T Inc. (T)**                                                      **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 11/30/2018 | 111,047 | 12/12/2018 | (2,300) |
| 11/30/2018 | 23,296 | 12/12/2018 | (13,000) |
| 11/30/2018 | 78,677 | 12/12/2018 | (25,100) |
| 12/21/2018 | 2,847 | 12/12/2018 | (49,101) |
| 12/21/2018 | 2,000 | 12/14/2018 | (75,745) |
| 12/21/2018 | 35,935 | 5/31/2019 | (24,568) |
| 12/21/2018 | 3,400 | 5/31/2019 | (66,667) |
| 12/21/2018 | 5,510 | 5/31/2019 | (69,584) |
| 12/21/2018 | 7,400 | 5/31/2019 | (5,140) |
| 12/21/2018 | 600 | 5/31/2019 | (22,400) |
| 12/21/2018 | 11,148 | 5/31/2019 | (24,100) |
| 12/21/2018 | 55,357 | 5/31/2019 | (17,118) |
| 12/27/2018 | 20,836 | 5/31/2019 | (800) |
| 12/27/2018 | 7,072 | 5/31/2019 | (4,200) |
| 12/27/2018 | 162,456 | 5/31/2019 | (31,100) |
| 12/27/2018 | 55,141 | 5/31/2019 | (33,500) |
| 12/27/2018 | 36,364 | 5/31/2019 | (12,393) |
| 12/27/2018 | 12,342 | 5/31/2019 | (12,935) |
| 12/27/2018 | 132,647 | 6/21/2019 | (252,097) |
| 12/27/2018 | 45,022 | 6/21/2019 | (31,773) |
| 12/27/2018 | 154,643 | 6/21/2019 | (146,189) |
| 12/27/2018 | 52,490 | 8/30/2019 | (37,829) |
| 2/28/2019 | 111,614 | 8/30/2019 | (7,816) |
| 2/28/2019 | 23,079 | 8/30/2019 | (26,544) |
| 2/28/2019 | 78,328 | 11/26/2019 | (52,755) |
| 3/15/2019 | 1,601 | 11/26/2019 | (10,997) |
| 3/15/2019 | 899 | 11/26/2019 | (37,300) |
| 3/15/2019 | 1,200 | 2/20/2020 | (67,246) |
| 3/15/2019 | 20,537 | 2/20/2020 | (34,574) |
| 3/15/2019 | 11,524 | 2/28/2020 | (113,994) |
| 3/15/2019 | 2,500 | 2/28/2020 | (23,702) |
| 3/15/2019 | 3,004 | 2/28/2020 | (80,454) |
| 3/15/2019 | 1,685 | 3/6/2020 | (20,416) |
| 3/15/2019 | 4,200 | 3/6/2020 | (81,637) |
| 3/15/2019 | 10,015 | 4/20/2020 | (24,706) |
| 3/15/2019 | 5,620 | 4/27/2020 | (26,981) |
| 3/15/2019 | 26,837 | 5/29/2020 | (167,072) |
| 3/15/2019 | 15,059 | 5/29/2020 | (34,732) |
| 5/31/2019 | 30,134 | 5/29/2020 | (117,947) |
| 5/31/2019 | 93 | 6/1/2020 | (30,147) |
| 5/31/2019 | 8,061 | 6/9/2020 | (9,809) |
| 5/31/2019 | 25 | 6/11/2020 | (48,306) |
| 5/31/2019 | 20,621 | 6/26/2020 | (189) |
| 5/31/2019 | 64 | 6/26/2020 | (10,611) |
| 6/3/2019 | 1,100 | 6/26/2020 | (5,300) |

**AT&T Inc. (T)**                                              **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 6/21/2019 | 25,400 | 6/26/2020 | (1,651) |
| 6/21/2019 | 24,100 | 6/26/2020 | (92,482) |
| 6/21/2019 | 5,000 | 6/26/2020 | (9,000) |
| 6/21/2019 | 4,691 | 6/26/2020 | (371) |
| 6/21/2019 | 17,400 | 6/26/2020 | (20,775) |
| 6/21/2019 | 16,600 | 6/26/2020 | (19,100) |
| 6/28/2019 | 2,837 | 6/26/2020 | (1,065) |
| 6/28/2019 | 36,667 | 6/26/2020 | (59,683) |
| 6/28/2019 | 1,592 | 6/26/2020 | (3,297) |
| 6/28/2019 | 7,460 | 6/26/2020 | (184,665) |
| 6/28/2019 | 46,318 | 7/14/2020 | (49,814) |
| 7/3/2019 | 2,100 | 8/31/2020 | (186,758) |
| 7/3/2019 | 5,000 | 8/31/2020 | (38,681) |
| 7/16/2019 | 21,589 | 8/31/2020 | (131,354) |
| 7/16/2019 | 1,703 | 9/1/2020 | (79,318) |
| 7/16/2019 | 742 | 9/18/2020 | (9,292) |
| 7/16/2019 | 33,870 | 9/18/2020 | (16,078) |
| 8/8/2019 | 1,000 | 10/27/2020 | (2,286) |
| 9/4/2019 | 832 | 10/27/2020 | (81,454) |
| 9/6/2019 | 1,798 | 10/27/2020 | (299) |
| 9/6/2019 | 12,664 | 10/27/2020 | (10,673) |
| 9/20/2019 | 1,072 | 10/27/2020 | (900) |
| 9/20/2019 | 8 | 10/27/2020 | (32,082) |
| 9/20/2019 | 1,100 | 11/30/2020 | (242,637) |
| 9/20/2019 | 38,925 | 11/30/2020 | (50,375) |
| 9/20/2019 | 291 | 11/30/2020 | (171,159) |
| 9/20/2019 | 938 | 12/2/2020 | (18,500) |
| 9/20/2019 | 2,300 | 12/14/2020 | (7,583) |
| 9/20/2019 | 5,116 | 12/18/2020 | (2,203) |
| 9/20/2019 | 38 | 12/18/2020 | (29,329) |
| 9/20/2019 | 201 | 12/18/2020 | (557) |
| 9/20/2019 | 4,900 | 12/18/2020 | (7,417) |
| 9/20/2019 | 6,056 | 12/18/2020 | (5,000) |
| 9/20/2019 | 45 | 12/18/2020 | (1,518) |
| 9/20/2019 | 44,026 | 12/18/2020 | (20,218) |
| 9/20/2019 | 330 | 1/4/2021 | (116) |
| 10/28/2019 | 230 | 1/4/2021 | (3,420) |
| 11/8/2019 | 1,124 | 1/4/2021 | (2,495) |
| 11/8/2019 | 919 | 1/4/2021 | (73,904) |
| 11/20/2019 | 1,652 | 1/4/2021 | (538) |
| 11/20/2019 | 2,051 | 1/4/2021 | (15,932) |
| 11/20/2019 | 9,460 | 1/4/2021 | (1,495) |
| 11/20/2019 | 17,976 | 1/4/2021 | (44,290) |
| 12/20/2019 | 2,155 | 1/4/2021 | (3,100) |
| 12/20/2019 | 1,400 | 1/4/2021 | (91,821) |

**AT&T Inc. (T)**                                                          **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 12/20/2019 | 40,735 | 1/14/2021 | (6,757) |
| 12/20/2019 | 11,883 | 1/14/2021 | (62,662) |
| 12/20/2019 | 1,399 | 1/14/2021 | (16,837) |
| 12/20/2019 | 2,300 | 1/14/2021 | (47,272) |
| 12/20/2019 | 3,893 | 1/15/2021 | (20,900) |
| 12/20/2019 | 2,873 | 1/15/2021 | (26,900) |
| 12/20/2019 | 338 | 2/3/2021 | (2,102) |
| 12/20/2019 | 4,900 | 2/12/2021 | (4,900) |
| 12/20/2019 | 12,298 | 2/12/2021 | (47,000) |
| 12/20/2019 | 7,781 | 2/16/2021 | (68,306) |
| 12/20/2019 | 916 | 2/16/2021 | (17,840) |
| 12/20/2019 | 34,091 | 2/16/2021 | (64,758) |
| 12/27/2019 | 639 | 2/26/2021 | (228,636) |
| 12/27/2019 | 153 | 2/26/2021 | (47,454) |
| 12/27/2019 | 383 | 2/26/2021 | (161,162) |
| 1/28/2020 | 784 | 3/24/2021 | (14,204) |
| 1/28/2020 | 531 | 4/6/2021 | (1,400) |
| 2/3/2020 | 208 | 4/6/2021 | (13,600) |
| 2/27/2020 | 4,281 | 4/6/2021 | (14,000) |
| 3/16/2020 | 1,020 | 4/6/2021 | (52,700) |
| 3/20/2020 | 2,176 | 4/7/2021 | (73,798) |
| 3/20/2020 | 1,400 | 4/7/2021 | (69,632) |
| 3/20/2020 | 600 | 4/21/2021 | (15,058) |
| 3/20/2020 | 50,092 | 4/21/2021 | (17,208) |
| 3/20/2020 | 2,700 | 4/21/2021 | (4,700) |
| 3/20/2020 | 1,100 | 4/21/2021 | (15,300) |
| 3/20/2020 | 1,645 | 4/21/2021 | (8,100) |
| 3/20/2020 | 5,500 | 4/21/2021 | (24,300) |
| 3/20/2020 | 2,300 | 4/21/2021 | (34,765) |
| 3/20/2020 | 16,455 | 4/21/2021 | (39,728) |
| 3/20/2020 | 21,019 | 5/24/2021 | (1,886) |
| 4/2/2020 | 588 | 6/1/2021 | (57,803) |
| 4/3/2020 | 209 | 6/1/2021 | (10,612) |
| 4/16/2020 | 931 | 6/1/2021 | (32,244) |
| 4/16/2020 | 233 | 6/1/2021 | (77,736) |
| 4/16/2020 | 598 | 6/9/2021 | (44,360) |
| 4/24/2020 | 949 | 6/9/2021 | (87,702) |
| 5/12/2020 | 1,568 | 6/9/2021 | (15,544) |
| 5/12/2020 | 2,667 | 6/9/2021 | (49,911) |
| 5/12/2020 | 8,632 | 6/9/2021 | (98,989) |
| 5/12/2020 | 20,461 | 6/25/2021 | (43,264) |
| 6/12/2020 | 561 | 6/25/2021 | (2,200) |
| 6/19/2020 | 912 | 6/25/2021 | (6,509) |
| 6/19/2020 | 377 | 6/25/2021 | (3,400) |
| 6/19/2020 | 563 | 6/25/2021 | (24,331) |

**AT&T Inc. (T)**                                                                                          **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 6/29/2020 | 1,204 | 6/25/2021 | (60,183) |
| 7/10/2020 | 508 | 9/1/2021 | (8,067) |
| 8/14/2020 | 1,500 | 9/15/2021 | (3,355) |
| 8/31/2020 | 216 | 9/17/2021 | (90,208) |
| 9/18/2020 | 1,000 | 9/17/2021 | (7,849) |
| 9/18/2020 | 6,119 | 9/22/2021 | (7,785) |
| 9/18/2020 | 1,800 | 10/4/2021 | (6,695) |
| 9/18/2020 | 1,481 | 10/4/2021 | (23,608) |
| 9/18/2020 | 4,492 | 10/4/2021 | (264,928) |
| 10/5/2020 | 523 | 10/6/2021 | (77,262) |
| 11/3/2020 | 2,790 | 10/6/2021 | (6,292) |
| 11/3/2020 | 520 | 10/6/2021 | (17,434) |
| 11/20/2020 | 2,600 | 10/13/2021 | (11,584) |
| 12/18/2020 | 8,026 | 10/26/2021 | (1,400) |
| 2/5/2021 | 1,300 | 10/26/2021 | (6,621) |
| 3/19/2021 | 1,800 | 10/26/2021 | (2,810) |
| 3/19/2021 | 900 | 10/26/2021 | (13,285) |
| 3/19/2021 | 2,000 | 11/4/2021 | (2,450) |
| 3/19/2021 | 1,100 | 11/4/2021 | (5,499) |
| 3/19/2021 | 6,747 | 11/4/2021 | (35,586) |
| 3/22/2021 | 949 | 11/4/2021 | (79,858) |
| 3/26/2021 | 500 | 11/4/2021 | (2,398) |
| 3/30/2021 | 655 | 11/4/2021 | (5,383) |
| 4/16/2021 | 694 | 11/4/2021 | (6,162) |
| 4/16/2021 | 219 | 11/4/2021 | (13,826) |
| 4/23/2021 | 4,800 | 11/11/2021 | (6,265) |
| 4/23/2021 | 2,900 | 11/11/2021 | (17,060) |
| 4/23/2021 | 2,200 | 11/11/2021 | (188,865) |
| 4/23/2021 | 2,000 | 11/19/2021 | (1,763) |
| 4/23/2021 | 800 | 11/19/2021 | (4,209) |
| 4/30/2021 | 23,453 | 11/19/2021 | (1,728) |
| 6/11/2021 | 1,028 | 11/19/2021 | (4,128) |
| 6/18/2021 | 47,285 | 11/19/2021 | (4,678) |
| 6/18/2021 | 15,226 | 11/19/2021 | (11,173) |
| 6/18/2021 | 43,440 | 12/13/2021 | (7,074) |
| 6/25/2021 | 5,800 | 12/13/2021 | (9,115) |
| 7/1/2021 | 243 | 12/17/2021 | (5,629) |
| 7/1/2021 | 521 | 12/20/2021 | (15,152) |
| 7/6/2021 | 11,926 | 1/6/2022 | (1,957) |
| 7/6/2021 | 17,851 | 1/6/2022 | (5,714) |
| 7/7/2021 | 10,733 | 1/6/2022 | (10,135) |
| 7/7/2021 | 16,066 | 1/6/2022 | (29,597) |
| 7/8/2021 | 11,592 | 1/6/2022 | (2,315) |
| 7/8/2021 | 17,351 | 1/6/2022 | (6,760) |
| 7/9/2021 | 8,501 | 1/6/2022 | (5,930) |

**AT&T Inc. (T)**                                      **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 7/9/2021 | 12,724 | 1/6/2022 | (17,319) |
| 7/12/2021 | 7,651 | 1/6/2022 | (22,736) |
| 7/12/2021 | 11,452 | 1/6/2022 | (66,399) |
| 7/13/2021 | 10,673 | 1/11/2022 | (14,759) |
| 7/13/2021 | 15,975 | 1/14/2022 | (27,941) |
| 7/14/2021 | 10,939 | 2/4/2022 | (4,600) |
| 7/14/2021 | 16,373 | 2/4/2022 | (42,548) |
| 7/15/2021 | 10,678 | 2/14/2022 | (4,500) |
| 7/15/2021 | 14,285 | 2/14/2022 | (85,910) |
| 7/16/2021 | 5,485 | 2/14/2022 | (19,607) |
| 7/16/2021 | 8,465 | 2/14/2022 | (1,530) |
| 7/19/2021 | 15,543 | 2/14/2022 | (20,216) |
| 7/19/2021 | 23,984 | 2/14/2022 | (128,950) |
| 7/20/2021 | 15,544 | 2/28/2022 | (1,300) |
| 7/20/2021 | 23,984 | 2/28/2022 | (1,900) |
| 8/19/2021 | 1,260 | 3/2/2022 | (8,022) |
| 8/25/2021 | 3,038 | 3/2/2022 | (134,156) |
| 9/2/2021 | 773 | 3/2/2022 | (3,429) |
| 9/17/2021 | 29,654 | 3/2/2022 | (57,339) |
| 9/17/2021 | 1,118 | 3/2/2022 | (6,387) |
| 9/17/2021 | 2,664 | 3/2/2022 | (106,802) |
| 10/29/2021 | 391 | 3/18/2022 | (1,600) |
| 10/29/2021 | 787 | 3/18/2022 | (500) |
| 11/4/2021 | 1,300 | 3/18/2022 | (700) |
| 11/4/2021 | 1,700 | 3/18/2022 | (474) |
| 12/17/2021 | 32,377 | 3/18/2022 | (647) |
| 12/17/2021 | 2,476 | 3/18/2022 | (36,584) |
| 12/17/2021 | 356 | 3/18/2022 | (43,373) |
| 12/17/2021 | 9,190 | 4/5/2022 | (119,213) |
| 12/17/2021 | 1,274 | 4/5/2022 | (109,167) |
| 12/17/2021 | 222,157 | 4/5/2022 | (6,851) |
| 1/6/2022 | 611 | 4/5/2022 | (231,089) |
| 1/31/2022 | 397 | 4/21/2022 | (154,137) |
| 2/4/2022 | 2,200 | 5/17/2022 | (2,000) |
| 2/4/2022 | 3,300 | 6/24/2022 | (6,766) |
| 2/14/2022 | 113,500 | 8/19/2022 | (14,393) |
| 2/14/2022 | 7,400 | 8/19/2022 | (49,718) |
| 2/14/2022 | 4,900 | 9/16/2022 | (8,464) |
| 2/14/2022 | 3,200 | 9/16/2022 | (6,100) |
| 2/14/2022 | 1,056 | 9/16/2022 | (1,700) |
| 2/14/2022 | 94,800 | 9/16/2022 | (1,900) |
| 2/14/2022 | 8,100 | 9/16/2022 | (2,500) |
| 2/14/2022 | 4,800 | 9/16/2022 | (4,100) |
| 2/15/2022 | 1,000 | 10/27/2022 | (800) |
| 2/15/2022 | 1,000 | 10/27/2022 | (3,649) |

**AT&T Inc. (T)**                                          **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 3/2/2022 | 123,800 | 10/27/2022 | (12,179) |
| 3/2/2022 | 29,400 | 11/4/2022 | (40,922) |
| 3/2/2022 | 104,200 | 11/4/2022 | (41,815) |
| 3/4/2022 | 18,100 | 11/4/2022 | (7,014) |
| 3/4/2022 | 5,500 | 11/4/2022 | (7,168) |
| 3/7/2022 | 335 | 11/28/2022 | (9,961) |
| 3/18/2022 | 8,810 | 11/28/2022 | (4,913) |
| 3/18/2022 | 37,757 | 11/28/2022 | (15,958) |
| 3/18/2022 | 1,829 | 12/22/2022 | (4,013) |
| 4/1/2022 | 635 | 3/24/2023 | (202,800) |
| 4/5/2022 | 92,600 | 3/27/2023 | (25,646) |
| 4/5/2022 | 21,300 | 4/21/2023 | (8,307) |
| 4/5/2022 | 123,900 | 4/21/2023 | (58,366) |
| 4/5/2022 | 28,000 | 5/12/2023 | (14,603) |
| 4/5/2022 | 600 | 5/31/2023 | (984,034) |
| 4/5/2022 | 123,900 | 5/31/2023 | (209,609) |
| 4/5/2022 | 23,200 | 5/31/2023 | (591,917) |
| 4/5/2022 | 5,400 | 6/9/2023 | (4,577) |
| 4/6/2022 | 1,500 | 6/9/2023 | (16,055) |
| 4/6/2022 | 4,000 | 6/9/2023 | (2,747) |
| 4/6/2022 | 3,200 | 6/9/2023 | (9,635) |
| 4/13/2022 | 1,162 | 6/9/2023 | (10,630) |
| 4/25/2022 | 125,500 | 6/9/2023 | (37,299) |
| 4/25/2022 | 18,500 | 6/16/2023 | (58,788) |
| 4/25/2022 | 16,000 | 6/16/2023 | (34,070) |
| 4/25/2022 | 2,900 | 6/16/2023 | (94,636) |
| 5/2/2022 | 2,600 | 6/16/2023 | (700) |
| 5/2/2022 | 538 | 6/16/2023 | (10,600) |
| 5/12/2022 | 106,400 | 6/16/2023 | (18,100) |
| 5/12/2022 | 80,400 | 6/16/2023 | (31,900) |
| 5/19/2022 | 870 | 6/23/2023 | (167) |
| 5/20/2022 | 2,453 | 6/23/2023 | (4,242) |
| 5/24/2022 | 20,566 | 6/23/2023 | (1,800) |
| 6/10/2022 | 2,329 | 6/23/2023 | (4,900) |
| 6/17/2022 | 395,288 | 6/23/2023 | (125,900) |
| 6/17/2022 | 91,004 | 7/21/2023 | (31,636) |
| 6/17/2022 | 254,765 | | |
| 6/23/2022 | 739 | | |
| 6/24/2022 | 6,713 | | |
| 6/24/2022 | 2,441 | | |
| 6/24/2022 | 700 | | |
| 6/24/2022 | 73,500 | | |
| 6/24/2022 | 6,200 | | |
| 6/24/2022 | 13,528 | | |
| 6/24/2022 | 4,918 | | |

**AT&T Inc. (T)**                                                                 **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 6/24/2022 | 51,400 | | |
| 6/24/2022 | 128,000 | | |
| 7/1/2022 | 344 | | |
| 7/1/2022 | 720 | | |
| 7/5/2022 | 282 | | |
| 7/6/2022 | 948 | | |
| 7/11/2022 | 16,300 | | |
| 7/14/2022 | 378 | | |
| 7/29/2022 | 915 | | |
| 8/5/2022 | 49,800 | | |
| 8/5/2022 | 83,500 | | |
| 8/9/2022 | 361 | | |
| 8/9/2022 | 945 | | |
| 8/16/2022 | 2,481 | | |
| 9/2/2022 | 500 | | |
| 9/16/2022 | 2,040 | | |
| 9/16/2022 | 544 | | |
| 9/16/2022 | 2,539 | | |
| 9/16/2022 | 6,888 | | |
| 9/16/2022 | 1,835 | | |
| 9/16/2022 | 8,230 | | |
| 9/16/2022 | 23,495 | | |
| 9/16/2022 | 6,260 | | |
| 9/20/2022 | 19,522 | | |
| 9/20/2022 | 418 | | |
| 9/20/2022 | 955 | | |
| 9/30/2022 | 619 | | |
| 9/30/2022 | 1,327 | | |
| 10/5/2022 | 1,274 | | |
| 10/11/2022 | 503 | | |
| 10/17/2022 | 123,400 | | |
| 10/17/2022 | 10,700 | | |
| 10/17/2022 | 1,200 | | |
| 10/18/2022 | 588 | | |
| 10/18/2022 | 1,402 | | |
| 10/27/2022 | 2,176 | | |
| 11/8/2022 | 981 | | |
| 11/9/2022 | 2,000 | | |
| 11/9/2022 | 3,700 | | |
| 11/30/2022 | 1,676,230 | | |
| 11/30/2022 | 360,732 | | |
| 11/30/2022 | 1,033,956 | | |
| 12/14/2022 | 356 | | |
| 12/14/2022 | 837 | | |
| 12/16/2022 | 3,300 | | |

**AT&T Inc. (T)**                                                  **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 12/16/2022 | 12,200 | | |
| 12/16/2022 | 40,856 | | |
| 12/16/2022 | 2,318 | | |
| 12/16/2022 | 435 | | |
| 12/16/2022 | 8,832 | | |
| 12/16/2022 | 6,400 | | |
| 12/16/2022 | 8,892 | | |
| 12/16/2022 | 1,666 | | |
| 12/16/2022 | 24,875 | | |
| 12/16/2022 | 52,600 | | |
| 12/19/2022 | 13,100 | | |
| 12/19/2022 | 40,500 | | |
| 1/6/2023 | 364 | | |
| 1/6/2023 | 806 | | |
| 1/19/2023 | 2,600 | | |
| 2/15/2023 | 800 | | |
| 2/28/2023 | 1,327,641 | | |
| 2/28/2023 | 284,448 | | |
| 2/28/2023 | 816,455 | | |
| 3/1/2023 | 344 | | |
| 3/2/2023 | 1,900 | | |
| 3/2/2023 | 800 | | |
| 3/7/2023 | 853 | | |
| 3/17/2023 | 1,100 | | |
| 3/17/2023 | 2,096 | | |
| 3/17/2023 | 29 | | |
| 3/17/2023 | 1,152 | | |
| 3/17/2023 | 2,433 | | |
| 3/21/2023 | 353 | | |
| 3/21/2023 | 1,022 | | |
| 3/23/2023 | 900 | | |
| 3/31/2023 | 600 | | |
| 4/4/2023 | 83,600 | | |
| 4/4/2023 | 17,700 | | |
| 4/4/2023 | 335 | | |
| 4/4/2023 | 52,300 | | |
| 4/4/2023 | 826 | | |
| 4/10/2023 | 814 | | |
| 4/11/2023 | 2,000 | | |
| 4/26/2023 | 1,100 | | |
| 5/16/2023 | 433 | | |
| 5/25/2023 | 1,300 | | |
| 6/6/2023 | 499 | | |
| 6/12/2023 | 700 | | |
| 6/26/2023 | 900 | | |

**AT&T Inc. (T)**                                                      **New York City Funds**

### List of Common Stock Purchases and Sales within the Class Period

| Purchase or Acquire Date | Number of Shares/Unit | Sales Date | Number of Shares/Unit |
|---|---|---|---|
| 6/28/2023 | 900 | | |
| 6/30/2023 | 1,300 | | |
| 7/24/2023 | 17,200 | | |
| 7/26/2023 | 43,400 | | |
| **Total Purchase** | **11,642,779** | **Total Sale** | **(11,014,186)** |

| **New York City Funds** | **628,593** |
|---|---|