POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for the New York City Public*
*Pension Funds and Proposed Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>        Defendants. | Case No. 2:23-cv-04064-KM-JBC<br><br>SUR-REPLY DECLARATION OF THOMAS H. PRZYBYLOWSKI IN FURTHER SUPPORT OF MOTION OF THE NEW YORK CITY PUBLIC PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>Motion Date: November 6, 2023 |

I, Thomas H. Przybylowski, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of the New York City Public Pension Funds (the "NYC Funds")[1], and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of the NYC Funds' motion for appointment as Lead Plaintiff for the Class in the above-captioned action and approval of the NYC Funds' selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit 1:    Chart setting forth the NYC Funds' financial interest in connection with its purchases of AT&T common stock including purchase prices for shares sold during the Class Period that were purchased before the Class Period;
>
> Exhibit 2:    Order, dated March 15, 2021, appointing lead plaintiff in the matter *Mullen v. Wells Fargo & Co. et al.*, No. 3:20-cv-07674-WHA (N.D. Cal. Mar. 15, 2021); and
>
> Exhibit 3:    Hearing Transcript, dated February 4, 2021, in the matter *Mullen v. Wells Fargo & Co. et al.*, No. 3:20-cv-07674-WHA (N.D. Cal. Mar. 15, 2021).

---

[1] For purposes of this motion, the "NYC Funds" are the Teachers' Retirement System of the City of New York, the New York City Employees' Retirement System, the New York City Police Pension Fund, the New York City Fire Department Pension Fund, and the Board of Education Retirement System of the City of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 8, 2023.

*/s/ Thomas H. Przybylowski*
Thomas H. Przybylowski

2