UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, AND JOHN STEPHENS,<br><br>Defendants. | ECF CASE<br><br>Civil Case No.: 2:23-cv-04064-KM-JBC<br><br>MOTION DAY:  December 18, 2023 |

**NOTICE OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

TO:  THE CLERK OF COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 18, 2023, or as soon thereafter as counsel may be heard, before the Honorable Kevin McNulty at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, the undersigned attorneys for Defendants AT&T Inc., Randall L. Stephenson, John T. Stankey, Pascal Desroches, and John Stephens ("Defendants") will and do hereby move this Court pursuant to 28 U.S.C. § 1404(a) for an Order transferring the above-captioned action (the "Action") to the United States District Court for the Northern District of Texas.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Defendants will rely upon the accompanying Memorandum of Law and the Declaration of Tomohiro Fujimaki submitted herewith.  A proposed order is also submitted herewith.

WHEREFORE, Defendants respectfully request that pursuant to 28 U.S.C. § 1404(a) this Court transfer the Action to the United States District Court for the Northern District of Texas.

*[Signature on Following Page]*

Dated:  November 22, 2023

Respectfully submitted,

**BAKER BOTTS L.L.P.**

*/s/ Richard B. Harper*
Richard B. Harper
James J. Beha II (*pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
richard.harper@bakerbotts.com
jim.beha@bakerbotts.com

Jessica Bateman Pulliam (*pro hac vice*)
John B. Lawrence (*pro hac vice*)
Kirstie Wallace (*pro hac vice*)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-6503
jessica.pulliam@bakerbotts.com
john.lawrence@bakerbotts.com
kirstie.wallace@bakerbotts.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I served a copy of the foregoing document through the CM/ECF system upon all counsel of record.

*/s/ Richard B. Harper*
Richard B. Harper