UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>　　　　　Defendants. | Case No. 2:23-cv-04064-KM-JBC |

## DECLARATION OF TOMOHIRO FUJIMAKI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS

I, Tomohiro Fujimaki, declare and state as follows:

1.　　My name is Tomohiro Fujimaki. I am currently employed by AT&T Services, Inc., a subsidiary of AT&T Inc. ("AT&T") as Vice President – Reporting.

2.　　I live in Grapevine, Texas, and work in Dallas, Texas, am over the age of twenty-one, have never been convicted of a crime, and am competent to make this declaration. This declaration is based on my personal knowledge, my experience working at AT&T, discussions with knowledgeable individuals, and review of information taken from records kept by AT&T in the ordinary course of business.

3.　　I have reviewed the Complaint filed in the District of New Jersey styled *Brazinsky v. AT&T Inc. et al*, Case No. 2:23-cv-04064-KM-JBC (the "Complaint") and I am familiar with its contents.

4.　　AT&T is a leading global provider of telecommunications and technology services. AT&T's principal place of business and worldwide headquarters are located at Whitacre Tower,

208 South Akard Street, Dallas, Texas, 75202, in Dallas County. This was also AT&T's principal place of business and worldwide headquarters throughout the putative class period alleged in the Complaint (from March 1, 2020 through July 26, 2023, the "Alleged Period"). AT&T is incorporated under the laws of the state of Delaware.

5.    The Complaint makes allegations concerning statements in at least three of AT&T's filings with the Securities and Exchange Commission (the "SEC") during the Alleged Period, including Forms 10-K for the years ended December 31, 2020, 2021, and 2022. As a general matter, AT&T's SEC filings are approved and signed by officers working primarily from AT&T's Dallas headquarters. Employees in Dallas were also involved in that process. That was also the case during the Alleged Period.

6.    During the Alleged Period, Defendant John T. Stankey signed AT&T's Form 10-K for the years ended December 31, 2020, 2021, and 2022. Mr. Stankey became AT&T's President and Chief Operating Officer in October 2019 and served in that role until July 2020, when he became AT&T's Chief Executive Officer and President. Since October 2019, and during the entire Alleged Period, Mr. Stankey has worked primarily from AT&T's corporate headquarters in Dallas, where he has maintained his office. Mr. Stankey's primary residence is, and was throughout the Alleged Period, in Dallas, Texas.

7.    During the Alleged Period, Defendant Pascal Desroches signed AT&T's Form 10-K for the years ended December 31, 2021 and 2022. Mr. Desroches became AT&T's Senior Executive Vice President – Finance in November 2020 and served in that role until April 2021, when he became AT&T's Senior Executive Vice President and Chief Financial Officer. While he was in these roles and through the end of the Alleged Period, Mr. Desroches has worked primarily

2

from AT&T's corporate headquarters in Dallas, where he has maintained his office.  Mr. Desroches' primary residence is in Dallas, Texas.

8.      During the Alleged Period, Defendant John Stephens signed AT&T's Form 10-K for the year ended December 31, 2020.  Mr. Stephens was AT&T's Senior Executive Vice President and Chief Financial Officer from June 2011 until his retirement effective April 2021.  From the beginning of the Alleged Period until his retirement, Mr. Stephens worked primarily from AT&T's corporate headquarters in Dallas, where he maintained his office.  Mr. Stephens' primary residence is, and was throughout the Alleged Period, in Dallas, Texas.

9.      During the Alleged Period, Defendant Randall L. Stephenson was AT&T's Chairman and Chief Executive Officer from June 2007 until his retirement effective July 2020.  Mr. Stephenson also served as AT&T's Executive Chairman from July 1, 2020, to January 21, 2021.  From the beginning of the Alleged Period until his retirement, Mr. Stephenson worked primarily from AT&T's corporate headquarters in Dallas, where he maintained his office.  Mr. Stephenson's primary residence is, and was throughout the Alleged Period, in Dallas, Texas.

10.     During the Alleged Period, all of the audit reports included in AT&T's Form 10-Ks filed with the SEC were signed by Ernst & Young LLP in Dallas, Texas.

11.     I have reviewed the other public statements attributed to AT&T in the Complaint, including the update to AT&T's Environmental, Health and Safety Policy published on the Company's website in March 2020, a portion of AT&T's website updated on June 8, 2023 discussing environmental health and safety matters, and AT&T's Code of Business Conduct published on the Company's website. To the best of my knowledge and belief, these public statements were approved by employees who worked primarily in AT&T's corporate headquarters in Dallas, Texas.

12.    Employees in AT&T's Corporate Social Responsibility group—identified in Paragraph 18 of the Complaint as the "Owner" of the March 2020 update to AT&T's Environmental, Health and Safety Policy—work primarily in AT&T's corporate headquarters in Dallas, Texas.

13.    To the best of my knowledge and belief, Dallas, Texas is where most of the AT&T employees with knowledge concerning the approval and issuance of AT&T's public statements at issue in the Complaint have worked during the Alleged Period.

14.    To the best of my knowledge and belief, documents regarding AT&T's public statements at issue in the Complaint are primarily located at AT&T's corporate headquarters in Dallas, Texas.

15.    I am not aware of any of AT&T employees who worked in New Jersey who would have primary knowledge as to the approval and issuance of AT&T's public statements at issue in the Complaint.

16.    Pursuant to 28 U.S.C. § 1746, I, Tomohiro Fujimaki, declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas, on this 17th day of November, 2023.

Tomohiro Fujimaki

4