UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, AND JOHN STEPHENS,<br><br>      Defendants. | ECF CASE<br><br>Civil Case No.: 2:23-cv-04064-KM-JBC |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
TRANSFER TO THE UNITED STATES DISTRICT COURT
<u>FOR THE NORTHERN DISTRICT OF TEXAS</u>**

WHEREAS, Defendants AT&T Inc., John T. Stankey, Randall L. Stephenson, Pascal Desroches, and John Stephens have moved for entry of an Order pursuant to 28 U.S.C. § 1404(a) transferring this matter to the United States District Court for the Northern District of Texas; and the Court having considered this matter, and for good cause shown:

IT IS on this _____ day of _____, 20___, ORDERED that:

Defendants' Motion to Transfer this matter to the United States District Court for the Northern District of Texas is GRANTED; and it is further

ORDERED that the above-captioned action be transferred to the United States District Court for the Northern District of Texas; and it is further

ORDERED that the Clerk shall take all actions necessary to promptly effect the transfer of this action to the United States District Court for the Northern District of Texas.

So Ordered,

_____
Hon. Kevin McNulty, U.S.D.J.

2