POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for the New York City Public
Pension Funds and Proposed Lead
Counsel for the Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS, <br><br> Defendants. | Case No. 2:23-cv-04064-MCA-JBC <br><br> NOTICE OF NON-OPPOSITION TO MOTION TO TRANSFER (DKT. NO. 43) <br><br> Motion Date: December 18, 2023 |

On November 22, 2023, Defendants AT&T Inc., Randall L. Stephenson, John T. Stankey, Pascal Desroches, and John Stephens (collectively, "Defendants") filed a motion to transfer the above-captioned action to the United States District Court for the Northern District of Texas.  *See* Dkt. No. 43.

Lead Plaintiff Movants New York City Public Pension Funds (the "NYC Funds")[1] hereby respectfully state that they do not oppose Defendants' Motion.

Dated:  December 4, 2023

Respectfully submitted,

POMERANTZ LLP

*/s/ Thomas H. Przybylowski*
Thomas H. Przybylowski
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for the New York City Public Pension Funds and Proposed Lead Counsel for the Class*

---

[1] For purposes of this notice, the "NYC Funds" are the Teachers' Retirement System of the City of New York, the New York City Employees' Retirement System, the New York City Police Pension Fund, the New York City Fire Department Pension Fund, and the Board of Education Retirement System of the City of New York.

1