Robert A. Hoffman
Andrew J. Heo
**BARRACK, RODOS & BACINE**
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
Facsimile: (973) 297-1485
rhoffman@barrack.com
aheo@barrack.com

*Liaison Counsel*

[Additional counsel appears on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>      v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>                    Defendants. | No. 2:23-cv-04064-MCA-JBC<br><br>CLASS ACTION<br><br>NOTICE OF NON-OPPOSITION TO MOTION TO TRANSFER<br><br>MOTION DAY: December 18, 2023 |

New Mexico State Investment Council ("NMSIC") respectfully submits this Notice of non-opposition to the motion of Defendants AT&T Inc., Randall L. Stephenson, John T. Stankey, Pascal Desroches, and John Stephens (collectively, "Defendants") to transfer the above-captioned action to the United States District Court for the Northern District of Texas filed on November 22, 2023.  ECF No. 43.

DATED: December 4, 2023                    Respectfully submitted,

*/s/ Robert A. Hoffman*
Robert A. Hoffman
Andrew J. Heo
**BARRACK, RODOS & BACINE**
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
Facsimile: (973) 297-1485
rhoffman@barrack.com
aheo@barrack.com

*Additional Counsel for Proposed Lead Plaintiff New Mexico State Investment Council and Proposed Liaison Counsel for the Class*

Eric J. Belfi
Francis P. McConville (admitted *pro hac vice)*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff New Mexico State Investment Council and Proposed Lead Counsel for the Class*

Raul Torrez, Attorney General
James Grayson, Chief Deputy Attorney General
**OFFICE OF THE NEW MEXICO ATTORNEY GENERAL**
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Telephone: (505) 490-4052
jgrayson@nmag.gov

*Additional Counsel for Proposed Lead Plaintiff New Mexico State Investment Council*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

/s/ Robert A. Hoffman
Robert A. Hoffman