**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE AT&T INC. SECURITIES LITIGATION** | **Case No. 2:23-cv-04064-MAH-JBC** |
|  | <u>**CLASS ACTION**</u> |
| **THIS DOCUMENT RELATES TO:** **Motions to Appoint Lead Plaintiff, ECF Nos. 5, 9, 10, 11, 12, 13** |  |
|  | **ORDER** |

**THIS MATTER** comes before the Court on the Motions to Appoint Lead Plaintiff (the "Motions") filed by Movants General Retirement System of the City of Detroit, Bridget N. Smagala Revocable Trust U/A DTD 06/02/2005, Suresh Kodali, New Mexico State Investment Council, Haresh Joshi, and Velliv, Pension & Livsforsikring A/S (collectively the "Movants"), ECF Nos. 5, 9, 10, 11, 12, 13;

and it appearing that on April 17, 2024, this Court granted the Motion to Appoint Lead Plaintiff by Teachers' Retirement System of the City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, and Board of Education Retirement System of the City Of New York Petitioner, ECF No. 49;

**IT IS** on this 18th day of April, 2024

**ORDERED** that Movants' Motions to Appoint Lead Plaintiff (ECF Nos. 5, 9, 10, 11, 12, 13) are **DENIED**; and it is further

**ORDERED** that the related Motion for Leave to File Sur-Reply Brief by Movant New Mexico State Investment Council (ECF No. 38) is **TERMINATED as moot**; and it is further

**ORDERED** that every pleading in this Action, and any related action that is consolidated

with this Action, shall hereafter bear the following updated[1] caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE AT&T INC. SECURITIES LITIGATION**<br><br><br>**THIS DOCUMENT RELATES TO:** | **Case No. 2:23-cv-04064-MAH-JBC**<br><br><br>**<u>CLASS ACTION</u>**<br><br><br>**[TITLE OF DOCUMENT]** |

<br>

*<u>s/ Madeline Cox Arleo</u>*
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

---

[1] The caption contained in the Court's April 17, 2024, Order does not reflect that this case was reassigned from the Honorable Kevin McNulty on November 29, 2023.

2