CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:23–cv–04064–MCA–JBC

IN RE AT&T SECURITIES LITIGATION
Assigned to: Judge Madeline Cox Arleo
Referred to: Magistrate Judge James B. Clark
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 07/28/2023
Date Terminated: 05/16/2024
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**In Re**

**AT&T INC. SECURITIES LITIGATION**

**Movant**

**GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT**

represented by **LAWRENCE LEVIT**
ABRAHAM, FRUCHTER & TWERSKY, LLP
450 7TH AVENUE
38TH FLOOR
NEW YORK, NY 10123
212–279–5050
Email: llevit@aftlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**BRIDGET N. SMAGALA REVOCABLE TRUST U/A DTD 06/02/2005**

represented by **ADAM M APTON**
LEVI & KORSINSKY, LLP
33 WHITEHALL STREET
17TH FLOOR
NEW YORK, NY 10004
212–363–7500
Email: aapton@zlk.com
*ATTORNEY TO BE NOTICED*

**Movant**

**SURESH KODALI**

represented by **JAMES E. CECCHI**
CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.
5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994–1700
Fax: (973) 994–1744
Email: jcecchi@carellabyrne.com
*ATTORNEY TO BE NOTICED*

**Movant**

**NEW MEXICO STATE INVESTMENT COUNCIL**

represented by **ROBERT A. HOFFMAN**
BARRACK, RODOS & BACINE
ONE GATEWAY CENTER
SUITE 2600

NEWARK, NJ 07102
(973) 297−1484
Fax: (973) 297−1485
Email: rhoffman@barrack.com
*LEAD ATTORNEY*

**Movant**

**HARESH JOSHI**                    represented by    **JAMES E. CECCHI**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Movant**

**VELLIV, PENSION & LIVSFORSIKRING**   represented by    **JAMES E. CECCHI**
**A/S**                                                  (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**TEACHERS' RETIREMENT SYSTEM OF**    represented by    **THOMAS HENRY PRZYBYLOWSKI**
**THE CITY OF NEW YORK**                                POMERANTZ LLP
                                                        600 THIRD AVENUE
                                                        20TH FLOOR
                                                        NEW YORK, NY 10016
                                                        212−661−1100
                                                        Fax: 917−463−1044
                                                        Email: tprzybylowski@pomlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**NEW YORK CITY EMPLOYEES'**           represented by    **THOMAS HENRY PRZYBYLOWSKI**
**RETIREMENT SYSTEM**                                    (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**NEW YORK CITY POLICE PENSION**       represented by    **THOMAS HENRY PRZYBYLOWSKI**
**FUND**                                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**NEW YORK CITY FIRE DEPARTMENT**      represented by    **THOMAS HENRY PRZYBYLOWSKI**
**PENSION FUND**                                         (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**BOARD OF EDUCATION RETIREMENT**      represented by    **THOMAS HENRY PRZYBYLOWSKI**
**SYSTEM OF THE CITY OF NEW YORK**                       (See above for address)
                                                        *LEAD ATTORNEY*

**Plaintiff**

**JOHN BRAZINSKY**
*Individually and on behalf of all others*
*similarly situated*

represented by **LAURENCE M. ROSEN**
THE ROSEN LAW FIRM, P.A.
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NJ 07102
(973) 313–1887
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AT&T INC.**

represented by **RICHARD B. HARPER**
BAKER BOTTS, LLP
30 ROCKERFELLER PLAZA
NEW YORK, NY 10112
(212) 408–2675
Fax: (212) 259–2475
Email: richard.harper@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RANDALL L. STEPHENSON**

represented by **RICHARD B. HARPER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN T. STANKEY**

represented by **RICHARD B. HARPER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PASCAL DESROCHES**

represented by **RICHARD B. HARPER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN STEPHENS**

represented by **RICHARD B. HARPER**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2023 | Ï 1 | COMPLAINT against AT&T INC., PASCAL DESROCHES, JOHN T. STANKEY, JOHN STEPHENS, RANDALL L. STEPHENSON ( Filing and Admin fee $ 402 receipt number ANJDC–14491093) with JURY DEMAND, filed by JOHN BRAZINSKY. (Attachments: # 1 Certification Certification of John Brazinsky, # 2 Civil Cover Sheet Civil Cover Sheet)(ROSEN, |

| | | |
|---|---|---|
| | | LAURENCE) (Entered: 07/28/2023) |
| 07/28/2023 | Ï 2 | Request for Summons to be Issued by JOHN BRAZINSKY as to AT&T INC., PASCAL DESROCHES, JOHN T. STANKEY, JOHN STEPHENS, RANDALL L. STEPHENSON. (ROSEN, LAURENCE) (Entered: 07/28/2023) |
| 07/28/2023 | Ï 3 | Corporate Disclosure Statement by JOHN BRAZINSKY. (ROSEN, LAURENCE) (Entered: 07/28/2023) |
| 07/31/2023 | Ï | Judge Kevin McNulty and Magistrate Judge James B. Clark added. (ps) (Entered: 07/31/2023) |
| 08/01/2023 | Ï 4 | SUMMONS ISSUED as to AT&T INC., PASCAL DESROCHES, JOHN T. STANKEY, JOHN STEPHENS, RANDALL L. STEPHENSON. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jd, ) (Entered: 08/01/2023) |
| 09/26/2023 | Ï 5 | MOTION to Appoint Lead Plaintiff by GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT. (Attachments: # 1 Text of Proposed Order Granting Motion for Appointment of Lead Plaintiff)(LEVIT, LAWRENCE) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 6 | MEMORANDUM in Support filed by GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT re 5 MOTION to Appoint Lead Plaintiff (LEVIT, LAWRENCE) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 7 | DECLARATION of Lawrence D. Levit re 6 Memorandum in Support of Motion, 5 MOTION to Appoint Lead Plaintiff by GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT. (Attachments: # 1 Exhibit 1 – Complaint filed in Detroit v. AT&T Inc., et al, # 2 Exhibit 2 – Notice of pendency of the Brazinsky Action, # 3 Exhibit 3 – Notice of pendency issued by Detroit, # 4 Exhibit 4 – Certification executed on behalf of Detroit, # 5 Exhibit 5 – Firm resume of Abraham, Fruchter & Twersky, LLP.)(LEVIT, LAWRENCE) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 8 | STIPULATION *and Scheduling Order, Joint* by JOHN BRAZINSKY. (ROSEN, LAURENCE) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 9 | MOTION to Appoint Lead Plaintiff , MOTION to Appoint Counsel Lead Attorney: Levi & Korsinsky, LLP. by Bridget N. Smagala Revocable Trust U/A DTD 06/02/2005. (Attachments: # 1 Brief, # 2 Declaration of Adam M. Apton, # 3 Exhibit A– PSLRA Certification, # 4 Exhibit B– Loss Chart, # 5 Exhibit C– PSLRA Notice, # 6 Exhibit D– Movant Declaration, # 7 Exhibit E– Firm Resume, # 8 Text of Proposed Order)(APTON, ADAM) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 10 | MOTION to Appoint Lead Plaintiff by SURESH KODALI. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit A: PSLRA Certification, # 5 Exhibit B: Loss Chart, # 6 Exhibit C: PSLRA Notice, # 7 Exhibit D: Firm Resume of Hagens Berman Sobol Shapiro LLP, # 8 Exhibit E: Firm Resume of Carella Byrne)(CECCHI, JAMES) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 11 | MOTION to Appoint Lead Plaintiff by New Mexico State Investment Council. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E)(HOFFMAN, ROBERT) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 12 | MOTION to Appoint Lead Plaintiff by HARESH JOSHI. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit A: PSLRA Certification, # 5 Exhibit B: Loss Chart, # 6 Exhibit C: PSLRA Notice (NJ), # 7 Exhibit D: PSLRA Notice (NY), # 8 Exhibit E: Declaration of Haresh Joshi, # 9 Exhibit F: Firm Resume of Saxena White, P.A., # 10 Exhibit G: Firm Resume of Carella Byrne)(CECCHI, JAMES) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 13 | MOTION to Appoint Lead Plaintiff by VELLIV, PENSION & LIVSFORSIKRING A/S. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit A: PSLRA Certification, # 5 Exhibit B: Loss Chart, # 6 Exhibit C: PSLRA Notice, # 7 Exhibit D: KTMC Firm Profile, # 8 Exhibit E: Firm Resume of Carella Byrne)(CECCHI, JAMES) (Entered: 09/26/2023) |

| 09/26/2023 | 14 | MOTION to Appoint Lead Plaintiff, MOTION to Appoint Counsel Lead Counsel Attorney: Thomas H. Przybylowski, Pomerantz LLP. by TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY POLICE PENSION FUND, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Declaration, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D)(PRZYBYLOWSKI, THOMAS) (Entered: 09/27/2023) |
|---|---|---|
| 09/27/2023 | Ï | Set Deadlines as to 10 MOTION to Appoint Lead Plaintiff, 5 MOTION to Appoint Lead Plaintiff, 14 MOTION to Appoint Lead Plaintiff, MOTION to Appoint Counsel Lead Counsel Attorney: Thomas H. Przybylowski, Pomerantz LLP., 11 MOTION to Appoint Lead Plaintiff, 9 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel, Lead Attorney: Levi & Korsinsky, LLP., 13 MOTION to Appoint Lead Plaintiff, 12 MOTION to Appoint Lead Plaintiff. Motion set for 11/6/2023 before Judge Kevin McNulty. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jd, ) Modified on 9/27/2023 (jd, ). (Entered: 09/27/2023) |
| 09/27/2023 | 15 | JOINT STIPULATION AND SCHEDULING ORDER. Signed by Judge Kevin McNulty on 9/27/2023. (jd, ) (Entered: 09/27/2023) |
| 09/28/2023 | 16 | NOTICE of Appearance by RICHARD B. HARPER on behalf of AT&T INC., PASCAL DESROCHES, JOHN T. STANKEY, JOHN STEPHENS, RANDALL L. STEPHENSON (HARPER, RICHARD) (Entered: 09/28/2023) |
| 09/28/2023 | 17 | MOTION for Leave to Appear Pro Hac Vice by AT&T INC., PASCAL DESROCHES, JOHN T. STANKEY, JOHN STEPHENS, RANDALL L. STEPHENSON. (Attachments: # 1 Declaration of Jessica Bateman Pulliam, # 2 Declaration of John B. Lawrence, # 3 Declaration of James J. Beha II, # 4 Declaration of Kirstie Wallace, # 5 Text of Proposed Order)(HARPER, RICHARD) (Entered: 09/28/2023) |
| 09/29/2023 | Ï | Set Deadlines as to 17 MOTION for Leave to Appear Pro Hac Vice. Motion set for 11/6/2023 before Magistrate Judge James B. Clark. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jd, ) (Entered: 09/29/2023) |
| 10/02/2023 | 18 | ORDER granting 17 Motion for Leave to Appear Pro Hac Vice as to attorney's JESSICA BATEMAN PULLIAM, JOHN B. LAWRENCE, JAMES J. BEHA II, and KIRSTIE WALLACE. Signed by Magistrate Judge James B. Clark on 10/2/2023. (jd, ) (Entered: 10/02/2023) |
| 10/09/2023 | 19 | NOTICE by BRIDGET N. SMAGALA REVOCABLE TRUST U/A DTD 06/02/2005 re 9 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel Lead Attorney: Levi & Korsinsky, LLP. – *Notice of Non–Opposition to Competing Lead Plaintiff Motions* (APTON, ADAM) (Entered: 10/09/2023) |
| 10/10/2023 | 20 | Notice of Request by Pro Hac Vice Jessica Bateman Pulliam to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC–14777989.) (HARPER, RICHARD) (Entered: 10/10/2023) |
| 10/10/2023 | 21 | Notice of Request by Pro Hac Vice James J. Beha II to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC–14777992.) (HARPER, RICHARD) (Entered: 10/10/2023) |
| 10/10/2023 | 22 | Notice of Request by Pro Hac Vice John B. Lawrence to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC–14777994.) (HARPER, RICHARD) (Entered: 10/10/2023) |

| 10/10/2023 | Ï 23 | Notice of Request by Pro Hac Vice Kirstie Wallace to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC−14777995.) (HARPER, RICHARD) (Entered: 10/10/2023) |
|---|---|---|
| 10/11/2023 | Ï | Pro Hac Vice counsel, JESSICA B PULLIAM, JAMES J. BEHA II, JOHN B. LAWRENCE and KIRSTIE WALLACE, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (jd, ) (Entered: 10/11/2023) |
| 10/13/2023 | Ï 24 | NOTICE by SURESH KODALI *OF NON−OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL* (CECCHI, JAMES) (Entered: 10/13/2023) |
| 10/19/2023 | Ï 25 | NOTICE by GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT re 5 MOTION to Appoint Lead Plaintiff *of Non−Opposition to Competing Motions for Appointment as Lead* (LEVIT, LAWRENCE) (Entered: 10/19/2023) |
| 10/23/2023 | Ï 26 | NOTICE by HARESH JOSHI *OF NON−OPPOSITION* (CECCHI, JAMES) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 27 | Corporate Disclosure Statement by VELLIV, PENSION & LIVSFORSIKRING A/S identifying VELLIV FORENINGEN FMBA as Corporate Parent.. (CECCHI, JAMES) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 28 | RESPONSE in Support filed by VELLIV, PENSION & LIVSFORSIKRING A/S re 13 MOTION to Appoint Lead Plaintiff *AND APPROVAL OF SELECTION OF COUNSEL* (CECCHI, JAMES) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 29 | MEMORANDUM in Support filed by BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK re 14 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel Lead Counsel Attorney: Thomas H. Przybylowski, Pomerantz LLP. *Memorandum of Law: (1) In Further Support of Motion of the New York City Public Pension Funds for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel; and (2) In Opposition to Competing Motions* (PRZYBYLOWSKI, THOMAS) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 30 | MEMORANDUM in Support filed by NEW MEXICO STATE INVESTMENT COUNCIL re 11 MOTION to Appoint Lead Plaintiff (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(HOFFMAN, ROBERT) (Entered: 10/23/2023) |
| 10/25/2023 | Ï 31 | MOTION for Leave to Appear Pro Hac Vice by NEW MEXICO STATE INVESTMENT COUNCIL. (Attachments: # 1 Certification, # 2 Text of Proposed Order)(HOFFMAN, ROBERT) (Entered: 10/25/2023) |
| 10/26/2023 | Ï | Set Deadlines as to 31 MOTION for Leave to Appear Pro Hac Vice. Motion set for 11/20/2023 before Magistrate Judge James B. Clark. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jd, ) (Entered: 10/26/2023) |
| 10/26/2023 | Ï 32 | ORDER granting 31 Motion for Leave to Appear Pro Hac Vice as to FRANCIS P. MCCONVILLE. Signed by Magistrate Judge James B. Clark on 10/26/2023. (jd, ) (Entered: 10/26/2023) |
| 10/30/2023 | Ï 33 | NOTICE of Appearance by ROBERT A. HOFFMAN on behalf of NEW MEXICO STATE INVESTMENT COUNCIL (HOFFMAN, ROBERT) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 34 | |

| | | Notice of Request by Pro Hac Vice Francis P. McConville to receive Notices of Electronic Filings. (HOFFMAN, ROBERT) (Entered: 10/30/2023) |
|---|---|---|
| 10/30/2023 | 35 | RESPONSE in Support filed by VELLIV, PENSION & LIVSFORSIKRING A/S re 13 MOTION to Appoint Lead Plaintiff *AND APPROVAL OF SELECTION OF COUNSEL* (CECCHI, JAMES) (Entered: 10/30/2023) |
| 10/30/2023 | | Pro Hac Vice fee received for Francis P. McConville: $ 150, receipt number 135314 (jjc, ) (Entered: 10/30/2023) |
| 10/30/2023 | 36 | MEMORANDUM in Support filed by NEW MEXICO STATE INVESTMENT COUNCIL re 11 MOTION to Appoint Lead Plaintiff (HOFFMAN, ROBERT) (Entered: 10/30/2023) |
| 10/30/2023 | 37 | MEMORANDUM in Support filed by BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK re 14 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel Lead Counsel Attorney: Thomas H. Przybylowski, Pomerantz LLP. (Attachments: # 1 Exhibit A – List of Movants' Common Stock Purchases and Sales within the Class Period)(PRZYBYLOWSKI, THOMAS) (Entered: 10/30/2023) |
| 10/31/2023 | | Pro Hac Vice counsel, FRANCIS P. MCCONVILLE, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (jd, ) (Entered: 10/31/2023) |
| 11/02/2023 | 38 | MOTION for Leave to File *Sur–Reply Brief* by NEW MEXICO STATE INVESTMENT COUNCIL. (Attachments: # 1 Exhibit Exh. A – Sur–Reply Memorandum)(HOFFMAN, ROBERT) (Entered: 11/02/2023) |
| 11/06/2023 | | Set Deadlines as to 38 MOTION for Leave to File Sur–Reply Brief. Motion set for 12/4/2023 before Magistrate Judge James B. Clark. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jd, ) (Entered: 11/06/2023) |
| 11/08/2023 | 39 | RESPONSE to Motion filed by BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK re 38 MOTION for Leave to File *Sur–Reply Brief* (Attachments: # 1 Exhibit A – [Proposed] Sur–Reply, # 2 Declaration of Thomas Przybylowski, # 3 Exhibit 1 – NYC Funds' Financial Interest, # 4 Exhibit 2 – Order, dated March 15, 2021, # 5 Exhibit 3 – February 4, 2021 Hearing Transcript)(PRZYBYLOWSKI, THOMAS) (Entered: 11/08/2023) |
| 11/13/2023 | | 38 MOTION for Leave to File *Sur–Reply Brief* no longer referred to the Magistrate Judge. Motion to be decided by the District Judge. (seb) (Entered: 11/13/2023) |
| 11/14/2023 | 40 | MOTION for Leave to Appear Pro Hac Vice by BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK. (Attachments: # 1 [Proposed] Order for Pro Hac Vice Admission of Jeremy A. Lieberman, # 2 Certification of Thomas H. Przybylowski, # 3 Declaration of Jeremy A. Lieberman, # 4 Certificate of Service)(PRZYBYLOWSKI, THOMAS) (Entered: 11/14/2023) |

| 11/15/2023 | 1 | Set Deadlines as to 40 MOTION for Leave to Appear Pro Hac Vice. Motion set for 12/18/2023 before Magistrate Judge James B. Clark. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jd, ) (Entered: 11/15/2023) |
|---|---|---|
| 11/21/2023 | 41 | ORDER granting 40 Motion for Leave to Appear Pro Hac Vice as to JEREMY A. LIEBERMAN. Signed by Magistrate Judge James B. Clark on 11/21/2023. (jd, ) (Entered: 11/22/2023) |
| 11/22/2023 | 42 | Corporate Disclosure Statement by AT&T INC. identifying None as Corporate Parent.. (HARPER, RICHARD) (Entered: 11/22/2023) |
| 11/22/2023 | 43 | MOTION to Transfer Case to United States District Court for the Northern District of Texas *PURSUANT TO 28 U.S.C. § 1404* by AT&T INC., PASCAL DESROCHES, JOHN T. STANKEY, JOHN STEPHENS, RANDALL L. STEPHENSON. (Attachments: # 1 Memorandum in Support of Motion to Transfer, # 2 Declaration of Tomohiro Fujimaki, # 3 Text of Proposed Order)(HARPER, RICHARD) (Entered: 11/22/2023) |
| 11/27/2023 | | Set Deadlines as to 43 MOTION to Transfer Case to United States District Court for the Northern District of Texas PURSUANT TO 28 U.S.C. § 1404. Motion set for 12/18/2023 before Judge Kevin McNulty. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jd, ) (Entered: 11/27/2023) |
| 11/29/2023 | 44 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Madeline Cox Arleo for all further proceedings. Judge Kevin McNulty no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 11/29/2023. (nic, ) (Entered: 11/29/2023) |
| 12/04/2023 | 45 | NOTICE by BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK re 43 MOTION to Transfer Case to United States District Court for the Northern District of Texas *PURSUANT TO 28 U.S.C. § 1404 Notice of Non−Opposition to Motion to Transfer (Dkt. No. 43)* (PRZYBYLOWSKI, THOMAS) (Entered: 12/04/2023) |
| 12/04/2023 | 46 | MEMORANDUM in Opposition filed by VELLIV, PENSION & LIVSFORSIKRING A/S re 43 MOTION to Transfer Case to United States District Court for the Northern District of Texas *PURSUANT TO 28 U.S.C. § 1404* (CECCHI, JAMES) (Entered: 12/04/2023) |
| 12/04/2023 | 47 | NOTICE by NEW MEXICO STATE INVESTMENT COUNCIL re 43 MOTION to Transfer Case to United States District Court for the Northern District of Texas *PURSUANT TO 28 U.S.C. § 1404 of Non−Opposition to Motion to Transfer* (HOFFMAN, ROBERT) (Entered: 12/04/2023) |
| 12/11/2023 | 48 | REPLY to Response to Motion filed by AT&T INC., PASCAL DESROCHES, JOHN T. STANKEY, JOHN STEPHENS, RANDALL L. STEPHENSON re 43 MOTION to Transfer Case to United States District Court for the Northern District of Texas *PURSUANT TO 28 U.S.C. § 1404* (HARPER, RICHARD) (Entered: 12/11/2023) |
| 04/16/2024 | 49 | ORDER granting 14 Motion to Appoint Lead Plaintiff, the New York City Public Pension Funds (the "NYC Funds"); Approving Lead Plaintiff's selection of Lead Counsel. Signed by Judge Madeline Cox Arleo on 4/16/2024. (jd, ) (Entered: 04/17/2024) |
| 04/18/2024 | 50 | ORDER denying Movants' 5 Motion to Appoint Lead Plaintiff; 9 Motion to Appoint Plaintiff/Counsel; denying 10 Motion to Appoint Lead Plaintiff; denying 11 Motion to Appoint Lead Plaintiff; denying 12 Motion to Appoint Lead Plaintiff; denying 13 Motion to Appoint Lead |

| | | |
|---|---|---|
| | | Plaintiff; terminating 38 Motion for Leave, as moot; Updating every pleading in this Action, and any related action that is consolidated with this action, shall bear the caption herein. Signed by Judge Madeline Cox Arleo on 4/18/2024. (jd, ) (Entered: 04/19/2024) |
| 04/18/2024 | 51 | CORRECTED ORDER denying Movants' 5 Motion to Appoint Lead Plaintiff; 9 Motion to Appoint Plaintiff/Counsel; denying 10 Motion to Appoint Lead Plaintiff; denying 11 Motion to Appoint Lead Plaintiff; denying 12 Motion to Appoint Lead Plaintiff; denying 13 Motion to Appoint Lead Plaintiff; terminating 38 Motion for Leave, as moot; Updating every pleading in this Action, and any related action that is consolidated with this action, shall bear the caption herein. Signed by Judge Madeline Cox Arleo on 4/18/2024. (jd, ) (Entered: 04/22/2024) |
| 04/30/2024 | 52 | Letter from Richard B. Harper and Thomas Przybylowski to the Hon. Madeline Cox Arleo re 15 Stipulation and Order. (HARPER, RICHARD) (Entered: 04/30/2024) |
| 05/16/2024 | 53 | ORDER granting 43 Defendants' Motion to Transfer Case to The United States District Court for The Northern District of Texas ***CIVIL CASE TERMINATED. Signed by Judge Madeline Cox Arleo on 5/16/2024. (jd, ) (Entered: 05/16/2024) |