**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Civil Action No.: 3:24-cv-01196-N |

**ORDER GRANTING MOTION FOR WITHDRAWAL
OF RICHARD B. HARPER AS COUNSEL**

Before the Court is Defendants AT&T Inc., John Stankey, Randall Stephenson, Pascal Desroches, and John Stephens's Unopposed Motion for Withdrawal of Richard B. Harper as Counsel ("Motion"). Having considered it, the Court hereby **GRANTS** the Motion. It is therefore hereby **ORDERED** that Richard B. Harper is no longer counsel in the above referenced matter.

Signed June 17, 2024.

_____

David C. Godbey
Chief United States District Judge