IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN BRAZINSKY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-01196-N |
| | § | |
| AT&T INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# BRIEFING SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court ("LR"), and the Civil Justice Expense and Delay Reduction Plan (the "Plan") for the Northern District of Texas, the Court ORDERS as follows:

1. Lead Plaintiffs shall file their Amended Class Action Complaint on or before July 8, 2024;

2. Defendants shall file their Motion to Dismiss the Amended Class Action Complaint on or before September 6, 2024;

3. Lead Plaintiffs shall file any Opposition to Defendants' Motion to Dismiss on or before November 5, 2024;

4. Defendants shall file any Reply in Support of their Motion to Dismiss on or before December 11, 2024.

5. The Parties shall confer on an anticipated trial-ready date and estimated length of trial within 14 days after the entry of any order denying in whole or in part Defendants'

anticipated motion to dismiss, and within 7 days of that conference provide the Court with their positions.

6. The Parties shall confer on the subjects on which discovery may be needed, when discovery should be completed, or whether discovery should be conducted in phases or be limited to or focused on particular issues within 14 days after the entry of any order denying in whole or in part Defendants' anticipated motion to dismiss, and within 7 days of that conference provide the Court with their positions.

7. The Parties shall confer on whether any modifications to the limitations on discovery are necessary within 14 days after the entry of any order denying in whole or in part Defendants' anticipated motion to dismiss, and within 7 days of that conference provide the Court with their positions.

Signed July 1, 2024.

_____
David C. Godbey
Chief United States District Judge