**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Civil Action No.: 3:24-cv-01196-N |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND BRIEF IN SUPPORT THAT EXCEEDS THE PAGE LIMIT**

Before the Court is Defendants' Unopposed Motion to File Motion to Dismiss First Amended Class Action Complaint and Brief in Support that Exceeds the Page Limit. Having considered it, the Court GRANTS the Motion and ORDERS that Defendants' Motion to Dismiss First Amended Class Action Complaint and Brief in Support shall not exceed 32 pages, exclusive of the cover page, tables of contents and authorities, and signature page.

Signed September 10, 2024.

David C. Godbey
Chief United States District Judge