**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE AT&T INC. SECURITIES
LITIGATION

Case No. No. 3:24-cv-01196-N

CLASS ACTION

**APPENDIX IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Court-appointed lead plaintiffs Teachers' Retirement System of the City of New York, the New York City Employees Retirement System, the New York City Police Pension Fund, the New York City Fire Department Pension Fund, and the Board of Education Retirement System of the City of New York (collectively, "Plaintiffs") submit this Appendix in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.

| Exhibit | Description | Pages |
|---|---|---|
| N/A | Declaration of Justin D. D'Aloia | n/a |
| 1 | The Class Action Petition for Damages and Injunctive Relief, as filed in *Parish of St. Mary et al v. Lumen Technologies Inc. et al*, No. 6:24-cv-01001 (W.D. La. Jul. 26, 2024) | 1-44 |
| 2 | Proposed Amended Final Consent Decree, as filed in *California Sportfishing Alliance v. Pacific Bell Telephone Company*, No. 2:21-cv-00073 (E.D. Ca. Oct. 28, 2024) | 45-55 |
| 3 | Complaint, as filed in *Bellsouth Telecommunications, LLC, et al v. Associated Electric & Gas Insurance Services, Ltd., et al*, No. 24CV003325 (Ga. Super. Ct. Mar. 14, 2024) | 56-145 |
| 4 | AT&T's *2018/2019 Corporate Responsibility Summary* | 146-182 |
| 5 | AT&T's *2019/2020 Corporate Responsibility Summary* | 183-223 |
| 6 | AT&T's *ESG Summary May 2021* | 224-247 |
| 7 | AT&T's *ESG Summary August 2022* | 248-277 |
| 8 | AT&T's *ESG Summary 2022* | 278-311 |
| 9 | Chart, Individual Defendants' Incentive Compensation As a % of Base Salary | 312-313 |

| Exhibit | Description | Pages |
|---|---|---|
| 10 | Defendant Pacific Bell Telephone Company's Amended Responses to Plaintiff's First Set of Requests for Admission, as filed in California Sportfishing Alliance v. Pacific Bell Telephone Company, No. 2:21-cv-00073 (E.D. Ca. Oct. 31, 2024) | 314-318 |
| 11 | Chart, Bonds Acquired by Lead Plaintiff – Prices During Corrective Disclosure Period | 319-326 |

Dated:  November 5, 2024                          Respectfully submitted,

**POMERANTZ LLP**                               **THE BRISCOE LAW FIRM**

 /s/ Jeremy A. Lieberman                          /s/ Willie C. Brisco
Jeremy A. Lieberman                             Willie C. Briscoe
Justin D. D'Aloia                               12700 Park Central Drive, Suite 520
600 Third Avenue, 20th Floor                    Dallas, Texas  75251
New York, New York 10016                        Telephone: (972) 521-6868
Telephone: (212) 661-1100                       Facsimile: (281) 254-7789
Facsimile: (917) 463-1044                       wbriscoe@thebriscoelawfirm.com
jalieberman@pomlaw.com
jdaloia@pomlaw.com                              *Local Counsel for Plaintiffs*

*Counsel for Plaintiffs and Lead Counsel for the Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE AT&T INC. SECURITIES
LITIGATION

Case No. 3:24-cv-01196-N

CLASS ACTION

## DECLARATION OF JUSTIN D. D'ALOIA

I, Justin D'Aloia, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Pomerantz LLP, counsel for court-appointed lead plaintiffs Board of Education Retirement System of the City of New York, New York City Employees' Retirement System, New York City Fire Department Pension Fund, New York City Police Pension Fund, and the Teachers Retirement System of the City of New York (collectively, "Plaintiffs"), and I am admitted to appear before the Court *pro hac vice* as counsel for Plaintiffs in the above-captioned action (the "Action").  I have personal knowledge of the matters set forth herein and, if called upon, would testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of The Class Action Petition for Damages and Injunctive Relief filed against several parties, including AT&T, Inc. ("AT&T"), in the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, attached as Exhibit A to Defendants' Notice of Removal filed in the matter captioned *Parish of St. Mary, et al. v. Lumen Technologies Inc., et al.,* No. 6:24-cv-01001 (W.D. La.), on July 26, 2024 [Doc. No. 1-1].

3.      Attached as Exhibit 2 is a true and correct copy of the Proposed Amended Final Consent Decree, filed in the matter captioned *California Sportfishing Alliance v. Pacific Bell Telephone Company*, No. 2:21-cv-00073 (E.D. Ca.), on October 28, 2024 [Doc No. 155-1].

1

4.      Attached as Exhibit 3 is a true and correct copy of the Complaint filed in the matter captioned *Bellsouth Telecommunications, LLC, et al. v. Associated Electric & Gas Insurance Services, Ltd., et al.*, No. 24CV003325 (Ga. Super. Ct.), on March 14, 2024, and the Complaint filed in the matter captioned *Certain Underwriters at Lloyd's, London, et al. v. AT&T Corp., et al.*, Index No. 652261/2024 (N.Y. Sup. N.Y. Cty.), on May 1, 2024.

5.      Attached as Exhibit 4 is a true and correct copy of the *2018/2019 Corporate Responsibility Summary*, published by AT&T in June 2019.

6.      Attached as Exhibit 5 is a true and correct copy of the *2019/2020 Corporate Responsibility Summary*, published by AT&T in June 2020.

7.      Attached as Exhibit 6 is a true and correct copy of the *AT&T ESG Summary May 2021*, published by AT&T in June 2021.

8.      Attached as Exhibit 7 is a true and correct copy of *ESG Summary August 2022*, published by AT&T in August 2022.

9.      Attached as Exhibit 8 is a true and correct copy of *ESG Summary 2022*, published by AT&T in March 2023.

10.      Attached as Exhibit 9 is a chart summarizing the allegations from paragraphs 443, 446, 448, 450, and 452 of the First Amended Class Action Complaint for Violations of the Federal Securities Laws filed in the above-captioned Action on July 8, 2024 [Doc. No. 64].

11.      Attached as Exhibit 10 is a true and correct copy of Defendant Pacific Bell Telephone Company's Amended Responses to Plaintiff's First Set of Requests for Admission, as filed in the matter captioned *California Sportfishing Alliance v. Pacific Bell Telephone Company*, No. 2:21-cv-00073 (E.D. Ca.), on October 31, 2024 [Doc. No. 157-7].

2

12.     Attached as Exhibit 11 is a chart containing the true and correct closing price for each bond referenced in the certification filed by Daniel R. Whitman, Senior Counsel at the New York City Law Department in the above-captioned Action on September 26, 2023 [Doc. No. 14-6], for each trading day between July 7, 2023, and July 28, 2023, retrieved from *Bloomberg Terminal*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of November, 2024, in New York, New York.

*/s/ Justin D. D'Aloia*

Justin D. D'Aloia

# EXHIBIT 1



# 16th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY

## STATE OF LOUISIANA

NO. ___1 3 8 5 7 5___                    DIV. ___DIV. "C"___

PARISH OF ST. MARY, CITY OF FRANKLIN, CITY OF NEW IBERIA, and JOHNNY
GIBSON, individually and on behalf of all others similarly situated

### VERSUS

## LUMEN TECHNOLOGIES, INC. and AT&T, INC.

FILED: ___JUL 0 9 2024___                    JENNIFER R. SPLANE
                                             DEPUTY CLERK

## CLASS ACTION PETITION FOR DAMAGES AND INJUNCTIVE RELIEF

Now into Court through undersigned counsel come the Parish of St. Mary, the City of Franklin, the City of New Iberia, and Johnny Gibson (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, who file this Class Action Petition for Damages and Injunctive Relief against Lumen Technologies Inc. and AT&T, Inc. ("Defendants").

This case concerns the severe environmental damage to soil and groundwater caused by Defendants' installation and subsequent abandonment of lead-wrapped telecommunications cables ("the cables") on and under Plaintiffs' and the Class Members' properties ("the properties"), and Defendants' ongoing, decades-long failure to remediate the damage or remove cables no longer in use. Plaintiffs seek injunctive relief for a comprehensive assessment and remediation of the environmental damage to all Class Members' properties, as well as Class-wide compensatory damages.

## I.    PARTIES

1.    The Parish of St. Mary, is a political subdivision and a citizen of the State of Louisiana.

2.    The City of Franklin, is a municipal corporation and body politic established under the name City of Franklin in the Parish of St. Mary, and is a citizen of the State of Louisiana.

3.    The City of New Iberia, is a municipal corporation and body politic established under the name City of New Iberia in the Parish of Iberia, and is a citizen of the State of Louisiana.

Page 1 of 24

EXHIBIT

**A**

2

4.      Johnny Gibson is a person of the full age of majority and resident of and is a citizen of the State of Louisiana.

5.      Lumen Technologies Inc. ("Lumen"), is a Louisiana corporation authorized to do business and doing business in Louisiana, with its principal place of business in Monroe, Louisiana.

6.      AT&T Inc. ("AT&T"), is a Delaware corporation doing business in Louisiana with, its principal place of business in Texas.

## II.      JURISDICTION AND VENUE

7.      The amount of controversy is sufficient to justify the jurisdiction of the 16th Judicial District Court for St. Mary Parish.

8.      This Court has personal jurisdiction over Defendants because Defendants have purposefully availed themselves of the privilege of engaging in business activities in Louisiana.

9.      Further, this Court has personal jurisdiction over Defendant AT&T Inc., pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3201. For the reasons stated herein and as detailed in the petition, AT&T has engaged in extensive activities within the State of Louisiana, including but not limited to transacting business, contracting to supply services or things, and committing acts or omissions that have caused injury or damage within the state.

10.      Venue is proper in St. Mary Parish under Louisiana Code of Civil Procedure articles 74, 80, and 593.

11.      Notwithstanding anything to the contrary herein, Plaintiffs do not pursue any claim against a party that was discharged in bankruptcy. If a party, or their predecessor-in-interest, has filed for or intends to file for bankruptcy concerning any of the claims alleged herein, it is the express intention of Plaintiffs not to pursue those claims in this action, and such party has been inadvertently named as a Defendant.

12.      Notwithstanding anything to the contrary, Plaintiffs make no claim under any federal law. Plaintiffs rely exclusively on state law and only plead state law causes of action.

3

### III.   FACTS

13.   Defendants and/or their legal predecessors laid lead-wrapped cables between the late 1800s and the 1960s as they built out telephone service across the U.S. to further the ends of their telecommunication business.

14.   The cables, often containing hundreds of bundled copper wires, had a thick jacket of lead insulation, to prevent corrosion and keep out water.

15.   When technology advanced and Defendants turned to plastic sheathing and, later, fiber optics, they left these cables in place. The cables have not been maintained and have become worn and damaged over time. In many cases, Defendants abandoned the cables on the properties without performing any evaluation or remediation activities or providing notice to the landowner.

16.   Lumen and its predecessors in interest began as the Oak Ridge Company in Morehouse Parish, Louisiana, and then incorporated as Central Telephone and Electronics in 1968.

17.   It grew larger by purchasing rural phone access lines throughout Louisiana and the United States and went public in 1978 under the name Century Telephone Enterprises.

18.   By 2002, now known as CenturyTel, it had become one of the largest rural local exchange carriers in the United States and eventually renamed itself CenturyLink.

19.   In 2020, CenturyLink became Lumen Technologies Inc. and had revenues of more than 17 billion dollars by 2022.

20.   Starting in the 1930s, Southern Bell began laying miles of lead cables in and around Bayou Teche.

21.   Through a series of transactions, Southern Bell was acquired by AT&T.

22.   After the publication of an article in the Wall Street Journal, AT&T personnel were seen testing areas of lead contamination identified in the article.

23.   Lead is a chemical that is known to cause cancer. Exposure to lead also impairs the development of the central nervous system, which can lead to behavioral problems and learning disabilities in children, and can cause kidney, heart, and reproductive problems, including sterility.

24.   According to doctors, no amount of contact with lead is safe, whether ingested or inhaled, particularly with respect to the physical and mental development of children.

4

25. As the cables have degraded, lead has dissipated into the soil and underground water on the properties. This causes people who make physical contact with the soil or water on the properties to be dermally exposed to lead. The lead can also be ingested by humans when they drink water from the properties.

26. The cables are a source of significant environmental damage at the properties today. The damage-causing lead has migrated into and contaminated usable groundwater zones to an as yet undetermined extent both vertically and horizontally.

27. Plaintiffs only recently discovered that the soil and underground water on the properties are contaminated with lead. Plaintiffs first learned of the possibility of environmental damage to the properties after the publication of an article in the Wall Street Journal on July 9, 2023, which, for the first time, identified that buried telecommunications cables in southern Louisiana contained lead that was leaching into the soil and water. Plaintiffs never had any suspicion, constructive knowledge, or actual knowledge of the possibility of environmental damage to the properties prior to the publication of that article.

28. In contrast, Defendants and/or their legal predecessors have long known about the lead-wrapped cables and the risks they pose. Defendants were aware that lead was leaching into the soil and groundwater at the properties but never acted to monitor or in any way address the situation. Indeed, in a 2010 presentation, Defendant AT&T admitted that "'[u]nderground cable presents real possibilities for overexposure for workers removing them."[1] Per the presentation, "[s]ome older metropolitan areas may still have over 50% lead cable."

29. According to Braden Allenby, AT&T's former top environmental health and safety official, AT&T was concerned about the cost of removing the cables. For AT&T, "[i]t was standard operating procedure to abandon those cables in place," and AT&T and its employees "kept the discussion internal and informal" and "didn't try to quantify the problem or speak to the economics overall."[2]

---

[1] Susan Pulliam, et al., *American Is Wrapped in Miles of Toxic Lead Cables*, Wall St. J. (July 9, 2023 at 8:18 a.m.), https://www.wsj.com/articles/lead-cables-telecoms-att-toxic-5b34408b, attached as **Exhibit A**.

[2] *Id.*

30.     Similarly, Defendant Lumen Technologies Inc. has long known about the lead-wrapped cables within its network and the potential risks they pose. Lumen is aware that lead is leaching into the soil and groundwater at the properties, but has not taken any action to address the health risks to owners of the properties or the environmental damage.

31.     In its 2024 10-K report, Lumen acknowledges that "Media reports issued in mid-2023 alleged that certain lead-sheathed cables that are part of our copper-based network infrastructure pose public health and environmental risks. Such allegations may subject us to legislative or regulatory actions, removal costs, compliance costs or penalties. Accordingly, we may incur substantial expenses, which could have a material adverse impact on our financial results or condition." Despite this knowledge, Lumen has failed to act, and its own reports indicate potential substantial expenses related to these issues.

32.     Lumen's 2024 10-K report also states, "Our network includes some residual lead-sheathed copper cables installed years ago. These lead-sheathed cables constitute a small portion of our network. Due to recent media coverage of potential health and environmental risks associated with these cables, we anticipate incurring certain investigative costs. We also may incur other costs from related proceedings, including litigation, regulatory initiatives, and remediation. As of December 31, 2023, we had not accrued for any such potential costs and will only accrue when such costs are probable and reasonably estimable."

33.     Lumen's 2024 10-K report further reveals, "We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties. In addition, in the past we acquired companies that had installed lead-sheathed cables several decades earlier, or had operated certain manufacturing companies in the first part of the 1900s. Under applicable environmental laws, we could be named as a potentially responsible party for a share of the remediation of environmental conditions arising from the historical operations of our predecessors."

34.     The lead-wrapped cables themselves constitute waste. By abandoning the cables, Defendants were disposing of waste on the properties.

Page 5 of 24

6

35.    Defendants' abandonment of the cables and failure to remediate the lead contamination caused by the cables on and beneath Plaintiffs'and Class Members' properties caused, and continue to cause, environmental damage to the properties. Defendants' conduct causing this damage includes:

     a.   Placement, use, and failure to properly dispose of cables on the properties;

     b.   Leaks from careless maintenance of the cables;

     c.   Faulty design and construction of the cables;

     d.   Failure to properly and promptly remediate known environmental damage to the properties;

     e.   Failure to assess, report, and remediate groundwater impacted by the operation of the cables despite a regulatory mandate to do so.

36.    The locations of some of these cables include, but are not limited to:

**i.  St. Mary Parish:**

     a.  Teche Drive & Willow Street (behind the St. Mary Parish Courthouse)

**ii.  New Iberia:**

     a.  100 Front Street, New Iberia, LA 70563;

     b.  302 Fulton Street, New Iberia, LA 70560 (just off Indest Street);

     c.  2036-2170 Sugar Oaks Rd, New Iberia, LA 70563;

     d.  2516 Belle Place Olivier Rd, New Iberia, LA 70563;

     e.  303 LA-320, New Iberia, LA 70563;

     f.  3 Bridge Street, New Iberia, LA 70563

## IV. CLASS ALLEGATIONS

37.    Plaintiffs re-allege and incorporate by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

38.    Plaintiffs bring this action on behalf of themselves and all other similarly situated persons as a class action pursuant to Louisiana Code of Civil Procedure article 591, *et seq*.

39.    Plaintiffs seek to represent a class composed of and defined as follows, and all subject to confirmation, clarification, and/or modification based on discovery to be conducted in this action:

> All parishes, municipalities, and citizens owning properties in the State of Louisiana, with abandoned lead-wrapped telecommunications cables laid, owned, or operated by Defendants AT&T Inc. and/or Lumen Technologies Inc. or their predecessors in interest.

40.    Excluded from the Class are: (1) Defendants, including any entity in which either defendant has a controlling interest, and any of Defendants' legal representatives, officers, directors, employees, assigns, and successors; (2) the Judge to whom this case is assigned and any member of the Judge's staff or immediate family; and (3) Class Counsel.

41.    **Numerosity**: While the exact number of Class Members is unknown to Plaintiffs at this time and can only be determined by appropriate discovery, membership in the Class is ascertainable based upon the records maintained by Defendants. Given the widespread use and abandonment of lead-wrapped cables throughout Louisiana, the Class Members are so numerous

8

that the individual joinder of all Class Members is impracticable under Louisiana Code of Civil Procedure article 591(A)(1).

42.    **Commonality**: There are common questions of law that exist as to all Class Members pursuant to Louisiana Code of Civil Procedure article 591(A)(2). These common legal and factual issues include, but are not limited to:

a. Whether Defendants' actions in laying and abandoning lead-wrapped cables have caused environmental contamination;

b. Whether Defendants knew or should have known about the risks posed by the lead-wrapped cables;

c. Whether Defendants failed to properly maintain, monitor, or remediate the lead contamination from the cables;

d. The extent of the environmental damage and health risks caused by lead contamination;

e. The appropriate measures for assessing and remediating the contamination;

f. The rights of Plaintiffs and Class Members to recover damages and obtain injunctive relief.

43.    **Typicality**: Plaintiffs' claims are typical of the claims of the Class Members whom they seek to represent under Louisiana Code of Civil Procedure article 591(A)(3) because Plaintiffs and each Class Member have suffered similar harm due to the contamination of their properties by Defendants' abandoned lead-wrapped cables. Plaintiffs seek the same relief for the remediation of environmental damage and compensation for the harm caused.

44    **Adequacy of Representation**: Plaintiffs will fairly and adequately represent and protect the interests of the Class Members as required by Louisiana Code of Civil Procedure article 591(A)(4). Plaintiffs are adequate representatives because their interests do not conflict with the interests of the Class Members. Plaintiffs do not have any interest which might cause them to not vigorously pursue this action. There are no conflicts between Plaintiffs and the unnamed Class

Members. Plaintiffs anticipate no difficulty in the management of this litigation as a class action. Therefore, the interests of the Class Members will be fairly and adequately protected.

45.    Further, Plaintiffs have retained competent counsel, including counsel experienced in complex class action litigation, and environmental and toxic tort cases. Class counsel have experience in complex litigation and have the financial and legal resources to meet the costs and legal issues associated with this type of litigation.

46.    A class action is the superior method for the fair and efficient adjudication of this controversy pursuant to Louisiana Code of Civil Procedure article 591(B). Prosecuting separate actions on behalf of individual class members would create a risk of inconsistent adjudications while adjudication of issues in one individual matter will be dispositive of those issues in all individual cases. The injury suffered by each individual Class Member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendants' conduct.

47.    Additionally, questions of law and fact common to Class Members predominate here. There are few difficulties in managing this case as a class action, whereas there are many difficulties associated with proceeding on an individual basis. It would be virtually impossible for individual Class Members to effectively redress the wrongs done to them. Even if the Class Members could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, members of the Class can be readily identified and notified based on Defendants' extensive records on the locations of their cables and properties affected by the lead contamination.

## V.    CAUSES OF ACTION

### A.  COUNT 1: TRESPASS TO PROPERTIES

48.    Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

**10**

49.   Defendants intentionally installed lead-wrapped cables on the Plaintiffs' and Class Members' properties and then took no steps to prevent the lead from leaching from the cables onto the properties up to the present day. Defendants thereby intentionally disposed of toxic and hazardous substances on the properties.

50.   Plaintiffs and Class Members never gave Defendants permission to leach lead onto their Properties. Plaintiffs and Class Members never gave Defendants permission to leave the cables in a decaying state on their properties after the servitude entitling Defendants to place and operate the cables on the properties ended/after Defendants effectively abandoned the cables on the properties.

51.   Defendants' actions and omissions in relation to the cables on the properties resulted in the unauthorized and unabated discharge, leakage, and disposal of lead onto surface and subsurface soil and water on and beneath the properties. Defendants thereby unlawfully physically invaded Plaintiffs' properties.

52.   Defendants' unauthorized trespass constitutes an ongoing and continuing trespass that will continue from day to day until the cables are removed, the contamination is stopped, and the properties are restored to their original, uncontaminated condition.

53.   Defendants used more of the properties than they were entitled to use, including by allowing lead to migrate from the cables onto and under the adjacent parts of the properties, which were not subject to Defendants' servitude. Defendants have exceeded and continue to exceed the scope of that servitude by unreasonably and unlawfully releasing contaminants into the soil and water on and beneath the properties. Defendants were not entitled to use their right of placement of the cables to contaminate Plaintiffs' and Class Members' properties.

54.   After the Defendants stopped using the cables, any right of use expired, and they were trespassing on the Plaintiffs' and Class Members' properties.

55.   Defendants derived substantial economic benefit from the placement of the cables and their operation on the properties.

56.   As a result of Defendants' unlawful physical invasion of the properties, Plaintiffs and Class Members are entitled to successive money damages and/or an injunction requiring the

immediate cessation of the continuing trespass of contamination, site investigation, and cleanup of the Properties.

### B. COUNT 2: PRE-1996 LOUISIANA CIVIL CODE ARTICLE 667 LIABILITY

57.   Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

58.   Plaintiffs, Class Members, and Defendants are proprietors of neighboring estates within the meaning of the pre-1996 La. Civ. Code Ann. art. 667 predial servitude. Where the Defendants' cables run directly through Plaintiffs' and Class Members' properties, the servitude entitling Defendants to place the cables on the properties makes the properties the servient estates, and the right-of-way entitling Defendants to place the cables on the properties is the dominant estate. The fact that the cables are running through the Plaintiffs' and Class Members' properties satisfies the proximity requirement. Where the Defendants' cables do not run directly through the properties, i.e., the cables are not actually touching the properties, they are still sufficiently near to satisfy the proximity requirement. The distance between the cables and the properties is close enough to make the properties the servient estates, and the right-of-way entitling Defendants to place the cables on the properties the dominant estate. The fact that lead from the cables migrated onto the properties reinforces that assertion.

59.   As such, under the pre-1996 La. Civ. Code Ann. art. 667, Defendants are liable to Plaintiffs and Class Members under Louisiana properties law and the predial servitude created by former art. 667 for the damage caused by their acts and omissions, including by placing the cables on the properties, failing to properly maintain them, and/or failing to properly discharge of them after their decommissioning. This damage includes impacting and contaminating the groundwater beneath the properties and thereby damaging Plaintiffs' and Class Members' right to extract the groundwater.

60.   The cables constitute works within the meaning of La. Civ. Code Ann. art. 667.

61.   The toxic contamination and pollution constitute environmental damage to the properties that was caused by Defendants' works on the properties.

62.   Plaintiffs and Class Members are entitled to recover money damages for the environmental damage to the properties resulting from Defendants' related damage-causing

**12**

activities for which Defendants are responsible, and a mandatory injunction to repair and abate the environmental damage.

### C. COUNT 3: POST-1996 LOUISIANA CIVIL CODE ARTICLE 667 LIABILITY

63.   Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

64.   Defendants continued to conduct and maintain control of the complained of operations after 1996.

65.   Plaintiffs, Class Members, and Defendants are proprietors of neighboring estates under Louisiana Civil Code article 667. Where the Defendants' cables run directly through Plaintiffs' and Class Members' properties, the servitude entitling Defendants to place the cables on the properties makes the properties the servient estates, and the right-of-way entitling Defendants to place the cables on the properties is the dominant estate. The fact that the cables are running through the Plaintiffs' and Class Members' properties satisfies the proximity requirement. Where the Defendants' cables do not run directly through the properties, i.e., the cables are not actually touching the properties, they are still sufficiently near to satisfy the proximity requirement. The distance between the cables and the properties is close enough to make the properties the servient estates and the right-of-way entitling Defendants to place the cables on the properties dominant estate. The fact that lead from the cables migrated onto the properties reinforces that assertion.

66.   The cables constitute works within the meaning of Louisiana Civil Code article 667.

67.   Plaintiffs and Class Members have a right to full use and enjoyment of their properties.

68.   Plaintiffs and Class Members have been denied the right to the full use and enjoyment of the properties because of the contamination and environmental damage caused by Defendants. Defendants' substantial interference with Plaintiffs' and Class Members' interest in the use and enjoyment of the properties has caused injury to Plaintiffs and Class Members.

69.   Plaintiffs and Class Members have suffered damages because of the properties' contamination. Defendants have caused physical damage to the properties, economic harm to the

properties's market value, and harm to Plaintiffs' and Class Members' intangible interest in making the properties safe.

70.     Defendants knew or should have known that the placement of lead-wrapped cables would result in the contamination of the properties and would deprive Plaintiffs and Class Members of the full use and enjoyment and the properties. Defendants could have prevented the damage by exercise of reasonable care, but failed to do so. Defendants could have inspected the cables and tested for the potential presence of toxic substances, including lead, in the soil and water near the cables. Such inspection would have revealed the contamination of the properties and required that the cables be removed or otherwise remediated. Defendants also failed to properly install, maintain, and operate the cables to prevent the leakage and/or failed to properly dispose of the cables after their decommissioning. Defendants, as professionals in the telecommunication business, must have been aware of the risks entailed in failing to properly maintain lead-wrapped cables and/or failing to properly dispose of the cables after their withdrawal from service if decommissioned.

71.     Defendants' knowledge of the dangerous propensities of unmaintained cables is evidenced by the statements of Defendants' own employees. As cited in the article published in the Wall Street Journal on July 9, 2023, one of the AT&T corporate presentations admitted that "'[u]nderground cable presents real possibilities for overexposure' for workers removing them."[3] Per the presentation, "[s]ome older metropolitan areas may still have over 50% lead cable." Despite that knowledge, "[i]t was standard operating procedure [for AT&T] to abandon those cables in place," and AT&T and its employees "kept the discussion internal and informal" and "didn't try to quantify the problem or speak to the economics overall."[4]

72.     Although Defendants considered this handling of the Cables as a "standard operating procedure," it failed to meet reasonable standards for the operation of telecommunication infrastructure. Reasonable standards dictate that damaged or faulty lead-wrapped

---

[3] **Exhibit A.**

[4] *Id.*

**14**

telecommunications cables be replaced. Decommissioned lead-wrapped cables must be disposed of in a way that does not pose any risks to humans or the environment.

73.    As a result of the cables' continuing presence on and/or in the vicinity of the properties, toxic lead continues to leach from the cables, expanding the zones of contamination and causing ongoing damage and inconvenience to Plaintiffs and Class Members.

74.    The migration of contamination from Defendants' works on the properties must be stopped and the source removed, or the contamination will continue to migrate and spread causing increasing damage.

75.    Plaintiffs and Class Members are entitled to injunctive relief, i.e., abatement and cleanup of the properties, and money damages from the loss of full use and enjoyment of the properties caused by Defendants' contamination.

### D.  COUNT 4: LOUISIANA CIVIL CODE ARTICLE 669 LIABILITY

76.    Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

77.    Defendants' utilization of lead-wrapped cables to conduct their operations on the properties constitutes a nuisance to Plaintiffs and Class Members. The resulting contamination and environmental damage qualify as an inconvenience under applicable customs and/or ordinances pursuant to Louisiana Civil Code article 669.

78.    The City of Franklin prohibits the creation of a nuisance by disposing of solid waste on land or in water. One of the purposes of the City's comprehensive solid waste management system is to prevent the spread of disease and the creation of nuisances. Code 1985, § 9-2; Ord. No. 890, § 2, 9-2-1981, Sec. 34-2; Code 1985, § 9-5; Ord. No. 890, § 5(a), 9-2-1981, Sec. 34-55.

79.    St. Mary Parish also regulates the level of tolerable inconvenience within the Parish. The Parish's Nuisance Abatement Ordinance aims to protect the health of its citizens and to ensure a healthful living environment by abating conditions that are a menace to public health. Ord. No. 1360, 1-14-98, Sec. 12.5-2. A nuisance is:

> any activity, condition, or use of a premises which is detrimental to or endangers public safety, health or welfare; produces such material annoyance, inconvenience, and/or discomfort so as to interfere with or disturb another in the peaceful possession of his properties or cause injury to the right of another or of the public; is detrimental to the properties of others or which causes or tends to cause substantial diminution in the value of other properties in the vicinity or neighborhood in which such premises is located; is in violation of any land use,

**15**

zoning, or solid waste regulation; and/or any prohibition activity or condition declared to be a nuisance in this chapter.

Ord. No. 1360, 1-14-98; Ord. No. 1410, 4-28-99, Sec. 12.5-26. The Parish also declares the existence of abandoned/derelict structures to be a nuisance. Ord. No. 1360, 1-14-98, Sec. 12.5-156. The Parish is entitled to take immediate steps to remove any and all nuisances where evidence is presented of an immediate danger or hazard to the health, safety and welfare of adjoining properties, or to the citizens of the parish. Ord. No. 1360, 1-14-98; Ord. No. 1410, 4-28-99, Sec. 12.5-220. The Parish also addresses nuisances in relation to the handling of solid waste. It requires that all waste be handled and/or stored in such a manner as to prevent the creation of nuisance or menace to public health, safety, or welfare. Code 1969, § 10-20, Sec. 17-25.

80.     The above ordinances evidence that Defendants' conduct constitutes intolerable inconvenience. Defendants created and maintained nuisance, or have permitted to exist a set of circumstances, that, in their natural and foreseeable consequences, proximately caused Plaintiffs' and Class Members' injuries. The cables are the source of toxic lead leaching on and contaminating Plaintiffs' and Class Members' properties.

81.     Plaintiffs, Class Members, and Defendants are proprietors of neighboring estates for the purposes of Louisiana Civil Code article 669. Where the Defendants' cables run directly through Plaintiffs' and Class Members' properties, the servitude entitling Defendants to place the cables on the properties makes the properties the servient estates, and the right-of-way entitling Defendants to place the cables on the properties is the dominant estate. The fact that the cables are running through Plaintiffs' and Class Members' properties satisfies the proximity requirement. Where the Defendants' cables do not run directly through the properties, i.e., the cables are not actually touching the properties, they are still sufficiently near to satisfy the proximity requirement. The distance between the cables and the properties is close enough to make the properties the servient estates, and the right-of-way entitling Defendants to place the cables on the properties is the dominant estate. The fact that lead from the cables migrated onto the properties reinforces that assertion.

16

82.    Defendants' works and operations related to the cables substantially interfere with Plaintiffs' and Class Members' interest in the use and enjoyment of the properties and constitute insufferable inconvenience to Plaintiffs and Class Members.

83.    Defendants' contaminant migration into the groundwater must be stopped and the source removed, or the contamination will continue to migrate and spread.

84.    Plaintiffs and Class Members are entitled to injunctive relief, i.e., the abatement and cleanup of the properties, and money damages from the loss of full use and enjoyment of the properties caused by Defendants' contamination of the properties.

### E.  COUNT 5: NEGLIGENCE

85.    Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

86.    Defendants are liable to Plaintiffs and Class Members under Louisiana Civil Code article 2315 because Defendants and/or their predecessors knew or should have known that the placement, lack of maintenance, and abandonment of the cables on the properties would damage the properties.

87.    Defendants owed a legal duty to Plaintiffs and Class Members to exercise reasonable care to prevent injury to Plaintiffs, Class Members, and their properties resulting from the presence of the cables. Defendants were aware, or should have been aware, of the condition of the cables for which they are responsible and the resulting leaching of lead which has contaminated the properties. Defendants created a dangerous condition by failing to exercise reasonable care in installing, monitoring, and/or maintaining the cables. Further, once Defendants became aware of the defective cables and resulting leaks, Defendants failed to take affirmative action to control or avoid increasing the danger to Plaintiffs and Class Members. Simply put, Defendants had a duty not to leave the lead-wrapped cables unmaintained and/or in place as they decayed and continued to leak toxic lead on the properties after the cables' decommissioning, if withdrawn from service.

88.    By failing to properly maintain the cables and by leaving them in place after their decommissioning, if applicable, Defendants breached their duty of care. Defendants failed to take proper actions to prevent the damage. Defendants negligently or intentionally failed to warn Plaintiffs and Class Members of the dangerous conditions and instrumentalities, i.e., the cables, they placed on the properties. Defendants also failed to warn Plaintiffs and Class Members that

17

the cables would deteriorate and leach into the soil and water on the properties. Defendants' actions and inactions are and have been excessive, unreasonable, and not consistent with prudent practice at all relevant times.

89.    These actions and inactions of Defendants constitute fault under Louisiana Civil Code article 2315.

90.    Defendants' violation of their duties caused Plaintiffs' and Class Members' harm. Had Defendants properly maintained and/or disposed of the cables after their decommissioning, if withdrawn from service, the properties would not have been contaminated with toxic lead.

91.    As a result of Defendants' breach of duty, Plaintiffs and Class Members sustained actual damages.

92.    Defendants are liable for negligence and Plaintiffs and Class Members are entitled to money damages fully compensating them for the harm.

### F.  COUNT 6: PUNITIVE DAMAGES UNDER FORMER LOUISIANA CIVIL CODE ARTICLE 2315.3

93.    Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

94.    Defendants are liable to Plaintiffs and Class Members under former Louisiana Civil Code article 2315.3 (now repealed) for punitive and exemplary damages.

95.    Defendants knowingly handled toxic or hazardous substances. Defendants knowingly failed to prevent the discharge and leaching of toxic lead into the ground and water on and beneath the properties, despite being aware of the risk that lead was leaching from the cables and that it would contaminate soil and both groundwater and surface water on the properties.

96.    Defendants failed to report and failed to assess the severity and extent of the groundwater contamination they knew was present, failed to clean groundwater contamination, and failed to stop further migration of it.

97.    Defendants failed to properly operate and maintain the lead-wrapped cables when they had custody and control over them, thereby endangering public safety and health.

98.    Defendants' acts and omissions constituted wanton and reckless disregard for public safety in the storage, handling, or transportation of hazardous or toxic substances, thereby entitling Plaintiffs and Class Members to punitive damages.

18

99.     Plaintiffs and Class Members seek punitive damages only for conduct during the effective Louisiana punitive damage window, i.e., September 1, 1984, to April 16, 1996. Plaintiffs and Class Members expressly and unequivocally declare that they do not make any claim for punitive damages based upon conduct occurring outside the punitive damage effective date window.

### G. Count 7: STRICT LIABILITY UNDER LOUISIANA CIVIL CODE ARTICLES 2317 and 2317.1

100.    Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

101.    The cables are things in Defendants' custody, i.e., things in their possession and/or under their garde, within the meaning of Louisiana Civil Code article 2317. Defendants have owned and/or controlled the lead-wrapped cables on the properties. The ownership of the cables gives rise to a presumption of custody or garde. In any case, Defendants controlled the cables even if they lacked ownership. Defendants laid the cables on the properties, used them to channel their telecommunication services, and otherwise had a right of direction over the cables. Defendants also derived economic benefits from the use and operation of the cables. This makes Defendants custodians within the meaning of Louisiana Civil Code article 2317.

102.    The cables have been defective because they have been leaking toxic lead onto the surface and subsurface soils and water on and beneath the properties.

103.    The cables posed an unreasonable risk of harm because their defects caused them to leak toxic lead onto the surface and subsurface soils and water on and beneath the properties.

104.    Defendants knew or should have known that the cables were defective and would leak toxic lead thereby contaminating the properties. Defendants should have discovered the apparent defects of the cables. The conditions that caused damages to the properties existed for such a period of time that those responsible, by the exercise of ordinary care and diligence, must have known of their existence in general and could have guarded the properties against damage. Defendant AT&T's 2010 presentation referenced in the July 9, 2023 Wall Street Journal article suggests that it must have known about the lead leakage by 2010 at the latest. In that presentation,

AT&T admitted that "'[u]nderground cable presents real possibilities for overexposure' for workers removing them."[5]

105.    Damages to the properties could have been prevented by reasonable care, such as proper maintenance of the cables and replacement of faulty ones, and/or proper disposal of the cables after their decommissioning if they were withdrawn from service. The defective, unsupervised, and unmaintained cables presented an unreasonable risk of harm to Plaintiffs, Class Members, and the properties, and Defendants failed to exercise reasonable care to prevent that risk.

106.    The contamination of the properties by the defective, unsupervised, and unmaintained cables has damaged Plaintiffs and Class Members, and the cables are a cause-in-fact of the Plaintiffs' and Class Members' harm. If it were not for Defendants' cables, the properties would not have been contaminated by lead.

107.    Plaintiffs and Class Members are entitled to damages resulting from the contamination caused by the cables that Defendants had custody and control of and which are on and adjacent to the properties. Plaintiffs and Class Members are also entitled to an injunction prohibiting Defendants from further contaminating the properties.

108.    Even if Defendants acted without the intent to defraud (*quod non*), their actions would amount to negligent misrepresentation. Defendants were under a duty to exercise reasonable care to ensure that the information they disseminated about the cables, including their placement and continued presence and operation on the properties, was accurate, complete, and not misleading.

109.    Instead, Defendants communicated information that misrepresented the nature and safety of the cables with the intention that Plaintiffs and Class Members rely upon that information.

110.    If Defendants knew about the dangerous propensities of the cables at the time of their placement on the properties and failed to reveal that to Plaintiffs and Class Members, Plaintiffs' and Class Members' consent to the placement was vitiated by Defendants' concealment or misrepresentation. Defendants had a legal duty to supply correct information to Plaintiffs and

---

[5] **Exhibit A.**

**20**

Class Members. Plaintiffs and Class Members justifiably relied on the information provided by Defendants, including any lack thereof, in making their decision. Had the Plaintiffs and Class Members known of the contamination risks the cables posed, they would not have allowed the cables to be laid on their properties.

111.    In any case, Defendants were obligated to communicate information about the dangerous propensities of the cables once Defendants became aware of them. The presentation referred to in the Wall Street Journal article from July 9, 2023 suggests that Defendant AT&T must have known about the leakages in 2010 at the latest. In that presentation, AT&T admitted that "'[u]nderground cable presents real possibilities for overexposure' for workers removing them."[6] Failure to communicate this material information to Plaintiffs and Class Members constitutes a breach of Defendants' legal duty to supply correct information to Plaintiffs and Class Members. Plaintiffs' and Class Members' consent to the cables' placement on their properties was implicitly conditioned on the fact that they maintain the quality the Defendants represented the cables have. Defendants were required to communicate to Plaintiffs and Class Members any deviations from that mutually agreed upon standard.

112.    Defendants, as the provider of telecommunication services through the cables, knew, or reasonably should have known, that Plaintiffs and Class Members would rely on information communicated to them regarding the cables when weighing the potential benefits and potential risks of allowing the cables' placement or continuous presence on the properties.

113.    Defendants failed to exercise reasonable care to ensure that the information they communicated, either at the time of the placement of the cables on the properties, or later as the cables deteriorated, to Plaintiffs and Class Members concerning the properties of the cables was accurate, complete, and not misleading. The information that Defendants communicated to Plaintiffs and Class Members was materially inaccurate, misleading, false, and unreasonably dangerous, and Defendants were or must have been aware of that.

---

[6] **Exhibit A.**

21

114.    The misrepresentation, or failure to provide complete and accurate information, was made directly by Defendants or their sales representatives and/or other authorized agents, respectively.

115.    If Plaintiffs and Class Members had not been misled by Defendants' misrepresentation and/or concealment of material information, Plaintiffs and Class Members would have been alerted to the dangerous propensities of the cables and would not have consented to the placement and/or the continued presence of the cables on the properties.

116.    As a foreseeable, direct, and proximate consequence of Defendant's actions, omissions, and misrepresentations, the properties were damaged. Plaintiffs and Class Members are entitled to damages to remedy such harm.

### H.  COUNT 8: UNJUST ENRICHMENT

117.    Plaintiffs incorporate the foregoing allegations as if fully set forth therein.

118.    Defendants have unjustly enriched themselves to the detriment of Plaintiffs and Class Members by deriving substantial value from the properties.

119.    The profits that Defendants derived from the operation of the cables on the properties constitute civil fruits under Louisiana Civil Code article 551. Defendants were enriched by not having to bear the costs incurred by Plaintiffs and Class Members as a result of the leaching of lead and contamination of properties. Equity requires that Defendants bear those costs, which would adequately decrease their profits from the operation of the cables. By not taking the necessary precautions and incurring the necessary costs to guarantee the safety of the cables on the properties, Defendants "outsourced" a portion of their costs to Plaintiffs and Class Members without their consent. To evaluate and address the damage to the Properties, Plaintiffs and Class Members will have to expend materials and labor to addres the damage. There is no justification for Plaintiffs and Class Members to bear those costs while Defendants are enriched at their expense. Plaintiffs and Class Members are entitled in quantum meruit to recover compensation for any unjust enrichment that Defendants received.

120.    There is a causal connection between Defendants' enrichment and Plaintiffs' and Class Members' impoverishment. Defendants' patrimonial assets have increased due to inadequate security and precaution in the operation of the cables, while Plaintiffs' and Class Members'

patrimonial assets have diminished by having to address the consequences of Defendants' action and inaction. To the extent that Plaintiffs and Class Members have no other adequate remedy at law to repair the damage caused by Defendants, they are entitled to share in those profits as compensation pursuant to Louisiana Civil Code article 2298 and the equitable doctrine of quantum meruit.

## VI.   REMEDIES

121.   **Restoration Damages**. Defendants have a legal duty to pay damages sufficient for Plaintiffs and Class Members and their experts to restore the properties to their original uncontaminated state at the earliest time practicable. These damages include, but are not limited to: (i) the loss of market value of the properties; (ii) the loss of fair rental value of the properties; and (iii) the cost of repairs of the properties.

122.   **Assessment and Response Costs**. Defendants' contamination of the properties has caused or will cause Plaintiffs and Class Members to incur certain response costs to identify and abate the damage and nuisance associated with Defendants' conduct. Plaintiffs and Class Members are entitled to recover the said incurred response costs and additional money damages equal to the cost to conduct a comprehensive and expedited environmental assessment of all pollution, including that not yet identified, on the properties due to Defendants' misconduct.

123.   **Stigma Damages**. Plaintiffs and Class Members seek stigma damages for the diminution in value of the polluted properties, which will continue even after complete restoration cleanup.

124.   **Loss of Enjoyment**. Plaintiffs and Class Members are property owners whose full use and enjoyment of their properties has been and will continue to be, directly and adversely affected by Defendants' discharge and disposal of toxic chemical pollutants. Plaintiffs and Class Members have suffered the loss of quiet enjoyment of their properties and have incurred potential liability to third persons as a result of Defendants' pollution, and other economic, personal, and aesthetic consequences, and related mental distress and anguish.

125.   **Punitive Damages**. Defendants knowingly handled toxic or hazardous substances and failed to prevent discharge and leakage of toxic lead into the ground and water on and beneath

the properties, despite having knowledge that it would contaminate soil and both groundwater and surface water on the properties. Plaintiffs and Class Members seek punitive damages to compensate for Defendants' acts and omissions, which constitute wanton and reckless disregard for public safety and which took place between September 1, 1984, and April 16, 1996, i.e., during the timeframe in which Louisiana's punitive damage statute La. Civ. Code Ann. art. 2315.3 (now repealed) was in effect. Plaintiffs and Class Members do not claim any punitive damages based upon conduct occurring outside the punitive damage effective date window.

126.    **Mandatory Injunction**. Plaintiffs and Class Members have suffered irreparable harm and damage as a result of Defendants' unlawful and wrongful conduct, and seek a mandatory injunction requiring Defendants to effect a comprehensive assessment of the groundwater and soil and complete restoration of the properties to their original, uncontaminated condition.

127.    **Prohibitory Injunction**. Plaintiffs and Class Members have suffered irreparable harm and damage as a result of Defendants' unlawful and wrongful conduct, and seek a prohibitory injunction to prevent Defendants from further engaging in conduct which contributes to the migration of this toxic pollution into the groundwater and soil on the properties.

128.    **Declaratory Judgment**. Plaintiffs seek a declaratory judgment finding that Defendants have violated and breached their obligations to Plaintiffs and Class Members by their unauthorized contamination of the properties.

## VII.    JURY DEMAND

129.    Plaintiffs demand a trial by jury.

130.    Because Plaintiffs seek damages in excess of $10,000, Plaintiffs are entitled to trial by jury.

## VIII.    PRAYER FOR RELIEF

Plaintiffs respectfully pray:

A.      That Defendants be cited to appear and answer herein;

B.      That this Court enter judgment awarding Plaintiffs all of the above-described remedies against Defendants;

**24**

C.    That this Court award Plaintiffs all of their costs and reasonable and necessary attorney fees incurred herein and on appeal, together with interest on all sums awarded, at the highest rate permitted by law; and

D.    That this Court award Plaintiffs all such other relief, both general and special, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Dated: July 8, 2024                          Respectfully submitted,

KOREY A. NELSON (Bar Roll #30002)
Amanda K. Klevorn (Bar Roll # 35193)
Natalie R. Earles (Bar Roll #40352)
Logan M. Fontenot (Bar Roll #40772)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
aklevorn@burnscharest.com
nearles@burnscharest.com
lfontenot@burnscharest.com
*And*
Barry J. Sallinger (Bar Roll #11668)
BARRY SALLINGER, APLC
820 East St. Mary Boulevard
Lafayette, LA  70503
Phone:  (337) 235-5791
Fax:  (337) 235-1067
bjs@sallingerlaw.com
*And*
Robert C. Vines (Bar Roll #21932)
ROBERT C. VINES, APLC
717 Rue de Lion
New Iberia, Louisiana 70563
Telephone: (337) 534-0056
leftyvines@gmail.com

**PLEASE SERVE THE PETITION FOR DAMAGES AND ATTACHED DISCOVERY AS FOLLOWS:**

**AT&T INC.**
*Through the Louisiana Long Arm Statute*
*Through its registered agent:*
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**LUMENT TECHNOLOGIES, INC.**
*Through its registered agent:*
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

CLERK'S OFFICE
FRANKLIN, LA

JUL 11 2024

A true copy of the original
Attest
Dy. Clerk of Court

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

Page 24 of 24 JUL 08 2024

RECEIVED AND FILED

JUL 09 2024

s/Jennifer A. Splane
DY. CLERK OF COURT

# EXHIBIT A

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

JUL 08 2024

RECEIVED AND FILED

JUL 09 2024

s/Jennifer R. Splane
DY. CLERK OF COURT

**26**

7/8/24, 11:42 AM                                   America Is Wrapped in Miles of Toxic Lead Cables - WSJ

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/lead-cables-telecoms-att-toxic-5b34408b

# AMERICA IS WRAPPED IN MILES OF TOXIC LEAD CABLES

Telecom companies laid them decades ago and thousands were left behind, posing a hidden health hazard today, a WSJ investigation found



By *Susan Pulliam* [Follow] , *Shalini Ramachandran* [Follow] , *John West* [Follow] , *Coulter Jones* [Follow] and *Thomas Gryta* [Follow]

July 9, 2023 8:18 am ET

A T&T, Verizon and other telecom giants have left behind a sprawling network of cables covered in toxic lead that stretches across the U.S., under the water, in the soil and on poles overhead, a Wall Street Journal investigation found. As the lead degrades, it is ending up in places where Americans live, work and play.

The lead can be found on the banks of the Mississippi River in Louisiana, the Detroit River in Michigan, the Willamette River in Oregon and the Passaic River in New Jersey, according to the Journal's tests of samples from nearly 130 underwater-cable sites, conducted by several

*27*

independent laboratories. The metal has tainted the soil at a popular fishing spot in New Iberia, La., at a playground in Wappingers Falls, N.Y., and in front of a school in suburban New Jersey.



**A WALL STREET JOURNAL INVESTIGATION**

**LEAD LEGACY**

The U.S. has spent decades eradicating lead from well-known sources such as paint, gasoline and pipes. The Journal's investigation reveals a hidden source of contamination—more than 2,000 lead-covered cables—that hasn't been addressed by the companies or environmental regulators. These relics of the old Bell System's regional telephone network, and their impact on the environment, haven't been previously reported.

Lead levels in sediment and soil at more than four dozen locations tested by the Journal exceeded safety recommendations set by the U.S. Environmental Protection Agency. At the New Iberia fishing spot, lead leaching into the sediment near a cable in June 2022 measured 14.5 times the EPA threshold for areas where children play. "We've been fishing here since we were kids," said Tyrin Jones, 27 years old, who grew up a few blocks away.

For many years, telecom companies have known about the lead-covered cables and the potential risks of exposure to their workers, according to documents and interviews with former employees. They were also aware that lead was potentially leaching into the environment, but haven't meaningfully acted on potential health risks to the surrounding communities or made efforts to monitor the cables.

Doctors say that no amount of contact with lead is safe, whether ingested or inhaled, particularly for children's physical and mental development. Even without further exposure, lead can stay in the blood for about two or three months, and be stored in bones and organs longer. Risks include behavior and learning problems and damage to the central nervous system in children, as well as kidney, heart and reproductive problems in adults, according to U.S. health agencies.

The Journal's findings "suggest there is a significant problem from these buried lead cables everywhere, and it's going to be everywhere and you're not even going to know where it is in a

**28**

**Cable locations in Pennsylvania**

◎ Underwater cable   ○ Aerial cable
• School



Lead in a Coal Center, Pa., sediment sample was **7.5 times** the EPA's recommended threshold for children's play areas.

**EPA guideline**



lot of places," said Linda Birnbaum, a former EPA official and director of the National Institute of Environmental Health Sciences, a federal agency.

In Coal Center, Pa., medical tests independently sought by the mother of 6-year-old twins, Joyanna and Beau Bibby, and shared with the Journal, showed they had high levels of lead in their blood. The tests were taken a few days after they played in a lot next to their house under a drooping cable.

In response to the Journal's reporting, AT&T T -0.27% ▽ , Verizon VZ -0.23% ▽ and other telecom companies that succeeded Ma Bell said they don't believe cables in their ownership are a public health hazard or a major contributor to environmental lead, considering the existence of other sources of lead closer to people's homes. They said they follow regulatory safety guidelines for workers dealing with lead.



Shannon Bibby walks her children home from the school bus drop off in Coal Center, Pa. The cable 'shouldn't be here,' she said. PHOTO: NATE SMALLWOOD FOR THE WALL STREET JOURNAL

The companies and an industry group representing them said they would work together to address any concerns related to lead-sheathed cables. "The U.S. telecommunications industry stands ready to engage constructively on this issue," said a spokeswoman for USTelecom, a broadband association that represents companies in the industry.

"The health, safety and well-being of our people, our customers, and our communities is of paramount importance," AT&T said in a written statement. The company said the Journal's reporting on lead-sheathed cables "conflicts not only with what independent experts and longstanding science have stated about the safety of lead-clad telecom cables but also our own testing."

In a written statement, Verizon said it is "taking these concerns regarding lead-sheathed cables very seriously," and is testing sites where the Journal found contamination. It added: "There are many lead-sheathed cables in our network (and elsewhere in the industry) that are still used in providing critical voice and data services, including access to 911 and other alarms, to customers nationwide."

Some former telecom executives said companies believed it was safer at times to leave lead cables in place than remove them, given the lead that could be released in the process.



Seth Jones, from environmental consulting firm Marine Taxonomic Services, collects water samples in the Passaic River in New Jersey. He and a colleague discovered cables under Lake Tahoe and have been advocating for their removal. PHOTO: GEORGE ETHEREDGE FOR THE WALL STREET JOURNAL

The lead-covered cable network included more than 1,750 underwater cables, according to public records collected by the Journal. A Journal analysis of the five most densely populated

**30**

states, and more than a dozen of the most densely populated counties in the nation, identified about 250 aerial cables alongside streets and fields next to schools and bus stops, some drooping under the weight. There are likely far more throughout the country.

Journal reporters visited about 300 cable sites around the U.S. and collected roughly 200 environmental samples at nearly 130 of those sites. The samples were analyzed for lead content by Pace Analytical Services, an accredited environmental-testing lab. A researcher at the University of Washington who analyzed the chemical fingerprint of lead at some of those sites verified that the lead contaminating the water and soil likely originated from the cable.

## AMONG THE FINDINGS:

—Roughly 330 of the total number of underwater cable locations identified by the Journal are in a "source water protection area," designated by federal regulators as contributing to the drinking-water supply, according to an EPA review performed for the Journal.

—Aerial lead cabling runs alongside more than 100 schools with about 48,000 students in total. More than 1,000 schools and child-care centers sit within half a mile of an underwater lead cable, according to a Journal analysis using data from research firm MCH Strategic Data.

—In New Jersey alone, more than 350 bus stops are next to or beneath aerial lead-covered cables, a Journal analysis of NJ Transit data found.

—Roughly 80% of sediment samples taken next to underwater cables, which the Journal tested, showed elevated levels of lead. It isn't known if the level of leaching is constant; experts say old cables tend to degrade over time.

Ben Grumbles, executive director of an association of state environmental regulators, called the Journal's findings disturbing. "This is a type of toxic exposure that isn't on the national radar and it needs to be," he said. "There is a need to act and clean it up."

## AN ANCIENT NETWORK

American Telephone & Telegraph laid nearly all the cables in question between the late 1800s and the 1960s as it built out telephone service across the U.S. The cables, often containing hundreds of bundled copper wires, had a thick jacket of lead for insulation, to prevent corrosion and to keep out water. For underwater cables, steel cords sometimes surround the lead for further protection.

When technology advanced and companies turned to plastic sheathing and, later, fiber optics, they often left the old lines in place.

With the breakup of the Bell System's monopoly in 1984, regional phone companies became independent competitors that consolidated over time to form the backbone of modern carriers AT&T and Verizon. Tracking the current owners of old cables isn't a simple task after decades of deals, and the companies themselves in many instances denied their ownership. The Journal provided lists of cable locations to major telecom providers, which declined to detail cable locations.

To track the underwater cables, the Journal collected more than 40,000 pages of records from federal and state government offices, including applications to the U.S. Army Corps of Engineers to install the cables that were approved more than a century ago. Removing Army Corps-approved cables at any time would routinely require a permit or be noted in the original paperwork, officials say. The Journal tally of abandoned lead cables is sure to be an undercount.



Workers splice together a lead-sheathed underwater cable to lay across the Straits of Mackinac in northern Michigan. Picture published in 1918 by Western Electric News, the magazine of the Bell System's then-manufacturing arm.
MAX PLANCK INSTITUTE FOR THE HISTORY OF SCIENCE

Researchers Seth Jones and Monique Rydel Fortner, from the environmental consulting firm Marine Taxonomic Services, collected lead, soil and water samples at the Journal's request—a process that included diving expeditions at some locations. They have become experts in lead cables since they discovered them under Lake Tahoe more than 10 years ago and have advocated for their removal. The Environmental Defense Fund, a nonprofit advocacy group, provided guidance and $85,000 to MTS to partly fund its field research for the project.

The Journal found that where lead contamination was present, the amount measured in the soil was highest directly under or next to the cables, and dropped within a few feet—a sign the lead was coming from the cable, experts said.

**32**

The Journal didn't find lead in all the locations it tested. The level of contamination can vary in water and soil, depending on environmental and other factors. (See article describing the Journal's methodology.)

The most obvious public-health risks from lead contamination remain from well-known sources such as lead paint, leaded gasoline and lead piping that brings drinking water to homes. The EPA and other agencies have spent billions of dollars to reduce lead in the environment. In 1997, health regulators said average blood lead levels in children and adults had dropped more than 80% since the 1970s.

Yet large numbers of American children continue to show levels of lead in their blood—more than half of those tested, according to a Quest Diagnostics study published in 2021, based on an analysis of test results from more than one million children under age 6.

"A new, uncontrolled source of lead like old telephone cables may partly explain" why children continue to have lead in their blood, said Jack Caravanos, an environmental public-health professor at New York University, who assisted the Journal in its research. "We never knew about it so we never acted on it, unlike lead in paint and pipes."

Gordon Binkhorst, an environmental consultant and expert on lead sampling, said he believes cables should be removed because they are "continuing sources of soil and potentially groundwater contamination." Other experts said covering the cables and the area around them could reduce the risk.

Binkhorst reviewed the sampling methods used by the Journal and said they were appropriate techniques for basic testing of whether lead was present in the soil and water near the cables, using a certified environmental testing lab.

## THE KNOWN RISKS

AT&T has previously noted the risks from its cables. "Underground cable presents real possibilities for overexposure" for workers removing them, AT&T said in a 2010 presentation about employee safety at an industry conference. "Some older metropolitan areas may still have over 50% lead cable," it added.

The company considered the potential cost and environmental impact of removing the cables daunting, said Braden Allenby, a former top AT&T environmental health and safety official, now a professor at Arizona State University. "It was standard operating procedure to abandon

**33**

those cables in place," he said. "We kept the discussion internal and informal. We didn't try to quantify the problem or speak to the economics overall."

AT&T didn't respond to requests for comment on Allenby's assertions. In its statement, the company said: "For decades, we have managed legacy lead-clad cables in compliance with applicable laws and regulations, and we have followed industrywide best practices to maintain this legacy infrastructure in a way that's safe for all based on established science."

AT&T has been involved in litigation over cables in Lake Tahoe. In 2021, the California Sportfishing Protection Alliance, an environmental group, sued AT&T over two cables in the lake, more than 6 miles long in total, according to permits. In a 2021 settlement, in which AT&T didn't admit wrongdoing, the company agreed to remove the cables at a cost of up to $1.5 million. The company said it had stopped using the cables, no longer owned them and that its easements, or legal rights to cross the lake, had ended.

The cleanup has been delayed repeatedly. AT&T's contractor has cited logistical issues including that removal could "disrupt nesting birds (bald eagles, Peregrine falcon, osprey)," according to an email reviewed by the Journal.

The Journal, through Marine Taxonomic Services, tested water samples from Lake Tahoe and found high levels of lead in several locations. Samples taken in March at either end of a severed cable in Emerald Bay, an inlet in Lake Tahoe known for its turquoise water, showed lead at 5,510 parts per billion and 38,000 parts per billion. Marine Taxonomic Services isn't a party to the AT&T lawsuit.

The EPA says chronic exposure to more than 2.5 parts of lead per billion in fresh water poses risks to aquatic life. While it doesn't have any guidelines for safe levels of lead in natural bodies of water, the EPA can advise local authorities to alert the public if drinking water out of the tap registers 15 parts of lead per billion or higher. (One part per billion is equal to about one drop of water in a swimming pool, environmental researchers say.)

Parts of Lake Tahoe are used for drinking water, though any potential risk would be for swimmers ingesting water near the cables. Compared with the EPA's guideline for water out of the tap, the March tests in Emerald Bay were 367 times and 2,533 times the threshold, respectively.

In May, the Journal also found high lead levels in roughly the same locations in Emerald Bay at 7,410 parts per billion and 1,390 parts per billion, respectively.

AT&T hired environmental-consulting firm Haley & Aldrich during the litigation to take samples in March 2021 at five locations in Lake Tahoe, two of them close to the cables. The tests found "very low" levels of lead in the water, according to a report provided by AT&T to the Journal. The lake's "water quality is not adversely impacted" by the cables, the study said, adding that samples were "largely non-detect for'lead," including those "collected nearest the subject cables."

In the Journal's testing at Lake Tahoe, lead was found not just near the cables, but also moving away from the severed Emerald Bay cable toward the beach. On the south side, samples ranged from nearly five times the EPA limit for drinking water to more than eight times, or 132 parts per billion, at a sample taken 20 feet away from the cut end.

Experts say it is common to find varying results at different times when testing water for lead, depending on numerous factors including movement in the water and temperature.

A young child swimming for an hour in water and swallowing some of it, with lead content equivalent to that measured by the Journal in May, could add 7.4 micrograms per deciliter of lead to his or her blood, according to Caravanos, using an EPA lead-exposure model to estimate such risks. To help determine whether medical or environmental follow-up are recommended, the Centers for Disease Control and Prevention uses a level of 3.5 micrograms per deciliter, which is higher than that of 97.5% of young children surveyed nationwide.



Jack Caravanos used an X-ray fluorescence analyzer to test the ground next to lead infrastructure.
PHOTO: JOHN WEST/THE WALL STREET JOURNAL

Brittany Armas and her three children, ages 2, 8 and 11, have been swimming near the cables in Lake Tahoe for years. Armas, 39, estimates that she swam in the water with the highest lead levels from the Journal's sampling at least 30 times from a young age. She said she's suffered

fertility issues and chronic gastrointestinal problems. Though there is no way to directly connect a person's specific health complications with lead exposure, and it is unknown when the Tahoe cable began to leach, these kinds of ailments generally have been associated with lead exposure.

The EPA hasn't gotten involved in the dispute or publicly commented on the removal process. The EPA can compel or undertake a cleanup of major environmental contamination in certain cases. The agency doesn't have a comprehensive program to identify hot spots with lead in soil or surface water, though it does have a program to examine lead in sediment periodically.

## NORTHERN EXPOSURE

In Wappingers Falls, N.Y., about 60 miles north of New York City just off the Hudson River, an aerial lead cable hangs above the perimeter of a town playground, with a jungle gym, a swing set and a basketball court.

Near a "CHILDREN AT PLAY" sign, lead in the soil measured more than 1,000 parts per million, according to Caravanos, the NYU professor.

The EPA's recommendations for the levels of lead it believes are generally safe in soil are lower for areas where children play, at 400 parts per million, and higher for other areas, at 1,200 parts per million. (While lead in water is described in parts per billion, lead in soil is described in parts per million, with one part per million equivalent to about one inch in 16 miles.)

Caravanos used an X-ray fluorescence analyzer, or XRF, a device used by scientists to measure elements in soil. At the corner of the playground, the XRF showed lead in soil just under the cable at 850 parts per million.

It doesn't take much lead in soil to elevate a blood level for a child, said Caravanos. "You just need a little dirt on your fingers to put into your mouth and ingest, and you get an elevated blood lead above the CDC level of 3.5."

In West Orange, N.J., a lead-sheathed cable sags over tree-lined sidewalks and driveways for more than one-third of a mile, where children and their parents walk, across the street from Gregory Elementary School. The cable sometimes dips to about 12 feet above the ground.

Caravanos found contaminated soil beneath the cable in multiple spots and registered multiple readings far exceeding the EPA guideline for play areas. Gregory Elementary School

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 42 of 331    PageID 433

7/8/24, 11:42 AM Case 6:24-cv-01001   Document 1-1   Filed 07/26/24   Page 36 of 43 PageID #: 51   America Is Wrapped in Miles of Toxic Lead Cables - WSJ

## Cable locations in New Jersey

● Underwater cable
○ Aerial cable    • School



The lead in a West Orange, N.J., sediment sample near Gregory Elementary School was **three times** the EPA's recommended threshold for children's play areas.

**EPA guideline**

is one of 64 schools in New Jersey where the Journal identified aerial lead cables.

# MISSISSIPPI BLUES

On the bank of the Mississippi near New Orleans' Bywater neighborhood, tourists recently walked on a bridge with a cable sticking out below. Lead was flaking off into a spot where homeless people have set up camp. Lead in the sediment there was 19.8 times the EPA guideline for where children could congregate.

Atop a levee in Donaldsonville, La., along the Mississippi, families often stroll near two abandoned cables, one smashed on the ground and the other with a splice box, a large lead casing used to connect cables, sealed with molten lead.

A reading by Caravanos using the XRF showed lead in the sediment next to the smashed cable and splice box at 2,850 and 2,880 parts per million, respectively —both seven times the EPA guideline for play areas.



A cable crossing sign on Bayou Teche, near New Iberia, La.



Donald Ray Navy and his son regularly eat fish they catch from the bayou near a lead cable identified by the Journal. Navy, a sugar cane farmworker, said he pulled out a 60-pound catfish a few years ago. On weekends, he said, 'I'm out there at daybreak.' PHOTO: RORY DOYLE FOR THE WALL STREET JOURNAL (2)

Across the street from the park in a yard strewn with children's toys, an extension of a lead-covered cable and a lead splice box sit in the front of the house of Diane Gros, a 60-year-old mail carrier who has 10 grandchildren. The XRF showed a reading of more than 4,000 parts per million at the site of the cable.

The New Iberia cable on Bayou Teche was laid in 1940 by Southern Bell, which is now part of AT&T, and has an estimated 500 pounds of buried lead to encase telephone wires, based on an assay of a similar cable. The town uses the area near the cable for a gumbo cook-off and an annual canoe race.

A sample of water from the bayou at the cable site showed lead at a level of 7.4 parts per billion. "Kids come down here and play all the time on the edge of the bayou," said Wilma Subra, an environmental consultant in New Iberia who had been unaware of the cable.

7/8/24, 11:42 AM
America Is Wrapped in Miles of Toxic Lead Cables - WSJ



A lead splice box—the small white object in the center—remains in a swampy pond alongside Bayou Teche. PHOTO: RORY DOYLE FOR THE WALL STREET JOURNAL

# FINGERPRINTING LEAD

At selected sites, the Journal took the extra step to confirm that lead stemmed from the cables and not another source. Reporters worked with a researcher to perform an isotopic analysis, a procedure that determines a specific fingerprint for the lead involved. The testing by Bruce Nelson, a geochemistry professor at the University of Washington who specializes in the field, linked the lead found in samples most likely to the specific cables—as opposed to, say, lead from a factory or from paint.

Among those high-lead samples Nelson linked to the cables was one in New Iberia. Assuming the current levels of lead in the sediment, playing at that spot as a child could have raised the lead in the blood of someone like Tyrin Jones, who has fished for years in that spot, to more than eight times the current CDC threshold, according to the EPA model used by Caravanos.

7/8/24, 11:42 AM   Case 6:24-cv-01001   Document 1-1   Filed 07/26/24   Page 39 of 43   America is Wrapped in Miles of Toxic Lead Cables - WSJ   PageID #:  54

### How isotopic analysis identifies the fingerprint of lead

 

Most elements have multiple isotopes—atoms with the same number of protons but different numbers of neutrons. Lead has four common isotopes, and identifying the fingerprint of different types of lead involves measuring the ratios of its isotopes.

### Testing for lead isotopes



**1** A sample is collected for testing.

**2** The sample is dissolved into strong acid.

**3** The acid is poured over resin balls.

Lead collects on the resin

Other elements pass through the resin

**4** Another acid is poured over the resin balls. The acid strips off the lead and is collected.

**5** The resulting sample is added to an instrument called a mass spectrometer.



Sample enters here as an aerosol

High-temperature plasma generates a beam of positively charged lead ions

A magnetic field separates the isotopes

HEAVIEST LEAD

https://www.wsj.com/articles/lead-cables-telecoms-att-toxic-5b34408b

14/18

**40**



- A computer connected to the mass spectrometer calculates the relative amounts of each of the isotopes to create a fingerprint of the sample.

Source: Bruce Nelson, professor, University of Washington
Adrienne Tong/THE WALL STREET JOURNAL

Another lead-sheathed cable juts out of a swampy pond next to Bayou Teche in Franklin. An analysis of the water sample from the pond showed lead at 471 parts per billion. In a nearby backyard of a home owned by Anthony Peck, his 7-year-old granddaughter, Stella Peck, gathers clover flowers to make into bouquets and necklaces.

AT&T didn't respond to requests for comment on the cables in New Iberia and surrounding areas.

At some cable sites, telecom companies disavowed ownership. In Lake Pend Oreille in the Idaho panhandle, a snarl of two lead-covered cables lies abandoned at a spot where children speed by on inner tubes in the summer. The cables sit under a railroad bridge in a prime fishing spot.

A sample of water collected in August at the lake bottom showed lead at 1,250 parts per billion. A water sample taken at the surface in that spot showed lead at 38.8 parts per billion. An isotopic analysis showed that the fingerprint of the lead in the water at the surface matched lead from a telecom cable at that site, and not that of a lakeside slag heap known as Black Rock, the detritus of a lead smelter that had ceased operations by 1913.

A predecessor company to Verizon laid a cable near the site, a U.S. Army Corps record shows. Verizon, Frontier Communications and Ziply Fiber, telecom companies that have variously served this region over the years, say they don't own the cables.

America Is Wrapped in Miles of Toxic Lead Cables - WSJ



A barbecue near a lead cable in southwestern Pennsylvania. PHOTO: NATE SMALLWOOD FOR THE WALL STREET JOURNAL

## COAL COUNTRY RISK

In Coal Center, Pa., an aerial lead-sheathed cable runs along the street, drooping so low in certain spots that it is nearly within arm's reach. The roughly mile-long cable, from Verizon, runs into neighboring California, Pa., across an entrance to apartment buildings, and near a school bus stop and playground. Some local residents had known about the cable and had been voicing their concerns for nearly a year.

Lead found at one of the locations measured 7.5 times the amount the EPA says is safe for play areas, according to a soil sample collected by the Journal. The isotopic analysis by Nelson showed the lead in the soil mirrored the lead from the cable and was unlike the background lead in that area.

The lead-sheathed cable runs over the property of Shannon Bibby, 36, mother of the 6-year-old twins. This February, her children played under the cable in the lot next to their house, where ground was being dug up for the foundation of a home. An analysis of soil collected by the Journal from the family's property showed lead at a level more than 40% higher than the recommended level for play areas by the EPA.

A borough council member, Bibby had her children's blood tested after learning about the Journal's finding. Capillary tests, or blood pricks, found lead in one child's blood higher than 3.5 micrograms per deciliter. The other child hit that mark, which is the level at which the CDC recommends seeking medical or environmental follow-up. A subsequent blood test showed non-detectable levels of lead.

It is impossible to say if the twins' initial elevated lead level tests were directly linked to exposure from the cable. The Bibbys' results were below what the EPA model could expect to find in a child playing in soil with the concentrations found at their property, according to Caravanos.

Bibby said she and other Coal Center residents have been pushing Verizon to take the cable down. Verizon has told them it has working services on the old lead cable. In December, she and other Coal Center borough council members discussed their concerns in the tiny borough hall at the edge of the Monongahela River.

"We have to get moving on these cables," said council member Rob Lincavage, who grew up in Coal Center and said it has become one of his goals in life to see the cable removed.

"It shouldn't be here," said Bibby. She said the lead should be removed "before something bad happens."



A lead-covered cable sags over the Bibby property in Coal Center. PHOTO: NATE SMALLWOOD FOR THE WALL STREET JOURNAL

—*Lisa Schwartz contributed to this article.*

—*Maps by Stephanie Stamm*

Write to Susan Pulliam at Susan.Pulliam@wsj.com, Shalini Ramachandran at Shalini.Ramachandran@wsj.com, John West at john.west@wsj.com, Coulter Jones at coulter.jones@wsj.com and Thomas Gryta at Thomas.Gryta@wsj.com

**.Corrections & Amplifications**

An earlier version of this article didn't include information about the financial contribution the Environmental Defense Fund made to Marine Taxonomic Services. The EDF provided $85,000 to MTS to partly fund its field research for the project, which involved collecting water and soil samples.

*Appeared in the July 10, 2023, print edition as 'Telecom Giants Left Behind Miles of Toxic Lead Cables'.*

45

# EXHIBIT 2

Docusign Envelope ID: 18246322-CE72-4746-885Z-C85923A577E4

MATTHEW MACLEAR (State Bar No. 209228)
Email: mcm@atalawgroup.com
JASON FLANDERS (State Bar No. 238007)
Email: jrf@atalawgroup.com
ERICA A. MAHARG (State Bar No. 279396)
Email: eam@atalawgroup.com
J. THOMAS BRETT (State Bar No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr Way
Oakland, CA 94609
Tel: (415) 568-5200

[Additional counsel on p. 2]

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00073-MCE-JDP<br><br>**[PROPOSED] AMENDED FINAL CONSENT DECREE**<br><br>**(Federal Resource Conservation and Recovery Act, 42 U.S.C. § 6972(a)(1)(B) and California Safe Drinking Water and Toxic Enforcement Act, Cal. Health & Safety Code § 25249.5)** |

**46**

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577E4

ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062

WILLIAM VERICK (State Bar No. 140972)
Email: wverick@igc.org
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061; Fax: (707) 630-5064

J. KIRK BOYD (State Bar No. 122759)
Email: jkb@drjkb.com
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401
Tel: (415) 440-2500

BRIAN ACREE (State Bar No. 202505)
Email: brian@brianacree.com
LAW OFFICES OF BRIAN ACREE
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 505-6861

WILLIAM CARLON (State Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

47

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577E4

**WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed the above-captioned action (the "Action") against Defendant Pacific Bell Telephone Company ("Defendant"), alleging violations of the federal Resource Conservation and Recovery Act ("RCRA") 42 U.S.C. 6901 *et seq.*, and the Safe Drinking Water and Toxic Enforcement Act of 1986 ("Proposition 65"), Cal. Health & Safety Code section 25249.5, *et seq.*;

**WHEREAS**, Plaintiff contends it is a non-profit public benefit corporation dedicated to the preservation, protection, and defense of the environment, wildlife, and natural resources of California's waters;

**WHEREAS**, Plaintiff contends that Defendant obtained licenses, easements or other approvals from the California State Lands Commission for the purpose of installing and operating submarine telecommunications cables along the bottom of the western side of Lake Tahoe (the "Easements");

**WHEREAS**, two telecommunications cables have been installed in the Lake waters pursuant to the Easements that, when taken together, are approximately 8 miles long ("the Cables") (A map identifying the approximate current locations of the Cables in the Lake is attached as **Exhibit A**);

**WHEREAS**, Plaintiff alleges the Cables violate RCRA and Proposition 65;

**WHEREAS**, the State of California has listed Lake Tahoe as a source of drinking water within the meaning of Proposition 65;

**WHEREAS**, Plaintiff provided Defendant with a written Notice of Violation of RCRA and Proposition 65 ("Notice Letter"), and Plaintiff further contends that the Notice Letter was provided by certified mail return receipt requested to Defendant's Chief Executive Officer and agent for service of process; the Administrator of the United States Environmental Protection Agency ("EPA"); the Regional Administrator of EPA Region IX; the California Attorney General; the Acting Director of the California Department of Resources, Recycling and Recovery; and the District Attorneys for the California counties of Placer and El Dorado, all in accordance with 40 C.F.R. section 254.2 and Cal. Health & Safety Code section 25249.7 (A true copy of the Notice Letter is attached as **Exhibit A** to ECF No. 1);

**WHEREAS**, Defendant disputes Plaintiff's allegations set forth in the Notice Letter and in

3

**48**

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577E4

Plaintiff's original and amended Complaints and contends Plaintiff's claims lack merit;

WHEREAS, Defendant has obtained permits and other regulatory approvals ("Regulatory Approvals") needed under applicable law to remove the Cables, which are identified in ECF No. 33;

WHEREAS, in an effort to reduce the cost and expense associated with litigation, the Parties wish to resolve this matter pursuant to the terms of this Consent Decree (the "Final Consent Decree"), which entails the removal of the Cables pursuant to the terms of the Final Consent Decree;

WHEREAS, the Parties agree that Defendant, in entering into this Final Consent Decree, makes no admission of liability or of any issue of law or fact whatsoever regarding the claims made by Plaintiff in the Action or the Notice Letter;

WHEREAS, for the purposes of this Final Consent Decree, the Parties agree that: (i) the Court has personal jurisdiction over the Parties and subject matter jurisdiction under 28 U.S.C. sections 1331 and 1367, and RCRA (42 U.S.C.§ 6972(a)(1)(B)); (ii) venue is proper in this Court under 28 U.S.C. section 1391(b) and RCRA (42 U.S.C. § 6972(a)), because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.  Intra-district venue is proper in Sacramento, California, because the sources of the alleged violations are located in El Dorado and Placer Counties, and Plaintiff contends it has standing under Article III of the U.S. Constitution to bring this Action;

WHEREAS, the Parties agree that the Court should retain jurisdiction over this matter for purposes of interpreting, modifying, or enforcing the terms of this Final Consent Decree for the life of the Final Consent Decree, or as long thereafter as is necessary for the Court to resolve any motion to enforce this Final Consent Decree;

WHEREAS, promptly after the mutual execution of this Final Consent Decree (the "Execution Date"), Plaintiff shall file a motion to approve entry of this Final Consent Decree, and shall serve a copy of the motion on the California Attorney General for the 45-day statutory review period specified in Proposition 65 (Health & Safety Code § 25249.7(f)), and California Code of Regulations, title 11, section 3003;

WHEREAS, the Parties agree to work together to secure prompt judicial approval of the Final

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577F4

Consent Decree, regardless of any objections from any interested party;

**WHEREAS**, consistent with the Regulatory Approvals, the Parties' shared goal is to work in a cooperative fashion to effectuate the removal of the Cables as soon as practicable, and therefore have mutually set a target period to complete removal by November 30, 2024 or the next date in 2025 that is available before May 26, 2025 (Memorial Day), based on weather conditions and consistency with the permitting process ("Target Removal Period");

**WHEREAS**, in the event that the Court for any reason denies the motion to approve the Decree in the form submitted with the motion to approve, this Decree shall become null and void; and

**WHEREAS**, the date this Final Consent Decree is entered by the Court shall be the "Court Entry Date."

**NOW, THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE PARTIES, AND ORDERED AND DECREED BY THE COURT AS FOLLOWS:**

1.    **Defendant Shall Promptly and Diligently Seek To Secure Any Additional Authorizations Needed To Remove the Cables.** Starting no later than five (5) business days after the Execution Date, Defendant shall use diligent and commercially reasonable efforts to promptly pursue any permits or other governmental authorizations beyond the existing Regulatory Approvals necessary for lawful removal and off-site transport for disposal or recycling of the Cables (the "Authorizations"). Upon receiving all the Authorizations, Defendant shall notify Plaintiff in writing within five (5) business days.

2.    **Removal of the Cables.** Consistent with the scope of work set forth in the existing Regulatory Approvals and after the Court Entry Date, Defendant shall remove the Cables from the waters of Lake Tahoe and transport them for lawful off-site disposal or to a cable recycler promptly after receipt of all Authorizations, subject to compliance with all Authorizations and applicable laws, rules and regulations. Defendant has agreed to use diligent and commercially reasonable efforts to remove the Cables by the Target Removal Period. Defendant shall notify Plaintiff in writing within five (5) business days of having completed removal of the Cables from Lake Tahoe.

3.    **Notice of Inability To Meet Target Removal Period.** If Defendant cannot complete

**50**

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577E4

removal and disposal/recycling of the Cables by the end of the Target Removal Period, in accordance with Paragraph 2, Defendant shall notify Plaintiff in writing within five (5) business days before the end of the Target Removal Period. Defendant agrees to provide Plaintiff with an update on the status of the Authorizations, the efforts Defendant has made to obtain required Authorizations and to complete removal by the end of the Target Removal Period, and Defendant's plan and contemplated timeline to remove the Cables.

4.    **Dispute Resolution**. If a dispute under this Final Consent Decree arises, or either Party believes in good faith that a breach of this Final Consent Decree has occurred, the Parties shall meet and confer within fourteen (14) days of receiving written notification from the other Party of a request to confer about the matter. If either Party fails to meet and confer in good faith, or the meet-and-confer process is unsuccessful, and after seven (7) days have elapsed from the date the meet-and-confer occurred or should have occurred, then either Party shall be entitled to all rights and remedies under the law, including filing a motion with the Court. Notwithstanding any other provision of this Final Consent Decree, the Court shall retain jurisdiction over the Action for the limited purposes of enforcement of the terms of this Final Consent Decree or for adjusting upon a showing of good cause any deadlines or time limits set forth in this Final Consent Decree.

5.    **Plaintiff's Release and Waiver.** Upon the Court Entry Date of this Final Consent Decree, Plaintiff, on its own behalf and on behalf of its members, subsidiaries, successors, assigns, directors, officers, agents, attorneys, representatives, and employees, releases and forever discharges Defendant and its officers, directors, employees, shareholders, parents, subsidiaries, and affiliates, and each of their predecessors, successors and assigns, and each of their agents, attorneys, consultants, and other representatives (each a "Released Defendant Party") from any and all claims or causes of action (i) arising from or pertaining to claims asserted in the Action or the Notice Letter, including, without limitation, all claims for injunctive relief, damages, losses, penalties, fines, sanctions, mitigation, or any other sum incurred or claimed or which could have been claimed under RCRA or Proposition 65, for the alleged failure of Defendant to comply with RCRA and/or Proposition 65, up to the Court Entry Date, except for claims for payment of Plaintiff's legal fees and costs in this Action; and (ii) any other

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577F4

claims (a) relating to the Cables or (b) that could have been brought against Defendant based on the facts alleged in the Second Amended Complaint or otherwise known to Plaintiff.

Plaintiff, on behalf of the public interest, hereby waives, releases, and forever discharges all Proposition 65 claims that are the subject of the Notice Letter, effective upon removal of the Cables as required by this Consent Decree.

6. **Defendant's Release and Waiver**. Defendant, on its own behalf and on behalf of any Released Defendant Party under its control, releases Plaintiff (and its officers, directors, employees, members, parents, subsidiaries, and affiliates, and each of their successors and assigns, and its agents, attorneys, and other representative) from, and waives all claims which arise from or pertain to the Action, including all claims for fees (including fees of attorneys, experts, and others), costs, expenses, or any other similar sums incurred or claimed or which could have been claimed for matters associated with or related to the Action.

7. **The Parties' Waiver of California Civil Code Section 1542.** Each Party acknowledges that it is familiar with California Civil Code section 1542, which provides as follows:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor or released party.

Each Party waives and relinquishes any right or benefit it has or may have under California Civil Code section 1542 or any similar provision under statutory or non-statutory law. The Parties acknowledge that each may subsequently discover facts in addition to, or different from, those that it believes to be true with respect to the claims released herein. The Parties agree that this Decree and the releases contained herein shall be and remain effective in all respects notwithstanding the discovery of such additional or different facts.

8. **Plaintiff's Fees & Costs**. The amount of any award of legal fees and costs to Plaintiff in this Action shall be determined by the Court. Plaintiff shall file any motion seeking any legal fees and costs by October 31, 2024, and shall notice any such motion for a hearing date that is 45 days after

52

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577E4

the filing date.

9.    **No Admission of Liability**.  The Parties enter into this Final Consent Decree for the purpose of avoiding prolonged and costly litigation of the claims in the Action.  Nothing in this Final Consent Decree shall be construed as, and Defendant expressly does not intend to imply, an admission as to any fact, finding, issue of law, or violation of law, nor shall compliance with this Final Consent Decree constitute or be construed as an admission by Defendant of any fact, finding, conclusion, issue of law, or violation of law.  However, this paragraph shall not diminish or otherwise affect the obligation, responsibilities, and duties of the Parties under this Final Consent Decree.

10.    **Execution**.  This Final Consent Decree may be executed in one or more counterparts which, taken together, shall be deemed to constitute one and the same document.  An executed copy of this Final Consent Decree shall be valid as an original.

11.    **Cooperation**.  Both Parties shall support entry of this Final Consent Decree and shall waive any right to appeal it if entered.  If the Court approves and enters this Final Consent Decree, but such Final Consent Decree is reversed and vacated by an appellate court, or if the Court does not approve and enter this Final Consent Decree within ninety (90) days of the Parties having submitted it to the Court for approval and entry, the Parties shall meet and confer as to whether to modify the terms of this Final Consent Decree.  If the Parties do not jointly agree on a course of action to take, the Action shall proceed on its normal course on the Court's calendar.

12.    **Choice of Law**.  The terms of this Final Consent Decree shall be interpreted pursuant to the laws of California.

13.    **Authority**.  The undersigned are authorized to execute this Final Consent Decree on behalf of their respective Parties and have read, understood and agreed to be bound by all of the terms and conditions of this Final Consent Decree.

14.    **Integration and Non-Assignment**.  This Final Consent Decree contains all of the terms and conditions agreed upon by the Parties relating to the matters covered by the Final Consent Decree, and supersedes any and all prior and contemporaneous agreements, negotiations, correspondence, understandings, and communications of the Parties, whether oral or written,

53

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577F4

respecting the matters covered by this Final Consent Decree. This Final Consent Decree is made for the sole benefit of the Parties, and no other person or entity shall have any rights or remedies under or by reason of this Final Consent Decree, unless otherwise expressly provided for therein.

15.    **Notices.** Any notices or documents required or provided for by this Final Consent Decree or related thereto that are to be provided to Plaintiff shall be sent by electronic mail transmission to the email addresses listed below:

Chris Shutes, Executive Director, CSPA - E-mail: blancapaloma@msn.com

With copies sent to:

Matthew C. Maclear - E-mail: mcm@atalawgroup.com

Erica A. Maharg - E-mail: eam@atalawgroup.com

Any notices or documents required or provided for by this Final Consent Decree or related thereto that are to be provided to Defendant shall be sent by electronic mail transmission to the email addresses listed below:

Sarah Teachout (sarah.teachout@att.com)
Senior Vice President and Assistant General Counsel
AT&T Services, Inc.
208 S. Akard Street
Dallas, Texas 75202

With copies sent to:

Navi Dhillon (navidhillon@paulhastings.com)
Deborah Schmall (deborahschmall@paulhastings.com)
Paul Hastings LLP
101 California Street, 48th floor
San Francisco, CA 94111

Hariklia Karis (hariklia.karis@kirkland.com)
Mark Nomellini (mark.nomellini@kirkland.com)
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Each Party shall promptly notify the other of any change in the above-listed contact information. Signatures of the Parties transmitted by facsimile or email shall be deemed binding.

16.    **Mutually Drafted.** This Final Consent Decree shall be deemed to have been drafted equally by the Parties, and shall not be interpreted for or against any Party on the ground that any such

9

**54**

Docusign Envelope ID: 18246322-CE72-4746-8857-C85923A577F4

Party drafted it.

17. **Amendments.** This Final Consent Decree may be amended or modified only by a writing signed by the Parties or their authorized representatives with a courtesy copy to the California Attorney General.

18. **Dismissal.** Concurrent with the entry of this Final Consent Decree, the Parties agree that this Action shall be deemed dismissed with prejudice by the Court. Notwithstanding the dismissal of this Action, the Parties agree that the Court retains jurisdiction to resolve any disputes or enforce any terms of this Final Consent Decree.

Dated: October 22, 2024

CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

By: _____
    Signature

_____
Chris Shutes, Executive Director

Dated: October 23, 2024

PACIFIC BELL TELEPHONE COMPANY

By: _____
    Signature

_____
Sarah Teachout, Senior Vice President and Assistant General Counsel

Good cause appearing,

**IT IS SO ORDERED AND THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE.**

Dated: _____, 2024

By: _____
    United States District Court
    Eastern District of California

Exhibits:
A-Map of Cables

55

# EXHIBIT 3

Fulton County Superior Court
***EFILED***AC
Date: 3/14/2024 3:15 PM
Che Alexander, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

| | |
|---|---|
| BELLSOUTH TELECOMMUNICATIONS, LLC; PACIFIC BELL TELEPHONE COMPANY; and AT&T CORP.<br><br>      Plaintiffs,<br><br>      v.<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LIMITED; ALLSTATE INSURANCE COMPANY; AVIVA LIFE & PENSIONS UK LIMITED; BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED; BRITISH AVIATION INSURANCE COMPANY, LIMITED; CATALINA WORTHING INSURANCE LIMITED; CAVELLO BAY REINSURANCE LIMITED; CENTURY INDEMNITY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; CONTINENTAL CASUALTY COMPANY; EVEREST REINSURANCE COMPANY; FIDELIDADE - COMPANHIA DE SEGUROS, S.A.; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; GENERAL REINSURANCE CORPORATION; GRANITE STATE INSURANCE COMPANY; HARPER INSURANCE LIMITED; HDI GLOBAL SE; LEXINGTON INSURANCE COMPANY; MUNICH REINSURANCE AMERICA, INC.; NATIONAL CASUALTY COMPANY; R&Q GAMMA COMPANY LIMITED; RIVER THAMES INSURANCE COMPANY LIMITED; STARR INDEMNITY AND LIABILITY COMPANY; SWISS REINSURANCE AMERICA CORPORATION; TENECOM LIMITED; THE DOMINION INSURANCE COMPANY LIMITED; THE OCEAN MARINE INSURANCE COMPANY LIMITED; THE WORLD MARINE & GENERAL INSURANCE COMPANY LIMITED; TIG INSURANCE COMPANY; TRENT INSURANCE COMPANY LIMITED; TWIN CITY FIRE INSURANCE COMPANY; WESTPORT INSURANCE CORPORATION; ZURICH INSURANCE COMPANY LIMITED; and ZURICH REINSURANCE COMPANY LIMITED<br><br>      Defendants. | Case No.   24CV003325<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

-1-

57

Plaintiffs BellSouth Telecommunications, LLC; Pacific Bell Telephone Company; and AT&T Corp. (collectively referred to herein as "**the AT&T Companies**" or "**Plaintiffs**"), by their undersigned counsel, bring this action against the insurance companies identified below (collectively "**Insurers**" or "**Defendants**") and, in support thereof, allege as follows:

## OVERVIEW

1.      This is a civil action seeking insurance coverage under nearly 100 third-party liability insurance policies (the "**Policies**," as further defined below) issued to or for the benefit of the AT&T Companies by the Insurers. The Policies, by their wording, provide coverage for liability on account of property damage caused by an occurrence or accident.

2.      The AT&T Companies seek (i) damages from the Insurers for breach of contract for failing to indemnify the AT&T Companies for legal fees, costs, and expenses spent defending against two lawsuits, referenced below, proceeding in the wake of reporting by the Wall Street Journal in the summer of 2023; and (ii) an order declaring the present and future rights, duties, and liabilities of the parties under the Policies and directing the Insurers to indemnify the AT&T Companies for any and all sums the AT&T Companies have or may become legally obligated to pay on account of property damage allegedly caused by their use of lead-clad telephone cable, as alleged in the two lawsuits.

## THE PARTIES

The Plaintiffs

3.      **BellSouth Telecommunications, LLC ("BellSouth"), formerly known as BellSouth Telecommunications, Inc.** Plaintiff BellSouth has its principal place of business in Georgia; it is organized under Georgia law.

-2-

**58**

4.      **Pacific Bell Telephone Company ("Pacific Bell").** Plaintiff Pacific Bell has its principal place of business in California; it is incorporated in California.

5.      **AT&T Corp. ("AT&T Corp."), formerly known as American Telephone and Telegraph Company ("AT&T Co.").** Plaintiff AT&T Corp. has its principal place of business in New Jersey; it is incorporated in New York. American Telephone and Telegraph Company was renamed AT&T Corp. in 1994.

The Defendants[1]

6.      **Associated Electric & Gas Insurance Services, Limited ("AEGIS").** Upon information and belief, Defendant AEGIS has its principal place of business in New Jersey; it is incorporated in Bermuda.

7.      **Allstate Insurance Company ("Allstate").** Upon information and belief, Defendant Allstate, as successor to Northbrook Excess and Surplus Insurance Company ("**Northbrook Excess & Surplus**") and Northbrook Insurance Company ("**Northbrook**"), has its principal place of business in Illinois; it is incorporated in Illinois.

8.      **Century Indemnity Company ("Century").** Upon information and belief, Defendant Century, as successor to Insurance Company of North America ("**INA**"), has its principal place of business in Pennsylvania; it is incorporated in Pennsylvania.

9.      **Continental Casualty Company ("Continental Casualty").** Upon information and belief, Defendant Continental Casualty has its principal place of business in Illinois; it is incorporated in Illinois.

---

[1] Additional information as to each Defendant is set forth in the Appendix to this Complaint.

10.    **Everest Reinsurance Company ("Everest Re").** Upon information and belief, Defendant Everest Re, formerly known as Prudential Reinsurance Company ("**Prudential Re**"), has its principal place of business in New Jersey; it is incorporated in Delaware.

11.    **Fireman's Fund Insurance Company ("Fireman's Fund").** Upon information and belief, Defendant Fireman's Fund has its principal place of business in Illinois; it is incorporated in Illinois.

12.    **First State Insurance Company ("First State").** Upon information and belief, Defendant First State has its principal place of business in Massachusetts; it is incorporated in Connecticut.

13.    **General Reinsurance Corporation ("Gen Re").** Upon information and belief, Defendant Gen Re has its principal place of business in Connecticut; it is incorporated in Delaware.

14.    **Granite State Insurance Company ("Granite State").** Upon information and belief, Defendant Granite State has its principal place of business in New York; it is incorporated in Illinois.

15.    **HDI Global SE ("HDI Global").** Upon information and belief, Defendant HDI Global, as successor to Gerling Konzern Allgemeine Versigherungs – Aktiengesellschaft ("**Gerling Ko**"), has its principal place of business in Germany; it is incorporated in Germany.

16.    **Munich Reinsurance America, Inc. ("Munich Re").** Upon information and belief, Defendant Munich Re, formerly known as American Re-Insurance Company ("**American Re**"), has its principal place of business in New Jersey; it is incorporated in Delaware.

17.    **Starr Indemnity and Liability Company ("Starr").** Upon information and belief, Defendant Starr, formerly known as Republic Insurance Company ("**Republic**"), has its principal place of business in New York; it is incorporated in Texas.

-4-

**60**

18. **Swiss Reinsurance America Corporation ("Swiss Re").** Upon information and belief, Defendant Swiss Re, as successor to Swiss Reinsurance Company (US Branch), has its principal place of business in New York; it is incorporated in New York.

19. **TIG Insurance Company ("TIG").** Upon information and belief, Defendant TIG, as successor to International Insurance Company ("**International**") and Gibraltar Casualty Company ("**Gibraltar**"), has its principal place of business in New Hampshire; it is incorporated in California.

20. **Twin City Fire Insurance Company ("Twin City").** Upon information and belief, Defendant Twin City has its principal place of business in Connecticut; it is incorporated in Indiana.

21. **Westport Insurance Corporation ("Westport").** Upon information and belief, Defendant Westport, formerly known as Puritan Insurance Company ("**Puritan**"), which was formerly known as Manhattan Fire and Marine Insurance Company ("**Manhattan**"), has its principal place of business in Missouri; it is incorporated in Missouri.

22. **Zurich Insurance Company Limited ("Zurich").** Upon information and belief, Defendant Zurich, formerly known as Zurich Insurance Company, has its principal place of business in Switzerland; it is incorporated in Switzerland.

23. **Zurich Reinsurance Company Limited ("Zurich Re").** Upon information and belief, Defendant Zurich Re, formerly known as Zurich International (Bermuda) Limited, has its principal place of business in Switzerland; it is incorporated in Switzerland.

24. **Subscribers to London Market Insurance Policies.**

    a. **Certain Underwriters at Lloyd's, London.** Upon information and belief, during the operative period of the policies issued to or for the benefit of the

-5-

**61**

AT&T Companies, Defendants Certain Underwriters at Lloyd's, London were individuals known as "names" who became members, along with other names, of unincorporated entities called "syndicates." Syndicates subscribed to insurance policies issued in the London insurance market on the authority of an "active underwriter" who worked for a "managing agency." The active underwriter had authority to commit names who were syndicate members to underwrite all or part of the risk represented by an insurance policy issued in the London insurance market. Defendants in this case are names and syndicates who issued or subscribed to third-party liability contracts of insurance purchased in the London insurance market covering the AT&T Companies for certain of the liabilities that are the subject of this Complaint.

b. **Certain London Market and Other Companies.** Certain London Market and other companies issued or subscribed to contracts of insurance purchased in the London insurance market covering the AT&T Companies for certain of the liabilities that are the subject of this Complaint, including the following:

   i. **Aviva Life & Pensions UK Limited ("Aviva Life").** Upon information and belief, Defendant Aviva Life, as Part VII Transferee of Friends Life Limited, the successor to Southern Insurance Company Limited, has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

   ii. **Bothnia International Insurance Company Limited ("Bothnia").** Upon information and belief, Defendant Bothnia, as successor to Alba General Insurance Company Limited, Helvetia Accident Swiss

Insurance Company Limited, and Swiss National Insurance Company Limited, and as transferee of Assicurazioni Generali S.p.A. (as successor to Assicurazioni Generali di Trieste e Venezia and Assicurazioni di Italia), has its principal place of business in Finland; it is incorporated in Finland.

iii. **British Aviation Insurance Company, Limited ("British Aviation").** Upon information and belief, Defendant British Aviation has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

iv. **Catalina Worthing Insurance Limited ("Catalina").** Upon information and belief, Defendant Catalina, formerly known as Hartford Financial Products International Limited (as Part VII Transferee of Excess Insurance Company Limited and as Part VII Transferee of Aviva Insurance Company Limited (in relation to certain business originally written by London & Edinburgh Insurance Company Limited (formerly London & Edinburgh General Insurance Company Limited))), has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom,

v. **Cavello Bay Reinsurance Limited ("Cavello Bay").** Upon information and belief, Defendant Cavello Bay, as successor to Brittany Insurance Company Limited, has its principal place of business in Bermuda; it is incorporated in Bermuda.

-7-

**63**

vi. **Fidelidade - Companhia de Seguros, S.A. ("Fidelidade").** Upon information and belief, Defendant Fidelidade has its principal place of business in Portugal; it is incorporated in Portugal.

vii. **Harper Insurance Limited ("Harper").** Upon information and belief, Defendant Harper, formerly known as Turegum Insurance Company Limited, has its principal place of business in Bermuda; it is incorporated in Bermuda.

viii. **Lexington Insurance Company ("Lexington").** Upon information and belief, Defendant Lexington has its principal place of business in Massachusetts; it is incorporated in Delaware.

ix. **National Casualty Company ("National").** Upon information and belief, Defendant National has its principal place of business in Ohio; it is incorporated in Ohio.

x. **R&Q Gamma Company Limited ("R&Q Gamma").** Upon information and belief, Defendant R&Q Gamma, as Part VII Transferee of Anglo-French Insurance Company Limited, has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

xi. **River Thames Insurance Company Limited ("River Thames").** Upon information and belief, Defendant River Thames, for itself and as Part VII Transferee of Unionamerica Insurance Company Limited, Anglo Saxon Insurance Association Limited, and St. Katherine

-8-

**64**

Insurance Company Limited, has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

xii. **Tenecom Limited ("Tenecom").** Upon information and belief, Defendant Tenecom, formerly known as Yasuda Fire & Marine Insurance Company (UK) Limited and as Part VII Transferee of Winterthur Swiss Insurance Company, has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

xiii. **The Dominion Insurance Company Limited ("Dominion").** Upon information and belief, Defendant Dominion, for itself and as successor to British Merchants' Insurance Company Limited, has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

xiv. **The Ocean Marine Insurance Company Limited ("Ocean Marine").** Upon information and belief, Defendant Ocean Marine, as Part VII Transferee of Royal Scottish Insurance Company Limited, World Auxiliary Insurance Corporation Limited, and Aviva International Insurance Company (formerly known as Commercial Union Assurance Company PLC, trading as Edinburgh Assurance Company Limited), has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

xv. **The World Marine & General Insurance Company Limited ("World Marine").** Upon information and belief, Defendant World

-9-

**65**

Marine has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

xvi. **Trent Insurance Company Limited ("Trent").** Upon information and belief, Defendant Trent has its principal place of business in the United Kingdom; it is incorporated in the United Kingdom.

25.     Plaintiffs intend to sue herein only Insurers who are not "an agency or instrumentality of a foreign state" as defined by 28 U.S.C. § 1603. If any of the Insurers named herein is an "agency or instrumentality of a foreign state" as defined by 28 U.S.C. § 1603 and not subject to any of the exceptions provided in §§ 1605-1607, such Insurer shall be deemed dismissed from this complaint, without prejudice, and need not respond.[2] Plaintiffs also do not intend to sue any Insurer that is the beneficiary of an injunction in the United States due to its involvement in insolvency proceedings, including but not limited to any London Market Company in insolvency proceedings in the United Kingdom that is the beneficiary of an injunction in the United States.[3]

---

[2] Examples include, but are not limited to: Banco de Seguros del Estado, Caja Nacional de Ahorro y Seguro, the Insurance Company of Ireland, and Instituto Nacional de Reaseguros.

[3] Examples include, but are not limited to: Allianz International Insurance Company Limited; Andrew Weir Insurance Company Limited; Bellefonte Insurance Company; Bermuda Fire & Marine Insurance Company Limited; British and Overseas Insurance Company Limited; British National Insurance Company Limited; British National Life Insurance Company Limited; Bryanston Insurance Company Limited; Centaur Insurance Company; City General Insurance Company; City Insurance Company; CNA Reinsurance of London Limited; Compagnie Europeenne d'Assurances Industrielles S.A.; Dart & Kraft Insurance Company Limited; Dart Insurance Company, Ltd.; Drake Insurance Company Limited; El Paso Insurance Company Limited; Employers Surplus Lines Insurance Company; English & American Insurance Company Limited; Folksam International Insurance Company (UK) Limited; Great Atlantic Insurance Company; Highlands Insurance Company; Home Insurance Company; Hull Underwriters Association, Limited; London & Overseas Insurance Company Limited; Louisville Insurance Company Limited; Ludgate Insurance Company Limited; Mentor Insurance Company (UK) Limited; Midland Insurance Company; Minster Insurance Company Limited; Mutual Reinsurance Company Limited; North Atlantic Insurance Company Limited; Orion Insurance Company Limited; Pine Top Insurance Company; Sovereign Marine & General Insurance Company Limited; Sphere Insurance Company Limited; St. Helen's Insurance Company Limited; Storebrand Insurance Company (UK) Limited; Swiss Union General Insurance Company Limited; Taisho Marine & Fire Insurance Company (UK) Limited; Tokio Marine & Fire Insurance Company (UK) Limited; United Standard Insurance Company Limited; Vanguard Insurance Co. Ltd.; and Walbrook Insurance Company Limited.

## JURISDICTION AND VENUE

26.    **Personal Jurisdiction.** This Court has personal jurisdiction over Defendants pursuant to applicable Georgia law because (i) Defendants contracted to insure policyholders, property, and/or risks located in Georgia; (ii) Defendants are authorized to do or transact business in Georgia; (iii) Defendants have engaged in substantial business activity within Georgia; (iv) Plaintiff BellSouth was a resident of Georgia when events out of which the claims in this action arose took place; (v) events out of which the claims in this action arose took place in Georgia; and/or (vi) Defendants have caused injury in Georgia. In addition, certain of the Defendants' policies[4] include provisions in which certain Defendants agreed, *e.g.*, to "submit to the jurisdiction of any Court of competent jurisdiction within the United States of America," to "comply with all requirements necessary to give such Court jurisdiction," that all matters arising under the policies "shall be determined in accordance with the law and practice of such Court," and that the Defendants "will abide by the final decision of such Court or of any Appellate Court in the event of an appeal."

27.    **Venue.** Venue in this Court is proper pursuant to Georgia Code § 33-4-1 and/or Georgia Code § 33-5-34. In addition, certain of the Defendants' policies include provisions through which certain Defendants agreed, *e.g.*, to "submit to the jurisdiction of any Court of competent jurisdiction within the United States of America," to "comply with all requirements necessary to give such Court jurisdiction," that all matters arising under the policies "shall be determined in accordance with the law and practice of such Court," and that the Defendants "will

---

[4] Examples include, but are not limited to, the BellSouth AEGIS policy and various London Market policies.

abide by the final decision of such Court or of any Appellate Court in the event of an appeal."

## THE INSURANCE POLICIES

28.    **Policies Sold Directly to BellSouth Corporation.** From 1984 to 1985, BellSouth Corporation (now known as BellSouth, LLC) purchased excess and/or umbrella third-party liability insurance providing coverage for itself and its subsidiaries for certain of the liabilities that are the subject of this Complaint (the "**BellSouth Policies**"). The BellSouth Policies, which contain standard-form wording drafted by the Insurers, are occurrence-based and remain in full force and effect. The policy numbers and policy periods of the BellSouth Policies that presently are known to Plaintiffs are set forth in Exhibit A to this Complaint, which is hereby incorporated by reference as if fully set forth herein.

29.    Plaintiff BellSouth is the successor to BellSouth Telecommunications Inc., which was, in turn, the successor to South Central Bell Telephone Company and Southern Bell Telephone and Telegraph Company, former subsidiaries of BellSouth Corporation. Plaintiff BellSouth is therefore entitled to claim coverage under the BellSouth Policies, which were issued by the Insurers for the benefit of, among others, those subsidiaries.

30.    **Policies Sold to American Telephone and Telegraph Company**. From at least 1952 to 1985, AT&T Co. (now known as AT&T Corp.) purchased excess and/or umbrella third-party liability insurance providing coverage for itself and its subsidiaries for certain of the liabilities that are the subject of this Complaint (the "**AT&T Co. Policies**"). The AT&T Co. Policies, which contain standard-form wording drafted by the Insurers, are occurrence or accident-based and remain in full force and effect. The policy numbers and policy periods of the AT&T Co. Policies that presently are known to Plaintiffs are set forth in Exhibit B to this Complaint, which is hereby incorporated by reference as if fully set forth herein. The BellSouth Policies and the

-12-

**68**

AT&T Co. Policies are collectively referred to herein as the "**Policies**." (Due to the number and volume of the Policies, copies are not attached to this Complaint, but the Policies are identified in Exhibits A and B hereto.)

31.     Plaintiff AT&T Corp. is the successor to AT&T Co. and, therefore, is entitled to claim coverage under the AT&T Co. Policies. Plaintiffs BellSouth and Pacific Bell are successors to former subsidiaries of AT&T Co. and, therefore, also are entitled to claim coverage under the AT&T Co. Policies, which were issued by the Insurers for the benefit of, among others, those subsidiaries.

> a.   Plaintiff BellSouth is entitled to assert the insurance rights of two former AT&T Co. subsidiaries under the AT&T Co. Policies: Southern Bell Telephone and Telegraph Company, and South Central Bell Telephone Company.
>
> b.   Plaintiff Pacific Bell is entitled to assert the insurance rights of former AT&T Co. subsidiary Pacific Telephone and Telegraph Company under the AT&T Co. Policies.

32.     The sued-upon Policies all are excess and/or umbrella liability insurance policies that contain a "duty to indemnify," including as to underlying defense costs, but do not contain a separate "duty to defend." Under the Policies, the Insurers promise, with varying wording, to indemnify the AT&T Companies and their subsidiaries for all sums they are legally obligated to pay as damages on account of property damage caused by an occurrence, subject to any underlying or upper limits of liability expressly and unambiguously stated in each respective Policy. The Policies also include the Insurers' promises to indemnify the AT&T Companies and their subsidiaries for fees and expenses they incur in the investigation and defense of any claim or suit seeking such damages brought against them, including (but not limited to) legal defense costs. The

-13-

**69**

AT&T Companies have suffered and continue to suffer indemnifiable damages that exceed the self-insured retentions and either reach or are expected to reach the level of attachment of all the Policies.

## THE AT&T COMPANIES' LEAD-CLAD CABLE CLAIMS

33.    Beginning in July 2023, the Wall Street Journal published a series of articles regarding the AT&T Companies' use of lead-clad cables, which raised questions about whether such cables caused or may cause property or other damage.

34.    Alexander Graham Bell invented the telephone and thereafter founded Bell Telephone Company. Bell Telephone Company evolved into the American Telephone and Telegraph Company, which grew to provide local and long-distance telephone service across the United States of America with the assistance of independent local Bell operating companies such as Southern Bell Telephone and Telegraph Company, South Central Bell Telephone Company, and Pacific Telephone and Telegraph Company.

35.    For decades, telephone communications depended upon a network of wires and/or cables (bundles of wires) connecting each telephone to a local telephone exchange, which in turn were connected to other exchanges via intercity, interstate, and transcontinental cables. Starting in the 1880s, the telecommunications industry began using lead sheathing to protect and insulate the wires/cables providing the critical communications infrastructure upon which the public relied.

36.    The telecommunications industry began to phase out the placement of new lead-clad cable in the 1950s. Nevertheless, lead-clad cables continue to provide valuable customer voice and data services, including connecting 911 service, fire alarms, and other central monitoring stations.

-14-

**70**

37. In the wake of the Wall Street Journal reporting in the summer of 2023, the AT&T Companies now face claims of liability for property damage alleged to have been caused by lead-clad cables that the AT&T Companies installed and/or maintained.

38. Following the Wall Street Journal articles, the AT&T Companies face direct claims in the form of two lawsuits (the "**Lead-Clad Cable Lawsuits**") relating to the AT&T Companies' use of lead-clad cables.

    a. **The *Blum* Lawsuit**. BellSouth and AT&T Corp. have been named (among others) as defendants in *Gary Blum & Lucia Billiot v. AT&T Corp. et al.*, No. 137935, filed in the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, removed to the United States District Court, Western District of Louisiana as *Gary Blum & Lucia Billiot v. AT&T Corp. et al.*, No. 6:23-cv-01748. The *Blum* lawsuit alleges that lead-clad cables owned and/or operated by the AT&T Companies have caused property damage in Louisiana for which the AT&T Companies are alleged to be liable under law.

    b. **The *California Sportfishing* Lawsuit**. Pacific Bell has been named as a defendant in *California Sportfishing Protection Alliance v. Pacific Bell Telephone Company*, No. 2:21-CV-00074-MCE-JDP, filed in the United States District Court for the Eastern District of California. The *California Sportfishing* lawsuit alleges that two lead-clad cables owned and/or operated by the AT&T Companies have caused property damage to California's Lake Tahoe for which the AT&T Companies are alleged to be liable under law.

39. In addition to the Lead-Clad Cable Lawsuits, the Wall Street Journal articles prompted investigative inquiries, including from the United States Environmental Protection

**71**

Agency and state authorities. These inquiries are not the basis for the AT&T Companies' present coverage claims under the Policies.

## COVERAGE UNDER THE POLICIES

40.     The Policies, by their wording, provide coverage for any liabilities relating to lead-clad cables, including under state and federal law. The AT&T Companies satisfy the requirements for coverage under each Policy because they have incurred fees, costs, and expenses relating to the investigation and defense of the Lead-Clad Cable Lawsuits on account of alleged third-party property damage from occurrences or accidents during the policy period of each of the Policies. Additionally, the AT&T Companies may incur additional "Ultimate Net Loss" or "loss" (as defined by the Policies) on account of third-party property damage from occurrences or accidents during the policy period of each of the Policies.

41.     The costs the AT&T Companies have incurred and/or will incur on account of claims of alleged property damage arising out of the Lead-Clad Cable Lawsuits have reached or will reach the attachment points of each of the Policies.

42.     The AT&T Companies have paid all premiums for the Policies and complied with all applicable conditions under the Policies. No Policy exclusions apply. The AT&T Companies are entitled to the full benefits and protections of the Policies.

43.     The AT&T Companies demanded coverage under the Policies.

44.     No Insurer has honored its contractual obligation to provide indemnity for defense costs relating to the ongoing Lead-Clad Cable Lawsuits. Some Insurers have expressly denied that the AT&T Companies are entitled to coverage relating to the Lead-Clad Cable Lawsuits. Other Insurers have reserved rights or failed to respond to the AT&T Companies' request for coverage. The Insurers have thus breached and/or repudiated their contractual obligations under the Policies.

-16-

**72**

## CAUSES OF ACTION

### Breach of Contract – Indemnification of Defense Costs (Count I)

45.    The AT&T Companies repeat and incorporate by reference the allegations in the preceding paragraphs as if fully set forth herein.

46.    The Policies are valid and enforceable contracts under which Defendants agreed to provide insurance coverage pursuant to the Policies' terms. Defendants are required to provide coverage under the Policies for the Lead-Clad Cable Lawsuits and any liability resulting therefrom, including (but not limited to) Plaintiffs' salaries, wages, compensation, fees, charges, law costs, and/or expenses incurred in the investigation, negotiation, litigation, settlement, adjustment, and/or defense of the Lead-Clad Cable Lawsuits ("**Defense Costs**").

47.    Plaintiffs demanded that Defendants indemnify them for damages and expenses arising out of the Lead-Clad Cable Lawsuits, including for Defense Costs.

48.    Defendants breached their contractual obligations under the Policies by repudiating their coverage obligations and/or otherwise failing to provide coverage or respond to Plaintiffs' request for coverage for Defense Costs.

49.    As a direct and proximate result of the Defendants' respective breaches of the Policies, Plaintiffs have incurred "Ultimate Net Loss" or "loss" (as defined by the Policies), above any self-insured retentions that are currently recoverable under the Policies, including their Defense Costs for investigating and defending the Lead-Clad Cable Lawsuits, and will continue to incur additional "Ultimate Net Loss" or "loss" (as defined by the Policies), including Defense Costs for investigating and defending the Lead-Clad Cable Lawsuits. Defendants' breaches have caused Plaintiffs actual damages. Defendants have deprived Plaintiffs of the benefit of the

-17-

**73**

insurance coverage each Defendant agreed to provide and for which each Defendant has been paid premiums.

## **Declaratory Judgment – Indemnification of Defense Costs (Count II)**

50.    The AT&T Companies repeat and incorporate by reference the allegations in the preceding paragraphs as if fully set forth herein.

51.    The Policies are valid and enforceable contracts under which Defendants agreed to provide insurance coverage pursuant to the Policies' terms. Defendants are required to provide coverage under the Policies for the Lead-Clad Cable Lawsuits and any liability resulting therefrom, including (but not limited to) Defense Costs for investigating and defending the Lead-Clad Cable Lawsuits.

52.    Upon receipt of notice of the Lead-Clad Cable Lawsuits, Defendants have failed to honor their contractual obligations under the Policies, and Plaintiffs are informed and believe that Defendants dispute their obligation to indemnify Plaintiffs under the Policies in connection with the Lead-Clad Cable Lawsuits Defense Costs.

53.    An actual and justiciable controversy presently exists between Plaintiffs and Defendants with respect to Defendants' duties and obligations under the Policies in connection with the Lead-Clad Cable Lawsuits. Plaintiffs have incurred "Ultimate Net Loss" or "loss" (as defined by the Policies), above any self-insured retentions that are currently recoverable under the Policies, including their Defense Costs for investigating and defending the Lead-Clad Cable Lawsuits, and will continue to incur additional "Ultimate Net Loss" or "loss" (as defined by the Policies), including Defense Costs for investigating and defending the Lead-Clad Cable Lawsuits. The controversy is of sufficient immediacy to justify the issuance of a declaratory judgment. The issuance of declaratory relief by this Court will terminate some or all of the existing controversy

**74**

between the parties. Plaintiffs are entitled to a declaration that Defendants are required under the terms of their Policies to provide coverage to Plaintiffs for Defense Costs on account of the Lead-Clad Cable Lawsuits.

54. The rights, status, and other legal relations between Plaintiffs and Defendants are uncertain and insecure. Continuing uncertainty regarding the extent of available insurance will perpetuate and augment the injury Plaintiffs are suffering. The entry of a declaratory judgment by this Court is necessary to terminate the uncertainty and controversy giving rise to this proceeding.

<u>**Declaratory Judgment – Indemnification of Liabilities (Count III)**</u>

55. The AT&T Companies repeat and incorporate by reference the allegations in the preceding paragraphs as if fully set forth herein.

56. The AT&T Companies seek a declaration that coverage exists under the Policies to the extent that they are found liable for sums in addition to Defense Costs on account of the Lead-Clad Cable Lawsuits, bearing in mind that the AT&T Companies have and continue to contest liability in these Lawsuits.

57. The Policies are valid and enforceable contracts under which Defendants agreed to provide insurance coverage pursuant to the Policies' terms. Defendants are required to provide coverage under the Policies for any liability arising out of the Lead-Clad Cable Lawsuits.

58. Upon receipt of notice of the Lead-Clad Cable Lawsuits, Defendants either declined coverage for such liability or otherwise failed to honor their contractual obligations under the Policies, and Plaintiffs are informed or believe that Defendants dispute their obligation to indemnify Plaintiffs under the Policies for any liability arising out of the Lead-Clad Cable Lawsuits.

59.     An actual and justiciable controversy presently exists between Plaintiffs and Defendants with respect to Defendants' duties and obligations under the Policies in connection with the Lead-Clad Cable Lawsuits. The controversy is of sufficient immediacy to justify the issuance of a declaratory judgment. The issuance of declaratory relief by this Court will terminate some or all of the existing controversy between the parties. Plaintiffs are entitled to a declaration that Defendants are required under the terms of their Policies to provide coverage to Plaintiffs for any damages and costs Plaintiffs are found liable to pay on account of the Lead-Clad Cable Lawsuits.

60.     The rights, status, and other legal relations between Plaintiffs and Defendants are uncertain and insecure. Continuing uncertainty regarding the extent of available insurance will perpetuate and augment the injury Plaintiffs are suffering. The entry of a declaratory judgment by this Court is necessary to terminate the uncertainty and controversy giving rise to this proceeding.

<strong><u>Attorneys' Fees (Count IV)</u></strong>

61.     The AT&T Companies repeat and incorporate by reference the allegations in the preceding paragraphs as if fully set forth herein.

62.     By their actions in these matters, Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiffs unnecessary trouble and expense.

63.     Accordingly, Plaintiffs are entitled to recover their attorneys' fees and other reasonable expenses incurred in connection with this litigation pursuant to Georgia Code § 13-6-11.

<strong><u>PRAYER FOR RELIEF</u></strong>

64.     WHEREFORE, the AT&T Companies respectfully request that this Court enter a judgment as follows:

-20-

<strong>76</strong>

a.  On Count I, order that Defendants pay damages in an amount to be determined at trial for Plaintiffs' Defense Costs incurred in connection with the Lead-Clad Cable Lawsuits described herein;

b.  On Count II, issue a declaration that Plaintiffs are entitled to coverage under the Policies with respect to the Lead-Clad Cable Lawsuits described herein, and that Defendants are obligated to provide coverage under the terms of their Policies for Plaintiffs' future Defense Costs incurred in connection with the Lead-Clad Cable Lawsuits described herein;

c.  On Count III, issue a declaration that Plaintiffs are entitled to coverage under the Policies with respect to the Lead-Clad Cable Lawsuits described herein, and that Defendants are obligated to provide coverage under the terms of their Policies for all sums Plaintiffs may become legally obligated to pay (or have paid as of the date of any declaration) in connection with the Lead-Clad Cable Lawsuits described herein;

d.  On Count IV, order that Defendants pay Plaintiffs their reasonable attorneys' fees and expenses of litigation pursuant to Georgia Code § 13-6-11;

e.  Order that Defendants pay prejudgment and post-judgment interest;

f.  Award such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiffs BellSouth Telecommunications, LLC; Pacific Bell Telephone Company; and AT&T Corp. demand a trial by jury on all issues so triable.

Respectfully submitted,

Dated: March 13, 2024

-21-

**77**

Mark J. Plumer
(Pro Hac Vice application pending)
Melissa C. Lesmes
(Pro Hac Vice application pending)
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
(202) 663-9206
mark.plumer@pillsburylaw.com
melissa.lesmes@pillsburylaw.com

Ernest Martin, Jr.
(Pro Hac Vice application pending)
HAYNES BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7672
(214) 651-5641
ernest.martin@haynesboone.com

/s/  Frank M. Lowrey IV
Frank M. Lowrey IV
Georgia Bar No. 410310
Ronan P. Doherty
Georgia Bar No. 224885
BONDURANT MIXSON
  & ELMORE, LLP
1201 W. Peachtree Street NW
Ste 3900
Atlanta, GA 30309
(404) 881-4100
lowrey@bmelaw.com
doherty@bmelaw.com

Adrian Azer
(Pro Hac Vice application pending)
HAYNES BOONE, LLP
800 17th Street, NW
Suite 500
Washington, DC 20006-3962
(202) 654-4537
adrian.azer@haynesboone.com

-22-

**78**

**APPENDIX**

**Additional Information as to Each Defendant**
**(By Current Defendant Name)**

| Insurer | Principal Place of Business | Place of Incorp. | Registered in GA | Service Address |
|---------|---------------------------|------------------|------------------|-----------------|
| AEGIS | NJ | Bermuda | No | AEGIS may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Allstate | IL | IL | Yes | Allstate may be served through Linda Banks, its agent for service of process, at C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |
| Aviva Life | UK | UK | No | Aviva Life may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Bothnia | Finland | Finland | No | Bothnia may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| British Aviation | UK | UK | No | British Aviation may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |

-23-

79

| Insurer | Principal Place of Business | Place of Incorp. | Registered in GA | Service Address |
|---|---|---|---|---|
| Catalina | UK | UK | No | Catalina may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Cavello Bay | Bermuda | Bermuda | No | Cavello Bay may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Certain Underwriters at Lloyd's, London | Various | Various | Various | Certain Underwriters at Lloyd's, London may be served through Jeremy Betts, their agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Century Indemnity | PA | PA | Yes | Century Indemnity may be served through its agent for service of process, C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |
| Continental Casualty | IL | IL | Yes | Continental Casualty may be served through its agent for service of process, C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |
| Dominion | UK | UK | No | Dominion may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |

-24-

| Insurer | Principal Place of Business | Place of Incorp. | Registered in GA | Service Address |
|---|---|---|---|---|
| Everest Re | NJ | DE | Yes | Everest Re may be served through its agent for service of process, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092. |
| Fidelidade | Portugal | Portugal | No | Fidelidade may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Fireman's Fund | IL | IL | Yes | Fireman's Fund may be served through its agent for service of process, C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |
| First State | MA | CT | No | First State may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Gen Re | CT | DE | Yes | Gen Re may be served through its agent for service of process, C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |
| Granite State | NY | IL | Yes | Granite State may be served through its agent for service of process, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092. |
| Harper | Bermuda | Bermuda | No | Harper may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |

-25-

81

| Insurer | Principal Place of Business | Place of Incorp. | Registered in GA | Service Address |
|---|---|---|---|---|
| HDI Global | Germany | Germany | No | HDI Global may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Lexington | MA | DE | No | Lexington may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Munich Re America | NJ | DE | Yes | Munich Re America may be served through its agent for service of process, Registered Agent Solutions, Inc., 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA, 30076. |
| National Casualty | OH | OH | Yes | National Casualty may be served through its agent for service of process, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092. |
| Ocean Marine | UK | UK | No | Ocean Marine may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Starr Indemnity | NY | TX | Yes | Starr Indemnity may be served through its agent for service of process, C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |

-26-

**82**

| Insurer | Principal Place of Business | Place of Incorp. | Registered in GA | Service Address |
|---|---|---|---|---|
| R&Q Gamma | UK | UK | No | R&Q Gamma may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| River Thames | UK | UK | No | River Thames may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Swiss Re | NY | NY | Yes | Swiss Re may be served through its agent for service of process, C T Corporation System, 1201 Peachtree Street, NE, Atlanta, GA, 30361. |
| Tenecom | UK | UK | No | Tenecom may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| TIG | NH | CA | Yes | TIG may be served through its agent for service of process, C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |
| Trent | UK | UK | No | Trent may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Twin City Fire | CT | IN | Yes | Twin City Fire may be served through its agent for service of process, C T Corporation System, 289 S Culver St., Lawrenceville, GA 30046-4805. |

| Insurer | Principal Place of Business | Place of Incorp. | Registered in GA | Service Address |
|---|---|---|---|---|
| Westport | MO | MO | Yes | Westport may be served through Michael T. Greene, its agent for service of process, at 1105 Sanctuary Pkwy Ste 200, Alpharetta, GA, 30201. |
| World Marine & General | UK | UK | No | World Marine & General may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Zurich | Switzerland | Switzerland | No | Zurich may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |
| Zurich Re | Switzerland | Switzerland | No | Zurich Re may be served through Jeremy Betts, its agent for service of process, at the Georgia Office of the Insurance and Safety Fire Commissioner, 2 Martin Luther King Jr. Dr., West Tower, Suite 704, Atlanta, GA 30334. |

**EXHIBIT A**

**Policies Issued to BellSouth Corporation**
**(By Original Insurer Name)**

| Insurer | Policy Number | Policy Period | |
| --- | --- | --- | --- |
| | | Start | End |
| AEGIS | 281ANJ | 10/15/1984 | 10/15/1985 |
| First State Insurance Company | EU936367 | 1/1/1984 | 10/15/1984 |
| Gibraltar Casualty Company | GMX02477 | 1/1/1984 | 10/15/1984 |
| Gibraltar Casualty Company | GMX02478 | 1/1/1984 | 10/15/1984 |
| Granite State Insurance Company | 6484-5728 | 1/1/1984 | 10/15/1984 |
| Granite State Insurance Company | 6484-5729 | 1/1/1984 | 10/15/1984 |
| Insurance Company of North America | XCP156539 | 10/15/1984 | 10/15/1985 |
| London Market^ | PY202784 | 1/1/1984 | 10/15/1984 |
| Twin City Fire Insurance Company | TXS103516 | 1/1/1984 | 10/15/1984 |
| Zurich International | ZIE 71,010-84-C | 1/1/1984 | 10/15/1984 |

^ The following companies subscribed to one or more of the above-referenced policies issued in the London insurance market to BellSouth Corporation: Assicurazioni Generali Di Trieste E Venezia S.P.A. and Yasuda Fire & Marine Insurance Company (UK) Limited.

85

**EXHIBIT B**

**Policies Issued to American Telephone and Telegraph Company and its Subsidiaries
(By Original Insurer Name)**

| Insurer | Policy Number | Policy Period | |
| --- | --- | --- | --- |
| | | Start | End |
| American Re-Insurance Company | M5121-0001 | 10/20/1961 | 10/15/1964 |
| Continental Casualty Company | RDX-9568099 | 10/20/1961 | 10/15/1964 |
| Fireman's Fund Insurance Company | XL-19920 | 10/20/1961 | 10/15/1964 |
| First State Insurance Company | 923553 | 10/15/1976 | 10/15/1977 |
| First State Insurance Company | 925626 | 10/15/1977 | 10/15/1978 |
| First State Insurance Company | 927276 | 10/15/1978 | 10/15/1979 |
| First State Insurance Company | 929005 | 10/15/1979 | 10/15/1980 |
| First State Insurance Company | 930705 | 10/15/1980 | 10/15/1981 |
| First State Insurance Company | 932284 | 10/15/1981 | 10/15/1982 |
| First State Insurance Company | 934286 | 10/15/1982 | 10/15/1983 |
| First State Insurance Company | EU936359 | 10/15/1983 | 1/1/1984 |
| First State Insurance Company | EU936369 | 1/1/1984 | 10/15/1984 |
| General Reinsurance Corp. | X-2348 | 10/15/1952 | 10/15/1955 |
| General Reinsurance Corp. | X-3134 | 10/20/1961 | 10/15/1964 |
| Gerling Konzern Allgemeine Group | 49/99/6187-01 | 10/15/1976 | 10/15/1977 |
| Gerling Konzern Allgemeine Group | 49/99/6187-01 | 10/15/1977 | 10/15/1978 |
| Gerling Konzern Allgemeine Group | 49/99/6187-01 | 10/15/1978 | 10/15/1979 |
| Gibraltar Casualty Company | GMX 01380 | 10/15/1981 | 10/15/1982 |
| Gibraltar Casualty Company | GMX 01924 | 10/15/1982 | 10/15/1983 |
| Gibraltar Casualty Company | GMX02414 | 10/15/1983 | 1/1/1984 |
| Gibraltar Casualty Company | GMX02422 | 1/1/1984 | 10/15/1984 |
| Granite State Insurance Company | SCLD8094027 | 10/15/1976 | 10/15/1977 |
| Granite State Insurance Company | 6481-5302 | 10/15/1981 | 10/15/1982 |
| Granite State Insurance Company | 64825510 | 10/15/1982 | 10/15/1983 |
| Granite State Insurance Company | 64835705 | 10/15/1983 | 1/1/1984 |
| Granite State Insurance Company | 6484-5709 | 1/1/1984 | 10/15/1984 |
| Granite State Insurance Company | 6484-5987 | 10/15/1984 | 10/15/1985 |
| International Insurance Company | 522-036147-6 | 10/15/1984 | 10/15/1985 |
| London Market* | K33951 | 10/15/1955 | 10/15/1958 |
| London Market* | C40885 | 10/15/1955 | 10/15/1958 |

**86**

| Insurer | Policy Number | Policy Period | |
| --- | --- | --- | --- |
| | | Start | End |
| London Market* | K33952 | 10/15/1955 | 10/15/1958 |
| London Market* | C40886 | 10/15/1955 | 10/15/1958 |
| London Market* | K33953 | 10/15/1955 | 10/15/1958 |
| London Market* | K38181 | 2/10/1956 | 10/15/1958 |
| London Market* | K38182 | 2/10/1956 | 10/15/1958 |
| London Market* | CK 3182 | 10/15/1958 | 10/15/1961 |
| London Market* | CK3183 | 10/15/1958 | 10/15/1961 |
| London Market* | K52651 | 10/15/1958 | 10/15/1961 |
| London Market* | K52652 | 10/15/1958 | 10/15/1961 |
| London Market* | K52653 | 10/15/1958 | 10/15/1961 |
| London Market* | K52654 | 10/15/1958 | 10/15/1961 |
| London Market* | K69451 | 10/15/1961 | 10/15/1964 |
| London Market* | CU1250 | 10/15/1961 | 10/15/1964 |
| London Market* | CU1251 | 10/15/1961 | 10/15/1964 |
| London Market* | CU1252 | 10/15/1961 | 10/15/1964 |
| London Market* | K69452 | 10/15/1961 | 10/15/1964 |
| London Market* | K69453 | 10/15/1961 | 10/15/1964 |
| London Market* | K79813 | 10/15/1964 | 10/15/1967 |
| London Market* | CU3648 | 10/15/1964 | 10/15/1967 |
| London Market* | CU3649 | 10/15/1964 | 10/15/1967 |
| London Market* | UKL1396 | 10/15/1978 | 10/15/1979 |
| London Market* | UKL1800 | 10/15/1978 | 10/15/1979 |
| London Market* | 80DD250C | 10/15/1979 | 10/15/1982 |
| London Market* | 80DD251 | 10/15/1979 | 10/15/1980 |
| London Market* | 80DD2364 | 10/15/1980 | 10/15/1981 |
| London Market* | PY045481 | 10/15/1981 | 10/15/1982 |
| London Market* | KY026882 | 10/15/1982 | 10/15/1984 |
| London Market* | KY029182 | 10/15/1982 | 10/15/1983 |
| London Market* | KY058983 | 10/15/1983 | 10/15/1984 |
| London Market* | PY238884 | 10/15/1984 | 10/15/1985 |
| London Market* | KY026882 | 10/15/1984 | 10/15/1985 |
| London Market* | PY238484 | 10/15/1984 | 10/15/1985 |
| Manhattan Fire & Marine Insurance Company (The) | ML650148 | 10/15/1976 | 10/15/1977 |

|  | | Policy Period | |
| Insurer | Policy Number | Start | End |
| --- | --- | --- | --- |
| Northbrook Excess and Surplus Insurance Company | 63 007 220 | 10/15/1980 | 10/15/1981 |
| Northbrook Insurance Company | 63002306 | 10/15/1976 | 10/15/1977 |
| Northbrook Insurance Company | 63-003-707 | 10/15/1977 | 10/15/1978 |
| Northbrook Insurance Company | 63005099 | 10/15/1978 | 10/15/1979 |
| Northbrook Insurance Company | 63006125 | 10/15/1979 | 10/15/1980 |
| Prudential Reinsurance Company | DXC 901248 | 10/15/1976 | 10/15/1977 |
| Prudential Reinsurance Company | DXC DX 0406 | 10/15/1977 | 10/15/1978 |
| Prudential Reinsurance Company | DXC DX 0407 | 10/15/1977 | 10/15/1978 |
| Prudential Reinsurance Company | DXC DX 1188 | 10/15/1978 | 10/15/1979 |
| Prudential Reinsurance Company | DXC DX 1189 | 10/15/1978 | 10/15/1979 |
| Puritan Insurance Company | ML651528a | 10/15/1978 | 10/15/1979 |
| Puritan Insurance Company | ML652242 | 10/15/1979 | 10/15/1980 |
| Puritan Insurance Company | ML653118 | 10/15/1980 | 10/15/1981 |
| Republic Insurance Company | CDE 1205 | 10/15/1984 | 10/15/1985 |
| Swiss Reinsurance Company | ZH/R4020-0601-76/29 | 10/15/1976 | 10/15/1977 |
| Swiss Reinsurance Company | ZH/R 4020-0601-76/29 | 10/15/1977 | 10/15/1978 |
| Swiss Reinsurance Company | ZH/R 4020-0601-29/76 | 10/15/1978 | 10/15/1979 |
| Zurich Insurance Company | IRD SR 4049 | 10/15/1976 | 10/15/1977 |
| Zurich Insurance Company | IRDSR4049/2 | 10/15/1977 | 10/15/1978 |

* The following companies subscribed to one or more of the above-referenced policies issued in the London insurance market to American Telephone and Telegraph Company: Alba General Insurance Company Limited; Anglo French Insurance Company Limited; Anglo Saxon Insurance Association, Limited; Assicurazioni Generali Di Trieste E Venezia S.P.A.; British Aviation Insurance Company Limited; British Merchants' Insurance Company, Limited; Brittany Insurance Company Limited; The Dominion Insurance Company Limited; Edinburgh Assurance Company Limited; Excess Insurance Company Limited; Fidelidade of Lisbon; Helvetia Accident; Lexington Insurance Company; London & Edinburgh Insurance Company Limited; London & Edinburgh General Insurance Company Limited; National Casualty Company; River Thames Insurance Company Limited; Royal Scottish Insurance Company Limited; Southern Insurance Company; St. Katherine Insurance Company Limited; Swiss National; Trent Insurance Company Limited; Turegum Insurance Company Limited; UnionAmerica Insurance Company Limited; Winterthur Swiss Insurance Company; World Auxiliary Insurance Corporation Limited; World Marine & General Insurance Company, Limited; Yasuda Fire & Marine Insurance Company (UK) Limited.

**88**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024
RECEIVED NYSCEF: 05/01/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; CERTAIN LONDON MARKET INSURANCE COMPANIES, including but not limited to: ACCIDENT & CASUALTY INSURANCE COMPANY OF WINTERTHUR (NO.2 A/C), ANGLO-FRENCH INSURANCE COMPANY LIMITED, ASSICURAZIONI GENERALI SPA (UK BRANCH), BRITISH MERCHANTS' INSURANCE COMPANY LIMITED (as part of CF&AU Group C Pool), BRITISH RESERVE INSURANCE COMPANY (EX ALLIANZ SUISSE INSURANCE COMPANY FKA HELVETIA - ACCIDENT SWISS INSURANCE COMPANY) (as part of Gibbon A33 and C13 Pools), CATALINA WORTHING INSURANCE LTD F/K/A HFPI (AS PART VII TRANSFEREE OF EXCESS INSURANCE COMPANY LTD AND/OR LONDON & EDINBURGH INSURANCE COMPANY LTD AS SUCCESSOR TO LONDON & EDINBURGH GENERAL INSURANCE COMPANY LTD); COMPANHIA DE SEGUROS FIDELIDADE SA (FKA FIDELIDADE INSURANCE COMPANY OF LISBON)( (as part of Gibbon A33, B02, and C13 Pools), EAGLE STAR INSURANCE COMPANY OF CANADA, HELVETIA SWISS INSURANCE COMPANY (FKA ALBA GENERAL INSURANCE COMPANY LIMITED) (as part of Gibbon A33, B02, C13, and D10 Pools), HELVETIA SWISS INSURANCE COMPANY (FKA GENERAL INSURANCE COMPANY HELVETIA ST. GALLEN) (as part of Gibbon D10 Pools), LONDON AND EDINBURGH GENERAL INSURANCE COMPANY LIMITED (for itself and as part of CF&AU Group C Pool, HS Weavers and London and Edinburgh General Insurance

Index No.: _____

**COMPLAINT**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

Company Limited Tower X Pool), NATIONAL CASUALTY COMPANY (for itself and as part of Gibbon B02 and Gibbon National Casualty Pools), NATIONAL CASUALTY COMPANY OF AMERICA LIMITED, NEW LONDON REINSURANCE COMPANY LIMITED, ROYAL SCOTTISH INSURANCE COMPANY LIMITED (for itself and as part of UMA Pool), SWISS NATIONAL INSURANCE COMPANY LIMITED (as part of Gibbon D10 Pool), SWISS RE INTERNATIONAL SE (FKA SWITZERLAND GENERAL) (as part of Gibbon D10 Pool), TENECOM LIMITED (FKA YASUDA FIRE & MARINE INSURANCE COMPANY (U.K.) LTD) AND AS SUCCESSOR TO WINTERTHUR SWISS INSURANCE COMPANY (FKA ACCIDENT & CASUALTY INSURANCE COMPANY OF WINTERTHUR), THE ANGLO SAXON INSURANCE ASSOCIATION (for itself and as part of CF&AU Group C Pool), THE BRITISH AVIATION INSURANCE COMPANY LIMITED, THE DOMINION INSURANCE COMPANY LIMITED (for itself and as part of CF&AU Group C Pool), THE MOTOR UNION INSURANCE COMPANY LIMITED, THE OCEAN MARINE INSURANCE COMPANY LIMITED (AS SUCCESSOR TO EDINBURGH ASSURANCE COMPANY LIMITED AND WORLD AUXILIARY INSURANCE CORPORATION LIMITED), THE WORLD MARINE & GENERAL INSURANCE COMPANY (as part of UMA Pool), TRENT INSURANCE COMPANY LIMITED (as part of UMA Pool); CONTINENTAL CASUALTY COMPANY; CONTINENTAL INSURANCE COMPANY (for itself and as successor in interest to Fidelity & Casualty Company of New York, Harbor Insurance Co. and Pacific Insurance Company); GENERAL REINSURANCE CORPORATION; and STARR INDEMNITY & LIABILITY CO. (as successor to Republic Insurance Company)

2

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

Plaintiffs,

- against -

AT&T, CORP.; AT&T, INC.; BELLSOUTH TELECOMMUNICATIONS, LLC; PACIFIC BELL TELEPHONE COMPANY; AIU INSURANCE COMPANY; ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, formerly known as Allianz Insurance Company; ALLSTATE INSURANCE COMPANY (as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company); AMERICAN HOME ASSURANCE COMPANY; AMERICAN RE-INSURANCE COMPANY; ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LIMITED; CAVELLO BAY REINSURANCE LIMITED (As Successor To The Interests Of; i) Harper Insurance Limited (Formerly Known As Turegum Insurance Company); and, ii) Brittany Insurance Company Limited); CENTURY INDEMNITY COMPANY (for itself and as successor in interest to Indemnity Insurance Company of North America, Insurance Company of North America, and California Union Insurance Company); EMPLOYERS MUTUAL CASUALTY COMPANY; EVEREST REINSURANCE COMPANY, formerly known as Prudential Reinsurance Company; FEDERAL INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; GRANITE STATE INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; HARTFORD ACCIDENT & INDEMNITY COMPANY; HDI-GERLING AMERICA INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; MT. MCKINLEY INSURANCE COMPANY, formerly known as Gibraltar Casualty Company; NATIONAL UNION FIRE INSURANCE COMPANY OF

3

**91**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2                                     RECEIVED NYSCEF: 05/01/2024

PITTSBURGH, PA; NEW ENGLAND REINSURANCE COMPANY; NORTH RIVER INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; PEERLESS INSURANCE COMPANY; RIVER THAMES INSURANCE COMPANY LIMITED (In Its Own Right And As Successor In Interest To: i) Unionamerica Insurance Company Limited (In Its Own Right And As Successor In Interest To Certain Business Of St. Paul Travelers Insurance Company Limited Formerly Known As St. Paul International Insurance Company Limited, St. Katherine Insurance Company Limited, and St. Katherine Insurance Company Plc); and, ii) Knapton Insurance Limited (Formerly Known As British Engine Insurance Limited), Which Was Itself The Legal Successor To Southern Insurance Company);SWISS REINSURANCE AMERICA CORP., formerly known as European General Reinsurance Company Ltd.; SWISS REINSURANCE COMPANY, LTD; THE TRAVELERS INSURANCE COMPANY (as successor in interest to St. Paul Fire & Marine Insurance Company); TIG INSURANCE COMPANY (as successor in interest to International Insurance Company); TRAVELERS CASUALTY AND SURETY COMPANY (as successor in interest to Aetna Casualty & Surety Company); TWIN CITY FIRE INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; WESTPORT INSURANCE CORPORATION; ZURICH AMERICAN INSURANCE COMPANY; DOE INSURERS 1 – 50,

Defendants.

Plaintiffs Certain Underwriters at Lloyd's, London ("Certain Underwriters"); Certain

London Market Insurance Companies, including but not limited to: Accident & Casualty Insurance

Company of Winterthur (No.2 A/C), Anglo-French Insurance Company Limited, Assicurazioni

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM     INDEX NO. 652261/2024

NYSCEF DOC. NO. 2                                     RECEIVED NYSCEF: 05/01/2024

Generali SPA (UK Branch), British Merchants' Insurance Company Limited (as part of CF&AU Group C Pool), British Reserve Insurance Company (Ex Allianz Suisse Insurance Company FKA Helvetia – Accident Swiss Insurance Company)(as part of Gibbon A33 and C13 Pools), Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Company Ltd and/or London & Edinburgh Insurance Company Ltd as successor to London & Edinburgh General Insurance Company Ltd), Companhia de Seguros Fidelidade SA (FKA Fidelidade Insurance Company of Lisbon) (as part of Gibbon A33, B02, and C13 Pools), Eagle Star Insurance Company of Canada, Helvetia Swiss Insurance Company (FKA Alba General Insurance Company Limited) (as part of Gibbon A33, B02, C13, and D10 Pools), Helvetia Swiss Insurance Company (FKA General Insurance Company Helvetia St. Gallen) (as part of Gibbon D10 Pools), London and Edinburgh General Insurance Company Limited (for itself and as part of CF&AU Group C Pool, HS Weavers and London and Edinburgh General Insurance Company Limited Tower X Pool), National Casualty Company (for itself and as part of Gibbon B02 and Gibbon National Casualty Pools), National Casualty Company of America Limited, New London Reinsurance Company Limited, Royal Scottish Insurance Company Limited (for itself and as part of UMA Pool), Swiss National Insurance Company Limited (as part of Gibbon D10 Pool), Swiss Re International SE (FKA Switzerland General) (as part of Gibbon D10 Pool), Tenecom Limited (FKA Yasuda Fire & Marine Insurance Company (U.K. Ltd) and as successor to Winterthur Swiss Insurance Company (FKA Accident & Casualty Insurance Company of Winterthur), The Anglo Saxon Insurance Association (for itself and as part of CF&AU Group C Pool), The British Aviation Insurance Company Limited, The Dominion Insurance Company Limited (for itself and as part of CF&AU Group C Pool), The Motor Union Insurance Company Limited, The Ocean Marine Insurance Company Limited (as successor to Edinburgh Assurance Company Limited and World

5

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024
RECEIVED NYSCEF: 05/01/2024

Auxiliary Insurance Corporation Limited), The World Marine & General Insurance Company (as part of UMA Pool), and Trent Insurance Company Limited (as part of UMA Pool), (herein referred to collectively as "Certain London Market Insurance Companies"); Continental Casualty Company ("CCC"); Continental Insurance Company (for itself and as successor in interest to Fidelity & Casualty Company of New York, Harbor Insurance Co. and Pacific Insurance Company) ("CIC"); General Reinsurance Corporation ("Gen Re"); and Starr Indemnity and Liability Company Co. (as successor in interest to Republic Insurance Company) ("Starr")[1] by their attorneys, for their Complaint against Defendants allege as follows:

## NATURE OF THE ACTION

1.      This is an action for declaratory relief pursuant to CPLR §3001 for the purpose of determining an actual controversy among the parties in this action concerning defendants AT&T, Corp.'s, AT&T, Inc.'s, BellSouth Telecommunications, LLC's ("BellSouth"), and Pacific Bell Telephone Company's ("Pacific Bell") claims for insurance coverage under policies issued or allegedly issued to American Telephone & Telegraph Company (New York, New York), BellSouth Corporation and/or Pacific Bell relating to alleged claims, potential claims and lawsuits alleging, *inter alia*, that lead-clad cables owned and/or operated by AT&T, Corp., AT&T, Inc., BellSouth, and/or Pacific Bell have caused or will cause property damage and that AT&T, Corp., AT&T, Inc., BellSouth, and/or Pacific Bell are liable for, for example, negligence, civil penalties, "breach of the obligations of holders of personal servitudes of rights of use," "abuse of right," "trespass" and/or "nuisance" related to same (the "Alleged Lead Cable Claims").

2.      On information and belief, according to AT&T, the Alleged Lead Cable Claims to date include, but are not limited to, a July 9, 2023 article by published by the Wall Street Journal

---

[1] Unless otherwise noted, each of the foregoing Plaintiffs (CCC, Certain Underwriters, Certain London Market Companies, CIC, Gen Re, and Starr) are referred to collectively throughout this Complaint as "Plaintiffs."

6

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

titled "America is Wrapped in Miles of Toxic Lead Cables" (referred to herein as the "WSJ Article") and alleged claims or potential claims related thereto;  a lawsuit captioned *California Sportfishing Protection Alliance v. Pacific Bell Telephone Company,* Case No. 2:21-cv-00073-JDP, United States District Court, Eastern District of California (the "Sportfishing Action"); and a lawsuit captioned *Gary Blum and Lucia Billiot v. AT&T, Corp.; AT&T, Inc.; BellSouth Telecommunications, LLC d/b/a AT&T Louisiana; Verizon Communications, Inc.; Lumen Technologies, Inc. d/b/a Centurylink, Inc.; Centurylink Communications, LLC,* which, upon information and belief, was filed in the 16th Judicial District Court, Parish of St. Mary, Louisiana, Case Number 137935 and removed to the United States District Court, Western District of Louisiana, No. 6:23-cv-01748 (the "Blum Action").

3.      As set forth in Attachment 1 hereto and described further in Paragraphs 9-14 below, Plaintiffs respectively issued and/or severally subscribed a total of at least 67 policies (or alleged policies) that are at issue in the instant action, nearly all of which were negotiated, issued and delivered to American Telephone and Telegraph Company in New York, New York, and only one policy at issue in this action that was issued to and/or severally subscribed in favor of BellSouth.

4.      As set forth in Paragraphs 20-54 below, there are scores of additional policies at issue in the instant action under which AT&T, Corp., BellSouth, and/or Pacific Bell seek coverage for the Alleged Lead Cable Claims, the majority of which, upon information and belief, were negotiated, issued and delivered to American Telephone and Telegraph Company in New York, New York.

5.      Upon information and belief, AT&T Corp., BellSouth and Pacific Bell each contend they are entitled to coverage for the Alleged Lead Cable Claims under the Policies

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                      RECEIVED NYSCEF: 05/01/2024

allegedly issued to and/or subscribed in favor of American Telephone & Telegraph Company in New York, New York.

6.    None of Plaintiffs' Policies identified on Attachment 1 hereto contain a duty to defend.

7.    All of Plaintiffs' Policies identified on Attachment 1 hereto contain terms and conditions which must be satisfied in order for Plaintiffs to have an obligation, if any, to reimburse AT&T, Corp., AT&T, Inc., BellSouth, and/or Pacific Bell for defense costs and indemnity amounts incurred in connection with the Alleged Lead Cable Claims, including but not limited to the California Sportfishing Action and/or the Blum Action. In addition, certain policies contain exclusions, such as a pollution exclusion, that bar coverage for the Alleged Lead Cable Claims.

8.    The declarations and rulings that Plaintiffs seek in this case will necessarily affect the allocation of coverage and rights and responsibilities, if any, among the various insurers that, on information and belief, also subscribed to or issued insurance policies under which AT&T, Corp., BellSouth, and/or Pacific Bell have given, or have attempted to give, notice of Alleged Lead Cable Claims.

## THE PARTIES

9.    Plaintiffs Certain Underwriters severally subscribing, each for his or its own part and not for any other, to one of more of the policies identified in Attachment 1[2] to this Complaint, consist of natural persons who are or have been members of underwriting syndicates, which conduct or have conducted business at the insurance marketplace known as Lloyd's, London, which is chartered under the laws of the United Kingdom.

---

[2] The Policies severally subscribed, each for his or its own part and not for any other, by Plaintiffs Certain Underwriters and Certain London Market Insurance Companies, as well as the policies issued by Plaintiffs CCC, CIC, Gen Re and Starr are all identified on Attachment 1 hereto. Unless otherwise noted, all of the foregoing Plaintiffs' policies identified in Attachment 1 are referred to collectively as the "Policies" herein.

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

INDEX NO. 652261/2024

NYSCEF DOC. NO. 2

RECEIVED NYSCEF: 05/01/2024

10.    Plaintiffs Certain London Market Insurance Companies have severally subscribed, each for its own part and not for any other, to one or more of those policies identified in Attachment 1 to this Complaint as well as the following BellSouth Corporation policy at issue:

| **Policy No.** | **Policy Period** |
| --- | --- |
| PY202784 | 01/01/1984 – 10/15/1984 |

Plaintiffs Certain London Market Insurance Companies are companies organized under the law of foreign states, each having its principal place of business outside the United States.

11.    Plaintiff CCC is a corporation organized under the laws of Illinois with its principal place of business in Illinois.  CCC was at all relevant times authorized to do business in New York and is doing business in New York.  CCC issued and/or is alleged to have issued one or more of the policies identified in Attachment 1 to this Complaint.

12.    Plaintiff CIC is a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania.  CIC was at all relevant times authorized to do business in New York and is doing business in New York.  CIC issued and/or is alleged to have issued one or more of the policies identified in Attachment 1 to this Complaint.

13.    Plaintiff Gen Re is a corporation organized under the laws of Delaware with its principal place of business in Connecticut.  Gen Re was at all relevant times authorized to do business in New York and is doing business in New York. Gen Re issued and/or is alleged to have issued one or more of the policies identified in Attachment 1 to this Complaint.

14.    Plaintiff Starr is a corporation organized under the laws of Texas with its principal place of business in New York. Starr was at all relevant times authorized to do business in New York.  Based on present information and belief, Starr issued and/or is alleged to have issued one or more of the policies identified in Attachment 1 to this Complaint.

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                       RECEIVED NYSCEF: 05/01/2024

15.    On information and belief, Defendant AT&T, Corp. is a corporation organized under the laws of New York, with its current principal place of business in New Jersey. Upon information and belief, AT&T, Corp. is authorized to do business and is doing and transacting business in New York.

16.    On information and belief, Defendant AT&T, Inc. is a corporation organized under the laws of Delaware, with its principal place of business in Texas. On information and belief, AT&T, Inc. is authorized to do business in New York.

17.    On information and belief, Defendant BellSouth was a corporation organized under the laws of Georgia, with its principal place of business in Georgia.

18.    On information and belief, Defendant Pacific Bell was a corporation organized under the laws of California, with its principal place of business in California.

19.    On information and belief, AT&T, Corp. contends that it is the successor in interest to American Telephone & Telegraph Company, the Named Assured under certain of the Policies, as well as the successor in interest to certain former businesses of American Telephone & Telegraph Company.  On information and belief, certain other entities, including Defendants BellSouth and Pacific Bell, were merged into Defendant AT&T Inc. and/or Defendant AT&T Inc. is the parent of Defendants BellSouth and Pacific Bell. American Telephone & Telegraph Company was a corporation that was organized under the laws of New York and had its principal place of business in New York when the Policies were underwritten, issued and delivered in New York. AT&T, Corp., BellSouth and/or Pacific Bell contend that they are entitled to coverage under the Policies for the Alleged Lead Cable Claims.

20.    On information and belief, nominal defendant AIU Insurance Company ("AIU") is a corporation organized under the laws of New York, with its principal place of business in New

10

98

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                      RECEIVED NYSCEF: 05/01/2024

York.  AIU was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, AIU issued the following policies:

| Policy No. | Policy Period |
|---|---|
| SCLD8093313 | 10/15/1977-10/14/1978 |
| 75-100747 | 10/15/1978-10/14/1979 |
| 75-100748 | 10/15/1978-10/14/1979 |
| 75-101163 | 10/15/1979-10/14/1980 |
| 75-101164 | 10/15/1979-10/14/1980 |
| 75-102461 | 10/15/1980-10/14/1981 |
| 75-102461 | 10/15/1980-10/14/1981 |
| 75-102462 | 10/15/1980-10/14/1981 |
| 75-102463 | 10/15/1980-10/14/1981 |
| 75-102550 | 10/15/1981-10/14/1982 |
| 75-102551 | 10/15/1981-10/14/1982 |
| 75-102552 | 10/15/1981-10/15/1982 |
| 75-103251 | 10/15/1982-10/14/1983 |
| 75-103252 | 10/15/1982-10/14/1983 |
| 75-103253 | 10/15/1982-10/14/1983 |
| 75-103136 | 10/15/1983-10/14/1984 |
| 75-104288 | 10/15/1984-10/14/1985 |
| 75-103863 | 10/15/1985-10/14/1986 |

21.   On information and belief, nominal defendant Allianz Global Risks U.S. Insurance Company, formerly known as Allianz Insurance Company ("Allianz"), is a corporation organized under the laws of Illinois with its principal place of business in Chicago, Illinois. On information and belief, Allianz was at all relevant times authorized to do business in New York and is doing business in New York. On information and belief, Allianz issued the following policies:

| Policy No. | Policy Period |
|---|---|
| H.0 001482 | 10/15/1978 – 10/14/1980 |

22.   On information and belief, nominal defendant Allstate Insurance Company (as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company) ("Allstate") is a corporation organized under the laws of Illinois with its principal place of business in Illinois. On information and belief, Allstate was at all relevant times

11

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

authorized to do business in New York and is doing business in New York.  On information and belief, Allstate issued the following policies:

| Policy No. | Policy Period |
|---|---|
| 63002306 | 10/01/1976 – 09/30/1977 |
| 63003707 | 10/15/1977 – 10/14/1978 |
| 63005099 | 10/15/1978 – 10/14/1979 |
| 63006125 | 10/15/1979 – 10/14/1980 |
| 63007220 | 10/15/1980 – 10/14/1981 |
| 63007232 | 10/15/1980 – 10/14/1981 |

23.    On information and belief, nominal defendant American Home Assurance Company ("American Home") is a corporation organized under the laws of New York with its principal place of business in New York.  American Home was at all relevant times authorized to do business in New York and is doing business in New York. On information and belief, American Home issued the following policies:

| Policy No. | Policy Period |
|---|---|
| CE352760 | 10/15/1967-10/14/1970 |
| CE355895 | 10/15/1970-10/14/1973 |
| CE3381790 | 10/15/1973-10/14/1976 |

24.    On information and belief, nominal defendant American Re-Insurance Company ("Am-Re") is a corporation organized under the laws of Delaware with its principal place of business in New Jersey.  On information and belief, Am-Re was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Am-Re issued the following policies:

| Policy No. | Policy Period |
|---|---|
| M5121-0001 | 10/15/1961 – 10/14/1962 |
| M5121-0001 | 10/15/1962 – 10/14/1963 |
| M5121-0001 | 10/15/1963 – 10/14/1964 |

12

100

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                                      RECEIVED NYSCEF: 05/01/2024

| M5121-0001 | 10/15/1964 – 10/14/1967 |
| M-1430520 | 10/01/1976 – 09/30/1977 |
| EUL5070505 | 10/15/1979 – 10/14/1980 |
| EUL5081801 | 10/15/1980 – 10/14/1981 |
| EUL 5081801 | 10/15/1980 – 10/14/1981 |

25.     On information and belief, nominal defendant Associated Electric & Gas Insurance Services, Limited ("AEGIS") is a corporation organized under the laws of Bermuda with its principal place of business in New Jersey.  On information and belief, AEGIS was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, AEGIS issued the following policy:

| Policy No. | Policy Period |
| --- | --- |
| 281ANJ | 10/15/1984 – 10/15/1985 |

26.     On information and belief, nominal defendant Cavello Bay Reinsurance Limited (As Successor To The Interests Of; i) Harper Insurance Limited (Formerly Known As Turegum Insurance Company); and, ii) Brittany Insurance Company Limited) ("Cavello Bay") is organized under the law of a foreign state, with its principal place of business outside the United States. On information and belief, Cavello Bay severally subscribed for its own part and not for any other to the following policies:

| Policy No. | Policy Period |
| --- | --- |
| CX3787 | 10/15/1970-10/14/1973 |
| UKL1396 | 10/15/1978-10/14/1979 |
| UKL1397 | 10/15/1978-10/14/1979 |
| 80DD250 | 10/15/1979-10/14/1982 |
| PY238484 | 10/15/1984-10/14/1985 |

27.     On information and belief, nominal defendant Century Indemnity Company (for itself and as successor in interest to Indemnity Insurance Company of North America, Insurance

13

**101**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

Company of North America, and California Union Insurance Company) ("Century") is a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. On information and belief, Century was at all relevant times authorized to do business in New York and is doing business in New York. On information and belief, Century issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| C281441 | 10/15/1949 – 10/14/1952 |
| XCP156539 | 10/15/1984 – 10/15/1985 |

28. On information and belief, nominal defendant Employers Mutual Casualty Company ("EMCC") is a corporation organized under the laws of Iowa with its principal place of business in Iowa. On information and belief, EMCC was at all relevant times authorized to do business in New York and is doing business in New York. On information and belief, EMCC issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| 71126 | 10/15/1979 – 10/14/1980 |
| 71127 | 10/15/1979 – 10/14/1980 |
| 71128 | 10/15/1979 – 10/14/1980 |
| 71129 | 10/15/1979 – 10/14/1980 |
| MMO71551 | 10/15/1980 – 10/14/1981 |
| MMO71552 | 10/15/1980 – 10/14/1981 |
| MMO71553 | 10/15/1980 – 10/14/1981 |
| MMO71554 | 10/15/1980 – 10/14/1981 |
| MMO71561 | 10/15/1980 – 10/14/1981 |
| MMO71947 | 10/15/1981 – 10/14/1982 |
| MMO71948 | 10/15/1981 – 10/14/1982 |
| MMO71949 | 10/15/1981 – 10/14/1982 |
| MMO73242 | 10/15/1982 – 10/14/1983 |
| MMO73243 | 10/15/1982 – 10/14/1983 |
| MMO73244 | 10/15/1982 – 10/14/1983 |
| UNKGL1983000016 | 10/15/1983 – 10/14/1984 |
| MM073474 | 01/01/1984 – 10/15/1984 |
| 73776 | 10/15/1985 – 10/14/1986 |

14

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

29.    On information and belief, nominal defendant Everest Reinsurance Company, formerly known as Prudential Reinsurance Company ("Everest Re"), is a corporation organized under the laws of Delaware with its principal place of business in New Jersey.  On information and belief, Everest Re was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Everest Re issued the following policies:

| Policy No. | Policy Period |
|---|---|
| DXC901248 | 10/01/1976 – 10/15/1977 |
| DXC901249 | 10/01/1976 – 10/15/1977 |
| DXC901250 | 10/01/1976 – 10/15/1977 |
| DXCDX0406 | 10/15/1977 – 10/15/1978 |
| DXCDX0407 | 10/15/1977 – 10/15/1978 |
| DXCDX0408 | 10/15/1977 – 10/15/1978 |
| DXCDX0410 | 10/15/1977 – 10/15/1978 |
| DXCDX1188 | 10/15/1978 – 10/15/1979 |
| DXCDX1189 | 10/15/1978 – 10/15/1979 |
| DXCDX1190 | 10/15/1978 – 10/15/1979 |
| DXCDX1191 | 10/15/1978 – 10/15/1979 |

30.    On information and belief, nominal defendant Federal Insurance Company ("Federal") is a corporation organized under the laws of Indiana with its principal place of business in New Jersey.  On information and belief, Federal was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Federal issued the following policies:

| Policy No. | Policy Period |
|---|---|
| 77014774 | 10/15/1961 – 10/15/1962 |
| 77014774 | 10/15/1962 – 10/15/1963 |
| 77014774 | 10/15/1963 – 10/15/1964 |
| 79227307 | 10/15/1979 – 10/15/1980 |
| 79-227306 | 10/15/1979 – 10/15/1980 |
| 80-227307 | 10/15/1980 – 10/14/1981 |
| 80 227306 | 10/15/1980 – 10/14/1981 |
| (81)7922-73-20 | 10/15/1980 – 10/15/1981 |
| (81)7922-73-06 | 10/15/1980 – 10/15/1981 |

15

103

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

| | |
|---|---|
| (81)7922-73-07 | 10/15/1980 – 10/15/1981 |
| 79227320 | 10/15/1980 – 10/14/1981 |
| (82)7922-73-07 | 10/15/1981 – 10/15/1982 |
| (82)7922-73-06 | 10/15/1981 – 10/14/1982 |
| (82)7922-73-20 | 10/15/1981 – 10/15/1982 |
| (83)7922-73-07 | 10/15/1982 – 10/15/1983 |
| (83)7922-73-06 | 10/15/1982 – 10/15/1983 |
| (83)7922-73-20 | 10/15/1982 – 10/15/1983 |
| (84)7922-73-20 | 10/15/1983 – 01/01/1984 |
| (84)7928-85-60 | 01/01/1984 – 10/15/1984 |
| (85)7920-85-60 | 10/15/1984 – 10/15/1985 |
| (86)7928-85-60 | 10/15/1985 – 10/15/1986 |
| (86)7929-21-53 | 10/15/1985 – 10/15/1986 |

31.    On information and belief, nominal defendant Fireman's Fund Insurance Company ("FFIC") is a corporation organized under the laws of California with its principal place of business in Novato, California.  On information and belief, FFIC was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, FFIC issued the following policies:

| Policy No. | Policy Period |
|---|---|
| XL-19920 | 10/15/1961 – 10/14/1962 |
| XL-19920 | 10/15/1962 – 10/14/1963 |
| XL-19920 | 10/15/1963 – 10/14/1964 |
| XL78843 | 10/20/1964 – 10/15/1967 |
| XL96894 | 10/15/1967 – 10/15/1970 |
| XL96893 | 10/15/1967 – 10/14/1970 |
| XLX1050732 | 10/15/1970 – 10/15/1973 |
| XLX1202636 | 10/15/1973 – 10/15/1976 |
| XLX1202992 | 10/15/1976 – 10/15/1977 |
| XLX1299690 | 10/15/1977 – 10/14/1978 |

32.    On information and belief, nominal defendant First State Insurance Company ("First State") is a corporation organized under the laws of Connecticut with its principal place of business in Connecticut.  On information and belief, First State was at all relevant times authorized

16

104

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

to do business in New York and is doing business in New York.  On information and belief, First State issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| 923553 | 10/01/1976 – 09/30/1977 |
| 925626 | 10/15/1977 – 10/14/1978 |
| 926050 | 10/15/1977 – 10/14/1978 |
| 927276 | 10/15/1978 – 10/14/1979 |
| 927277 | 10/15/1978 – 10/14/1979 |
| 929005 | 10/15/1979 – 10/14/1980 |
| 929006 | 10/15/1979 – 10/14/1980 |
| 930705 | 10/15/1980 – 10/14/1981 |
| 930706 | 10/15/1980 – 10/14/1981 |
| 930711 | 10/15/1980 – 10/14/1981 |
| 932284 | 10/15/1981 – 10/14/1982 |
| 932285 | 10/15/1981 – 10/14/1982 |
| 934286 | 10/15/1982 – 10/14/1983 |
| 934-287 | 10/15/1982 – 10/14/1983 |
| EU936359 | 10/15/1983 – 12/31/1983 |
| EU936360 | 10/15/1983 – 12/31/1983 |
| EU936369 | 01/01/1984 – 10/14/1984 |
| KU936372 | 01/01/1984 – 10/14/1984 |
| EU936372 | 01/01/1984 – 10/14/1984 |
| EU936367 | 01/01/1984 – 10/14/1984 |

33.     On information and belief, nominal defendant Granite State Insurance Company ("Granite State") is a corporation organized under the laws of Pennsylvania with its principal place of business in New York.  Granite State was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Granite State issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| 80-94027 | 10/01/1976-09/30/1977 |
| 80-94028 | 10/01/1976-09/30/1977 |
| 80-94029 | 10/01/1976-09/30/1977 |
| 6178-0813 | 10/15/1978-10/15/1979 |
| 6179-1745 | 10/15/1979-10/15/1980 |
| 6179-1746 | 10/15/1979-10/14/1980 |
| 6480-5072 | 10/15/1980-10/14/1981 |

17

**105**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024
RECEIVED NYSCEF: 05/01/2024

| Policy No. | Policy Period |
|---|---|
| 6480-5073 | 10/15/1980-10/14/1981 |
| 6480-5074 | 10/15/1980-10/14/1981 |
| 64815302 | 10/15/1981-10/14/1982 |
| 64815303 | 10/15/1981-10/15/1982 |
| 64825510 | 10/15/1982-10/15/1983 |
| 64825511 | 10/15/1982-10/14/1983 |
| 64835705 | 10/15/1983-12/31/1983 |
| 64835706 | 10/15/1983-12/31/1983 |
| 64845709 | 01/01/1984-10/14/1984 |
| 64845710 | 01/01/1984-10/15/1984 |
| 6484-5987 | 10/15/1984-10/14/1985 |
| 6484-5988 | 10/15/1984-10/14/1985 |
| 6484-5728 | 01/01/1984 – 10/15/1984 |
| 6484-5729 | 01/01/1984 – 10/15/1984 |

34.     On information and belief, nominal defendant Great American Insurance Company ("GAIC") is a corporation organized under the laws of Ohio with its principal place of business in Ohio.  On information and belief, GAIC was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, GAIC issued the following policies:

| Policy No. | Policy Period |
|---|---|
| PRO2492659 | 10/15/1967 – 10/14/1970 |

35.     On information and belief, nominal defendant Hartford Accident & Indemnity Company ("Hartford"), is a corporation organized under the laws of Connecticut with its principal place of business in Connecticut.  On information and belief, Hartford was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Hartford  issued the following policies:

| Policy No. | Policy Period |
|---|---|
| 10XS102089 | 10/15/1980 – 10/14/1981 |

18

**106**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

36.     On information and belief, nominal defendant HDI-Gerling America Insurance Company ("Gerling") is the U.S. location of Gerling and is a corporation organized under the laws of Illinois with its principal place of business in Illinois.  On information and belief, Gerling was at all relevant times authorized to do business in New York and is doing business in New York. On information and belief, Gerling issued the following policies:

| Policy No. | Policy Period |
|---|---|
| 49/99/6187-01 | 10/01/1976 – 09/30/1977 |
| 49/99/6187-01 | 10/15/1977 – 10/14/1978 |
| 49/99/6187-01 | 10/15/1978 – 10/14/1979 |

37.     On information and belief, nominal defendant Lexington Insurance Company ("Lexington") is a corporation organized under the laws of Delaware with its principal place of business in Massachusetts.  Lexington was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Lexington issued and/or severally subscribed to the following policies:

| Policy No. | Policy Period |
|---|---|
| 5501988 | 10/01/1976-09/30/1977 |
| 5501988 | 10/01/1976-09/30/1977 |
| 8867152 | 10/15/1983-10/14/1984 |
| PY238884 | 10/15/1984-10/14/1985 |
| 552-7466 | 10/15/1985-10/14/1986 |

38.     On information and belief, nominal defendant Mt. McKinley Insurance Company, formerly known as Gibraltar Casualty Co. ("MMIC"), is a corporation organized under the laws of Delaware with its principal place of business in New Jersey.  On information and belief, MMIC

19

**107**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

was at all relevant times authorized to do business in New York and is doing business in New York. On information and belief, MMIC issued the following policies:

| Policy No. | Policy Period |
|---|---|
| GMX00311 | 10/15/1979 – 10/15/1980 |
| GMX00312 | 10/15/1979 – 10/15/1980 |
| GMX00775 | 10/15/1980 – 10/15/1981 |
| GMX00776 | 10/15/1980 – 10/15/1981 |
| GMX00778 | 10/15/1980 – 10/15/1981 |
| GMX01380 | 10/15/1981 – 10/15/1982 |
| GMX01381 | 10/15/1981 – 10/15/1982 |
| GMX01382 | 10/15/1981 – 10/15/1982 |
| GMX01924 | 10/15/1982 – 10/15/1983 |
| GMX01925 | 10/15/1982 – 10/15/1983 |
| GMX01926 | 10/15/1982 – 10/15/1983 |
| GMX02414 | 10/15/1983 – 01/01/1984 |
| GMX02415 | 10/15/1983 – 01/01/1984 |
| GMX02422 | 01/01/1984 – 10/15/1984 |
| GMX02423 | 01/01/1984 – 10/15/1984 |
| GMX02477 | 01/01/1984 – 10/15/1984 |
| GMX02478 | 01/01/1984 – 10/15/1984 |

39. On information and belief, nominal defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") is a corporation organized under the laws of Pennsylvania with its principal place of business in New York. National Union was at all relevant times authorized to do business in New York and is doing business in New York. On information and belief, National Union issued the following policies:

| Policy No. | Policy Period |
|---|---|
| 1189231 | 10/01/1976-09/30/1977 |
| 1189230 | 10/15/1976-10/15/1977 |
| 1229282 | 10/15/1977-10/15/1978 |
| 1229283 | 10/15/1977-10/15/1978 |
| 1229284 | 10/15/1977-10/15/1978 |
| 1232923 | 10/15/1978-10/15/1979 |

20

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

| | |
|---|---|
| 1232923 | 10/15/1978-10/15/1979 |
| 1232923 | 10/15/1979-10/15/1979 |
| 1232923 | 10/15/1978-10/15/1979 |
| 9782404 | 10/15/1979-10/15/1980 |
| 9782404 | 10/15/1979-10/15/1980 |
| 9782404 | 10/15/1979-10/15/1980 |
| 9782404 | 10/15/1979-10/15/1980 |
| 9910445 | 10/15/1980-10/15/1981 |
| 991-0445 | 10/15/1980-10/15/1981 |
| 991 0445 | 10/15/1980-10/15/1981 |
| 991/0445 | 10/15/1980-10/15/1981 |
| 9602994 | 10/15/1981-10/15/1982 |
| 9602994 | 10/15/1981-10/15/1982 |
| 9607001 | 10/15/1982-10/15/1983 |
| 9607001 | 10/15/1982-10/15/1983 |
| 9608436 | 10/15/1983-12/31/1983 |
| 9608437 | 01/01/1984-10/14/1984 |
| 960-3790 | 10/15/1985-10/15/1986 |
| 960-3790 | 10/15/1985-10/15/1986 |

40.     On information and belief, nominal defendant New England Reinsurance Company ("New England") is a corporation organized under the laws of Connecticut with its principal place of business in Connecticut.  On information and belief, New England was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, New England issued the following policies:

| **Policy No.** | **Policy Period** |
|---|---|
| EG001247 | 10/15/1985 – 10/14/1986 |

41.     On information and belief, nominal defendant North River Insurance Company ("North River") is a corporation organized under the laws of New Jersey with its principal place of business in New Jersey.  On information and belief, North River was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, North River issued the following policies:

| **Policy No.** | **Policy Period** |
|---|---|

21

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                    RECEIVED NYSCEF: 05/01/2024

| XS3423 | 10/15/1973 – 10/14/1976 |
| XS3463 | 10/01/1976 – 09/30/1977 |
| XS3488 | 10/15/1977 – 10/14/1978 |
| 5220026505 | 10/15/1978 – 10/14/1979 |
| 5220062172 | 10/15/1979 – 10/14/1980 |
| 5220138087 | 10/15/1980 – 10/14/1981 |
| 5220553977 | 10/15/1985 – 10/14/1986 |

42      On information and belief, nominal defendant Old Republic Insurance Company ("Old Republic") is a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania.  On information and belief, Old Republic was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Old Republic issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| OZX11712 | 10/15/1981 – 10/14/1982 |
| OZX11712 | 10/15/1981 – 10/14/1982 |
| CVG 20313 | 10/15/1984 – 10/14/1985 |

43.      On information and belief, nominal defendant Peerless Insurance Company ("Peerless") is a corporation organized under the laws of New Hampshire with its principal place of business in Boston, Massachusetts.  On information and belief, Peerless was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Peerless issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| 1-861 | 10/15/1961 – 10/14/1962 |
| 1-861 | 10/15/1962 – 10/14/1963 |
| 1-861 | 10/15/1963 – 10/14/1964 |
| 1-861 | 10/15/1964 – 10/14/1967 |

22

**110**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                     RECEIVED NYSCEF: 05/01/2024

44. On information and belief, nominal defendant River Thames Insurance Company Limited (In Its Own Right And As Successor In Interest To; i) Unionamerica Insurance Company Limited (In Its Own Right And As Successor In Interest To Certain Business Of St. Paul Travelers Insurance Company Limited Formerly Known As St. Paul International Insurance Company Limited, St. Katherine Insurance Company Limited, and St. Katherine Insurance Company Plc); and, ii) Knapton Insurance Limited (Formerly Known As British Engine Insurance Limited), Which Was Itself The Legal Successor To Southern Insurance Company) ("River Thames") is organized under the law of a foreign state, with its principal place of business outside the United States. On information and belief, River Thames severally subscribed for its own part and not for any other to the following policies:

| Policy No. | Policy Period |
|---|---|
| K38181 | 2/10/1956-10/14/1958 |
| K52654 | 10/15/1958-10/14/1961 |
| 7488/C61 | 11/3/1961-11/03/1964 |
| K69452 | 10/15/1961-10/14/1964 |
| K69453 | 10/15/1961-10/14/1964 |
| CU3649 | 10/15/1964-10/14/1967 |
| UKL1396 | 10/15/1978-10/14/1979 |
| UKL1397 | 10/15/1978-10/14/1970 |
| 80DD250 | 10/15/1979-10/14/1982 |
| 80DD253 | 10/15/1979-10/14/1980 |
| 80DD2366 | 10/15/1980-10/14/1981 |

45. On information and belief, nominal defendant Swiss Reinsurance America Corp. (formerly known as European General Reinsurance Company Ltd.) ("Swiss Re America") is a corporation organized under the laws of New York with its principal place of business in New York. On information and belief, Swiss Re America was at all relevant times authorized to do

23

**111**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

business in New York and is doing business in New York.  On information and belief, Swiss Re issued the following policies:

| Policy No. | Policy Period |
|---|---|
| FU-78-8281/90-78 | 10/15/1979-10/15/1980 |
| FU-78-8281/90/80 | 10/15/1980-10/15/1981 |

46.    On information and belief, nominal defendant Swiss Reinsurance Company, Ltd ("Swiss Re") is a company organized under the laws of Switzerland with its principal place of business in Switzerland.  On information and belief, Swiss Re was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Swiss Re issued the following policies:

| Policy No. | Policy Period |
|---|---|
| ZHR 4020-0601-76/29 | 10/01/1976 – 09/30/1977 |
| ZHR 4020-0601-61/30 | 10/01/1976 – 09/30/1977 |
| ZH/R4020-0601-76/29 | 10/15/1977 – 10/14/1978 |
| ZH/R40200601-76/30 | 10/15/1977 – 10/14/1978 |
| ZH/44020-0601-29/76 | 10/15/1978 – 10/14/1979 |
| ZH/R4020-0601-30/77 | 10/15/1978 – 10/14/1979 |
| ZH/R4020-0601-90/78 | 10/15/1978 – 10/14/1979 |

47.    On information and belief, nominal defendant The Travelers Insurance Company (as successor in interest to St. Paul Fire & Marine Insurance Company) ("Travelers (St. Paul)") is a corporation organized under the laws of Connecticut with its principal place of business in Connecticut.  On information and belief, Travelers (St. Paul) was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Travelers (St. Paul) issued the following policy:

| Policy No. | Policy Period |
|---|---|
| 565XA1172 | 10/15/1967 – 10/14/1970 |

24

112

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024
RECEIVED NYSCEF: 05/01/2024

48.     On information and belief, nominal defendant TIG Insurance Company (as successor in interest to International Insurance Company) ("TIG") is a corporation organized under the laws of California with its principal place of business in New Hampshire.  On information and belief, TIG was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, TIG issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| 5220361476 | 10/15/1984 – 10/14/1985 |
| 5220361485 | 10/15/1984 – 10/14/1985 |

49.     On information and belief, nominal defendant Travelers Casualty and Surety Company (as successor in interest to Aetna Casualty & Surety Company) ("Travelers Casualty") is a corporation organized under the laws of Connecticut with its principal place of business in Connecticut.  On information and belief, Travelers Casualty was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Travelers Casualty issued the following policies:

| Policy No. | Policy Period |
| --- | --- |
| 01XN1160WCA | 10/01/1976 – 09/30/1977 |
| 01XN1161WCA | 10/01/1976 – 09/30/1977 |
| 01XN1536WCA | 10/15/1977 – 10/14/1978 |
| 01XN1537WCA | 10/15/1977 – 10/14/1978 |
| 01XN1538WCA | 10/15/1977 – 10/14/1978 |
| 01XN1965WCA | 10/15/1978 – 10/14/1979 |
| 01XN1966WCA | 10/15/1978 – 10/14/1979 |
| 01XM1067WCA | 10/15/1978 – 10/14/1979 |
| 01XN1968WCA | 10/15/1978 – 10/14/1979 |
| 01XN4462WCA | 10/15/1984 – 10/14/1985 |

50.     On information and belief, nominal defendant Twin City Fire Insurance Company ("Twin City") is a corporation organized under the laws of Indiana with its principal place of

25

113

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

business in Connecticut.  On information and belief, Twin City was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Twin City issued the following policies:

| Policy No. | Policy Period |
|---|---|
| TXS101655 | 10/15/1982 – 10/14/1983 |
| TXS101655 | 10/15/1982 – 10/14/1983 |
| TXS103168 | 10/15/1983 – 12/31/1983 |
| TXS103186 | 01/01/1984 – 10/14/1984 |
| TXS103516 | 01/01/1984 – 10/15/1984 |

51.    On information and belief, nominal defendant U.S. Fire Insurance Company ("USF") is a corporation organized under the laws of Delaware with its principal place of business in New Jersey.  On information and belief, USF was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, USF issued the following policies:

| Policy No. | Policy Period |
|---|---|
| XS2021 | 10/15/1964 – 10/14/1967 |
| XS2073 | 10/15/1967 – 10/14/1970 |
| XS2074 | 10/15/1967 – 10/14/1970 |
| XS2411 | 10/15/1970 – 10/14/1973 |
| 5220288684 | 10/15/1981 – 10/14/1982 |
| 522-0314325 | 10/15/1982 – 10/14/1983 |

52.    On information and belief, nominal defendant Westport Insurance Corporation ("Westport") is a corporation organized under the laws of Missouri with its principal place of business in Kansas. On information and belief, Westport was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Westport issued the following policies:

| Policy No. | Policy Period |
|---|---|

26

**114**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

| ML-650148 | 10/01/1976 – 09/30/1977 |
| ML651528(A) | 10/15/1978 – 10/14/1979 |
| ML651528(B) | 10/15/1978 – 10/14/1979 |
| ML652242 | 10/15/1979 – 10/14/1980 |
| ML652242. | 10/15/1979 – 10/14/1980 |
| ML653118 | 10/15/1980 – 10/14/1981 |
| ML653118 | 10/15/1980 – 10/14/1981 |

53.     On information and belief, nominal defendant Zurich American Insurance Company ("Zurich) is a corporation organized under the laws of New York with its principal place of business in Illinois.  On information and belief, Zurich was at all relevant times authorized to do business in New York and is doing business in New York.  On information and belief, Zurich issued the following policies:

| **Policy No.** | **Policy Period** |
| --- | --- |
| IRP SR 4049 | 10/1/1976 – 09/30/1977 |
| IRD SR 4050 | 10/1/1976 – 09/30/1977 |
| IRDSR4049 | 10/15/1977 – 10/14/1978 |
| IRDSR4050 | 10/15/1977 – 10/14/1978 |
| ZIB7686-81C | 10/15/1981 – 10/14/1982 |
| Z1B7838-82C | 10/15/1982 – 10/14/1983 |
| Z1B7686-82C | 10/15/1982 – 10/14/1983 |
| Z1B70686-83C | 10/15/1983 – 12/31/1983 |
| ZIB70838-83C | 10/15/1983 – 12/31/1983 |
| Z1B70686-84C | 01/01/1984 – 10/14/1984 |
| ZIB70838-84C | 01/01/1984 – 10/14/1984 |
| ZIE7101084C | 01/01/1984 – 10/15/1984 |
| ZIB7101184C | 01/01/1984 – 10/15/1984 |
| 72-995-85-C | 10/15/1985 – 10/14/1986 |
| 72-996-85-C | 10/15/1985 – 10/14/1986 |

54.     Nominal defendant(s) DOE Insurers 1 – 50 are various insurance companies or other parties who issued, underwrote or subscribed to insurance policies issued to AT&T Corp., American Telephone & Telegraph Company, BellSouth and/or Pacific Bell, or who otherwise have

27

**115**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                              RECEIVED NYSCEF: 05/01/2024

an interest in this action. The names and true capacities, whether individual, corporate or otherwise, of DOE Insurers 1 – 50 are not known to Plaintiffs at this time and are therefore sued under such fictitious names.

## JURISDICTION, VENUE and APPLICABLE LAW

55.     Jurisdiction in this Court is proper pursuant to CPLR §3001 and all other applicable provisions of the CPLR (including §301 and §302) and New York State Insurance Law because, on information and belief, a number of defendants are incorporated in New York, have their principal place of business in New York, are doing business in New York, and/or transacted business in New York, including providing insurance to a company in New York.

56.     Nearly all of the Policies that are the subject of this action were underwritten, negotiated, issued and delivered to American Telephone & Telegraph Company which was incorporated under the laws of New York and headquartered in New York.

57.     In addition, Defendants BellSouth and Pacific Bell contend that they are successors to former subsidiaries of American Telephone & Telegraph Company and that they are entitled to seek coverage under the Policies (which were issued and delivered to American Telephone & Telegraph Company in New York, New York). Defendant BellSouth contends that it is entitled to assert the rights to insurance coverage of two former AT&T Co. subsidiaries under the American Telephone & Telegraph Company Policies (Southern Bell Telephone and Telegraph Company and South Central Bell Telephone Company); Defendant Pacific Bell contends that it is entitled to assert the rights to insurance coverage of former AT&T Co. subsidiary Pacific Telephone and Telegraph Company under the American Telephone & Telegraph Company Policies. On information and believe, through American Telephone & Telegraph Company, those alleged subsidiaries acquired insurance policies in New York from at least 1955 to 1984.

28

**116**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                    RECEIVED NYSCEF: 05/01/2024

58.    Venue is proper in this Court pursuant to CPLR §503(a) because one or more parties reside in New York County and, alternatively, CPLR §509 because Plaintiffs have designated New York County

59.    Further, as pleaded above, nearly all of the Policies that are the subject of this action were underwritten, negotiated, issued and delivered to American Telephone & Telegraph Company which was incorporated under the laws of New York and located in New York. Specifically, nearly all of Plaintiffs' Policies at issue identify, for example, New York, New York, 195 Broadway, New York, New York and/or 550 Madison Avenue, New York, New York as the named insured's headquarters. Upon information and belief, AT&T Corp., BellSouth and Pacific Bell each contend they are entitled to coverage for the Alleged Lead Cable Claims under the Policies allegedly issued to and/or subscribed in favor of American Telephone & Telegraph Company in New York, New York.

60.    The parties' rights and responsibilities pursuant to those insurance policies to be decided by this Court are governed by, and will be decided in accordance with, New York law. In prior litigation involving Plaintiffs, AT&T Inc., and AT&T Corp. for unrelated claims under the same Policies, this Court was deemed the appropriate venue and New York law applied.

61.    The Defendant Insurers are necessary parties to this action pursuant to CPLR §1001(a) in that a determination of the coverage issues between and among the parties could inequitably affect the rights of the Defendant Insurers absent their participation in this action.

62.    Upon information and belief, the vast majority of the policies issued and/or subscribed by the Defendant Insurers at issue in this action were underwritten, negotiated, issued and/or delivered to American Telephone & Telegraph Company in New York, New York.

29

**117**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024
RECEIVED NYSCEF: 05/01/2024

## PLAINTIFFS' POLICIES

63.      Certain of the Policies are either missing entirely, or appear to be incomplete, such that the relevant terms, conditions and/or limits cannot be determined.

64.      Otherwise, on information and belief, the Policies under which AT&T Corp., BellSouth and/or Pacific Bell seek coverage contain a self-insured retention from at least 1953 through at least 1986.  On information and belief, the self-insured retention was $300,000 in 1953, and was increased to $1,000,000 in 1975 and to $2,500,000 in 1977.

65.      On information and belief, all applicable self-insured retentions and/or applicable limits of insurance underlying the Policies issued or severally (not jointly) subscribed by Plaintiffs have not been paid and/or fully and properly exhausted.

66.      As detailed above, nearly all of the Policies were underwritten, negotiated, issued and delivered to American Telephone & Telegraph Company which was incorporated under the laws of New York and located in New York.

67.      The Alleged Lead Cable Claims are barred from coverage pursuant to the terms, conditions and exclusions contained the Policies.

68.      This includes that there is a dispute as to whether AT&T Corp., BellSouth and/or Pacific Bell, and/or any entity on behalf of which they purport to seek coverage for the Alleged Lead Cable Claims, are insured under or otherwise entitled to coverage under the Policies.

69.      The Policies also require as a condition precedent to coverage that the policyholder provide Plaintiffs with timely notice of a claimed occurrence or loss which involves or may involve liability on the part of Plaintiffs in accord with the notice provisions in the Policies, respectively.

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024

NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 05/01/2024

70.    To the extent that the requirement of timely notice contained in the Policies was not complied with as to any Alleged Lead Cable Claim, including the Sportfishing Action, there is no coverage under the Policies.

71.    Certain of the Policies contain, for example, the following or similar provisions:

### CLAIMS MADE CLAUSE

This policy shall apply to claims first made against the insured and reported to the company during the policy period for which coverage is provided for by the following described underlying claims made policy(ies).

72.    To the extent a claim was not timely made pursuant to the terms and conditions of the Policies, there is no coverage under the Policies.

73.    Certain of the Policies contain a pollution exclusion that bars coverage for certain types of injuries or damage, such as that at issue in the Alleged Lead Cable Claims.

74.    For example, certain of the Policies contain the following "Industries, Seepage, Pollution and Contamination Clause No. 3" (or a similar provision) which provides as follows:

This Insurance does not cover any liability for:

1. Personal Injury or Bodily Injury or loss of, damage to, or loss of use of property directly or indirectly caused by seepage, pollution or contamination, provided always that this paragraph (1) shall not apply to liability for use of such property damaged or destroyed, where such seepage, pollution or contamination is caused by a sudden, unintended and unexpected happening during the period of this Insurance.
2. The cost of removing, nullifying or cleaning-up seeping, polluting or contaminating substances unless the seepage, pollution or contamination is caused by a sudden, unintended and unexpected happening during the period of this Insurance.
3. Fines, penalties punitive or exemplary damages.

This Clause shall not extend to this Insurance to cover any liability which would not have been covered under this Insurance had this Clause not been attached.

**119**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM        INDEX NO. 652261/2024

NYSCEF DOC. NO. 2                                        RECEIVED NYSCEF: 05/01/2024

75.     As another example, certain of the Policies contain the following or a similar exclusion which provides as follows:

<u>CONTAMINATION AND POLLUTION—EXCLUSION</u>

This policy is subject to the following additional exclusion.

This policy shall not apply to any liability arising out of any obligation to Indemnify for Pollution Hazard loss(es) including but not limited to:

1) The investigation, settlement or defense of any claim, suit or proceeding alleging actual or threatened injury or damage of any nature or kind;

2) Any damages, judgments, settlements, losses, costs, expenses, fines or penalties that may be awarded or incurred by reason of any said claim, suit or proceeding;

3) Any cost or expense arising out of any government directive or request that the Insured test for, monitor, clean up, remove, contain, detoxify or neutralize Pollutants;

Definitions:

1) POLLUTANTS—
The term "Pollutants" wherever used herein means and includes, but is not limited to, any solid, liquid, noise, gaseous or thermal irritant or contaminant or toxic substances, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, liquids, gases, and waste material consisting of or containing any of the foregoing.

2) POLLUTION HAZARD—
The term "Pollution Hazard" wherever used herein means and includes, but is not limited to:

a) an actual exposure or threat of exposure to the harmful properties of any Pollutants; or
b) the disposal of any Pollutants; or
c) the ownership, use or maintenance of packages, machines, equipment or any facility or property of any nature whatsoever containing or producing Pollutants.

**120**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM
NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

76.     As another example, certain of the Policies contain the following or a similar exclusion which provides as follows:

<u>ABSOLUTE CONTAMINATION OR POLLUTION EXCLUSION</u>

1.) It is understood and agreed that this insurance does not apply to bodily injury, personal injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials, oil or other petroleum substance or derivative (including any oil refuse or oil mixed with waste) or other irritant, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water, bog marsh, swamp or wetland.

2.) It is also agreed that this insurance does not apply to loss of, damage to, or loss of use of property, including, but not limited to the cost of evaluating and/or monitoring and/or controlling and/or removing and/or nullifying and/or cleaning-up seeping and/or polluting and/or contaminating substances;

3.) It is further agreed that this insurance does not apply to fines, penalties, punitive damages, exemplary damages, treble damages, or any other damages resulting from the multiplication of compensatory damages arising from the hazards specified in items (1) and (2) above.

4.) It is further agreed that the underlying insurance described in the declarations shall remain in full force and effect and shall not be impaired by any suit, claim or loss excluded by foregoing.

77.     To the extent the Alleged Lead Cable Claims are barred by the terms of any pollution exclusion contained in certain of the Policies, and do not fall within any exception to the exclusion (to the extent there is an exception), there is no coverage under the Policies.

78.     The Policies, as a condition precedent to coverage, require that the policyholder establish that recoverable damages for "bodily injury" or "property damage" be caused by or arise out of an "occurrence" as defined by the Policies.

33

**121**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

79.     There is a dispute as to whether there is a covered occurrence under the Policies. For example, there is a dispute as to whether some or all of the Alleged Lead Cable Claims, including but not limited to the Sportfishing Action and the Blum Action, involve property damage (or bodily injury) during the policy period(s).

80.     AT&T Corp., AT&T Inc., BellSouth and/or Pacific Bell are not otherwise entitled to coverage to the extent that it expected or intended the injury or damage at issue and/or to the extent the losses were not fortuitous.

81.     As set forth above, the Policies provide limits of liability in excess of the Self Insured retentions and underlying insurance. Plaintiffs are obligated to pay their respective Ultimate Net Loss liability, as defined by the Policies, only for a covered claim and only upon a showing that all applicable SIRs have been paid and underlying policy limits have been fully and properly exhausted.

82.     AT&T Corp., AT&T Inc., BellSouth and/or Pacific Bell has not incurred Ultimate Net Loss liability in excess of the Self Insured retention and underlying insurance limits with regard to the Alleged Lead Cable Claims.

83.     To the extent the relief sought in the Alleged Lead Cable Claims, including the Sportfishing Action and the Blum Action, does not constitute sums which the insured shall become legally obligated to pay as damages under the Policies, there is no coverage under the Policies. This includes, but is not limited to, for example, that the Policies do not provide coverage for civil penalties, injunctive relief, "breach of the obligations of holders of personal servitudes of rights of use," "abuse of right," "trespass" and/or "nuisance" claims.

84.     To the extent AT&T Corp., AT&T Inc., BellSouth and/or Pacific Bell made or makes any voluntary payment, assumes or assumed any obligation or incurs or incurred any other

34

**122**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM INDEX NO. 652261/2024

NYSCEF DOC. NO. 2 RECEIVED NYSCEF: 05/01/2024

amounts in connection with any Alleged Lead Cable Claim, including but not limited to the Sportfishing Action and/or the Blum Action, without the written consent or approval of Plaintiffs, such payments and obligations are not covered under the Policies.

85. Certain of the Policies contain "Other Insurance" provisions which provide that the Policies are also not implicated where other valid and collectible insurance exists. AT&T Corp., AT&T Inc., BellSouth and/or Pacific Bell have not established that no other valid and collectible insurance exists in accordance with this provision in the Policies.

86. There are other issues that are or may be in dispute based on the terms and conditions of the Policies.

## THE UNDERLYING ALLEGED LEAD CABLE CLAIMS AND THE CLAIMS FOR COVERAGE

### A. The Wall Street Journal Article

87. On September 7, 2023, Marsh Advisory sent a broad and vaguely worded alleged "NEW LOSS NOTICE" via e-mail only to over fifty (50) alleged representatives of various insurers on behalf of what was referred to as AT&T and any other AT&T-related insured and any other predecessor, affiliated, or successor entity of AT&T that may have liability, to allegedly tender notice of a July 9, 2023 article published by the Wall Street Journal titled "America is Wrapped in Miles of Toxic Lead Cables" (referred to herein as the "WSJ Article").

88. According to Marsh Advisory, the WSJ Article followed an investigation by the Wall Street Journal into the U.S. telecom companies' network of lead cables underwater, in soil and on telephone poles. The September 7, 2023 communication from Marsh Advisory asserted that "AT&T" seeks defense and indemnity coverage related to the WSJ Article under all applicable policies.

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

89.     Marsh Advisory attached to the September 7, 2023 communication a copy of the WSJ Article, as well as an alleged "AT&T Consolidated Policy Schedule" which identified alleged policies allegedly in effect for periods ranging from 1949 through 2023. The vast majority of the alleged policies identified on the schedule attached to the September 7, 2023 Marsh Advisory communication and which were allegedly in effect for periods from 1949 through 1986 were issued to and/or subscribed in favor of American Telegraph and Telephone Company (a New York insured) and/or allegedly issued to AT&T Corporation by many different insurers, including but not limited to Plaintiffs and the nominal Defendant Insurers named herein respectively as to certain of such alleged policies. The alleged policies identified by Marsh as in effect for the periods from 1949 through 1986 included only one to two policy years with an alleged policy(ies) allegedly issued to other entities including, for example, BellSouth Corporation and/or Pacific Telesis Group.

90.     According to AT&T, Corp., AT&T Inc., Bellsouth and Pacific Bell, the WSJ Article prompted investigative inquiries from, *inter alia,* the United States Environmental Protection Agency and various other state authorities.

91.     AT&T, Corp., BellSouth, and/or Pacific Bell has demanded and/or will demand reimbursement from Plaintiffs for costs incurred in defending and settling Alleged Lead Cable Claims.

**B.  The California Sportfishing Action**

92.     An additional "loss notice" allegedly directed to at least certain of the Plaintiffs and Defendant Insurers with respect to the same alleged policies described in Paragraph 89 above was also allegedly sent by Marsh Advisory via e-mail dated August 28, 2023. This August 28, 2023 alleged "new loss notice" was sent by Marsh Advisory on behalf of what was described as alleged

124

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

insured Pacific Bell Telephone Company and any other predecessor, affiliated or successor entity of Pacific Bell, to tender notice of the Sportfishing Action (which as described above is captioned *California Sportfishing Protection Alliance v. Pacific Bell Telephone Company,* Case No. 2:21-cv-00073-JDP, United States District Court, Eastern District of California).

93.    Certain of the Plaintiffs or their alleged representatives were sent the August 28, 2023 e-mail from Marsh Advisory which contained an attachment with the Complaint filed in the Sportfishing Action dated  January 14, 2021—over two and a half years prior to the August 28, 2023 Marsh Advisory e-mail wherein Pacific Bell or any alleged insured or entity purporting to act on behalf of an alleged insured, purported to provide alleged notice of this claim.

94.    The Sportfishing Action alleges that Pacific Bell was responsible for installing two lead-jacketed submarine telecommunications cables at the bottom of Lake Tahoe in California. The plaintiff in the Sportfishing Action further alleges that those cables contain more than 68 tons of lead, were left abandoned by Pacific Bell, and are dissolving into Lake Tahoe, slowly contaminating it and rendering it unsafe for people or animals.

95.    The underlying plaintiff in the Sportfishing Action asserted two causes of action for: (1) an injunction ordering Pacific Bell to remove the cables for violations of the Federal Resource Conservation and Recovery Act ("RCRA"), and specifically that Pacific Bell's "continuing disposal of the Cables on the bottom of Lake Tahoe…violates 42 U.S.C. § 6972(a)(1)(B); and (2) civil penalties for Pacific Bell based on their alleged violations of the California Health & Safety Code.

96.    Upon information and belief, the underlying plaintiff in the Sportfishing action and Pacific Bell reached a settlement in November 2021 whereby Pacific Bell promised to remove the

**125**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

cables. At this time, no notice whatsoever had been provided to Plaintiffs regarding the Sportfishing Action.

97.     Upon information and belief, Pacific Bell later withdrew from the settlement in July 2023, and litigation resumed in that action as of August 1, 2023.

98.     The first alleged notice of the Sportfishing Action was sent via Marsh Advisory to only certain of the Plaintiffs on August 28, 2023, nearly a month after the litigation (and over two and a half years after the Sportfishing Action was commenced).

99.     In the August 28, 2023 e-mail from Marsh Advisory, Pacific Bell requested both defense and indemnity coverage for the Sportfishing Action under all applicable policies, which are alleged to include the Policies.

## C. The Blum Action

100.     An additional "loss notice" allegedly directed to at least certain of the Plaintiffs and Defendant insurers with respect to the same alleged policies described in Paragraph 89 above was also allegedly sent by Marsh Advisory via e-mail dated November 21, 2023. This November 21, 2023 alleged "new loss notice" was sent by Marsh Advisory on behalf of what was described as AT&T and any other AT&T-related insured and any other predecessor, affiliated, or successor entity of AT&T that may have liability to tender notice of the Blum Action (which as described above is a lawsuit captioned *Gary Blum and Lucia Billiot v. AT&T Corp.; AT&T, Inc.; BellSouth Telecommunications, LLC d/b/a AT&T Louisiana; Verizon Communications, Inc.; Lumen Technologies, Inc. d/b/a Centurylink, Inc.; Centurylink Communications, LLC,* which, upon information and belief, was filed in the 16th Judicial District Court, Parish of St. Mary, Louisiana, Case Number 137935 and removed to the United States District Court, Western District of Louisiana, No. 6:23-cv-01748).

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 05/01/2024

101.    At least certain of the Plaintiffs or their alleged representatives were sent the November 21, 2023 e-mail from Marsh Advisory which contained an attachment with the Complaint filed in the Blum Action dated November 13, 2023.

102.    Upon information and belief, the Blum Action names as Defendants AT&T Corp., AT&T Inc., BellSouth Telecommunications, LLC d/b/a AT&T Louisiana, Verizon Communications, Inc., Lumen Technologies, Inc. d/b/a CenturyLink, Inc., and CenturyLink Communications LLC as defendants.

103.    The Blum Action alleges that the defendants therein, including AT&T Corp., AT&T Inc., and BellSouth, have a network of sheathed cables and associated lead equipment that litters Louisiana and is a violation of Louisiana law, including allegations that the lead-covered cables are, *inter alia,* an unlawful intrusion on private property.

104.    The Blum Action asserts causes of action for (1) negligence, alleging that all of the Blum defendants have a duty to clean up any contamination resulting from their lead cables/equipment including the soil, surface water, and groundwater on and underlying the Blum Plaintiffs' property to prevent it from migrating; (2) breach of the obligations of holders of personal servitudes of rights of use, through breach of suppletive-rules obligations and violation of public policy, alleging that the Blum Defendants acted in bad faith; (3) abuse of right, alleging that Defendants' abused their right to use the Blum Plaintiffs' Properties by leaving lead cables on or adjacent to same; (4) trespass, alleging that the Blum Defendants' lead cables and equipment are an unauthorized physical invasion of Plaintiffs' Properties that is considered a trespass; and (5) nuisance, alleging that the Blum Defendants have deprived Plaintiffs of the enjoyment of their own property. The Blum Plaintiffs also assert a cause of action pursuant to the Ground Water Act and seek, among other things, exemplary damages.

39

127

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

105. In the November 21, 2023 e-mail from Marsh Advisory, defense and indemnity coverage for the Blum Action was requested under all applicable policies, which are alleged to include the Policies.

## FIRST CAUSE OF ACTION
### (For Declaratory Relief as to Plaintiffs' Duty to Defend or Pay Defense Costs)

106. Plaintiffs repeat, re-allege, and incorporate by reference herein each and every allegation set forth in paragraphs 1 through 105 above as if fully set forth herein.

107. This is a cause of action for declaratory relief pursuant to CPLR §3001. The Policies identified in Attachment 1 contain various terms, conditions and definitions which AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell must satisfy or otherwise must be satisfied for the losses and expenses AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has allegedly incurred and will allegedly in the future incur in connection with the Alleged Lead Cable Claims to come within the scope of coverage afforded by such Policies.

108. The Policies do not require that Plaintiffs defend AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell or pay its defense costs with respect to the Alleged Lead Cable Claims for one or more of the following reasons:

    a. Coverage may be barred or limited to the extent that the Policies do not contain a duty to defend and do not provide AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell with a defense and/or require that Plaintiffs pay or indemnify AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell for defense costs;

    b. To the extent that AT&T, Corp., AT&T Inc., BellSouth and/or Pacific Bell seeks coverage with respect to any entity that is not a named insured and/or is not otherwise entitled to coverage under the Policies, coverage is barred;

**128**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024
NYSCEF DOC. NO. 2   RECEIVED NYSCEF: 05/01/2024

c. To the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell failed to provide timely notice of any Alleged Lead Cable Claim, including but not limited to the Sportfishing Action, coverage is barred;

d. To the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell failed to timely make a claim for any Alleged Lead Cable Claim, coverage is barred under the Policies to the extent they contain a "claims made" provision and/or any similar provision;

e. Coverage is barred under the Policies to the extent they contain a pollution exclusion;

f. Coverage may be barred or limited to the extent that certain of the Policies do not provide AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell a defense for Alleged Lead Cable Claims asserted by employees and/or former employees of AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell (and their family members);

g. Coverage may be barred or limited to the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has or have not established the requirements for and conditions precedent to coverage contained in certain of the Policies, including but not limited to: (i) providing adequate notice of claims and settlements; (ii) obtaining necessary consent to settle claims; (iii) obtaining necessary consent to incur defense costs; and (iv) establishing full and proper payment of the applicable underlying retentions and/or exhaustion of the underlying policies;

41

**129**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 05/01/2024

h.  The AT&T, Corp., BellSouth and/or Pacific Bell claims are barred, in whole or in part, to the extent that the Alleged Lead Cable Claims do not arise from and are not caused by an "occurrence" as that term is defined in certain of the Policies;

i.  The AT&T, Corp., BellSouth and/or Pacific Bell claims are barred, in whole or in part, to the extent that there is no injury or damage during any Policy period with respect to the Alleged Lead Cable Claims;

j.  The AT&T, Corp., BellSouth and/or Pacific Bell claims may be barred, in whole or in part, to the extent that the Alleged Lead Cable Claims against it do not arise from or seek damages for "property damage" (or "bodily injury") as defined and/or contained in certain of the Policies;

k.  Coverage may be barred or limited to the extent that certain of the Policies do not afford coverage for claims against AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell for punitive, exemplary damages or fines or penalties;

l.  Coverage may be barred or limited to the extent AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has not met the requirement of certain of the Policies establishing that its claim falls within "Ultimate Net Loss" as defined by such Policies;

m.  Coverage may be barred or limited to the extent the Alleged Lead Cable Claims do not constitute sums which the insured shall become legally obligated to pay as damages under the Policies, including but not limited to the extent the Policies do not provide coverage, for example, for civil penalties, injunctive relief, "breach of the obligations of holders of personal servitudes of rights of use," "abuse of right," "trespass" and/or "nuisance" claims.

42

**130**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                      RECEIVED NYSCEF: 05/01/2024

n. AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has or have not established that all applicable underlying retentions and/or insurance have been properly paid and/or exhausted;

o. Coverage may be barred or limited to the extent that certain of the Policies provide that, if other valid and collectible insurance with any other insurer is available to the Assured covering a loss also covered by Plaintiffs' policy, then insurance afforded by Plaintiffs' policy shall be deemed in excess of and shall not contribute with such other insurance;

p. To the extent AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell expected or intended the acts or harm giving rise to the Alleged Lead Cable Claims, coverage for said claims may be barred;

q. The claims herein may be barred, in whole or in part, to the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell failed to mitigate, minimize or avoid any damages sustained in connection with any Alleged Lead Cable Claims;

r. To the extent that the underlying claims of AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell is or are subject to contractual indemnification or an assumption of liability for those claims, AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has or have suffered no compensable loss under the Policies or, if there is such compensable loss, the Plaintiffs are subrogated to the rights of AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell under any such contractual indemnifications or assumption agreements;

s. To the extent the Policies are not triggered under the terms and conditions of the Policies and/or under the applicable law, there is no coverage under those Policies;

43

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                         RECEIVED NYSCEF: 05/01/2024

t.    Coverage may barred to the extent the Alleged Lead Cable claims were released under any prior Settlement Agreement that is applicable between Plaintiffs and AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell; and

u.    The AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell claims may be barred, in whole or in part, to the extent that it or they failed to comply with any other terms and conditions of the Policies and/or to the extent the Alleged Lead Cable Claims are otherwise excluded under the terms, conditions and/or exclusions contained in the Policies.

109.    An actual and present justiciable controversy currently exists between Plaintiffs, on the one hand, and Defendants, on the other hand, with respect to the proper construction of the Policies and Plaintiffs' and Defendants' rights and responsibilities under the various policies with respect to the Alleged Lead Cable Claims. The controversy is of sufficient immediacy and magnitude to justify the issuance of a declaratory judgment.

**SECOND CAUSE OF ACTION**
**(For Declaratory Relief as to Plaintiffs' Duty to Indemnify Under the Policies)**

110.    Plaintiffs repeat, re-allege, and incorporate by reference herein each and every allegation set forth in paragraphs 1 through 109 above as if fully set forth herein.

111.    This is a cause of action for declaratory relief pursuant to CPLR §3001. The Policies identified in Attachment 1 contain various terms, conditions and definitions which AT&T Corp., AT&T Inc., BellSouth and/or Pacific Bell must satisfy or otherwise must be satisfied for the losses and expenses AT&T Corp., AT&T Inc., BellSouth and/or Pacific Bell has incurred and will in the future incur in connection with the Alleged Lead Cable Claims to come within the scope of coverage afforded by such policies.

**132**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 05/01/2024

112.    The Policies do not require that Plaintiffs indemnify AT&T Corp., AT&T Inc., BellSouth and/or Pacific Bell with respect to the Alleged Lead Cable Claims for one or more of the following reasons:

a.    Coverage may be barred or limited to the extent that the Policies do not require that Plaintiffs reimburse or indemnify AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell for defense costs;

b.    To the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell seeks coverage with respect to any entity that is not a named insured and/or is not otherwise entitled to coverage under the Policies, coverage is barred;

c.    To the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell failed to provide timely notice of any Alleged Lead Cable Claim, including but not limited to the Sportfishing Action, coverage is barred;

d.    To the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell failed to timely make a claim for any Alleged Lead Cable Claim, coverage is barred under the Policies to the extent they contain a "claims made" provision and/or any similar provision;

e.    Coverage is barred under the Policies to the extent they contain a pollution exclusion;

f.    Coverage may be barred or limited to the extent that certain of the Policies do not provide AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell indemnity for Alleged Lead Cable Claims asserted by employees and/or former employees of AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell (and their family members);

45

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

g.  Coverage may be barred or limited to the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has or have not established the requirements for and conditions precedent to coverage contained in certain of the Policies, including but not limited to: (i) providing adequate notice of claims and settlements; (ii) obtaining necessary consent to settle claims; (iii) obtaining necessary consent to incur defense costs; and (iv) establishing full and proper payment of the applicable underlying retentions and/or exhaustion of the underlying policies;

h.  The AT&T, Corp., BellSouth and/or Pacific Bell claims are barred, in whole or in part, to the extent that the Alleged Lead Cable Claims do not arise from and are not caused by an "occurrence" as that term is defined in certain of the Policies;

i.  The AT&T, Corp., BellSouth and/or Pacific Bell claims are barred, in whole or in part, to the extent that there is no injury or damage during any Policy period with respect to the Alleged Lead Cable Claims;

j.  The AT&T, Corp., BellSouth and/or Pacific Bell claims may be barred, in whole or in part, to the extent that the Alleged Lead Cable Claims against it do not arise from or seek damages for "property damage" (or "bodily injury") as defined and/or contained in certain of the Policies;

k.  Coverage may be barred or limited to the extent that certain of the Policies do not afford coverage for claims against AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell for punitive or exemplary damages or fines or penalties;

l.  Coverage may be barred or limited to the extent AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has not met the requirement of certain of the Policies

46

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                    RECEIVED NYSCEF: 05/01/2024

establishing that its claim falls within "Ultimate Net Loss" as defined by such Policies;

m. Coverage may be barred or limited to the extent the Alleged Lead Cable Claims do not constitute sums which the insured shall become legally obligated to pay as damages under the Policies, including but not limited to the extent the Policies do not provide coverage, for example, for civil penalties, injunctive relief, "breach of the obligations of holders of personal servitudes of rights of use," "abuse of right," "trespass" and/or "nuisance" claims.

n. AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has or have not established that all applicable underlying retentions and/or insurance have been properly paid and/or exhausted;

o. Coverage may be barred or limited to the extent that certain of the Policies provide that, if other valid and collectible insurance with any other insurer is available to the Assured covering a loss also covered by Plaintiffs' policy, then insurance afforded by Plaintiffs' policy shall be deemed in excess of and shall not contribute with such other insurance;

p. To the extent AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell expected or intended the acts or harm giving rise to the Alleged Lead Cable Claims, coverage for said claims may be barred;

q. The claims herein may be barred, in whole or in part, to the extent that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell failed to mitigate, minimize or avoid any damages sustained in connection with any Alleged Lead Cable Claims;

47

**135**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                                         RECEIVED NYSCEF: 05/01/2024

r.  To the extent that the underlying claims of AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell is or are subject to contractual indemnification or an assumption of liability for those claims, AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has or have suffered no compensable loss under the Policies or, if there is such compensable loss, the Plaintiffs are subrogated to the rights of AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell under any such contractual indemnifications or assumption agreements;

s.  To the extent the Policies are not triggered under the terms and conditions of the Policies and/or under the applicable law, there is no coverage under those Policies;

t.  Coverage may barred to the extent the Alleged Lead Cable claims were released under any prior Settlement Agreement that is applicable between Plaintiffs and AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell; and

u.  The AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell claims may be barred, in whole or in part, to the extent that it or they failed to comply with any other terms and conditions of the Policies and/or to the extent the Alleged Lead Cable Claims are otherwise excluded under the terms, conditions and/or exclusions contained in the Policies.

113.  An actual and present justiciable controversy currently exists between Plaintiffs, on the one hand, and Defendants, on the other hand, with respect to the proper construction of the Policies and Plaintiffs' and Defendants' rights and responsibilities under the various policies with respect to the Alleged Lead Cable Claims. The controversy is of sufficient immediacy and magnitude to justify the issuance of a declaratory judgment.

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024

NYSCEF DOC. NO. 2   RECEIVED NYSCEF: 05/01/2024

## THIRD CAUSE OF ACTION
### (Declaratory Relief As To Allocation)

114.   Plaintiffs repeat, re-allege, and incorporate by reference herein each and every allegation set forth in paragraphs 1 through 113 above as if fully set forth herein.

115.   Notwithstanding the issue of the lack of satisfaction and/or full and proper payment and/or exhaustion of underlying retentions and/or insurance, to the extent AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell establishes an occurrence under all or some of the Policies (which it has not done to date), the Policies are only obligated to pay for that portion of a claim for amounts within ultimate net loss for property damage (or bodily injury) that took place during a respective Policy period.

116.   To the extent there are periods during which AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell did not have insurance by virtue of the inclusion, for example, of an absolute pollution exclusion in policies in effect post-1986 or otherwise was self-insured, AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has an obligation to share its pro-rata amount for both past and future costs associated with the defense and indemnification of the Alleged Lead Cable Claims for those periods because the Plaintiffs are not responsible for any defense and/or indemnity costs allocable to uninsured periods.

117.   To the extent there are periods insured by now insolvent carriers, AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has an obligation to share its pro-rata amount for both past and future costs associated with the defense and indemnification of the Alleged Lead Cable Claims for those periods because the Plaintiffs are not responsible for any defense and/or indemnity costs allocable to insolvent carriers.

118.   By reason of the foregoing, Plaintiffs are entitled to a declaration that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell is obligated to participate and contribute to any alleged

49

**137**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

costs of defense and indemnity allegedly incurred as a result of the Alleged Lead Cable Claims, in an amount to be determined, but in excess of the jurisdictional minimum of this Court.

**WHEREFORE**, Plaintiffs respectfully pray for relief as follows, that the Court:

1. Declare that Plaintiffs have no duty to defend AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell with respect to the Alleged Lead Cable Claims;

2. Declare that Plaintiffs have no duty to pay or reimburse AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell for any alleged defense costs AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has incurred or will incur with respect to the Alleged Lead Cable Claims;

3. Declare that Plaintiffs have no duty to indemnify AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell with respect to the Alleged Lead Cable Claims;

4. Determine and declare to what extent AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell are insured and/or have rights to coverage under Policies subscribed in favor of or issued to American Telephone & Telegraph Company;

5. Declare that to the extent an underlying claimant(s) has sought or is seeking relief that does not constitute sums which the insured shall become legally obligated to pay as damages under the Policies, there is no coverage under the Policies;

6. Declare that the Policies do not provide coverage for civil penalties, injunctive relief, "breach of the obligations of holders of personal servitudes of rights of use," "abuse of right," "trespass" and/or "nuisance" claims;

7. Declare that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell have not fully and properly paid and/or exhausted all applicable underlying retentions

**138**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 05/01/2024

and/or insurance under any of the Policies for any of the Alleged Lead Cable Claims;

8.  Declare that AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell is obligated to participate and contribute to the alleged defense and indemnity incurred as a result of the Alleged Lead Cable Claims;

9.  Declare that to the extent any Insurer is determined to be obligated to defend and/or indemnify AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell for costs of the Alleged Lead Cable Claims, such costs must be allocated on a pro rata basis across all triggered periods to the extent that any such claim triggers more than one policy period;

10. Declare that to the extent there are periods during which AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell did not have insurance by virtue of, for example, the inclusion of an absolute pollution exclusion in policies in effect post-1986 or otherwise was self-insured, AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has an obligation to share its pro-rata amount for both past and future costs associated with the defense and indemnification of the Alleged Lead Cable Claims for those periods because the Plaintiffs are not responsible for any defense and/or indemnity costs allocable to uninsured periods;

11. Declare that to the extent there are periods insured by now insolvent carriers, AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell has an obligation to share its pro-rata amount for both past and future costs associated with the defense and indemnification of the Alleged Lead Cable Claims for those periods

51

**139**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM          INDEX NO. 652261/2024
NYSCEF DOC. NO. 2                                          RECEIVED NYSCEF: 05/01/2024

because the Plaintiffs are not responsible for any defense and/or indemnity costs allocable to insolvent carriers;

12. Declare that to the extent any Insurer is determined to be obligated to defend and/or indemnify AT&T, Corp., AT&T, Inc., BellSouth and/or Pacific Bell, any such obligation would be subject to and limited by the duties and obligations of those insurers to contribute their pro-rata shares of the defense and indemnification costs; and

13. Grant such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       May 1, 2024

Respectfully submitted,

**MENDES & MOUNT, LLP**

By: **/s/ Jaimie H. Ginzberg**
    Eileen T. McCabe, Esq.
    Jaimie H. Ginzberg, Esq.
    750 Seventh Avenue
    New York, NY 10019
    Telephone: (212) 261-8000
    eileen.mccabe@mendes.com
    jaimie.ginzberg@mendes.com

*Attorneys for Plaintiffs listed in
Attachment 2 hereto*

52

**140**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM   INDEX NO. 652261/2024
NYSCEF DOC. NO. 2   RECEIVED NYSCEF: 05/01/2024

**ATTACHMENT 1**
**(Plaintiffs' Policies)**

| INSURER | POLICY NUMBER | POLICY PERIOD |
|---|---|---|
| LONDON | C40885 | 10/15/1955-10/14/1958 |
| LONDON | C40886 | 10/15/1955-10/14/1958 |
| LONDON | K33951 | 10/15/1955-10/14/1958 |
| LONDON | K33952 | 10/15/1955-10/14/1958 |
| LONDON | K33953 | 10/15/1955-10/14/1958 |
| LONDON | K38181 | 02/10/1956-10/14/1958 |
| LONDON | K38182 | 02/10/1956-10/14/1958 |
| LONDON | CK3182 | 10/15/1958-10/14/1961 |
| LONDON | CK3183 | 10/15/1958-10/14/1961 |
| LONDON | K52651 | 10/15/1958-10/14/1961 |
| LONDON | K52652 | 10/15/1958-10/14/1961 |
| LONDON | K52653 | 10/15/1958-10/14/1961 |
| LONDON | K52654 | 10/15/1958-10/14/1961 |
| LONDON | 7488/C61 | 11/03/1961-11/02/1964 |
| LONDON | CU1250 | 10/15/1961-10/14/1964 |
| LONDON | CU1251 | 10/15/1961-10/14/1964 |
| LONDON | CU1252 | 10/15/1961-10/14/1964 |
| LONDON | K69451 | 10/15/1961-10/14/1964 |
| LONDON | K69452 | 10/15/1961-10/14/1964 |
| LONDON | K69453 | 10/15/1961-10/14/1964 |
| LONDON | K79813 | 10/15/1964-10/14/1967 |
| LONDON | CX3787 | 10/15/1970-10/14/1973 |
| LONDON | K23485 | 10/15/1970-10/14/1973 |
| LONDON | K23484 | 03/03/1971-10/14/1973 |
| LONDON | K26562 | 10/15/1973-10/14/1976 |
| LONDON | K26563 | 10/15/1973-10/14/1976 |
| LONDON | K26564 | 10/15/1973-10/14/1976 |
| LONDON | K26565 | 10/15/1973-10/14/1976 |
| LONDON | UHL1215 | 10/15/1976-10/14/1977 |
| LONDON | UJL1282 | 10/15/1977-10/14/1978 |
| LONDON | UJL1283 | 10/15/1977-10/14/1978 |
| LONDON | UKL1396 | 10/15/1978-10/14/1979 |
| LONDON | UKL1397 | 10/15/1978-10/14/1979 |
| LONDON | UKL1494 | 10/15/1978-10/14/1979 |
| LONDON | UKL1800 | 10/15/1978-10/14/1979 |
| LONDON | 80DD250 | 10/15/1979-10/14/1982 |
| LONDON | 80DD251 | 10/15/1979-10/14/1980 |
| LONDON | 80DD252 | 10/15/1979-10/15/1980 |
| LONDON | 80DD253 | 10/15/1979-10/14/1980 |
| LONDON | PY045481 | 10/15/1981-10/14/1982 |
| LONDON | PY045581 | 10/15/1981-10/14/1982 |

53

**141**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 05/01/2024

| LONDON | PY045681 | 10/15/1981-10/14/1982 |
|---|---|---|
| LONDON | KY026882 | 10/15/1982-10/14/1985 |
| LONDON | KY029182 | 10/15/1982-10/14/1983 |
| LONDON | KY029282 | 10/15/1982-10/14/1983 |
| LONDON | KY029382 | 10/15/1982-10/14/1983 |
| LONDON | KY029282 | 10/15/1982-10/14/1983 |
| LONDON | KY029382 | 10/15/1982-10/14/1983 |
| LONDON | KY058983 | 10/15/1983-10/14/1984 |
| LONDON | KY059083 | 10/15/1983-10/14/1984 |
| LONDON | KY059183 | 10/15/1983-10/14/1984 |
| CCC | RDX-9568099 | 10/15/1961-10/14/1962 |
| CCC | RDX-9568099 | 10/15/1962-10/14/1963 |
| CCC | RDX-9568099 | 10/15/1963-10/14/1964 |
| CCC | RDX9893781 | 10/15/1964-10/14/1967 |
| CCC | RDX030-916-1302 | 10/15/1967-10/14/1970 |
| CIC | LX1645 | 10/15/1964-10/14/1967 |
| CIC | LX6330953 | 10/15/1967-10/14/1970 |
| CIC | LX1217527 | 10/15/1970-10/14/1973 |
| CIC | SRX1592611 | 10/15/1985-10/14/1986 |
| CIC | PI33286 | 10/15/1985-10/14/1986 |
| GEN RE | X-2348 | 10/15/1952 – 10/15/1955 |
| GEN RE | X3134 | 10/15/1961 – 10/14/1962 |
| GEN RE | X3134 | 10/15/1962 – 10/14/1963 |
| GEN RE | X3134 | 10/15/1963 – 10/14/1964 |
| GEN RE | X3609 | 10/15/1964 – 10/14/1967 |
| GEN RE | X3610 | 10/15/1964 – 10/14/1967 |
| GEN RE | X-4193 | 10/15/1967 – 10/14/1970 |
| GEN RE | X-4194 | 10/15/1967 – 10/14/1970 |
| STARR INDEMNITY AND LIABILITY COMPANY | CDE1205 | 10/15/1984-10/14/1985 |

**142**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM    INDEX NO. 652261/2024

NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 05/01/2024

## ATTACHMENT TWO

### (PLAINTIFFS REPRESENTED BY MENDES & MOUNT, LLP)

| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | |
|---|---|
| CERTAIN LONDON MARKET INSURANCE COMPANIES, INCLUDING BUT NOT LIMITED TO: | ACCIDENT & CASUALTY INSURANCE COMPANY OF WINTERTHUR (NO.2 A/C)<br><br>ANGLO-FRENCH INSURANCE COMPANY LIMITED<br><br>ASSICURAZIONI GENERALI SPA (UK BRANCH)<br><br>BRITISH MERCHANTS' INSURANCE COMPANY LIMITED (as part of CF&AU Group C Pool)<br><br>BRITISH RESERVE INSURANCE COMPANY (EX ALLIANZ SUISSE INSURANCE COMPANY FKA HELVETIA - ACCIDENT SWISS INSURANCE COMPANY) (as part of Gibbon A33 and C13 Pools)<br><br>CATALINA WORTHING INSURANCE LTD F/K/A HFPI (AS PART VII TRANSFEREE OF EXCESS INSURANCE COMPANY LTD AND/OR LONDON & EDINBURGH INSURANCE COMPANY LTD AS SUCCESSOR TO LONDON & EDINBURGH GENERAL INSURANCE COMPANY LTD))<br><br>COMPANHIA DE SEGUROS FIDELIDADE SA (FKA FIDELIDADE INSURANCE COMPANY OF LISBON)( (as part of Gibbon A33, B02, and C13 Pools)<br><br>EAGLE STAR INSURANCE COMPANY OF CANADA<br><br>HELVETIA SWISS INSURANCE COMPANY (FKA ALBA GENERAL INSURANCE COMPANY LIMITED) (as |

**143**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

|  | part of Gibbon A33, B02, C13, and D10 Pools)<br><br>HELVETIA SWISS INSURANCE COMPANY (FKA GENERAL INSURANCE COMPANY HELVETIA ST. GALLEN) (as part of Gibbon D10 Pools),<br><br>LONDON AND EDINBURGH GENERAL INSURANCE COMPANY LIMITED (for itself and as part of CF&AU Group C Pool, HS Weavers and London and Edinburgh General Insurance Company Limited Tower X Pool)<br><br>NATIONAL CASUALTY COMPANY (for itself and as part of Gibbon B02 and Gibbon National Casualty Pools)<br><br>NATIONAL CASUALTY COMPANY OF AMERICA LIMITED<br><br>NEW LONDON REINSURANCE COMPANY LIMITED<br><br>ROYAL SCOTTISH INSURANCE COMPANY LIMITED (for itself and as part of UMA Pool)<br><br>SWISS NATIONAL INSURANCE COMPANY LIMITED (as part of Gibbon D10 Pool)<br><br>SWISS RE INTERNATIONAL SE (FKA SWITZERLAND GENERAL) (as part of Gibbon D10 Pool)<br><br>TENECOM LIMITED (FKA YASUDA FIRE & MARINE INSURANCE COMPANY (U.K.) LTD) AND AS SUCCESSOR TO WINTERTHUR SWISS INSURANCE COMPANY (FKA ACCIDENT & CASUALTY INSURANCE COMPANY OF WINTERTHUR) |
|---|---|

56

**144**

FILED: NEW YORK COUNTY CLERK 05/01/2024 05:33 PM

NYSCEF DOC. NO. 2

INDEX NO. 652261/2024

RECEIVED NYSCEF: 05/01/2024

| | THE ANGLO SAXON INSURANCE ASSOCIATION (for itself and as part of CF&AU Group C Pool)<br><br>THE BRITISH AVIATION INSURANCE COMPANY LIMITED<br><br>THE DOMINION INSURANCE COMPANY LIMITED (for itself and as part of CF&AU Group C Pool)<br><br>THE MOTOR UNION INSURANCE COMPANY LIMITED<br><br>THE OCEAN MARINE INSURANCE COMPANY LIMITED (AS SUCCESSOR TO EDINBURGH ASSURANCE COMPANY LIMITED AND WORLD AUXILIARY INSURANCE CORPORATION LIMITED)<br><br>THE WORLD MARINE & GENERAL INSURANCE COMPANY (as part of UMA Pool)<br><br>TRENT INSURANCE COMPANY LIMITED (as part of UMA Pool) |
|---|---|
| CONTINENTAL CASUALTY COMPANY | |
| CONTINENTAL INSURANCE COMPANY (for itself and as successor in interest to Fidelity & Casualty Company of New York, Harbor Insurance Co. and Pacific Insurance Company) | |
| GENERAL REINSURANCE CORPORATION | |
| STARR INDEMNITY & LIABILITY CO. (as successor to Republic Insurance Company) | |

# EXHIBIT 4



AT&T

# FUTURE FOCUSED. PURPOSE DRIVEN.

**2018/2019**
Corporate Responsibility Summary

**INSIDE**

Letter from CEO
Randall Stephenson
**/ 04**

Our Approach to
Global ESG Trends
**/ 06**

CSR Across the
Business
**/ 17**

Progress Toward
2020/2025 Goals
**/ 22**

Key Performance
Indicators
**/ 32**

147

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

# OUR VALUES

**LIVE TRUE.** Do the right thing, no compromise.

**THINK BIG.** Innovate and get there first.

**PURSUE EXCELLENCE.** In everything, every time.

**INSPIRE IMAGINATION.** Give people what they don't expect.

**BE THERE.** When customers & colleagues need you most.

**STAND FOR EQUALITY.** Speak with your actions.

**EMBRACE FREEDOM.** Press, speech, beliefs.

**MAKE A DIFFERENCE.** Impact your world.

# Table of Contents

## LEADERSHIP



Letter from the Chief Executive Officer
/ **04**



Letter from the Chief Sustainability Officer
/ **05**

### GOVERNANCE

We address environmental, social and governance issues at every level of our company.
/ **14**

## GLOBAL ESG TRENDS



Managing human capital
/ **07**

Addressing climate change
/ **08**

Using technology for social/ environmental good
/ **09**

Protecting customer privacy
/ **10**

Championing human rights
/ **11**

Ensuring the responsible use of products and services
/ **12**

Representing diverse voices
/ **13**

## CSR ACROSS THE BUSINESS



Grassroots community impact
/ **18**

Our diversity
/ **19**

Commitment to renewables
/ **20**

Carbon reduction
/ **21**

### PROGRESS TOWARD GOALS

We are making progress on our **10-year roadmap of goals and targets** that serve as milestones for 2020 and 2025.
/ **22**

### KEY PERFORMANCE INDICATORS

To assess our progress, we measure annual performance in areas most important to our stakeholders and our business.
/ **32**

Following the acquisition of WarnerMedia in June 2018 and launch of Xandr in September 2018, we continue to integrate operationally and through our reporting. For this reason, comprehensive data for these affiliates is not included in this report, except where noted. Our 2019/2020 Corporate Responsibility Summary will reflect data from the first fiscal year as an integrated company, in accordance with Global Reporting Initiative guidelines.

04

# From our CEO to our Stakeholders

Our mission is clear: Inspire human progress through the power of communication and entertainment. We embrace those words and the values behind them in all that we do. Our employees are at the heart of our efforts – extending their impact beyond the workplace and deep into our communities.



**RANDALL STEPHENSON**

**Chairman, Chief Executive Officer and President**

Where many would say, "It's not my job," the people of AT&T say, "How can I help?". We're working in cities across the country to expand economic opportunity, provide training and help those in need through our AT&T Believes℠ initiative. We're helping to tackle important issues, including homelessness, violence, unemployment and access to education. And we're supporting communities in the wake of natural disasters. You've seen that in our employees' tireless efforts as they've assisted affected families and first responders to keep communities connected and covered the stories of those in harm's way.

We continue to develop solutions to help create a better, more environmentally sustainable world. We're making measurable progress on our goal to enable carbon savings 10 times the footprint of our operations by 2025. We're doing this by making our network more efficient and delivering services through Smart Cities and Internet of Things (IoT) programs that help our customers reduce their carbon emissions. In 2018, we became one of the largest corporate purchasers of renewable energy in the U.S. investing in up to 820 megawatts (MW)

of clean wind energy for the American power grid. And we're working to help divert waste from landfills with a goal of achieving zero waste at 100 AT&T facilities – including our corporate headquarters – by the end of 2020.[1]

It's clear that technology is rapidly altering the way we live, learn and work. That's why we remain committed to preparing young people for the future through our **AT&T Aspire** and **ESCUELA+** education initiatives. And it's why we're helping our own workforce continuously evolve their skills and capabilities to thrive in a changing work environment. We continue to stand for equality and a diverse, inclusive and welcoming workplace. And we expect this commitment, not only from our own employees, but from our suppliers and business partners as well.

As we've welcomed new businesses into our company, we're mindful of our responsibilities as a content creator that inspires and entertains. We embrace the freedom of our journalists to report

events from varying points of view and to equip people to make informed decisions. And WarnerMedia's pioneering Diversity & Inclusion Policy, the first in the media industry, guides content creation that is inclusive and purposeful.

We strive to be a great place to work and a desired business partner. We celebrate more than 50 years of **AT&T's Supplier Diversity Program**, which connects minority-, women-, service-disabled veteran- and LGBTQ-owned businesses with opportunities to provide products and services to AT&T.

Fundamentally, AT&T's approach to corporate responsibility is based on the core belief that our long-term business success is tied to the strength and health of our communities and the world. Every day, our employees are guided by that belief. Their pursuit of excellence and spirit of service help us to constantly adapt and innovate in ways that help us win in the marketplace – and lead positive change in our society.



> ❝ **Where many would say, 'It's not my job,' the people of AT&T say, 'How can I help?'"**

[1]  AT&T utilizes the 90% threshold standard for "zero waste" as defined by the Zero Waste International Alliance, http://zwia.org/standards/zw-business-principles/b/

**150**

# From our CSO to our Stakeholders

Every day, the world faces evolving environmental, economic and social challenges. At AT&T, we believe communications technology and entertainment can inspire people to imagine innovative, transformative solutions, share ideas and generate positive impacts.



**CHARLENE LAKE**

**Senior Vice President, Corporate Social Responsibility and Chief Sustainability Officer**

Now more than ever, people and investors are demanding more from companies. We recognize that in addition to meeting our business objectives, we have a responsibility to develop strategies and programs that will benefit society and help create a more sustainable world. Simply put, it's about doing what's right, getting involved and making a difference.

As a global organization, we play a role in preparing current and future employees for the workforce of tomorrow, in mitigating the impact of climate change, in empowering customers to use technology responsibly, and in creating products and services that enable social good. And foundationally, we have a responsibility to protect customer data, ensure basic human rights are upheld, accurately report the facts and represent the world's voice through diverse and purposeful content.

Our commitment to Corporate Social Responsibility (CSR) is embedded into all levels of our company, including Board oversight and officer-level leadership. As you will see in the following pages, our achievements are made possible through a unified belief in our company values, strong corporate governance, and a dedication to mutual goals and collaboration across the enterprise.

We've made meaningful progress this year toward our CSR goals, as we celebrated the 10th anniversary of our education-focused AT&T Aspire and ESCUELA+ initiatives and reached approximately 20% of our 2025 target to enable carbon savings 10 times the footprint of our operations. We've made demonstrable progress across countless other CSR programs, and I am grateful to the people who worked together at every level across our business to make these achievements possible.

In this year's Corporate Responsibility Summary, we detail leading environmental, social and governance issues on the global horizon, and what we're doing to help ensure our company's resilience for tomorrow.

Stakeholder interest in this area of our business has never been stronger. We've enjoyed the opportunity to engage with you, and I look forward to continuing conversations throughout the year as we work together to build a better tomorrow.



For a detailed look into all our work from the past year, visit our full CSR reporting library at **about.att.com/csr/reporting**



> "
> **It's about doing what's right, getting involved and making a difference."**

**151**



# GLOBAL ESG TRENDS

# The Skills Gap

Every company needs a future-proof workforce and a steady, diverse talent pipeline. As technology advancements including automation and artificial intelligence rapidly alter the workplace, employers must focus on "hard" employee skills such as coding and data analytics. At the same time, they can't ignore the critical "soft" skills technology can't replace, including critical thinking, collaboration, leadership and effective decision-making.

In the business world, resolving these challenges is known as "human capital management." In short, at AT&T we believe our success depends on our employees' success. As an integrated media and communications company, all our employees – whether customer service representatives, field technicians, managers or those in any other role – must have the skills they need to thrive. We must also help cultivate the next generation of talent that will lead our company in the future.

We invest more than $200 million annually in our award-winning internal training organization, AT&T University, which offers required training and elective courses that give employees the opportunity to enhance skills needed in their current role or to prepare for the next chapter of their careers. Development areas include technical programs, such as cybersecurity and IP networking, and sales and customer service training for front-line organizations. We've also dedicated a portion of our

> "Whether someone is a current employee or a student who may become part of AT&T's future workforce, we're committed to helping people gain access to the education and training they'll need to succeed in the years to come."
>
> Dahna Hull, Senior Vice President, Human Resources and Chief Learning Officer – *AT&T Communications*

## YEAR UP INTERNSHIPS

Year Up guides participants through a year-long program where they spend 6 months in the classroom and 6 months interning with a corporation, such as AT&T. We are committed to hosting 200 Year Up interns annually by 2022.

curriculum to leadership skills, health and wellness, and strategic alignment with company priorities. We address these topics through programs such as Leading with Distinction, an interactive learning series where senior managers and special guests share leadership principles to apply on the job, and LwD 365, our continual learning series benefiting more than 70,000 weekly subscribers.

Around the world, we strive to incubate a skilled future workforce through initiatives that connect young people with educational opportunities. For





**In 2018, out of approximately 16 million total hours of training recorded, AT&T employees spent about 2 million hours dedicated to skills transformation.**

example, AT&T works with non-profit, Year Up, to provide experience and support for those who might not otherwise have a chance to explore new fields or develop job-ready skills. In Latin America, our ESCUELA+ program uses satellite technology to help bridge the digital divide by deploying equipment, educational content and innovative audio/visual teaching methodologies to transform classrooms and help align students for academic success.

In the spirit of lifelong learning, our work will never be done. We must continue finding innovative ways to provide employees – current and future – with the skills they need to keep up in an economy increasingly driven by technological advances.

Read more in our **Community Engagement** and **Our Workforce** issue briefs at **about.att.com/csr/reporting**

**153**

2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

# Climate Change

**E**ach year the World Economic Forum solicits the perceptions of global business and thought leaders on the biggest risks in the year ahead. In 2018, climate change dominated the conversation for the 3rd consecutive year.

We're taking action to mitigate climate change and achieved our goal to reduce Scope 1 greenhouse gas (GHG) emissions 20% from a 2008 baseline – 3 years ahead of schedule – reaching 24.7% reductions in 2018. We're not stopping there: We are committed to developing new targets and emissions reduction plans that will continue to guide our progress.

### ACHIEVED OUR GOAL TO REDUCE SCOPE 1 GHG EMISSIONS BY 20% — 3 YEARS AHEAD OF SCHEDULE.

We continue to reduce reported GHG emissions by enhancing energy efficiency and increasing our emphasis on renewable energy. Since 2010, we implemented nearly 111,000 energy-efficiency projects, and in 2018, we invested in several wind energy centers (named AT&T Windstrong) contributing up to 820 megawatts (MW) of renewable energy capacity. We're exploring similar new opportunities that will keep us among the largest corporate renewable energy purchasers in the U.S.

In addition, AT&T is adapting to the already changing climate by continuing to devote resources to the reliability and continuity of our operations. Our Weather Operations Center allows us to monitor, in real time, potential nature-related threats. Meanwhile, our Network Disaster Recovery team conducts readiness drills year-round to keep our network and people ready to respond at a moment's notice.

We've also engaged the U.S. Department of Energy's Argonne National Laboratory for help assessing the risks of climate change on our business. This is the first such project publicly announced in the telecommunications industry and brings together insights from the laboratory's regional climate modeling data with the sophisticated mapping capabilities of AT&T data scientists. This effort led AT&T to develop a Climate Change Analysis Tool that will help anticipate potential impacts of climate change on our infrastructure and operations – 30 years into the future.

Because AT&T believes that data to help assess the risks of climate change should be available to all who need it, we'll make available the climate change datasets we're using internally – to universities, municipalities and others for use in their own climate risk analysis.

Climate change is one of the world's most pressing challenges, and we believe AT&T can be part of the solution. Our climate mitigation and adaptation efforts are just a few of the ways we are working to create a resilient, more environmentally sustainable world.



Read more in our **Climate Change** issue brief at **about.att.com/csr/reporting**

### CLIMATE CHANGE ANALYSIS TOOL

AT&T's new Climate Change Analysis Tool helps us visualize climate change risk on our infrastructure and make smarter, climate-informed decisions. Instead of relying on 10-day weather forecasts and historic events, we can now model climate-related phenomena like projected sea-level rise and the potential impact on surrounding cables, cell sites or data centers – decades into the future. These insights can help us better plan for maintenance, construction and disaster recovery efforts as we serve our customers and communities.



**154**

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP    GLOBAL ESG TRENDS    CSR GOVERNANCE & LEADERSHIP    PROGRESS TOWARD GOALS    KEY PERFORMANCE INDICATORS

# 4th Industrial Revolution

Today, we are on the cusp of a 4th Industrial Revolution – a world of artificial intelligence, automation and the Internet of Things (IoT) – that is embedding technology in society in countless new ways. By providing the backbone that powers and connects many of these innovations, AT&T is mindful of our opportunity to help strengthen communities, reduce environmental impacts and improve health and safety.

We see that great good can come from technology. Through our IoT for Good program, we measure the societal and environmental impacts of our products and services. Our IoT and Smart Cities projects are helping reduce resource use and emissions, improve the longevity of infrastructure and make cities safer and more accessible. By delivering sustainable customer solutions, we're helping others achieve cost and environmental savings – in fields such as shipping and agriculture.

A key component of success in these initiatives will be the deployment of 5G. This next generation of mobile communication will offer a new network experience: faster, smarter and able to respond to users and connected devices with very low latency in nearly real-time. And as we work to deliver 5G, we will continue to improve the impact of our network, helping to close the digital divide by bringing faster internet speeds to more people.

By focusing on emerging technologies and the utility they can provide, AT&T is helping ensure that sustainability will be an integral part of how we live, work and play in the future.

> **A lot of technology doesn't live up to the hype. But some solutions, like the emerging smart city, use technology to enhance citizens' quality of life – socially, economically and even environmentally. It's a great example of what I like to call 'IoT for Good'."**
>
> Chris Penrose, Senior Vice President, Internet of Things Solutions – *AT&T Communications*

**OUR 10X CARBON REDUCTION GOAL**

We know that our technology can help customers reduce their carbon emissions. That's why we set our 10x Carbon Reduction goal to enable carbon savings 10 times the footprint of our operations by 2025. We've made progress. At the end of 2018, we calculated that AT&T technology enabled customer GHG emissions reduction approximately 2 times the GHG emissions footprint of our operations. See our 10x update for details and case studies highlighting scalable customer solutions.

Read more at **att.com/10x**


Learn more at **att.com/Iot-For-Good**

**155**

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

# Customer Privacy

ustomers count on AT&T to deliver the best communications and entertainment experiences in the world. Our combination of strong direct-to-consumer relationships and premium video content helps us develop data-driven insights to better serve our customers and continuously innovate our services.

But at a foundational level, customers rightfully expect us to protect their information and respect their privacy. We take this responsibility very seriously, and our customers have choices about how we use their data. They have the ability to opt-in to some programs or say no to others.

More broadly, consumers deserve a single set of privacy rules they can understand and rely on across the nation. That's why we're advocating that Congress pass legislation to protect consumers' privacy, promote online competition and ensure

> **Privacy is a fundamental commitment at AT&T. We have policies and procedures in place to inform customers and help them feel comfortable about how AT&T protects and uses their data."**
>
> Tom Moore, Senior Vice President, Compliance and Chief Privacy Officer

consumer choice. We believe the best way to achieve these goals is to create a law that applies consistently to all companies, fosters innovation and competitiveness, and designates a single regulator.

Security is a critical component to maintaining privacy, and our Chief Security Office (CSO) ensures security is built into the fabric of every organization within AT&T. With more than 700 dedicated CSO professionals and more than 1,400 additional security specialists working in organizations across the business, AT&T is committed to the management of our security policies and the protection of our global network.



## WE'RE COMMITTED TO 4 PRIVACY PRINCIPLES:



**TRANSPARENCY**
Being open and honest about how we use data.



**CHOICE AND CONTROL**
Giving customers choices about how we use data.



**SECURITY**
Using strong safeguards to keep data confidential and secure.



**INTEGRITY**
Managing data in a respectful, deliberate way to maintain the trust our customers have placed in us.


Read more in our **Network and Data Security** and **Customer Privacy** issue briefs at **about.att.com/csr/reporting**

# Human Rights

Our network connects people across the globe every day, making it possible to share opinions freely and seek out the ideas of others. This exchange is at the very core of what we do as a company.

Because of our size and scale of operations, we have an opportunity to help preserve human dignity and protect human rights for all individuals, including the millions of people who do business with us or use our technology. We believe that freedom to access information and media, freedom of expression and respect for personal privacy are essential to advancing human potential – and all are integral to our relationship with our employees, our suppliers, our customers and our communities.

At AT&T, our commitment to human rights is supported by our **Human Rights Policy**, **Code of Business Conduct**, **Privacy Policy** and **Principles of Conduct for Suppliers**.

We recognize that the way we treat our employees reflects our core values. As a result, we insist on a positive work environment that treats all employees with respect and dignity. We comply with child labor laws and we do not employ forced labor. And, as the global work landscape continues to change, we recognize the need to continually adapt our policies – including the formation of guiding principles, as our operating units develop and implement artificial intelligence.

AT&T expects suppliers to treat their employees the way we do our own. Threats of violence, physical abuse or other forms of coercion, harassment, or intimidation are not tolerated, and suppliers' employment, wage and benefits practices cannot be based on employee classifications protected under AT&T policies.

Our approach also includes collaboration with independent third-party organizations such as the Joint Audit Cooperation, whose audits help ensure human rights and fair labor practices are protected throughout our supply chain, and Tech Against Trafficking, which seeks to create technology solutions that disrupt and reduce human exploitation.

Read more in our **Human Rights** issue brief at **about.att.com/csr/reporting**



**EXPECTATIONS FOR SUPPLIERS**

Our **Principles of Conduct for Suppliers** outlines our expectations on a variety of issues, including environment, health and safety, diversity, ethics, freedom of association, conflict minerals, labor practices and human rights.

**157**

# Responsible Use of Products and Services

Communications technology and media can open many doors, providing seemingly endless convenience at our fingertips, opportunities to explore innovative educational resources and ways to connect with family, friends and cultures around the world.

As people enjoy our products, services and content, we are committed to helping them do so responsibly. With the support of organizations such as the Oasis Institute and Common Sense Media, we reach across generations to help children, parents and seniors build the online skills they need.

We're working to help customers identify and avoid harmful situations such as scams, cybercrime and bullying. Cartoon Network's Stop Bullying: Speak Up and AT&T's #LaterHaters and Great Game campaigns are designed to help curb bullying before it starts, and combat the toxicity that has crept into social media and the online gaming world.

Platforms such as AT&T Secure Family™ help parents guide children's mobile device use by location, time of day or type of content. And through our ScreenReady$^{SM}$ program, initially piloted in select New York and New Jersey retail locations, customers of any carrier can request hands-on advice when setting their individual parental controls.

We work to reduce or eliminate smoking and tobacco depictions in feature films produced or distributed in the U.S., especially in those aimed at younger audiences. And, we offer parental controls on our DIRECTV and U-verse platforms to help parents restrict unsupervised viewing.

Technology and entertainment enhance our lives, and we're working with experts around the world to ensure customers have the information and tools they need to consume them responsibly.

 Read more in our **Responsible Use of Products and Services** issue brief at **about.att.com/csr/reporting**



**To meet our goal of reaching 10,000 seniors in 2019, AT&T and the Oasis Institute are holding events and producing online safety videos on topics such as phishing, social media scams and what to do if personal information is stolen.**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 164 of 331    PageID 555

13

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP    GLOBAL ESG
TRENDS    CSR GOVERNANCE
& LEADERSHIP    PROGRESS
TOWARD GOALS    KEY PERFORMANCE
INDICATORS

# Media Pluralism

**M**edia plays a critical role in society. The industry can empower citizens with a spectrum of views from which to make informed decisions, and we believe it's important that people have an opportunity for their voice or perspective to be represented. We achieve this by producing and enabling access to content that is diverse and purposeful – ensuring producers and journalists have freedom to pursue stories creatively and to deliver the facts responsibly.

We practice and defend the highest principles of journalistic integrity and ethical standards. In our news coverage, our journalists strive to present the whole story, fairly and completely, so readers and viewers can make informed decisions. This commitment reflects one of our core company values – embrace freedom – which we apply to press, speech and beliefs.

We also understand the opportunity for media to deepen the public conversation on issues and subjects that matter. Through our AT&T Presents: Untold Stories and WarnerMedia OneFifty initiatives, we're developing content differently by curating untold narratives, investing in artists with authentic voices and incubating messages that resonate with diverse, global audiences.

> **We are committed to building and nurturing a culture that encourages – and values – diverse perspectives in our workplace, and supports the unique voices of the talent and partners we work with. That is reflected in the world-class content we create."**
>
> Jim Cummings, Executive Vice President and Chief Human Resources Officer – *WarnerMedia*

It is essential that our content and creative partners reflect the diversity of our society and the world around us. In 2018, WarnerMedia issued the media industry's first Diversity & Inclusion Policy with a commitment to ensuring there are greater numbers of women, people of color, the LGBTQ+ community, those with disabilities and other often underrepresented groups in front of and behind the camera.

Through programs such as the AT&T Media Fellowship, AT&T Hello Sunshine Filmmaker Lab, Cinema+, Turner Voices Youth Media Institute and Warner Bros. (WB) First Cut, we support young, diverse filmmakers with grants and training for media careers. Students learn directly from our media professionals with tours, shadowing and presentations – as well as through educational sessions with industry experts working in the field.



**#SEEHER**

It will take brands, advertisers, celebrities and influencers collaborating to help girls and women see themselves reflected in media as they truly are. As one of the largest U.S. advertisers, AT&T joined the #SeeHer movement with the goal of increasing the accurate portrayal of women by reducing stereotypical narratives in our advertising 20% by 2020. AT&T exceeded this goal in 2018 – 2 years ahead of target.

**159**

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP    GLOBAL ESG TRENDS    CSR GOVERNANCE & LEADERSHIP    PROGRESS TOWARD GOALS    KEY PERFORMANCE INDICATORS



# CSR GOVERNANCE & LEADERSHIP

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 166 of 331    PageID 557

15

**2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY**    LEADERSHIP    GLOBAL ESG
TRENDS    CSR GOVERNANCE
& LEADERSHIP    PROGRESS
TOWARD GOALS    KEY PERFORMANCE
INDICATORS

# CSR Governance & Leadership

Our Corporate Social Responsibility (CSR) strategy accounts for long-term trends and allocates resources based on both social and business impact. A commitment to addressing environmental, social and governance (ESG) issues is embedded at every level of our company, including Board oversight, officer-level involvement and a team of dedicated CSR professionals who engage leaders across the business.

Foundational policies, including our **Code of Business Conduct**, put our values into action and detail our commitments to ethics, diversity, privacy, the environment and our communities. Annually, we detail our ESG performance and progress through robust public corporate responsibility reporting — including our approach to stakeholder engagement, alignment to the Global Reporting Initiative (GRI) Standards, response to the CDP Climate Change survey, which aligns with TCFD recommended disclosures, and our detailed **issue briefs** covering 20 of our most important focus areas. Our recently updated **Political Engagement Report** implements an enhanced layer of public accountability for the support of issues that impact our business, our employees and our customers.

## Board Oversight

The Public Policy and Corporate Reputation Committee (the Committee) of the AT&T Board of Directors oversees our CSR work, including volunteerism, philanthropy, education, privacy, diversity, advocacy, environmental policy, non-financial reporting to investors and stakeholders, and political contributions disclosures. Committee members bring unique professional expertise that provides the diverse experience, depth of knowledge, judgment and vision to guide a dynamic and varied enterprise like AT&T.



**For more than 10 years, AT&T's governance has provided for board committee oversight of the company's leadership on critical ESG issues and opportunities. Board involvement and accountability on ESG issues are important as businesses, investors, citizens, and state and local governments are acting to address such issues at unprecedented speed and scale."**

Laura D. Tyson, Chairwoman, Public Policy and Corporate Reputation Committee, AT&T Board of Directors

The Committee also oversees our policies for philanthropic giving, which include corporate contributions as approved by the AT&T Contributions Council and grants as approved by the AT&T Foundation. The Contributions Council and AT&T Foundation are comprised of senior executives charged with the supervision of our philanthropic investments.

The Committee's expertise is valuable in identifying emerging trends that impact our business, and for setting our long-term ESG strategy. Our Chief Sustainability Officer presents to the Committee 3 times annually, and with committee member guidance, we examine topics including climate resiliency, privacy, political engagement, education and philanthropic giving. They push us, challenge our assumptions and improve our work.

## PUBLIC POLICY AND CORPORATE REPUTATION COMMITTEE MEMBERS

**Laura D. Tyson (Chairwoman)**
Director, Institute for Business and Social Impact, *Berkeley Haas School of Business*

**Samuel A. Di Piazza, Jr.**
Retired Global Chief Executive Officer, *PricewaterhouseCoopers International Limited*

**Glenn H. Hutchins**
Chairman, North Island and Co-Founder, *Silver Lake*

**William E. Kennard**
Former U.S. Ambassador to the European Union, *U.S. State Department* and former Chairman, *U.S. Federal Communications Commission*

## POLITICAL ENGAGEMENT REPORTING

We strive to bring our customers the innovation they demand, provide shareholders value on their investment and be a responsible corporate citizen. A critical component of these efforts is being an active participant in the political process. This year, we revised the **AT&T Political Engagement Report** to be more transparent, reader-friendly and responsive to the political disclosure and accountability policies and practices of the CPA-Zicklin Index of Corporate Political Disclosure and Accountability.

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 167 of 331    PageID 558

16

**2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY**                                    LEADERSHIP            GLOBAL ESG
TRENDS            CSR GOVERNANCE
& LEADERSHIP            PROGRESS
TOWARD GOALS            KEY PERFORMANCE
INDICATORS

# CSR Governance & Leadership *continued*

## CSR GOVERNANCE COUNCIL AND SUBCOMMITTEES

Our CSR Governance Council (Council) is led by our Chief Sustainability Officer and is comprised of senior executives from business areas linked to the CSR topics most important to us and to our stakeholders. Council members represent their entire organization, collaborating across a broad range of issues and perspectives.

In addition to the cross-functional CSR Governance Council, we convene 4 core issue subcommittees: Community, Employee Activation, Environment and Human Rights. These subcommittees work closely with the CSR core working team and expert business unit functional teams to address CSR issues and execute programs throughout AT&T.

## GOOD CORPORATE GOVERNANCE

We address environmental, social and governance issues at every level of our company.



**Public Policy and Corporate Reputation Committee**
AT&T Board of Directors committee responsible for Corporate Social Responsibility oversight



**CSR Governance Council**
Officer-level committee focused on CSR issues, led by our Chief Sustainability Officer



**Core Issue Subcommittees**
Company leaders with expertise on specific issues: Community, Employee Activation, Environment, Human Rights



**CSR Core Working Team**
Organization focused daily on CSR



**Expert Teams**
Business unit representatives working on CSR issues

## CSR GOVERNANCE COUNCIL MEMBERS

**Corey Anthony**
Senior Vice President, Human Resources and Chief Diversity Officer

**Len Cali**
Senior Vice President, Global Public Policy

**Fiona Carter**
Chief Brand Officer – *AT&T Communications*

**Keith Cocozza**
Executive Vice President, Marketing & Communications – *WarnerMedia*

**Michael Hartman**
General Counsel and Secretary – *AT&T International*

**Abhi Ingle**
Senior Vice President, Digital, Distribution & Channel Marketing, AT&T Business – *AT&T Communications*

**Susan Johnson**
Executive Vice President, Global Connection Management & Supply Chain – *AT&T Communications*

**Mo Katibeh**
Chief Marketing Officer AT&T Business – *AT&T Communications*

**Jerrie Kertz**
Senior Vice President, Compliance

**Charlene Lake**
Senior Vice President, Corporate Social Responsibility and Chief Sustainability Officer

**Scott Mair**
President, AT&T Operations – *AT&T Communications*

**Larry Solomon**
Chief Communications Officer

**Valerie Vargas**
Senior Vice President, Advertising & Creative Services – *AT&T Communications*

**Mike Viola**
Senior Vice President, Investor Relations

**Rick Welday**
President, Xandr Media – *Xandr*

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

# CSR Across the Business

When it comes to tackling social, economic and environmental issues, we recognize the importance of AT&T's role in addressing the challenges of tomorrow. Our CSR organization continuously asks – *How can we pursue our business objectives while bringing additional benefits to the communities around us?*

We work collaboratively across our company to develop and evaluate CSR programs based on both the social and business impact of our efforts, and we allocate resources to the areas with the greatest potential for shared value.

Some highlights of how we integrate CSR principles into our business strategy include:

| | |
|---|---|
| – Lifting Communities from Within | **page 18** |
| – Investing in Diversity | **page 19** |
| – Supporting Renewable Energy | **page 20** |
| – Scaling Carbon Reduction | **page 21** |

Our approach to CSR is designed to unify internal teams, bridge employees from diverse organizations and develop sustainable programs that drive business value from solutions to societal and environmental issues.

We believe that's good for our customers, communities, the environment – and AT&T.



*CSR Across the Business continued*

# LIFTING COMMUNITIES FROM WITHIN



O ur company's success is inextricably tied to the health and prosperity of our local communities. In Chicago, AT&T has more than 2,000 employees and more than 115 stores and retail partners. After identifying 19 Chicago neighborhoods affected by violence and high unemployment, local AT&T employees coordinated resources to launch Believe Chicago℠. This grassroots initiative focuses on hiring, volunteerism and contributions to lift neighborhoods and help people find opportunities in education, careers and life. In just over a year, we hired more than 500 employees from Believe Chicago neighborhoods, contributed more than $3 million to community organizations and opened our first new retail store in the area.

Believe Chicago is making a difference for our employees, customers, neighbors and friends who live and work in the city. In addition to pushing economic growth and innovation in our communities, the initiative is re-energizing other facets of our community engagement and diversity programming. That's why we've expanded our work into a broader AT&T Believes℠ initiative to serve as a catalyst in more communities in which we operate, focusing on additional local needs such as homelessness and access to education. Through early 2019, we're helping create positive change in Atlanta, Dallas, Detroit, New Orleans and New York – with more cities to come.

 Read more at **attbelieves.com**

 **Our employees are a reflection of our corporate culture, and their engagement is a key component of our approach to corporate citizenship. AT&T employees have a strong sense of community and want to get involved, and helping our employees support the causes they believe in can boost employee satisfaction and create a happier and healthier workplace. In 2018, they did a lot of good work: volunteering approximately 1.5 million hours and donating over $31 million to more than 30,000 non-profits.**

**2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP    GLOBAL ESG TRENDS    CSR GOVERNANCE & LEADERSHIP    PROGRESS TOWARD GOALS    KEY PERFORMANCE INDICATORS

CSR Across the Business *continued*

# INVESTING IN DIVERSITY

We have a longstanding belief that our differences make us stronger, and we work to encourage the very best and the brightest from all walks of life. From recruitment and training within our business to inspiring the next generation in collaboration with organizations such as Girls Who Code and programs like WB Access to Action, we actively encourage women and people of color to pursue careers in which they are often underrepresented – including those in science, technology, engineering, math and media production.

AT&T has 58 employee groups that reflect our company's diversity and include representation for women, Black employees, Asian/Pacific Islander employees, Hispanic/Latino employees, Native American employees, LGBTQ+ employees, employees with disabilities, and those who are military veterans, young professionals and experienced career professionals.[2] These organizations help members grow professionally and personally – supporting cross-functional diversity around specific business issues, professional development topics and ways to serve the community.

## $173B+ SPENT
**with diverse businesses over the past 50 years**

Through our Supplier Diversity program, which recently celebrated its 50th anniversary, we make measurable contributions to the economic growth of diverse companies and communities. Over the past 50 years, AT&T spent more than $173 billion with businesses owned by minorities, women, service-disabled veterans and LGBTQ+ people – each adding value to our company through their innovation and fresh ideas.

We're proud our efforts were recognized by DiversityInc with the top spot on the 2019 Top 50 Companies for Diversity list.

 Read more at **att.com/diversity**

2  Inclusive of WarnerMedia and Xandr

## CSR Across the Business *continued*

# SUPPORTING
# RENEWABLE ENERGY



**O**ur data centers, retail locations and other facilities require significant energy to serve our customers and keep them connected. While boosting the energy efficiency of our operations is an ongoing focus, we also believe it's wise to invest in a flexible and diverse energy supply that includes clean, renewable sources of power.

Through internal collaboration with our operations and finance teams, we committed in 2018 to fund several wind energy centers that make us one of the largest corporate purchasers of renewable energy in the U.S. Not only will these projects contribute to a cleaner environment and a dramatic reduction in AT&T's reported GHG emissions, they're also making a significant local impact – generating hundreds of potential construction jobs, dozens of full-time employment opportunities and millions of dollars in estimated property tax revenue and lease payments to landowners.

## $50K IN CONTRIBUTIONS
**to create the AT&T Wind Energy Scholarship fund**

To further support the counties where AT&T-backed energy projects are located, we also launched the AT&T Wind Energy Scholarship fund at Texas State Technical College – providing scholarships for students who pursue careers in wind technology and renewable energy.

We believe support for renewable energy is good business for communities and for AT&T.

 Read more at **att.com/renewable-energy**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 172 of 331    PageID 563

21

2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY                    LEADERSHIP          GLOBAL ESG          CSR GOVERNANCE          PROGRESS          KEY PERFORMANCE
                                                                            TRENDS              & LEADERSHIP            TOWARD GOALS      INDICATORS



CSR Across the Business *continued*

# SCALING
# CARBON
# REDUCTION

**O**ur 10x Carbon Reduction goal – to enable carbon savings 10 times the footprint of our operations by 2025 – shows our commitment to operating a net-positive business, and has opened the door to a new level of collaboration with our engineering, marketing and sales teams. Since developing a **methodology** to measure the carbon-reducing impact of both established and new technologies like IoT solutions, we've been working with customers and third-party collaborators to scale innovations such as: smart lighting, irrigation and energy metering; telecommuting and remote patient monitoring; and connected shipping and fleet logistics.

Specialized IoT sales and marketing teams are using real-world case studies developed through our 10x

## 2X OUR FOOTPRINT
**in calculated customer GHG emissions reductions**

initiative to engage customers in new conversations about ways we can improve their efficiency, while reducing their environmental impact. This focus on "IoT for Good" turns the abstract idea of technology-enabled carbon reduction into a practical discussion about emerging technology solutions and positive impacts beyond the bottom line.

Read more at **att.com/10x**

**167**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 173 of 331    PageID 564

22

2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS



# PROGRESS
# TOWARD
# GOALS

WarnerMedia and Xandr data not included, unless otherwise noted.

**168**

2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

# Progress Toward Goals

As we near or reach attainment on several of our goals, we'll be setting our sights even higher – identifying new measures that continue to push us and reflect the direction of our evolving business.

## OUR NETWORK AND CUSTOMERS



**2020 GOAL**

We will continue to drive reductions in emissions and increases in resource efficiency and alternative energy deployment. We will enable AT&T customers to lead more sustainable lives by expanding access to technology, further integrating sustainability solutions into products and measuring the impacts.

### GOAL

**Scope 1 Emissions**


**Reduce our Scope 1 GHG emissions 20% by 2020**
using a 2008 baseline of 1,354,054 metric tons $CO_2e$.

**Electricity Intensity**


**Reduce electricity consumption 60% by 2020 relative to data traffic**
on our network (our energy intensity metric) using a 2013 baseline of 233 MWh electricity/petabyte of network traffic.

**Fleet Management**


**Reduce U.S. fleet emissions 30%**
using a 2008 baseline of 865,777 metric tons $CO_2e$.

**Alternative Energy**


**Expand alternative energy**
through on-site capacity and pursuing off-site renewables.

### PROGRESS

**Reduced by 24.7%**
We emitted 1,019,696 metric tons $CO_2e$ in 2018. Year-over-year, our Scope 1 GHG emissions are down 4.6% from 2017.


**Reduced by 78%**
Our energy intensity was 51 MWh electricity/petabyte in 2018.[3]


**Reduced by 26%**
Our U.S. fleet emitted 638,189 metric tons $CO_2e$ in 2018. Year-over-year, our fleet emissions are down 7.5% from 2017.

**Invested in up to 820 MW of wind power**
In 2018, we invested in up to 820 MW of wind power through agreements with subsidiaries of NextEra Energy Resources, the world's largest operator of renewable energy projects. Our Bloom natural gas fuel cells bring our total on-site alternative energy capacity to 50.8 MW.

3   In 2018 and going forward, we include satellite traffic in our total network traffic (total production). Prior to this addition, our 2018 energy intensity metric would have been 100 MWh/PB. Learn more about how we calculate total traffic for our energy intensity in our Energy Management issue brief.

**169**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 175 of 331    PageID 566

24

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**   LEADERSHIP   GLOBAL ESG TRENDS   CSR GOVERNANCE & LEADERSHIP   PROGRESS TOWARD GOALS   KEY PERFORMANCE INDICATORS

## Progress Toward Goals *continued*

## OUR NETWORK AND CUSTOMERS



### 2020 GOAL

We will continue to drive reductions in emissions and increases in resource efficiency and alternative energy deployment. We will enable AT&T customers to lead more sustainable lives by expanding access to technology, further integrating sustainability solutions into products and measuring the impacts.



**GOAL**

**Product Efficiency**

 **Provide consumer device sustainability information**
for all AT&T-branded network-connected consumer wireless devices.

**Device Recycling**

 **Collect 200 million devices**
for reuse, refurbishment or recycling by end-of-year 2020.

**Greenhouse Gas Methodology**

 **Understand our GHG impact**
by developing a robust methodology to measure the impact of the AT&T network's greenhouse gases on society.

**PROGRESS**

**Rated 100% of eligible devices**
Our Eco-Ratings system provides customers with a rating for environmental and social details about how the devices we sell are made.

**Refurbished or recycled 175 million devices**
As of the end of 2018, AT&T has refurbished or recycled approximately 175 million devices since 2007. This includes approximately:

- 92 million DIRECTV devices
- 18.7 million U-verse devices
- 10 million broadband devices
- 53 million mobility devices

**Developed methodology and measuring GHG impact**
With leading non-government organizations, industry groups and peer companies, AT&T developed a credible methodology to measure the GHG impacts of customers' use of AT&T technology in an effort to track progress against our 10x Carbon Reduction Goal. Read more at **att.com/10x**

**170**

2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY

LEADERSHIP     GLOBAL ESG
TRENDS     CSR GOVERNANCE
& LEADERSHIP     PROGRESS
TOWARD GOALS     KEY PERFORMANCE
INDICATORS

## Progress Toward Goals *continued*

## OUR NETWORK AND CUSTOMERS

### 2020 GOAL

We will continue to drive reductions in emissions and increases in resource efficiency and alternative energy deployment. We will enable AT&T customers to lead more sustainable lives by expanding access to technology, further integrating sustainability solutions into products and measuring the impacts.

**GOAL**

**Fiber & Broadband Deployment**

 **Reach 12.5 million locations with all-fiber internet access**
such as residences, home offices and very small businesses, by mid-2019.[4]

**Social & Environmental Impact**

 **Demonstrate positive social and environmental impacts**
of AT&T-connected devices and solutions through internal and external collaboration.

**PROGRESS**

**Reached 11 million locations**
By the end of 2018, we deployed all-fiber internet access to 11 million locations.

**Developing innovative solutions and case studies**
AT&T continues to develop innovative technologies by collaborating internally and externally to improve quality of life and the world around us. Our IoT for Good and 10x initiatives highlight solutions and case studies demonstrating positive impacts in the areas of health, accessibility, disaster relief and more. Read more at **att.com/IoT-for-Good** and **att.com/10x**



4   Consistent with the requirements of the FCC DIRECTV Merger Order.

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 177 of 331    PageID 568

26

**2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY** | LEADERSHIP | GLOBAL ESG TRENDS | CSR GOVERNANCE & LEADERSHIP | PROGRESS TOWARD GOALS | KEY PERFORMANCE INDICATORS

## Progress Toward Goals *continued*

## OUR NETWORK AND CUSTOMERS



**2025 GOAL**

By 2025, AT&T will enable carbon savings 10 times the footprint of our operations by enhancing the efficiency of our network and delivering sustainable customer solutions.

**GOAL**

**Operational Efficiency**

 **Enhance operational efficiency**
to achieve a net-positive ratio between our operational footprint and the carbon reductions our technology makes possible for customers using our services.

**Customer Enablement**

 **Deliver customer solutions**
to achieve a net-positive ratio between our operational footprint and the carbon reductions our technology makes possible for customers using our services.

**PROGRESS**

**Continued emissions reductions**
We continue to reduce our greenhouse gas emissions through extensive energy efficiency efforts in our buildings and network, optimization of our vehicle fleet and through large-scale renewable energy purchases. We also continue to leverage our technology to identify opportunities for additional improvements in operational efficiency.

**Enabled reductions 2X our footprint**
At the end of 2018, we calculated that AT&T technology enabled customer GHG emissions reduction approximately 2 times the GHG emissions footprint of our operations.



2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

## Progress Toward Goals *continued*

## OUR SUPPLY CHAIN



**2020
GOAL**

We will lead our supply chain to improve its social and environmental impacts by integrating sustainability performance metrics into our sourcing decisions for 80% of our spend.[5]

**GOAL**

**Sustainable Sourcing Standards**

 **Incorporate sustainability-oriented sourcing standards** and analysis into sourcing decisions with strategic suppliers by the end of 2018.

**PROGRESS**

**Conducted supplier assessments and audits**

In 2018, AT&T Global Connections and Supply Chain continued to require suppliers to adhere to our Principles of Conduct For Suppliers through our Supplier Portal and supplier contract agreements. We received over 200 sustainability assessments from suppliers during 2018. We led 5 on-site supplier factory audits as a member of JAC. AT&T continues to make progress with efforts including the incorporation of sustainability clauses into RFPs and agreements, training our sourcing managers on the principles of sustainability, and providing updates to sourcing managers on the sustainability performance of existing suppliers. During 2018, we also provided sourcing managers with access to third-party supplier sustainability reports for use in sourcing decision-making for suppliers. AT&T will continue to expand incorporation of sustainability-oriented standards and analyses into sourcing decisions.



5   This goal is focused on network, consumer equipment and corporate services spend, and does not include video content and entertainment companies.

**173**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 179 of 331    PageID 570

28

**2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY**      LEADERSHIP      GLOBAL ESG
TRENDS      CSR GOVERNANCE
& LEADERSHIP      PROGRESS
TOWARD GOALS      KEY PERFORMANCE
INDICATORS

# Progress Toward Goals *continued*

## OUR SUPPLY CHAIN



**2025
GOAL**

We will work with our industry peers to develop and promote adoption of sustainability metrics that will transform the environmental and social impact of technology supply chains.



**GOAL**

**Supplier Sustainability Measurement**

 **Help establish clear, agreed-upon industry sustainability metrics**
to measure the environmental and social impact of technology supply chains.

**PROGRESS**

### Collaborated with industry-leading organizations

To evaluate our suppliers on social and environmental criteria, we work with multiple third-party industry organizations, including:

- **TIA-QuEST Forum**: AT&T helped lead the sustainability working group tasked with advancing the evolution and use of the TIA Sustainability Assessor tool. During 2018, we used this tool with our suppliers, replacing a proprietary AT&T supplier scorecard.

- **CDP**: AT&T annually notifies about 450 of our strategic suppliers, representing 80% of our spend, to respond to the CDP supply chain survey and report on GHG emissions. Using industry-accepted methods, we gather their emissions data, reduction goals and associated progress.

- **Joint Audit Cooperation (JAC)**: We worked with JAC to conduct 5 Corporate Social Responsibility Audits of our suppliers' manufacturing facilities. JAC member telecommunications companies share supplier audit results, allowing for improvement while reducing supplier audit fatigue.

- **Sustainable Purchasing Leadership Council (SPLC)**: AT&T uses guidance documents produced by the SPLC, which evaluates sustainable purchasing standards and tools in the market and publishes guidance for conducting RFx evaluations.

2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

## Progress Toward Goals *continued*

## OUR SUPPLY CHAIN



**2025 GOAL**

We will work with our industry peers to develop and promote adoption of sustainability metrics that will transform the environmental and social impact of technology supply chains.

**GOAL**

### Industry Sourcing

 **Promote the use of sustainability metrics** in industry sourcing.

### Sustainability Performance

 **Develop and follow an industry roadmap** toward truly sustainable performance among our suppliers.

**PROGRESS**

**Encouraged tier 1 supplier reporting**
AT&T suppliers currently use CDP supply chain and TIA Sustainability Assessor metrics to report GHG emissions and sustainability progress. This provides AT&T and other TIA-participating companies the ability to benchmark supplier emissions and work with suppliers on making improvements.

**Collaborated with suppliers and organizations**
AT&T is moving our suppliers along an industry roadmap with CDP, JAC and TIA-QuEST Forum to continuously improve measurements, benchmarking and results in sustainable supplier performance.



**175**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 181 of 331    PageID 572

30

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP    GLOBAL ESG
TRENDS    CSR GOVERNANCE
& LEADERSHIP    PROGRESS
TOWARD GOALS    KEY PERFORMANCE
INDICATORS

## Progress Toward Goals *continued*

## OUR COMMUNITIES



**2020 GOAL**

We will invest resources, develop initiatives and collaborate with stakeholders with the goal of increasing the U.S. high school graduation rate to 90% by 2020.[6]

**GOAL**

**Education and Training**


**Invest in education & training programs**
that use technology to address education challenges, help students get through high school and beyond, and provide the skills needed to get and keep good jobs.

**Educational Technology Solutions**


**Support technology applications that solve educational challenges**
through the AT&T Aspire Accelerator.

**PROGRESS**

**Committed $500 million**
In the 10 years since its inception, we've committed more than $500 million to programs that help students as part of the AT&T Aspire program.

**Enrolled 8 new accelerator participants**
In 2018, AT&T supported 8 organizations in the 4th Aspire Accelerator class with financial investment, access to expert services and mentorship. The 27 participants from the 4 classes have together reached more than 22.6 million students.



**2020 GOAL**

We are committed to hiring veterans and their family members into AT&T career opportunities.

**GOAL**

**Veteran Career Opportunities**

**Hire more than 20,000 veterans**
and their family members between 2013 and 2020.

**PROGRESS**

**Reached 87.5% of our hiring goal**
Through the end of 2018, we have hired 17,500 toward our goal. As we look past 2020, AT&T will continue pursuing programs and efforts to support veterans and their families. In support of our hiring needs, we will guarantee an interview to each veteran applicant who completes an AT&T-supported upskilling program and/or meets all requirements for a posted position.

6   Graduation rate as measured by GradNation, a campaign of America's Promise Alliance:
http://new.every1graduates.org/wp-content/uploads/2012/03/122_Building_a_Grad_Nation_Full_Report.pdf

**176**

**2018/2019**
**AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

Progress Toward Goals *continued*

## OUR COMMUNITIES



**2025
GOAL**

We will invest resources, develop initiatives and collaborate with stakeholders to close the skills gap by increasing the number of Americans with high-quality post-secondary degrees or credentials to 60% by 2025.[7]

**GOAL**

**Advanced Degrees**

 **Promote STEM training through ongoing education programs.**

**PROGRESS**

**Invested in credential & degree programs**

In 2018, we continued to invest in credentialing, certification or specialized degree programs that help propel students in their careers. Highlights included:

- Supported Udacity Nanodegree programs, which provided 50,000 learners with online job-ready skills training.

- Joined Udacity to provide more than 1,200 scholarships for underserved students through qualified non-profit organizations.

- Collaborated with Georgia Tech, Notre Dame, North Carolina A&T State University and others to create opportunities leading to degrees or certifications in specialized fields.



7  Degree/credential rate as measured by the Lumina Foundation:
https://www.luminafoundation.org/lumina-goal

**177**



# KEY
# PERFORMANCE
# INDICATORS

WarnerMedia and Xandr data not included, unless otherwise noted.

**178**

33

**2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP     GLOBAL ESG
TRENDS     CSR GOVERNANCE
& LEADERSHIP     PROGRESS
TOWARD GOALS     KEY PERFORMANCE
INDICATORS

# Key Performance Indicators

## GREENHOUSE GAS (GHG) EMISSIONS

**Carbon Footprint**
Domestic Scope 1, 2 & 3
carbon footprint
(GHG emissions)[8]

metric tons $CO_2e$

**11,010,537**



Domestic and
international Scope 1, 2 &
3 carbon footprint (GHG
emissions)[8]

metric tons $CO_2e$

**11,965,405**



**GHG Intensity**
GHG emissions relative to
annual revenue[8]

metric tons $CO_2e$/$ million revenue

**44.99**



GHG emissions relative to
network traffic[9]

metric tons $CO_2e$/petabyte
of network traffic

**26.89**



## ENERGY MANAGEMENT

**Energy Intensity**
Electricity consumption
relative to network
traffic[10]

MWh electricity/petabyte of
network traffic

**51**



Electricity consumption
relative to annual revenue

MWh electricity/$ billion revenue

**85,803**



**Energy Projects**
Annualized energy cost
savings from energy
projects

U.S. dollars (million)

**51.1**



**Electricity**
Total electricity use
(global direct billed and
leased electricity)[11]

MWh (million)

**14.3**



8   Historical data has been restated due to improvements in
data collection, analysis and reporting methodology.

9   In 2018 and going forward, we include satellite traffic in
our total network traffic. Prior to this addition, our 2018
GHG intensity metric would have been 52.2 metric tons
$CO_2e$/petabyte. Learn more about how we calculate total
traffic for our GHG intensity in our Energy Management
issue brief.

10  Electricity use is a proxy for total energy use. In 2018 and
going forward, we include satellite traffic in our total
network traffic. Prior to this addition, our 2018 energy
intensity metric would have been 100 MWh/petabyte.
Historical data has been restated due to improvements in
data collection, analysis and reporting methodology. Learn
more about how we calculate total traffic for our energy
intensity in our Energy Management issue brief.

11  Historical data has been restated due to improvements
in data collection, analysis and reporting methodology.
Additionally, beginning in 2017, we incorporated the
production and consumption of our alternative and
renewable energy portfolio (on-site solar and fuel cell
energy, purchased wind) into our data.

**179**

34

**2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY**

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

## Key Performance Indicators *continued*

## WASTE MANAGEMENT

**Total Waste**
Total waste managed
by AT&T[12]

pounds (million)
### 423



**Waste Recycled**
Percent of waste recycled

%
### 37.74



**E-Waste**
Number of broadband
devices reused or recycled

million
### 5.5+



Number of mobility
devices reused or recycled

million
### 8.2+

Number of U-verse
devices reused or recycled

million
### ~4.0



Number of DIRECTV
devices reused or
recycled[13]

million
### 11.7+



## WATER MANAGEMENT

**Water Footprint**
Gallons of water used for
domestic operations

gallons (billion)
### 2.551



**Water Intensity**
Water consumption
relative to annual revenue

gallons/$ thousand revenue
### 19.02



Water consumption
relative to network
traffic[14]

gallons/petabyte of network
traffic
### 8,930

12  Our total waste and recycling figures, and the diversion
rate thereof, represent all waste accounted for through
AT&T's e-waste, general solid waste, investment recovery
and regulated (hazardous and non-hazardous) waste
programs. Historical data has been restated due to
improvements in data collection, analysis and reporting
methodology. For data by waste type, see our Waste
Management issue brief.

13  Historical data has been restated due to improvements in
data collection, analysis and reporting methodology.

14  Prior to 2015, AT&T reported as gallons/terabyte network
traffic. In 2018 and going forward, we include satellite
traffic in our total network traffic. Prior to this addition,
our 2018 water intensity metric would have been 17,343
gallons/petabyte. Learn more about how we calculate
total traffic for our water intensity in our Energy
Management issue brief.

**180**

35

2018/2019
AT&T CORPORATE RESPONSIBILITY SUMMARY

LEADERSHIP

GLOBAL ESG
TRENDS

CSR GOVERNANCE
& LEADERSHIP

PROGRESS
TOWARD GOALS

KEY PERFORMANCE
INDICATORS

## Key Performance Indicators *continued*

### OUR WORKFORCE

**Employee Health & Welfare**
Number of employees, retirees and dependents afforded health and welfare benefits

million

**1.1**



**Union Jobs**

Percentage of union-represented employees

%

**40**



**Code of Business Conduct**
Percent of employees who completed Code of Business Conduct training[15]

%

**99**



**Employee Training Investments**
Amount invested in direct employee training and development programs

U.S. dollars (million)

**200**

Amount invested in tuition assistance for both management and non-management employees

U.S. dollars (million)

**24**

**Employee Safety**
OSHA total recordable occupational injury and illness rate

per 100 employees

**2.02**



### NETWORK ARCHITECTURE & RELIABILITY

**Network Investment**
Investment in wired and wireless networks

U.S. dollars (billion)

**21.3**



### RESPONSIBLE SUPPLY CHAIN

**Supplier Diversity**
Spend with business enterprises owned by minorities, women, service-disabled veterans and LGBTQ+ people[16]

U.S. dollars (billion)

**15.1**



### COMMUNITY ENGAGEMENT

**Philanthropic Giving**
Amount of corporate and foundation giving[17]

U.S. dollars (million)

**120.7**



**Employee Volunteering**
Number of hours volunteered through employee volunteer programs[18]

hours (million)

**1.5+**



**Employee Giving**
Amount of total employee giving

U.S. dollars (million)

**31**



15 Not inclusive of AT&T Mexico, AppNexus, Vrio and WarnerMedia.

16 Supplier diversity spend and performance excludes content and programing spend.

17 Inclusive of WarnerMedia as of its acquisition in June 2018.

18 Prior to 2017, we included retirees in our reporting for volunteer hours. 2018 enhancements to our volunteer reporting systems continue to boost the accuracy of our data.



# GO FURTHER

**about.att.com/csr/reporting**

This document represents a summary of our efforts and progress. Further reporting on our ESG performance and impact can be found online through the materials below.

– Global Reporting Initiative (GRI) Content Index

– Detailed Issue Briefs

– Stakeholder Engagement

– CDP Climate Change Response

– Latin America CSR Reports

– Diversity & Inclusion Annual Report

– AT&T Transparency Report

– Political Engagement Report

 @ATTimpact

ATTimpact

att.com/csr



182

# EXHIBIT 5



**DELIVERING TODAY**

# SHAPING TOMORROW

**2019/2020 CORPORATE RESPONSIBILITY SUMMARY**

**Inside**

**05**
**Challenges & Opportunities**
Our approach to 10 leading global business and societal issues.

**18**
**Governance**
Corporate and organizational leadership that guides our efforts.

**23**
**Goals & Metrics**
Milestones & metrics that help assess our progress.

184

# IN THIS REPORT



## 02
### Introduction
Our commitment to corporate responsibility begins with strong guidance from our leadership.

**03**  Letter from our Chairman & Chief Executive Officer

**04**  Letter from our Chief Sustainability Officer



For a detailed look into all our work from the past year, visit our full CSR reporting library at **about.att.com/csr/reporting.**



## 05
### Global Challenges & Opportunities
Companies like AT&T are called to be strong corporate citizens and to demonstrate ethical leadership that considers the needs of society alongside those of business.

**06**  COVID-19

**07**  Business Continuity

**08**  Human Capital Management

**09**  Diversity & Inclusion

**10**  Economic Opportunity

**12**  Climate Change

**14**  Technology Innovation

**15**  Product Responsibility

**16**  Privacy

**17**  Human Rights



## 18
### Governance
We address environmental, social and governance issues at every level of our company.

**19**  CSR Governance & Leadership

**20**  CSR Governance Council & CSR Committees

**21**  Stakeholder Engagement

**22**  Corporate Responsibility Reporting

## 23
### Progress Toward Goals
We're making progress on our roadmap of goals and targets that serve as milestones for 2020 and 2025.

## 33
### KPIs
To assess our progress, we measure annual performance in areas most important to our stakeholders and our business.



## 37
### Recognition
Third-party recognition gives us valuable feedback on our approach and helps drive continuous improvement.

# WE ARE DEFINED BY OUR COMMITMENT TO CORPORATE RESPONSIBILITY

**RANDALL STEPHENSON**
Chairman and Chief Executive Officer

COVID-19 has changed our world in profound and challenging ways, with major implications for how we congregate, work, learn, travel and interact. In such a world, the power of connectivity – keeping us in touch, informed and entertained – has never been more important.

At AT&T, we've been connecting people, communities and businesses for more than 140 years, and we take that responsibility very seriously. Thanks to the resilience of our people and our networks, we've weathered many crises over the decades. And every time, we've emerged stronger than before.

Whether they're in the field serving customers and maintaining our network, on the front lines putting their lives at risk to report breaking news, or at home remotely supporting key business operations, AT&T employees are always there for our communities and for one another – giving their all to continue providing essential services.

To help ease the burden on the people who keep our company strong, we took a number of steps, including bonuses for front-line employees and managers, as well as temporary paid family leave to help all employees cover a broad range of COVID-related needs. And our Employee Relief Fund – a 501(c)(3) public charity supported by employee donations and matching grants from the AT&T Foundation – is helping

colleagues experiencing financial hardship due to circumstances beyond their control.

We also launched a $10 million Distance Learning and Family Connections Fund to help give parents, students and teachers tools for at-home learning. We've temporarily extended service and waived late fees for customers who let us know they needed help as a result of coronavirus disruptions. And we offered additional news, educational and entertainment channels for free to our customers during this time.

**The work we do is critical to millions of people around the world, and we're committed to being there when our colleagues and communities need us most.**

Through FirstNet®, we're providing advanced connectivity to the true heroes – first responders, healthcare providers, government agencies, military, police, fire and EMS. As a public safety partner, it's an honor to serve and support them. We've also helped provide meals to those on the front lines and are using our text-to-donate capabilities to encourage others to contribute.

The events of 2020 have also highlighted the critical need for society to do better for our Black neighbors and colleagues. The deaths of George Floyd, Breonna

Taylor, Ahmaud Arbery and far too many others expose deep-rooted injustices that continue to impact the Black community. We can and will help address systemic racism by supporting law enforcement reform and enhanced access to education, health care and economic opportunities for underserved communities.

AT&T has long been committed to advancing social and racial equality and inclusion, and we know there is much more work to do. We believe it's a moral and business imperative for large companies to speak up when people are treated unfairly, to help influence needed policy change and to be an example for others by encouraging frank dialogue and learning among employees and community partners.

I'm proud of how our employees and our company have been there for our communities when they've needed us most. In addition to leadership on critical issues affecting society, we continue to encourage people not to text behind the wheel of a vehicle. We're working to address climate change as one of the top U.S. purchasers of renewable energy, and we're adopting science-based targets for our operations and supply chain. We remain committed to skills-building for our current and future employees. And we're active in our communities, providing hands-on support through corporate giving, the AT&T Foundation and the generosity of our employee volunteers.

AT&T's historic commitment to doing business responsibly – and to our values of living true, being there, and making a difference – is foundational to who we are as a company and as individuals. Our strong governance structure will continue to guide and support these efforts, proving that great things can happen when we all come together to address important issues facing our communities and our world.

– June 2020



**186**

# WE ARE HERE TO MAKE A DIFFERENCE

## CHARLENE LAKE
Senior Vice President, Corporate Social Responsibility and Chief Sustainability Officer

Despite how unpredictable things may be today, AT&T's desire to positively impact our world has helped sustain our company for generations. Through our leadership in telecommunications and the inherited legacy of our WarnerMedia brands, AT&T delivers essential services, entertains, informs and fosters innovation.

Our employees are the soul of our efforts. Whether shaping the next generation of technology or pushing the boundaries of purposeful storytelling, they never stop dreaming. We share an unwavering pledge to serve customers and support our neighbors through selfless volunteerism and dedication to important societal issues.

**Long-term success requires us to be deliberate in our planning, but responsive to the needs of stakeholders and communities.**

The dramatic impact of the COVID-19 pandemic highlights the importance of our legacy programs, and how quickly companies can be called to act in times of need.

Because the core of our operations is considered essential by the U.S. Department of Homeland Security,[1] we continue to ensure our workforce has the technical and leadership skills for the jobs of tomorrow. Each year we invest approximately

$200 million in programs that help our employees gain expertise in fields such as data science, coding and computer analytics. We also help cultivate the future talent pipeline for AT&T – and industry at large – by supporting skills development and career readiness in our communities.

For more than a decade, our AT&T Aspire initiative has been investing in projects and organizations that provide access to education and training for those who need it most. In these unprecedented times, we've reinforced our commitment and relationships to help provide parents, students and teachers the tools they need for home learning and resources to maintain meaningful connections when it's not possible to be together in person.

Today's societal issues also underscore the importance of localized, community support. That's where the passion and service of AT&T employees really delivers. Our employees lead AT&T Believes℠, our grassroots effort that blends corporate financial support with sweat equity, and leverages our expertise, time and company scale to maximize impact. COVID-19 has heavily impacted our communities, so we've dedicated $5.5 million to help provide needed meals for first responders, medical personnel and others serving around the clock.

AT&T Believes volunteers also are working to promote social justice. For example, Believe Atlanta℠ and Believe Indy℠ volunteers are working to strengthen ties between law enforcement and the community. And Believe Chicago℠ and Believe Los Angeles℠ are working to create opportunities for Black communities through hiring, education and skills development.

To help amplify critical messages in support of racial equity, our WarnerMedia brands are donating advertising inventory and production assistance to civil rights organizations. In fact, we're offering platforms to raise voices in many ways, such as our CNN town hall with characters from Sesame Street designed to help kids and families talk about race and inclusion.

While we're focused on today's critical issues, we're maintaining our commitments to help tackle the ongoing climate emergency. AT&T has signed agreements surpassing 1.5 gigawatts of renewable energy capacity, making us one of the largest corporate purchasers in the U.S.

To enhance the resiliency of our operations, our Climate Change Analysis Tool currently helps visualize climate-related risks to network infrastructure and operations in the southeastern U.S. up to 30 years into the future. And we're making the data sets we use available to external organizations conducting their own research.

In the pages of this report, you'll see how AT&T is delivering solutions to leading global challenges and working to ensure our business – and our society – is prepared for a more resilient tomorrow.

We're proud of our efforts and collective impact over the past year. We know our work will never be done, and we are committed to the challenges that lie ahead. I welcome your feedback, questions and thoughts.

– June 2020



**187**



# GLOBAL CHALLENGES & OPPORTUNITIES

**06** COVID-19

**07** Business Continuity

**08** Human Capital Management

**09** Diversity & Inclusion

**10** Economic Opportunity

**12** Climate Change

**14** Technology Innovation

**15** Product Responsibility

**16** Privacy

**17** Human Rights

**188**

# COVID-19

The coronavirus (COVID-19) pandemic has impacted virtually every corner of the globe – upending commerce; temporarily closing schools, businesses and public areas; and disrupting the cadence of everyday life. At AT&T, we believe it's part of our civic duty to help keep our customers and communities connected.

**T**he ability to communicate is essential for consumers and businesses. Our services help friends, families and colleagues maintain important connections even when society may be urged to stay apart.

### First Responders and Our Communities

For first responders, doctors, nurses and others delivering vital services during a public crisis, reliable connectivity can be a matter of life and death. This type of event is exactly why the FirstNet platform was created.

When the U.S. hospital ship Mercy docked in Los Angeles to provide temporary care, AT&T activated a 1 gigabit connection within 24 hours of the ship's arrival and deployed a portable cell site nearby to increase capacity for the influx of first responders. In New York City, we helped equip hundreds of ambulances with FirstNet Ready™ devices to enhance inter-agency communication. And because we understand that helping others around the clock can take a toll on those called to serve, AT&T supports FRONTLINEHELP.org, a free emotional wellness program for COVID-19 healthcare workers and first responders. We also committed $5.5 million to provide nourishing meals for front line workers and others in need impacted by COVID-19.

As the public seeks up-to-the-minute information on the pandemic and treatment efforts, millions look to AT&T for valuable news and updates. In March, CNN continued to be the #1 global news brand, reaching 362 million worldwide and 246 million in the U.S. – a record 75% of Americans, our biggest audience ever.[2]

### Our Employees

As the need for social distancing grew, AT&T implemented a sweeping work-from-home policy. We authorized temporary compensation increases for employees on the front lines who can't do their job from home, and implemented guidelines to help keep them safe. And we committed more than $100 million to help WarnerMedia cast and crew while on production hiatus.

Company-wide, we temporarily increased available paid, excused time off to 160 total hours for quarantined employees testing positive or at higher risk for COVID-19, for parents or guardians of children whose school or daycare closed, and for primary caregivers of someone diagnosed with COVID-19 and unable to provide self-care.

 **Read more about our efforts at att.com/COVID.**



## HOW WE'RE RESPONDING

 **SMALL BUSINESS & INNOVATION**

As part of the Stand for Small coalition, AT&T is helping small businesses in the U.S. maintain their vital role in our communities and economy. The coalition provides valuable offers and tools as business owners work to reduce operating expenses, manage teams remotely and enhance their digital capabilities during the pandemic. We also joined the Open COVID Pledge initiative, offering free temporary licenses for AT&T patents that might aid in the fight against COVID-19.[3]

 **CHILDREN & FAMILIES**

We've collaborated with Sesame Workshop to expand its Caring for Each Other initiative, to help kids and caregivers face challenges such as the do's and don'ts for face coverings, illness of a family member and transitioning to a new normal. Cartoon Network also launched CNCheckIn, a platform where popular characters share tips like how to social distance with friends.

 **DISTANCE LEARNING**

AT&T launched a $10 million Distance Learning and Family Connections Fund to support online learning and help family and friends stay connected. We're working with groups such as Khan Academy, Caribu and the SETDA Coalition for eLearning. And we've added the ESCUELA+ learning channel for DIRECTV customers in all Spanish-speaking parts of Latin America.

 **CUSTOMER CONNECTIVITY**

As a participant in the Keep Americans Connected Pledge, through at least June 30, 2020 we temporarily kept our public Wi-Fi hotspots open for anyone who needed them and temporarily suspended broadband overage fees for home internet and Fixed Wireless Internet customers. We temporarily waived late payment fees and termination of service for any wireless, home phone or broadband residential or small business customer notifying us of payment concerns resulting from the pandemic. For this period, we also extended availability of low-cost home internet access for qualifying households through our Access from AT&T program.

# BUSINESS CONTINUITY

Millions worldwide depend on AT&T to stay connected. In the face of disruption or disaster, our ability to respond quickly and effectively is critical to protecting our workforce, maintaining essential operations and serving our customers.

The U.S. Department of Homeland Security includes the communications industry among 16 critical infrastructure sectors. At AT&T, we design our network and operations to be resilient – so we're prepared to provide essential communications and data connectivity for our customers and communities.

Our global team of certified and experienced business continuity experts, led by our President of AT&T Network Engineering and Operations, works to maintain operations of key business processes by utilizing documented business continuity strategies, plans and procedures that are updated and exercised on an annual basis. Regular reports on our business continuity efforts are shared with the Audit Committee of the AT&T Board of Directors.

Our Business Continuity Management Program is certified to the international business continuity standard ISO 22301:2012. It's also aligned with the Disaster Recovery Institute International Professional Practices, Business Continuity Institute Good Practice Guidelines, U.S. Department of Homeland Security National Incident Management System and ISO 31000. Alignment with such standards demonstrates that AT&T is equipped to maintain business operations and serve our customers in the vital hours, days or weeks after disaster strikes.

### Maintaining Operations

AT&T employees are essential to the continuity of our operations during the unexpected. When the situation requires us to decentralize to help ensure the health and safety of our workforce, many of our employees are able to work remotely using the same network access and web conferencing tools we provide customers – maintaining collaboration among our teams while providing secure access to the systems and applications available at the office. Virtual work helps us ensure critical business functions continue, even in unpredictable circumstances.

To help ensure the resilience of the AT&T network, our systems collect billions of service-assurance measurements across our wired and wireless infrastructure every hour, informing us of events such as unforeseen outages or spiking bandwidth demands. We analyze this data in near real time, 24/7, to help optimize performance. If disruption occurs, network technicians – and if needed, our Network Disaster Recovery personnel and fleet – are deployed to rapidly restore communications to affected areas.



**FIRSTNET**

FirstNet is the only nationwide wireless broadband communications platform dedicated to America's first responders and public safety community. Built with AT&T in a public-private partnership with the First Responder Network Authority, FirstNet provides first responders a reliable, highly secure nationwide wireless network – giving firefighters, law enforcement, paramedics, 911 offices and others unthrottled connectivity to coordinate emergency response plans across agencies and jurisdictions.

FirstNet subscribers also have access to a dedicated fleet of deployable cell sites and network assets that can support disaster sites, quarantine zones, airports, and emergency operations or other public safety centers.

**Learn more at firstnet.com.**

 **Learn more in our Network Quality and Reliability issue brief at about.att.com/csr/reporting.**

**190**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 196 of 331    PageID 587

**2019/2020 AT&T CORPORATE RESPONSIBILITY SUMMARY**    INTRODUCTION    **GLOBAL CHALLENGES & OPPORTUNITIES**    GOVERNANCE    PROGRESS TOWARD GOALS    KPIs    RECOGNITION    8

# HUMAN CAPITAL MANAGEMENT

We rely on our ability to attract, educate and retain talented people. With employees in more than 60 countries, our workforce mirrors the rapidly evolving global economy, requiring us to continually balance how we help current workers and future generations prepare for success.

AT&T invests approximately $200 million in employee education and training each year, to actively engage current employees and ensure they have the tools needed for the future. We offer multiple avenues to gain expertise in high-demand areas such as data science, coding and computer analytics. And we combine internal resources – like our award-winning AT&T University curriculum – with external programs from organizations like the University of Notre Dame, Udacity and LinkedIn Learning. Participants can earn short-term badges, Nanodegree credentials, master's degrees and other achievements.

As part of our commitment to workforce development, we created a continuous learning model that helps employees take control of their career growth. In 2019, we developed a skills assessment tool that uses artificial intelligence (AI) and machine learning to help employees see what jobs are available within the company, the skills required for each position and whether demand in that particular area is projected to grow or shrink in the years ahead.

In addition to fostering employee skills growth, we continually evolve our compensation and benefits plans to maintain competitive packages that reflect the needs of our workforce – including health and welfare benefits for fertility services, adoption, childcare, elder care and gender reassignment. We offer moms or dads up to 8 weeks of paid parental leave. This time may be extended for birthing moms, when paired with applicable short-term disability benefits.[4]

AT&T also offers an Employee Assistance Program, which provides confidential assistance to employees who may be experiencing work-related or personal issues affecting their quality of life. And the AT&T Employee Relief Fund is available to help provide financial support for our employees in times of unforeseen need. Funded by employee donations and matching grants from the AT&T Foundation, the 501(c)(3) public charity helps colleagues experiencing challenges beyond their control – including natural disasters, house fires or unexpected family death.

We continuously invest in our employees so they can deliver incredible technology, media and telecommunications services to millions of individuals, families and businesses every day. We are committed to maintaining a rewarding workplace that helps our employees refine the skills that they – and our company – need today and in the future.

 **At AT&T, we're helping to create a strong talent pipeline by investing in the future workforce. Learn more in Economic Opportunity on pg. 10.**

 **Read more in the Our Workforce and Building Digital Skills issue briefs at about.att.com/csr/reporting.**

## ENGAGEMENT BOOSTS RETENTION

Internal research shows that employees participating in volunteerism and other community engagement programs are significantly more likely to recommend AT&T as a place to work, stay at AT&T longer and feel better about working for the company.

AT&T employees engaged in community work:


Have higher employee Net Promoter Scores


Have higher employee engagement scores


Say they will stay with AT&T long term



### SUPPORTING VETERANS

In 2013, we pledged to hire 20,000 veterans by the end of 2020. We achieved that goal a year early and remain committed to supporting our nation's heroes and their families through employment opportunities at AT&T. We're also committed to helping address the staggering unemployment of veteran spouses by supporting the Blue Star Families' Spouseforce initiative.

**191**

# DIVERSITY & INCLUSION

We strive to create an inclusive workplace that is as diverse as the communities we serve – working across cultures, geographies and languages. Doing so ensures a broad range of perspectives, helps attract and retain the best talent, and brings deeper insight into our global customers and partners.

Our commitment to diversity and inclusion starts at the top and is embedded at every level of our organization. We believe the composition of the AT&T Board of Directors (Board) should encompass a broad range of backgrounds, industry knowledge, skills and expertise relevant to AT&T's business. In addition, our Board includes 3 women and 3 people of color.

Our investment in the success of people of all races, ethnicities and genders is reflected not only in the diversity of our Board, but also our company's management and workforce. Our U.S. management employees are 36% female and 39.4% people of color; and our overall U.S. workforce is 33.2% female and 44.8% people of color.

To create a culture of inclusion in our workforce, we encourage employees to join one or more of 50+ employee groups. These groups support the company's commitment to diversity and inclusion – through efforts in the workplace, marketplace and community – while focusing on members' professional development and opportunities for community service. They represent the diverse cultural and experiential dimensions of our workforce – women, African American/Black, Asian/Pacific Islander, Hispanic/

Latino, Native American, LGBTQ+ individuals, people with disabilities, military veterans, parents, multigenerational – and individuals with similar professional interests such as engineering, project management, and media and entertainment technology. Several of our employee groups, such as Mujeres en Acción and Pulse of India, specifically engage employees outside the U.S. And all AT&T employees are welcome to join any of our employee groups.



## DIVERSITY IN STORYTELLING

The stories our media brands tell help shape culture and the aspirations of people across the globe. WarnerMedia was the first major entertainment company to release a Production Diversity Policy, our unequivocal commitment to ensuring our production partners and content reflect the diversity of the world around us.

We also work to help inspire the next generation of content creators. In collaboration with organizations such as Reel Works, Hollywood CPR and Black Girls CODE, we encourage women, people of color and other often underrepresented populations to pursue careers in science, technology, engineering and media production.

## DIVERSITY COUNCILS

To promote employee engagement and cross-functional diversity and inclusion initiatives across all our operating companies, we convene 4 diversity councils, including the CEO's Diversity Council led by our most senior executive. Read more about our focus on diversity and inclusion around the globe at att.com/diversity.

We support and obey laws that prohibit discrimination. AT&T encourages success based on employees' individual merits and abilities without regard to race, color, religion, national origin, gender, gender identity, gender expression, sexual orientation, age,

disability, marital status, citizenship status, military status, protected veteran status, employment status or other protected status. AT&T fully considers all qualified applicants for employment, including those with a criminal history.

As a leading global employer, we also have a responsibility to strengthen and support diversity in the communities where we operate. AT&T is part of the Business Coalition for the Equality Act – a group of leading U.S. employers that support

the addition of LGBTQ+ individuals to the list of groups afforded basic protections under U.S. federal law. And we endorse the United Nations (U.N.) Standards of Conduct for Business, which offer a holistic framework of best practices to help combat discrimination based on sexual orientation and gender identity.

 **Read more in the Our Workforce issue brief at about.att.com/csr/reporting.**

**192**

# ECONOMIC OPPORTUNITY

Global forces are shaping the way we work, highlighting the role of technology, digitization, automation and AI. AT&T invests in education and job training to help create a skilled and diverse workforce that can power our company – and our country – for the future.

Through the AT&T Aspire initiative, we invest in programs that address the multidimensional nature of today's skills gaps – "hard" skills, such as coding and data analytics, and equally important "soft" skills like leadership, collaboration and decision-making. We focus our support in the areas of technology, media production and innovation in education.

### Technology

AT&T and our operating companies have supported Girls Who Code since 2012, with financial and in-kind contributions totaling more than $16 million. Through the organization's Summer Immersion Program, AT&T hosts aspiring female coders as part of a 7-week experience teaching the skills needed to pursue technology careers. WarnerMedia hosted a 3rd Girls Who Code class in 2019, helping students learn STEM skills through media-making. And Xandr, our advertising and analytics division, introduced Girls Who Code participants to the world of digital advertising for the 6th year.

### Media Production

We believe in empowering new content creators by helping them gain skills and opportunities in the media industry.

We support organizations that share our objective, including Veterans in Media & Entertainment, Ghetto Film School and, in the United Kingdom (U.K.), The Media Trust.

We also directly engage diverse storytellers with financial support and training for media careers through programs such as the AT&T Media Fellowship, AT&T Veterans Media Fellowship, AT&T Hello Sunshine Filmmaker Lab, WB First Cut, Faciuni in Latin America and WB Creative Talent in the U.K. Participants learn from our media professionals through tours, shadowing and presentations, and educational sessions with industry experts.

### Innovation in Education

We launched the AT&T Aspire Accelerator in 2015 to invest in education technology startups that are pioneering new approaches to student learning and career preparation. Since graduating from the program, our Accelerator participants – which are 66%



**193**

# ECONOMIC OPPORTUNITY CONTINUED

women-led and 49% minority-led – have attracted more than $48 million in outside investment. To celebrate the 5th anniversary of the Accelerator, last year we created the $1 Million AT&T Skills Building Challenge, which focuses on startups that are redefining how students prepare for promising futures. Overall, solutions developed by Accelerator participants are reaching more than 32 million students.

We also bring digital education to underserved communities outside the U.S. In early 2020, AT&T Latin America joined the Inter-American Telecommunication Commission of the Organization of American States to promote digital education programs in schools throughout the

Americas. AT&T will support this effort in Latin America via our ESCUELA+ program, which for the past 13 years has used satellite technology to help bridge the digital divide by deploying equipment, producing educational content and innovative audio/visual teaching methodologies to transform classrooms and help drive student success. ESCUELA+ currently serves more than 9,800 schools across 9 territories in the region.

 **Read more in our Building Digital Skills and Community Engagement issue briefs at about.att.com/csr/reporting.**



## SUPPORTING OPPORTUNITIES FOR YOUTH

**We support programs for opportunity youth on their pathway to career success. By collaborating with organizations such as Year Up and Genesys Works, we're helping talented young adults who are unemployed or underemployed gain valuable skills and work experience. Through the end of 2019, we've hosted a total of 91 Year Up interns in AT&T offices around the U.S.**

## STRENGTHENING OUR COMMUNITIES



Together with our employees, we're expanding AT&T Believes – a company-wide, localized effort to create positive change in our communities. AT&T Believes harnesses our employees' generosity, supports it with company resources, and joins with municipalities and external partners to make a stronger impact on local communities and society at large.

Approximately 300,000 Michigan kids live in low-opportunity neighborhoods.[5] Believe Detroit℠ is helping connect youth with opportunities to change the trajectory of their lives. In collaboration with 16 non-profit organizations, we've provided job training, educational opportunities and meals to more than 5,000 recipients.

Believe Los Angeles is collaborating with non-profit organizations like the Los Angeles Community College District

to offer students – approximately 80% of whom are from underserved communities[6] – the tools, skills and education needed to work in the entertainment and digital industries.

Through public education and advocacy, Believe Phoenix℠ is working to address the growing problem of food insecurity that affects 1 in 5 Arizona children.[7] AT&T, together with our employees, retirees and the AT&T Foundation, has harvested food, prepared and delivered meals, and donated more than $200,000 to local non-profit food outreach programs.[8]

In 2019, we began leveraging the AT&T Believes framework to expand the reach of our AT&T Supplier Diversity program and align our supplier diversity goals with philanthropic and social activities. For example, we hosted a Believe Chicago Supplier Diversity Day, which included a hiring fair for jobs with AT&T suppliers and helped our diverse suppliers align with our larger prime suppliers.

And since community needs don't stop at the U.S. border, we want to help address local issues everywhere we do business. In 2020, we plan to expand the AT&T Believes movement internationally – in the U.K., Ireland, Slovakia, Czech Republic and India.

 **Learn more about AT&T Believes at attbelieves.com.**

**194**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 200 of 331    PageID 591

# CLIMATE CHANGE

Leaders across the public and private sector identify climate change as an ongoing risk to global commerce. AT&T is acting alongside other companies to help address climate change by drawing down our global emissions and fortifying operations to be resilient in the face of future climate impacts.

To guide our efforts, we set science-based targets that align with international consensus on limiting global temperature increases. Approved by the Science Based Targets initiative – a joint effort of CDP, WWF, the U.N. Global Compact and the World Resources Institute – we've committed to:

- Reducing our absolute Scope 1 and Scope 2 greenhouse gas (GHG) emissions 26% by 2030, from a 2015 base year.

- Working to ensure that 50% of our suppliers (covering purchased goods and services, capital goods and downstream leased assets as a portion of spend) set their own science-based Scope 1 and Scope 2 targets by 2024.

### Renewable Energy

We're also continuing to purchase renewable energy. In 2019, we made additional purchases expanding our clean energy portfolio to more than 1.5 gigawatts of capacity, maintaining AT&T's position as one of the largest corporate purchasers of renewable energy in the U.S.[9] Our agreements support new wind and solar

projects, creating hundreds of construction jobs and dozens of permanent careers in the fast-growing clean energy sector.[10]

As our initial renewable energy purchases from 2018 come on line, we're beginning to realize a measurable reduction in our reported emissions. These renewable energy purchases deliver important benefits to the environment, local economies and our bottom line.

### 2019 TOP U.S. RENEWABLE ENERGY BUYERS[11] (GIGAWATTS)



| | |
|---|---|
| Facebook | 1.546 |
| Google | 1.107 |
| AT&T | 0.960 |
| Microsoft | 0.624 |
| T-Mobile | 0.581 |

**"In 2019, we made additional purchases expanding our clean energy portfolio to more than 1.5 gigawatts of capacity, maintaining AT&T's position as one of the largest corporate purchasers of renewable energy in the U.S."[9]**

**195**

# CLIMATE CHANGE CONTINUED

**Energy Efficiency**

Even as customer demand for data and bandwidth has increased dramatically, we've reduced our global Scope 1 and 2 emissions (those from operations and energy consumption, respectively). Our electricity consumption relative to data traffic has decreased 80% from a 2013 baseline, and we realized $39.8 million in annualized energy savings from approximately 26,700 energy efficiency projects completed in 2019.

**Scenario-Based Planning**

To help ensure our future climate resilience, we're identifying risks to the company and adapting our operations where necessary. Collaboration with the U.S. Department of Energy's Argonne National Laboratory led AT&T to develop an industry-leading Climate Change Analysis Tool, which will help visualize climate change risk to our infrastructure and operations in the southeastern U.S. up to 30 years into the future. Such scenario-based analysis will enable us to better plan for maintenance, construction and disaster recovery needs.

We believe everyone can benefit from a better understanding of climate risk. That's why we're working with Argonne National Laboratory to make the climate datasets we use available to the public, to help local communities prepare. Through the AT&T Climate Resiliency Community Challenge, we're providing financial support to 5 universities in the southeastern U.S. as they partner with local governments to conduct climate risk analyses using the data shared by AT&T.

> **"Even as customer demand for data and bandwidth has increased dramatically, we've reduced our global Scope 1 and 2 emissions."**

**External Collaboration**

Our technology can also play a role in reducing emissions beyond our company. That's why we committed to helping enable customer GHG emissions savings 10 times the footprint of our operations by 2025. In our most recent progress report, customer-specific case studies detail how we've reached more than 20% of this goal.

We also collaborate with a number of global organizations. A member of our CSR team serves on the board of the Global e-Sustainability Initiative, and we are a founding member of both the Net Positive Project and Ceres' Corporate Electric Vehicle Alliance.

 **Read more in our Climate Change issue brief at about.att.com/csr/reporting.**

## GREEN PRODUCTION



We implement sustainable practices on Warner Bros. (WB) and HBO sets. Each production designates a person who helps determine environmental goals and implements recommendations to incorporate environmentally-responsible materials, reduce waste and conserve energy. This includes utilizing LED set lighting, which is 85% more energy-efficient than conventional methods.

In 2019, WB, HBO, CNN and TBS were recognized by the Environmental Media Association (EMA) – a non-profit dedicated to environmental progress in the entertainment industry – with 19 EMA Gold Seals and 29 EMA Green Seals for progress in sustainable production and 4 EMA Award nominations, including 2 wins, for environmental messaging in content.

When a production wraps, we donate surplus items to non-profit community partners. In 2019, WB contributed more than 34,000 meals, 1,500 pieces of furniture and 34,000 articles of clothing to 66 non-profits. HBO donated 24,000 meals and distributed wardrobe and household items to underserved communities in Los Angeles and New York City.

### 2019 WB AND HBO PRODUCTION CONTRIBUTIONS

 **More than 58,000 meals**

 **1,500 pieces of furniture**

 **34,000 articles of clothing**

196

# TECHNOLOGY INNOVATION

New technologies, including AI, virtual reality (VR) and the Internet of Things (IoT), are changing how we live, work and engage with the world. Broad deployment of 5G wireless technology will dramatically increase adoption of these solutions, as carriers work to deliver a faster, more responsive network experience to an immense number of users and connected devices.

We're continuously building out our wireless and wired networks to enhance reliability, coverage, speed and overall performance for consumers and businesses. Since 2015, we've invested more than $135 billion in our networks – more than any other public company in the U.S. Through these investments, AT&T is helping lead the shift to 5G, which we expect will bring significant economic, social and environmental benefits.

## Public Safety

AT&T supports smart city initiatives throughout the country to help city planners improve safety and sustainability for citizens. With connected IoT technology, we enable solutions that help streetlights self-report outages, track air quality and even detect gunshots in the area. In San Jose, Calif., we worked with the city to place Wi-Fi extenders and smart lighting controllers in 14 parks to provide internet access, help improve public safety and reduce the city's energy use.

IoT and video intelligence enable near real-time situational awareness from the remote monitoring of things such as objects, traffic and people (with privacy protection) to help improve municipal security, efficiency and safety.

## Healthcare

XENEX germ-zapping robots connected with AT&T IoT technology are using intense pulsed xenon ultraviolet light to deactivate viruses, bacteria and spores on surfaces and help hospitals avoid infections and save lives. High-speed, lower-latency 5G networks using millimeter wave spectrum ("5G+") can also help make telemedicine more effective by allowing clinicians to conduct virtual patient visits while downloading an entire MRI scan in seconds. And AT&T is helping VITAS® Healthcare, an end-of-life care provider, explore the benefits of 5G-enabled VR content to help ease pain and anxiety among terminally ill patients.

## Education

AT&T is working to deploy 5G at Deloitte's Dallas-area training center, where development programs plan to use augmented reality and VR-based curricula to help make education more immersive and engaging. We're also working with the University of Miami to deploy 5G and Multi-access Edge Computing on its Coral Gables campus, to help support innovative teaching and research methods.

## AI at AT&T

By combining machine learning with human expertise and experience, AT&T is using AI to fight fraudulent behavior and robocalls on our network and to improve customer service and field technician responsiveness. AI and machine learning also contribute to the ongoing development of our Climate Change Analysis Tool, which analyzes millions of data points to model climate-related scenarios that could affect our business operations for several decades.

 **Read more in our Technology Innovation issue brief at about.att.com/csr/reporting.**



## AI GUIDING PRINCIPLES

At AT&T, AI and machine learning are woven into our customer interactions, technology development and our planning for the future. We've adopted a set of principles that guide our decisions for using AI in our business:



### BY PEOPLE, FOR PEOPLE

We incorporate human oversight into applications of AI. By keeping people at the core, AI can enhance our workforce, expand capabilities and benefit society as a whole.



### ACCESSIBLE AND SHARED

We support open-source communities whenever appropriate – to further access to technology, collaboration, standardization and participation in industry discussion.



### SECURE AND ETHICAL

We are grounded in ethics, safety and values at every stage of AI development and deployment, incorporating our privacy principles and security safeguards.

**197**

# PRODUCT RESPONSIBILITY

We're committed to the digital safety and well-being of our customers and to sharing solutions, tools and resources to help everyone adopt safer digital habits.

Our *It Can Wait* program, active in the U.S. and Mexico, has encouraged people to drive free of distractions for more than a decade. As causes for smartphone-related driving distractions have extended beyond texting to include social media, web surfing, selfies and video chatting, we've expanded our efforts to discourage all forms of smartphone-distracted driving – whether in a car or on a scooter. Through the end of 2019, more than 40 million people have taken the *It Can Wait* pledge to never drive distracted.

Digital and device safety no longer pertain just to *when* consumers use our products and services, but *how* they use them as well. We provide parents with resources to help guide their family's technology use and manage digital habits. The AT&T Secure Family™ app helps parents restrict children's mobile device use by location, time of day or type of content. Our ScreenReady℠ program provides online resources for setting parental controls as well as tips on digital parenting. And our viewing platforms, including AT&T TV, DIRECTV and HBO Max, offer settings that help parents restrict unsupervised content.

## BULLYING PREVENTION

As part of our commitment to digital safety and well-being, we're working to help prevent bullying before it starts. Through our Cartoon Network Stop Bullying: Speak Up campaign in the U.S. and CN Buddy Network campaign in Europe, the Middle East and Africa, we're inspiring kids to promote acceptance and kindness by advancing strategies to help everyone feel included.



Together with our employees and non-profit collaborators, we're also supporting initiatives that teach digital citizenship. As part of our AT&T Believes effort in Boston, we launched AT&T Positively Digital℠, a program that helps teens address issues such as cyberbullying, online safety and diversity.



## CYBERSECURITY EDUCATION

AT&T is committed to helping protect our customers and to helping customers protect themselves online. People of all ages are at risk when it comes to online safety, but users over the age of 60 are frequent targets for cybercrime. Cyber Aware is our information hub that provides tips to stay more secure online and avoid scams and fraud. We're also working with non-profit organizations, such as The Oasis Institute and the Air Force Association, to support programs teaching cybersecurity skills to older adults.

Our approach to product responsibility also focuses on the content we create. We have depiction policies that govern aspects of feature films such as tobacco use, particularly for content of interest to younger audiences. And in 2019, guided by consumer warnings from groups such as the Centers for Disease Control and Prevention, American Medical Association and the American Lung Association, WarnerMedia discontinued advertising from tobacco and e-cigarette companies on our basic cable channels, such as TNT and TBS.

Our commitment to responsible, fair and accurate journalism guides our news business. Stories at CNN are thoroughly reviewed by producers and editors, and those involving particularly sensitive topics are further reviewed by a team of senior editors, standards and practices executives, and attorneys before broadcast or publishing. In all cases, we hold our journalists to the highest standards of ethics, accuracy and integrity.

AT&T also strives to use our platforms to increase awareness of important causes. Through WarnerMedia, DIRECTV and Xandr, we donate airtime to qualifying non-profit and government organizations for public service announcements. In 2019, we introduced It's OK, an initiative encouraging conversations around mental health issues. On select HBO episodes, bumpers let viewers know whether mental health issues are depicted and list resources that can facilitate conversations for those seeking help.

 **Read more in our Responsible Use of Products & Services and Media Pluralism, Ethics & Integrity issue briefs at about.att.com/csr/reporting.**

# PRIVACY

Data helps us create more reliable products and services, improve security and detect fraud, and provide customers with customized offers. But customers count on AT&T to protect their information and respect their privacy. We take this responsibility seriously and work hard to maintain their trust.



**OUR PRIVACY PRINCIPLES**

**TRANSPARENCY:**
We're open and honest about how we use data.

**CHOICE AND CONTROL:**
We give customers choices about how we use their data.

**SECURITY:**
We use strong safeguards to keep customer data confidential and secure.

**INTEGRITY:**
We do what we say.

We provide our customers with information – and choices – about how their data might be used. We publicly post privacy policies and give customers the ability to opt-in to some programs and say no to others. To help customers understand our practices, at att.com/privacy, we describe our technology and services in simple terms and provide a consolidated resource for privacy policies, rights such as those under the General Data Protection Regulation in Europe and the California Consumer Privacy Act, and a link to ask questions.

Our advertising unit, Xandr, optimizes media spend across TV and digital properties, for buyers and sellers. As part of our efforts to boost transparency, we offer an Online Advertising & Ad Tech Glossary to educate consumers on the advertising industry's many technical terms. We ensure the data Xandr collects does not reflect names, email addresses or other information that directly identifies a user. And Xandr never sells data from our platform pertaining to any individual that we know is a minor.

The AT&T Chief Privacy Officer is responsible for overseeing and enforcing the company's privacy principles, policies and commitments across all operating companies – regularly updating executive leadership and the AT&T Board of Directors about privacy-related topics.

**"We believe that industry collaboration is an important way to reach agreement on the principles that should form the foundation of consumer privacy law."**

Network and data security are critical components for protecting customer privacy. Our Chief Security Office (CSO) establishes global policy and programmatic requirements to ensure security is a part of every organization within the company.

AT&T has dedicated CSO professionals and additional department-level security specialists working across our business and around the globe.

In addition to our actions as a company, we believe one of the best ways to protect privacy is for our customers to follow strong digital security practices. We provide customers with information on how to maintain privacy, safety and security in an increasingly connected world.

Beyond our operations, we advocate for consumer privacy protection in public policy. As a member of the Digital Due Process Coalition, AT&T joins U.S. companies, think tanks and other privacy advocates to campaign for the simplification and unification of the legal standards in the Electronic Communications Privacy Act. AT&T also advocates for the adoption of U.S. federal consumer privacy legislation ensuring a unified approach to privacy, data security and breach notification that is consistent with Federal Trade Commission standards.

We believe that industry collaboration is an important way to reach agreement on the principles that should form the foundation of consumer privacy law. We participate in the Freedom Online Coalition's Advisory Network, IAB Europe's Transparency and Consent Framework and the Organisation for Economic Co-operation and Development Privacy Guidelines Expert Group. We also regularly engage with the Center for Democracy and Technology, the Future of Privacy Forum, the Information Accountability Foundation, Access Now, Red en Defensa de los Derechos Digitales, ARTICLE 19 and RightsCon.

 **Read more in our Customer Privacy and Network & Data Security issue briefs at about.att.com/csr/reporting.**

**199**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 205 of 331    PageID 596

# HUMAN RIGHTS

AT&T has a longstanding commitment to human rights that is embedded throughout our operations and managed by a committee of senior executives from across the business. We operate with transparency, engage with stakeholders and promote responsiveness and accountability around human rights issues.

In 2019, we updated the AT&T Human Rights Policy by evaluating the work of our peers and identifying best practices across industries. Our approach is informed by international bodies and human rights frameworks such as the International Labour Organization, OECD Guidelines for Multinational Enterprises and U.N. Guiding Principles on Business and Human Rights. Last year, AT&T became the first U.S.-based telecommunications service provider to join the U.N. Global Compact to promote accountability and stakeholder dialogue in the areas of human rights, labor and the environment.

AT&T's Human Rights policy reflects considerations for all our operating companies. For instance, WarnerMedia's integration into our business reinforced our historical commitments to a free press, journalistic integrity, freedom of expression and broad accessibility of information.

The AT&T Human Rights Policy also reflects our commitment to human rights due diligence. For example, a recent internal human rights assessment in Mexico informed us of sensitivities to placing cellular infrastructure on indigenous land.

**"WarnerMedia's integration into our business reinforced our historical commitments to a free press, journalistic integrity, freedom of expression and broad accessibility of information."**

We're following guidance from the United Nations, including the U.N. Declaration on the Rights of Indigenous Peoples and the U.N. Guiding Principles on Business and Human Rights, as we plan future infrastructure investments. In 2020, we're conducting similar internal assessments across Latin America and will use the results to optimize our business practices.

The size and scale of our operations allow us to be a leader in protecting human rights around the world through numerous industry collaborations. As a member of the Joint Audit Cooperation (JAC), AT&T works alongside 17 global telecommunications companies to help ensure our suppliers are operating in accordance with our corporate social responsibility and human rights expectations.

AT&T is also an active member of Tech Against Trafficking, a coalition of technology companies and global experts who seek to eradicate human trafficking through the use of technology. We formed an internal Online Safety Committee in 2019 to assess the risk of online child exploitation across our operating companies and to explore opportunities to include prevention efforts in our corporate responsibility initiatives. And in 2020, we are undertaking a comprehensive assessment of all business operations to ensure consistent, rigorous policies and practices are in place to protect children from exploitation.

 **Read more in our Human Rights issue brief at about.att.com/csr/reporting.**



**CONNECTING FAMILIES**

**We recognize our services can play a role in promoting human rights around the world, and we developed a program in accordance with the U.N. Convention on the Rights of the Child. The initiative supports unaccompanied migrant children fleeing violence in their home countries with free telephone calls to let family at home know they are safe.**

**200**

# GOVERNANCE

19  CSR Governance & Leadership
20  CSR Governance Council & CSR Committees
21  Stakeholder Engagement
22  Corporate Responsibility Reporting

201

# CSR GOVERNANCE & LEADERSHIP

Our commitment to addressing environmental, social and governance (ESG) issues is embedded at every level of the company. It includes Board of Directors oversight, officer-level engagement and teams of dedicated corporate responsibility professionals who engage leaders across the business.

### Board of Directors Oversight

The Public Policy and Corporate Reputation Committee (PPCRC) of the AT&T Board of Directors oversees our corporate responsibility work, including volunteerism, philanthropy, education, privacy, diversity and inclusion, advocacy, environmental policy, ESG reporting, and disclosures of political contributions and government data requests.

The PPCRC also oversees our policies for philanthropic giving, which include corporate contributions approved by the AT&T Contributions Council and grants approved by the AT&T Foundation. The Contributions Council and AT&T Foundation are comprised of senior executives charged with the supervision of our philanthropic investments.

Members of the PPCRC come from diverse professional backgrounds, giving them the experience, depth of knowledge, judgment and vision needed to provide insight and guidance on policies and practices – as we work to address the breadth of ESG issues that can impact a complex enterprise like AT&T. They push us, challenge our assumptions and improve our work.

In addition to discussions with individual PPCRC members throughout the year, our Chief Sustainability Officer formally presents at scheduled committee meetings 3 times annually. With committee member guidance, we seek continuous improvement in areas such as climate resilience, privacy, political engagement, philanthropic giving, human rights, diversity, digital well-being and the education of our current and future workforce.

Additional Board of Directors committees oversee activities that impact ESG topics. For example, the Audit Committee reviews our cybersecurity and financial risk exposures and steps to control such risks. The Audit Committee also oversees internal controls as well as our corporate compliance program. And the Corporate Development and Finance Committee oversees capital investments and our implementation of key technology decisions.

Foundational policies, including the codes of business conduct that govern our operating companies, put our values into action and detail our commitment to ethics, diversity, privacy, the environment and our communities. These guidelines and expectations inform how we do business and how we interact with customers, suppliers, our communities and each other.

## CSR GOVERNANCE



## PUBLIC POLICY AND CORPORATE REPUTATION COMMITTEE

**Glenn H. Hutchins, (PPCRC Chairman),** Chairman, North Island and Co-Founder, Silver Lake

**Samuel A. Di Piazza, Jr.,** Retired Global Chief Executive Officer, PricewaterhouseCoopers International Limited

**William E. Kennard,** Former U.S. Ambassador to the European Union and Former Chairman of the U.S. Federal Communications Commission

**Debra L. Lee,** Chief Executive Officer, Leading Women Defined, Inc. and Former Chairman & CEO, BET Networks

**\* Laura D. Tyson,** Distinguished Professor of the Graduate School and Director, Institute for Business and Social Impact, University of California, Berkeley Haas School of Business

\* Former PPCRC Chairwoman, retired April 2020.

**202**

# CSR GOVERNANCE COUNCIL & CSR COMMITTEES

Our CSR Governance Council (Council) is led by our Chief Sustainability Officer and is comprised of officers from each of our operating companies with responsibility for business operations aligned to our most important ESG focus areas.

**The Council meets 3–4 times per year and demonstrates collaboration across a broad range of issues, competencies and perspectives.**

In addition to the Council, we convene 5 core issue committees led by senior CSR management:

- Community
- Employee Activation
- Environment
- Human Rights
- Online Safety

These committees work closely with CSR teams across all our operating companies and regions, along with experts from our business units, to implement and enhance programs and policies that address ESG issues throughout AT&T.



## CSR GOVERNANCE COUNCIL

**Corey Anthony,** Senior Vice President, Human Resources and Chief Diversity and Development Officer

**Len Cali,** Senior Vice President, Global Public Policy

**Anne Chow,** Chief Executive Officer, AT&T Business – AT&T Communications

**Keith Cocozza,** Executive Vice President, Marketing and Communications – WarnerMedia

**Andre Fuetsch,** Chief Technology Officer, Network Services – AT&T Communications

**Michael Hartman,** General Counsel and Secretary – AT&T International

**Susan Johnson,** Executive Vice President, Global Connections and Supply Chain – AT&T Communications

**Jerrie Kertz,** Senior Vice President, Compliance

**Charlene Lake,** Senior Vice President, Corporate Social Responsibility and Chief Sustainability Officer

**Amy Leifer,** Executive Vice President, Operations and Services, Xandr – WarnerMedia

**Amir Rozwadowski,** Senior Vice President, Finance and Investor Relations

**Larry Solomon,** Chief Communications Officer

**Valerie Vargas,** Senior Vice President, Consumer Advertising – AT&T Communications

**Rick Welday,** Executive Vice President and General Manager, Broadband and Video, AT&T Consumer – AT&T Communications

Business unit representation on the CSR Governance Council regularly evolves with the changing needs and structure of our business. For a current list of members, visit **about.att.com/csr/council**.

# STAKEHOLDER ENGAGEMENT

Stakeholder engagement is a critical part of our corporate responsibility governance, and we participate in regular dialogue and structured collaboration throughout the year.

Every 2–3 years, we systematically engage a broad sampling of internal and external stakeholders to identify and prioritize the most significant ESG impacts, risks and opportunities our company should address to help ensure long-term business success. This stakeholder engagement assessment provides insight into how AT&T should focus our resources, reporting and communications. We continuously monitor pressing and emerging ESG issues and current events, and prioritize programmatic and managerial efforts on those topics, as appropriate.

In 2019, we conducted our 5th such assessment – which represents our global operations including WarnerMedia and Xandr – using a combination of electronic surveys and live interviews. Nearly 1,000 stakeholders provided insights and helped prioritize 29 ESG topics. These participants represented virtually every aspect of our business, including AT&T employees and officers across our operating companies, business and consumer customers, investors, suppliers, distributors, government and non-government organizations as well as programmatic and community organizations.

In 2020, we plan to conduct assessments across our Latin American operations to gain additional, targeted insights that will further inform our work in those countries.

### Reputation Measurement
AT&T has developed an instrument to survey stakeholders and assess their perceptions of our corporate reputation and brand. On a monthly basis, the system measures AT&T's overall reputation – or emotional attachment – among consumers who state they are familiar with our company's operations. We're able to measure interest and awareness of specific AT&T corporate responsibility programs and emerging social issues, and sample impressions of new programs under development.

Our measurements confirm that awareness of AT&T corporate responsibility efforts improves company reputation – which in turn positively affects key business metrics such as willingness to buy or recommend, and willingness to give AT&T the benefit of the doubt in times of difficulty.

### Leadership Oversight
The results of our ongoing stakeholder engagement efforts are reported to the CSR Governance Council and the Public Policy & Corporate Reputation Committee of the AT&T Board of Directors. The insights gained help guide our corporate responsibility strategy, improve business operations and policies, ensure transparent reporting, and prioritize programmatic investments and collaboration across the business.

**Read more about the findings from our latest stakeholder engagement at about.att.com/csr/reporting.**



**2019 STAKEHOLDER ASSESSMENT TIER 1 PRIORITIES**

Customer privacy
Network data & security
Network quality & reliability
Employee diversity, equality & inclusion
Technology innovation
Energy efficiency & renewables
Affordability & accessibility
E-waste & product end-of-life management
Talent attraction, engagement & retention
Climate change & GHG emissions
Building digital skills

● Environmental    ● Social
● Governance/Economic    ● Workforce

**204**

# CORPORATE RESPONSIBILITY REPORTING

Each year, we highlight ESG performance and progress toward publicly stated goals through robust corporate responsibility reporting.

Our objective is best-in-class transparency, and we strive to present data in a modular format that is responsive to a variety of stakeholder needs and interests. The governance of our reporting is internally validated by our Finance organization, and quantitative environmental measures (emissions and energy use) are externally assured.

Our corporate responsibility reporting website details AT&T's approach to stakeholder engagement, alignment to the Global Reporting Initiative (GRI) and Sustainability Accounting Standards Board (SASB) frameworks, our commitment to the CDP climate change disclosure and the Task Force on Climate-related Financial Disclosures, and our efforts to support the U.N. Global Compact and Sustainable Development Goals (SDGs).

We publish detailed issue briefs describing how we manage 21 of our most important ESG topics, and discuss ESG efforts and achievements in a dedicated corporate responsibility section of our corporate proxy statement. In addition to our holistic corporate responsibility reporting, we publish regional GRI-aligned reports detailing efforts across our Latin American operations.

AT&T also publishes 2 annual diversity and inclusion reports detailing our commitment to

workplace diversity at AT&T and production diversity across WarnerMedia.

Through our biannual Political Engagement Report, we publicly disclose our involvement in the political process and our U.S. political contributions. Our political engagement decisions are grounded in our company values, codes of business conduct, AT&T public policy positions and the best interests of our business and employees – without regard to political party affiliation. The AT&T Board of Directors receives the full list of corporate political contributions and has an opportunity to review and provide guidance with respect to the company's contributions. In accordance with applicable law, campaign finance and disclosure rules, and our own internal policies, we also publicly identify organizations that report using some or all of our contributions for lobbying activities.

**"AT&T was named one of the 10 most transparent S&P 500 companies for ESG reporting, according to a 2019 study commissioned by Financial Times' Agenda."**

In 2019, AT&T scored 97.1 (out of 100) on the CPA-Zicklin Index of Corporate Political Disclosure and Accountability, earning the organization's top "Trendsetter" designation. AT&T was also named one of the 10 most transparent S&P 500 companies for ESG reporting, according to a 2019 study commissioned by Financial Times' Agenda.

Like all companies, we're also required by law to provide information to government and law enforcement entities, as well as to parties to civil lawsuits, by complying with court orders, subpoenas, lawful discovery requests and other legal requirements. The AT&T Transparency Report provides data regarding the number and types of legal demands that compelled AT&T to provide information about communications or our customers as well as information permitted by law to be disclosed about Foreign Intelligence Surveillance Act requests.

 **For a detailed look into all our work from the past year, visit our full CSR reporting library at about.att.com/csr/reporting.**



**WINNING AT THE CORPORATE GOVERNANCE AWARDS**

**Our 2018/2019 reporting was recognized with the Corporate Governance Award for Best ESG Reporting by Corporate Secretary magazine.**

**205**



# PROGRESS TOWARD GOALS

We're making progress on our roadmap of goals and targets that serve as milestones for 2020 and 2025.

**206**

# PROGRESS TOWARD GOALS

As we near or reach attainment on several of our goals, we'll be setting our sights even higher – identifying new measures that continue to push us and reflect the direction of our evolving business.

## OUR NETWORK AND CUSTOMERS



**2020 GOAL**
We will continue to drive reductions in emissions and increases in resource efficiency and alternative energy deployment. We will enable AT&T customers to lead more sustainable lives by expanding access to technology, further integrating sustainability solutions into products and measuring the impacts.

| Topic | Target | | Progress |
|---|---|---|---|
| Scope 1 Emissions |  | **Reduce our Scope 1 emissions by 20% by 2020 using a 2008 baseline of 1,354,054 metric tons CO$_2$e.** | **Reduced 26.8%** We emitted 990,955 MT CO$_2$e (Scope 1) in 2019. This represents a 26.8% decrease compared to our 2008 baseline. Year-over-year, our Scope 1 GHG emissions are down 2.8% from 2018.[12]  |
| Fleet Management |  | **Reduce the GHG emissions of our U.S. fleet 30% by 2020 using a 2008 baseline of 865,777 metric tons CO$_2$e.** | **Reduced 31%** By the end of 2019, AT&T reduced U.S. fleet emissions by 267,379 MT CO$_2$e or 31% from our 2008 baseline. In addition to reducing the size of our domestic fleet by more than 8,200 vehicles, 100% of passenger sedans procured for our domestic fleet since 2017 were hybrid vehicles.  |
| Electricity Intensity |  | **Reduce electricity consumption 60% relative to data traffic on our network** (our energy intensity metric) by 2020 from our 2013 baseline of 233 MWh electricity/petabyte of network traffic. | **Reduced 80%** In 2019, our energy intensity was 45.5 MWh electricity/petabyte of network traffic.[13] This represents an 80% reduction from our 2013 baseline of 233 MWh/PB.  |

**207**

## PROGRESS TOWARD GOALS CONTINUED

### OUR NETWORK AND CUSTOMERS

| Topic | Target | Progress |
|---|---|---|
| Alternative Energy | **Expand alternative energy through on-site capacity and pursuing off-site renewables.** | **Expanded our clean energy portfolio** <br> In addition to our on-site solar and fuel cell installations, in 2019, we signed agreements to expand our clean energy portfolio to more than 1.5 gigawatts of capacity, maintaining AT&T's position as one of the largest corporate purchasers of renewable energy in the U.S. The estimated energy production of our entire renewable energy portfolio is more than 2.2 billion kWh annually, with nearly 300 million kWh coming from on-site sources and more than 1.9 billion kWh from our off-site solar and wind contracts currently in production. |
| Product Efficiency | **Provide sustainability information for all AT&T-branded network-connected consumer mobile devices.** | **Rated 100% of eligible devices** <br> In 2019, 100% of eligible mobile device models were scored under our Eco-Ratings system, which rates products from 1 to 5 stars for 20 different environmental and social criteria across 5 different categories. |
| Device Recycling | **Collect 200 million devices for reuse, refurbishment or recycling by end-of-year 2020.** | **Refurbished or recycled 204 million devices** <br> Through the end of 2019, AT&T has refurbished or recycled approximately 204 million devices since 2007. This includes approximately: <br> • 107 million DIRECTV devices • 13.5 million broadband devices <br> • 22.3 million U-verse devices • 61 million mobility devices |
| Customer Greenhouse Gas Methodology | **Develop and deploy a robust methodology to understand the impact of the AT&T network's GHG emissions on society.** | **Measuring and reporting our GHG impact** <br> Working with leading non-government organizations, industry groups and peer companies, AT&T developed a credible methodology to measure the GHG impacts of customers' use of AT&T technology in an effort to track progress against our 10x Carbon Reduction Goal. Read more at att.com/10x. |

**208**

## PROGRESS TOWARD GOALS CONTINUED

### OUR NETWORK AND CUSTOMERS

| Topic | Target | Progress |
|---|---|---|
| Social & Environmental Impact | **Demonstrate positive social and environmental impacts of AT&T-connected devices and solutions through internal and external collaboration.** | **Developing innovative solutions and sharing case studies** <br> AT&T continues to develop innovative technologies such as artificial intelligence (AI), virtual reality (VR) and the Internet of Things (IoT) that can, by collaborating internally and externally, improve quality of life and the world around us, especially in the areas of greenhouse gas reduction, health, accessibility, public safety, education and more. We collaborate internally and externally on these initiatives and highlight our solutions in published case studies. Read more at att.com/IoT-for-Good and att.com/10x. |
| Fiber & Broadband Deployment | **Reach 12.5 million locations with all-fiber internet access such as residences, home offices and very small businesses, by mid-2019.[14]** | **Reached 14 million locations** <br> By the end of 2019, we deployed all-fiber internet access to 14 million locations. |

## PROGRESS TOWARD GOALS CONTINUED

### OUR NETWORK AND CUSTOMERS



**2025 GOAL**
By 2025, AT&T will enable carbon savings 10 times the footprint of our operations by enhancing the efficiency of our network and delivering sustainable customer solutions.

| Topic | Target | Progress |
|-------|--------|----------|
| Network Efficiency | **Enhance network efficiency to achieve a net-positive ratio between our operational footprint and the carbon reductions our technology makes possible for customers using our services.** | **Continuing emissions reductions** We continue to reduce our GHG emissions through extensive energy efficiency efforts in our buildings and network, optimization of our vehicle fleet and through large-scale renewable energy purchases. We also continue to leverage our technology to identify opportunities for additional improvements in operational efficiency. |
| Customer Enablement | **Deliver customer solutions to achieve a net-positive ratio between our operational footprint and the carbon reductions our technology makes possible for customers using our services.** | **Enabled reductions 2.2x our footprint** Our calculations have verified that through the end of 2018, AT&T technology has enabled customer GHG emission reductions approximately 2.2 times that of our operational footprint. We're working to enable far more emissions reductions than that, and we will continue to report our progress biannually. |

**210**

# PROGRESS TOWARD GOALS CONTINUED

## OUR SUPPLY CHAIN



**2020 GOAL**
We will lead our supply chain to improve its social and environmental impacts by integrating sustainability performance metrics into our sourcing decisions for 80% of our spend.[15]

| Topic | Target | Progress |
|---|---|---|
| Sustainable Sourcing Standards | **Incorporate sustainability-oriented sourcing standards and analysis into sourcing decisions with strategic suppliers.** | **Conducted supplier assessments and audits**<br>In 2019, AT&T Global Connections and Supply Chain continued to require suppliers to adhere to our Principles of Conduct for suppliers through our Supplier Portal and contract agreements. We led 5 on-site supplier factory audits as a member of JAC. We continue to incorporate sustainability-oriented standards and analyses into sourcing decisions, including the insertion of sustainability clauses into RFPs and agreements, training our sourcing managers on the principles of sustainability, and providing updates to sourcing managers on the sustainability performance of existing suppliers. |

**211**

# PROGRESS TOWARD GOALS CONTINUED

## OUR SUPPLY CHAIN



### 2025 GOAL

We will work with our industry peers to develop and promote adoption of sustainability metrics that will transform the environmental and social impact of technology supply chains.

| Topic | Target | Progress |
|---|---|---|
| Supplier Sustainability Measurement | **Help establish clear, agreed-upon industry sustainability metrics to measure the environmental and social impact of technology supply chains.** | **Collaborating with industry-leading organizations** <br> To evaluate our suppliers on social and environmental criteria, we work with multiple industry organizations, including: <br><br> • **TIA-QuEST Forum:** AT&T helps lead the working group advancing the adoption of the TIA Sustainability Assessor tool, which we also use with our own suppliers. <br><br> • **CDP:** AT&T requests our strategic suppliers respond to the annual CDP supply chain survey, which we use to gather their GHG emissions data, reduction goals and associated progress. <br><br> • **Joint Audit Cooperation (JAC):** We work with JAC to conduct 5 corporate social responsibility audits of our suppliers' manufacturing facilities, the results of which are shared with JAC member telecommunications companies. <br><br> • **Sustainable Purchasing Leadership Council (SPLC):** AT&T uses guidance documents provided by the SPLC, which provide information on sustainable purchasing standards, tools in the market and guidance for conducting RFx evaluations. |

**212**

Case 3:24-cv-01196-N     Document 73-1     Filed 11/05/24     Page 218 of 331     PageID 609

## PROGRESS TOWARD GOALS CONTINUED

### OUR SUPPLY CHAIN

| Topic | Target | Progress |
|---|---|---|
| Industry Sourcing | **Promote the use of sustainability metrics in industry sourcing.** | **Encouraging tier 1 supplier reporting** AT&T suppliers use the CDP supply chain and TIA Sustainability Assessor metrics to report GHG emissions and sustainability progress, which allows AT&T and other TIA companies the ability to benchmark supplier emissions and work with suppliers to make improvements. |
| Sustainability Performance | **Develop and follow an industry roadmap toward truly sustainable performance among our suppliers.** | **Collaborating with suppliers and organizations** AT&T moves our suppliers along an industry roadmap with CDP, JAC and TIA-QuEST Forum to continuously improve measurements, benchmarking and results in sustainable supplier performance. |

**213**

## PROGRESS TOWARD GOALS CONTINUED

### OUR COMMUNITIES



**2020 GOALS**
We will invest resources, develop initiatives and collaborate with stakeholders with the goal of increasing the U.S. high school graduation rate to 90% by the class of 2020.[16]

We are committed to hiring veterans and their family members into AT&T career opportunities.

| Topic | Target | Progress |
|---|---|---|
| Education and Training | **Invest in education & training programs that use technology to address education challenges, help students get through high school and beyond, and provide the skills needed to get and keep good jobs.** | **Committed more than $550 million** Since 2008, we've committed more than $550 million to programs that help students as part of the AT&T Aspire program. |
| Educational Technology Solutions | **Support technology applications that solve educational challenges through the AT&T Aspire Accelerator.** | **Launched Aspire Accelerator $1 Million Skills Building Challenge** In 2019, to celebrate the 5th year of the Accelerator, we launched the Aspire Accelerator $1 Million Skills Building Challenge, which provides financial investment, access to expert services and mentorship to education startups dedicated to skills development. The participants from the 5 previous Accelerator classes are currently reaching more than 32 million students and have attracted more than $48 million in funding after graduation. |
| Veteran Career Opportunities | **Hire more than 20,000 veterans and their family members between 2013 and 2020.** | **Reached 100% of our hiring goal** We achieved our goal in November 2019, more than a year early. In addition, we have various mentoring programs that pair veterans who are transitioning from military life to civilian careers with AT&T veteran employees who can provide experience and guidance.  |

**214**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 220 of 331    PageID 611

## PROGRESS TOWARD GOALS CONTINUED

### OUR COMMUNITIES



**2025 GOAL**
We will invest resources, develop initiatives and collaborate with stakeholders to close the skills gap by increasing the number of Americans with high-quality post-secondary degrees or credentials to 60% by 2025.[17]

| Topic | Target | Progress |
|---|---|---|
| Advanced degrees | **Promote STEM training through ongoing education programs.** | **Investing in credential & degree programs** In 2019, we continued to invest in credentialing, certification or specialized degree programs that help propel students in their careers. Highlights include: <br>• Supported Udacity Nanodegree programs that provide online educational pathways to industry-relevant skills, <br>• Contributed to General Assembly to help to democratize access to digital skills and credentials via online bootcamps and scholarship delivery to the AT&T Aspire network and <br>• Collaborated with the University of Texas at El Paso, Hampton University, Champlain College and others to create opportunities for degrees or certifications in specialized fields. |
| Internship opportunities | **Host 200 Year Up interns annually by 2022** | **Hosted 63 Year Up interns** In 2019, we hosted 63 Year Up interns in AT&T offices around the U.S. |



# KEY PERFORMANCE INDICATORS

To assess our progress, we measure annual performance in areas most important to our stakeholders and our business.

**216**

# KEY PERFORMANCE INDICATORS

## HIGHLIGHTS



### 13%

Year-over-year reduction in global GHG emissions, largely resulting from renewable energy purchases coming online in 2019



### 26.4%

Percentage of AT&T Communications spend with businesses owned by minorities, women, veterans, LGBTQ+ people and those with disabilities[18]



### $143.9 million

Amount of corporate and foundation philanthropic giving in 2019

## GREENHOUSE GAS (GHG) EMISSIONS



**Carbon Footprint**
U.S. Scope 1, 2 & 3 carbon footprint (GHG emissions)[19]

Global Scope 1, 2 & 3 carbon footprint (GHG emissions)[19]

**GHG Emissions Intensity**
GHG emissions relative to annual revenue[19]

GHG emissions relative to network traffic[20]

**metric tons $CO_2$e**
### 9,387,488

**metric tons $CO_2$e**
### 10,419,308

**metric tons $CO_2$e/$ million revenue**
### 36.01

**metric tons $CO_2$e/petabyte of network traffic**
### 21.15



U.S. carbon footprint: 11,611,524 ('15), 11,620,252 ('16), 10,716,169 ('17), 11,081,005 ('18), 9,387,488 ('19)



Global carbon footprint: 11,795,685 ('15), 12,295,999 ('16), 11,639,219 ('17), 12,035,873 ('18), 10,419,308 ('19)



GHG emissions intensity (revenue): 59.03 ('15), 54.33 ('16), 49.96 ('17), 44.99 ('18), 36.01 ('19)

GHG emissions intensity (network traffic): 84.58 ('15), 35.39 ('16), 30.52 ('17), 26.89 ('18), 21.15 ('19)

## ENERGY MANAGEMENT

**Electricity**
Total electricity use (global direct billed and leased electricity)

**Energy Intensity**
Electricity consumption relative to annual revenue

Electricity consumption relative to network traffic[13]

**Energy Projects**
Annualized energy cost savings from energy projects

**MWh (million)**
### 14.1

**MWh electricity/$ billion revenue**
### 77,557

**MWh electricity/petabyte of network traffic**
### 45.5

**U.S. dollars (million)**
### 39.8



Electricity: 14.9 ('15), 15.1 ('16), 14.3 ('17), 14.3 ('18), 14.1 ('19)



Energy intensity (revenue): 102,415 ('15), 94,091 ('16), 91,274 ('17), 85,803 ('18), 77,557 ('19)

Energy intensity (network traffic): 147.0 ('15), 139.0 ('16), 122.0 ('17), 51.0 ('18), 45.5 ('19)



Energy projects: 119.1 ('15), 101.0 ('16), 148.0 ('17), 51.1 ('18), 39.8 ('19)

## KEY PERFORMANCE INDICATORS CONTINUED

### WASTE MANAGEMENT

**Total Waste**
Total waste managed by AT&T[21]

pounds (million)
## 541.55



**Waste Recycled**
Percentage of waste recycled

%
## 37.45



**E-Waste**
Number of broadband devices reused or recycled

million
## 3.4



Number of mobility devices reused or recycled

million
## 7.80



Number of U-verse devices reused or recycled

million
## 3.6



Number of DIRECTV devices reused or recycled

million
## 15.2



### WATER MANAGEMENT

**Water Footprint**
Gallons of water used for domestic operations[22]

gallons (billion)
## 3.011



**Water Intensity**
Water consumption relative to annual revenue

gallons/$ thousand revenue
## 16.63



Water consumption relative to network traffic[20]

gallons/petabyte of network traffic
## 9,758



### RESPONSIBLE SUPPLY CHAIN

**Supplier Diversity**
Percentage of spend with business enterprises owned by minorities, women, veterans, LGBTQ+ people and those with disabilities[18]

%
## 26.40



### NETWORK QUALITY & RELIABILITY

**Network Investment**
Investment in wired and wireless networks

U.S. dollars (billion)
## 19.6



## KEY PERFORMANCE INDICATORS CONTINUED

### WORKFORCE

**Employee Health & Welfare**
Number of employees, retirees and eligible dependents offered health and welfare benefits[23]

million
## 1.0



**Union Jobs**
Percentage of union-represented employees[23]

%
## ~40



**Code of Business Conduct**
Percentage of employees who completed Code of Business Conduct training[24]

%
## 98.8



**Employee Training Investments**
Amount invested in direct employee training and development programs[23]

U.S. dollars (million)
## 200



Amount invested in tuition assistance for both management and non-management employees[23]

U.S. dollars (million)
## 18



**Employee Safety**
OSHA total recordable occupational injury and illness rate[23]

per 100 employees
## 1.90



### COMMUNITY ENGAGEMENT

**Philanthropic Giving**
Amount of corporate and foundation giving

U.S. dollars (million)
## 143.9



**Employee Participation**
Percentage of employees that participate in volunteer programs[25]

%
## 17



Average giving, per employee donor[26]

U.S. dollars
## 344

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 225 of 331    PageID 616

2019/2020 AT&T CORPORATE RESPONSIBILITY SUMMARY    INTRODUCTION    GLOBAL CHALLENGES & OPPORTUNITIES    GOVERNANCE    PROGRESS TOWARD GOALS    KPIs    **RECOGNITION**    37

# RECOGNITION

**Barron's**
100 Most Sustainable U.S. Companies

**Bloomberg**
Gender Equality Index

**CDP**
Climate Change Leadership Tier (A-)

**Corporate Secretary Magazine**
Corporate Governance Award, Best ESG Reporting

**CR Magazine**
100 Best Corporate Citizens

**DiversityInc**
Top 50 Companies for Diversity

**Dow Jones Sustainability Index North America**

**Ethisphere**
World's Most Ethical Companies

**Financial Times, Agenda**
10 Most Transparent S&P 500 Companies on ESG

**Fortune**
Best Big Companies to Work For
World's Most Admired Companies

**Great Place to Work**
Best Workplaces for Diversity

**Hispanic Association on Corporate Responsibility**
Corporate Inclusion Index

**Human Rights Campaign**
Corporate Equality Index

**JUST Capital**
America's Most JUST Companies (JUST 100)

**National Organization on Disability**
Leading Disability Employer

**Points of Light**
The Civic 50



Case 3:24-cv-01196-N     Document 73-1     Filed 11/05/24     Page 226 of 331     PageID 617

# ENDNOTES

1   Identification of essential critical infrastructure workers during COVID-19 response: https://www.cisa.gov/sites/default/files/publications/Version_3.0_CISA_Guidance_on_Essential_Critical_Infrastructure_Workers_4.pdf

2   U.S reach via Comscore Xmedia Total View Audience Analysis Report. Live +7. Period: March 2020. Television numbers are based on broadcast month, digital and mobile are based on calendar month. International TV data based on the digital domestic to international reach ratio. P2+ data for TV, & desktop and 13+ for mobile. Based on a selected list of competitors. Worldwide reach includes U.S. and international TV data, U.S. and international digital video and non-video. Does not include out-of-home viewing, radio, OTT app usage and off-platform usage where attribution tracking does not exist within Comscore.

3   AT&T Communications participation in Open COVID Pledge initiative: https://about.att.com/story/2020/open_covid_pledge.html

4   Benefits and policies vary by country and operating company.

5   The Food Trust: http://thefoodtrust.org/uploads/media_items/michigan-mapping-final.original.pdf

6   California Department of Education (CDE) Data Reporting Office: http://www.cde.ca.gov/ds/sd/sd/filescupc.asp

7   Feeding America: https://www.feedingamerica.org/hunger-in-america/arizona

8   Includes $50,000 in funding from the AT&T Foundation as of end-of-year 2019.

9   Renewable Energy Buyers Alliance. Corporate Renewable Deal Tracker: https://rebuyers.org/deal-tracker/

10  AT&T Renewable Energy Website: https://about.att.com/csr/home/environment/renewable-energy.html

11  Renewable Energy Buyers Alliance. Top 10 U.S. Large Energy Buyers in 2019: https://rebuyers.org/blog/renewable-energy-buyers-alliance-announces-top-10-u-s-large-energy-buyers-in-2019/

12  In 2017, AT&T restated our 2008 Scope 1 baseline to 1,354,054 MT $CO_2$e to include a back-cast of DIRECTV's business Scope 1 emissions for the baseline period. In addition, natural gas fuel cell emissions are excluded from all annual Scope 1 emissions figures. The fuel cell emissions are included in Scope 2 emissions in accordance with guidance from the GHG Protocol.

13  Electricity use is the numerator and is a proxy for total energy use. Total traffic volume (network traffic payload and calculated satellite payload) is the denominator and is a proxy for our production. As of 2018, we include satellite traffic in our total network traffic.

14  Consistent with the requirements of the FCC DIRECTV merger order.

15  This goal is focused on network, consumer equipment and corporate services spend, and does not include video content and entertainment companies.

16  Graduation rate as measured by GradNation, a campaign of America's Promise Alliance: https://gradnation.americaspromise.org/

17  Degree/credential rate as measured by the Lumina Foundation: https://luminafoundation.org/stronger-nation/report/2020/#nation

18  Supplier diversity spend and performance excludes content and programming spend. The management approach and data detailed reflect the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

19  As of 2019 and moving forward, AT&T will report all emissions data containing Scope 2 emissions using the market-based Scope 2 calculation method in accordance with the GHG Protocol Scope 2 Guidance, unless otherwise specified. Emissions data for 2018 and earlier was calculated using the location-based emissions methodology, unless otherwise specified. Select historical data has been restated due to improvements in data collection, analysis and reporting methodology.

20  As of 2018, we include satellite traffic in our total network traffic. Learn more about how we calculate total traffic for our GHG emissions intensity metric in our Energy Management issue brief.

21  The totals and percentages shown represent all waste accounted for through AT&T's domestic e-waste, general solid waste, investment recovery and regulated (hazardous and non-hazardous) waste programs, including select WarnerMedia and Xandr locations. Our 2019 increase in total waste use is the result of Xandr and WarnerMedia integration into our operations. We will continue to integrate WarnerMedia and Xandr facility data into our reporting.

22  Our 2019 increase in total water use is the result of WarnerMedia integration into our operations.

23  Inclusive of AT&T Communications.

24  Inclusive of AT&T, Inc., AT&T Communications, Xandr, AT&T Mexico and Vrio.

25  Inclusive of AT&T Communications, WarnerMedia and Xandr.

26  Inclusive of AT&T Communications and Xandr.

**221**



This document represents a summary of our corporate responsibility efforts and progress. Further reporting on our ESG performance and impact can be found online through the materials below.

**about.att.com/csr/reporting**

- ESG Reporting Indexes (GRI, SASB, TCFD, UNGC, UN SDGs)
- Detailed Issue Briefs
- Stakeholder Engagement
- CDP Climate Change Response
- Latin America CSR Reports
- Diversity & Inclusion Annual Reports
- AT&T Transparency Report
- Political Engagement Report

 @ATTimpact

ATTimpact

att.com/csr

         

         

          

          

**223**

224

# EXHIBIT 6

**Prepared For Anything**
Our approach to leading global business and societal issues. **pg. 5**

**Reinforcing Our Commitment**
The corporate and organizational leadership guiding our efforts. **pg. 24**

**Measuring Our Impact**
Strategic goals including our new targets for 2030 and beyond. **pg. 29**

**KPIs**
Leading metrics that help measure our progress. **pg. 39**

# THE POWER OF

# Connection

AT&T
ESG Summary
May 2021



AT&T

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 231 of 331    PageID 622

AT&T ESG Summary May 2021

**Introduction**   Global Challenges and Opportunities   Governance and Leadership   Progress Toward Our Goals   KPIs   Recognition

# OUR VALUES



**LIVE TRUE.**
Do the right thing, no compromise.

**THINK BIG.**
Innovate and get there first.

**PURSUE EXCELLENCE.**
In everything, every time.

**INSPIRE IMAGINATION.**
Give people what they don't expect.

**BE THERE.**
When customers and colleagues need you most.

**STAND FOR EQUALITY.**
Speak with your actions.

**EMBRACE FREEDOM.**
Press, speech, beliefs.

**MAKE A DIFFERENCE.**
Impact your world.

# IN THIS REPORT



## 3  INTRODUCTION

Our commitment to corporate responsibility begins with strong guidance from our leadership.

4   Letter From Our Chief Executive Officer



## 5  GLOBAL CHALLENGES AND OPPORTUNITIES

Companies like AT&T are called to be strong corporate citizens and to demonstrate ethical leadership that considers the needs of society alongside those of business.

6    Digital Divide
8    Operational Resilience
10   Supply Chain Management
11   Human Capital Management
13   Diversity, Equity and Inclusion
15   Economic Opportunity
17   Climate Change
20   Technology Innovation
21   Privacy, Network Security and Digital Responsibility
23   AT&T Believes$^{SM}$

## 24  GOVERNANCE AND LEADERSHIP

We address environmental, social and governance (ESG) issues at every level of our company.

25   Corporate Social Responsibility (CSR)
27   Stakeholder Engagement
28   ESG Reporting

📑 For a detailed look into all our work from the past year, visit our full ESG reporting library at about.att.com/csr/reporting.



## 29  PROGRESS TOWARD OUR GOALS

We're making progress on our roadmap of targets that serve as milestones to 2030 and beyond.

## 39  KPIs

To assess our progress, we measure Key Performance Indicators (KPIs) in areas most important to our stakeholders and our business.



## 42  RECOGNITION

Third-party recognition gives us valuable feedback on our approach and helps drive continuous improvement.

226

AT&T ESG Summary May 2021

**LETTER FROM OUR CHIEF EXECUTIVE OFFICER**

# THE UNMISTAKABLE POWER OF CONNECTION

**Our purpose at AT&T is to create connection. And we do that with a deep commitment to corporate responsibility – for our customers, our communities and our employees.**

**John Stankey**
Chief Executive Officer

Over this past year, our purpose and commitment came together in a particularly powerful way, as COVID-19 disrupted our lives and highlighted the vital importance of internet connectivity. Looking back, it's clear the pandemic accelerated what had been a gradual but steady shift to a digital economy. In the process, it brought renewed attention to the millions of Americans who lack high-speed access to the internet.

To help address this digital divide, we're working with schools and community organizations on a number of fronts, including providing discounted network access for low-income households, as well as skills-building resources and opportunities for economic empowerment in underserved communities. We're especially focused on closing the homework gap by offering connected learning solutions for remote classrooms and a range of innovative digital learning tools. We recently backed that up with a $2 billion commitment over the next 3 years to help connect the nation's most vulnerable communities. That's on top of $1 billion in contributions made over the last 3 years.

At the same time, we're closely collaborating with policymakers to help ensure that the educational, social and economic benefits of broadband connectivity are available to everyone.

Another important focus area for AT&T is building on our momentum to address environmental sustainability issues. Despite the pandemic, our 2035 goal of achieving net zero Scope 1 and 2 greenhouse gas (GHG) emissions remains well on track. We're decreasing our costs and our environmental footprint by enhancing the resilience and efficiency of our operations and virtualizing many of our network functions. We're broadening the use of our industry-leading Climate Change Analysis Tool to help mitigate the potential impact of climate-related weather events on our network and operations. And we're helping business customers and municipalities lower their own risks and reduce their environmental footprint through innovative broadband and Internet of Things (IoT) solutions.

We're also continuously working to improve our industry-leading diversity of talent across the company, because we recognize that there's always more work to be done. Our goal is to empower the workforce and storytellers of tomorrow by providing pathways to technology and media careers. As you can see on our Diversity & Inclusion website, one of AT&T's core values is to Stand for Equality. We have zero tolerance for racism, xenophobia or any other form of discrimination and we strongly support local and global initiatives – including policy changes – that will advance equity, justice and equal protections for all.

This report highlights the many ways AT&T is connecting and engaging in our communities, operating responsibly, mitigating risk and removing unnecessary costs from the business to maximize long-term growth opportunities for our company, employees and customers.



**GLOBAL CHALLENGES & OPPORTUNITIES**

## PREPARED FOR Anything

**Our success aligns to the management of leading ESG issues impacting our company, customers and communities.**

| 6 | Digital Divide | 15 | Economic Opportunity |
|---|---|---|---|
| 8 | Operational Resilience | 17 | Climate Change |
| 10 | Supply Chain Management | 20 | Technology Innovation |
| 11 | Human Capital Management | 21 | Privacy, Network Security and Digital Responsibility |
| 13 | Diversity, Equity and Inclusion | 23 | AT&T Believes |

4

5

227



**DIGITAL DIVIDE**

ADDRESSING OUR

# GREATEST CHALLENGE

**Requirements to work and learn remotely over the past year have shed greater light on the digital divide that has long left millions of students and families without essential broadband connectivity.**

**This nationwide problem disproportionately impacts households of color, those with disabilities and residents of rural or under-resourced communities.**

Access to affordable and reliable internet service is critical for work, learning and commerce – and for staying digitally connected to family, friends, breaking news and information. AT&T has a long history of keeping our customers and communities connected. We've invested more than $110 billion in our wireless and wireline networks over the past 5 years, including U.S. and international capital investments and the acquisition of wireless spectrum and operations, to help expand coverage and improve connectivity, reliability and performance. And through the end of 2020, we've used support from the Federal Communications Commission (FCC) Connect America Fund program to help deploy, maintain and offer internet and voice services to 1.1 million mostly rural homes and small business locations in FCC-identified areas of need.

## Doubling Down Our Efforts

In 2021, we announced an expanded commitment to invest $2 billion over the next 3 years to help address the digital divide. This effort will combine AT&T's low-cost, wired broadband service offerings with ongoing community investment, building on approximately $1 billion in contributions over the last 3 years to help the nation's most vulnerable communities.

Introduced 5 years ago, Access from AT&T[1] is a voluntary AT&T-funded program offering low-cost, wired broadband internet access to qualifying households for $10 per month. This offer from AT&T has no contract or installation fees. We're continuing to waive data overages for these customers and are maintaining expanded eligibility to include households participating in the National School Lunch program and Head Start.[2]

AT&T is also participating in the Federal Emergency Broadband Benefit program, which will allow more than 30 million eligible[3] households to receive a temporary subsidy bringing the cost of qualifying AT&T home internet or wireless plans as low as $0 per month.[4]

## Introducing AT&T Connected Learning

As part of our $2 billion digital divide commitment, we introduced AT&T Connected Learning, a multi-year initiative supporting solutions to help stem the tide of learning loss, further narrow the homework gap and empower today's learners.

Together with WarnerMedia,[5] we're developing a digital learning platform that will deliver high-quality curriculum and online learning tools from some of the best educational organizations in the world, as well as exclusive educational content from WarnerMedia, everywhere today's connected students learn – in the classroom, at home and in the community.

We're also launching AT&T Connected Learning Centers in traditionally underserved neighborhoods facing barriers to connectivity. The centers will provide access to high-speed internet and computing devices, as well as opportunities for tutoring and mentorship through our employee-driven AT&T Believes volunteerism initiative.

And together with the Public Library Association, we'll offer a collection of digital literacy courses to help parents and families build the skills and confidence to help their child navigate distance learning and participate effectively and safely in today's digital world.

## Working With the Government

We believe it takes a collaborative approach between the public and private sectors, as well as smart public policy at the state and federal levels, to continue bridging the digital divide. Ubiquitous broadband connectivity is one of AT&T's top priorities for 2021, and we've joined nearly 50 advocacy organizations, companies and non-profit groups urging policymakers to enact sustainable, effective broadband policies to help build resilient broadband networks, create jobs and empower opportunities for all Americans.

Congress has appropriated FCC funding for more accurate broadband mapping. This will help companies like AT&T precisely target remaining broadband coverage gaps and is a positive step in government efforts to fully address the digital divide.

AT&T further recommends the FCC Lifeline universal service program be modernized and digitized to support the full cost of broadband connectivity, while allowing participants to administer benefits electronically. We also encourage policymakers to equally consider wired and wireless connectivity solutions. As wireless technologies offer increasingly impressive broadband performance, these simpler-to-deploy solutions will help speed closure of affordability and availability gaps for households in need.



## BRIDGING THE HOMEWORK GAP

Over the last 12 years, we've invested more than $600 million to help close achievement and representation gaps in under-resourced schools and communities.

When the events of 2020 forced more than 50 million U.S. students out of the classroom,[6] we launched the $10 million AT&T Distance Learning and Family Connections Fund to help equip parents, students and teachers with high-quality tools and content for at-home learning – and to help families maintain meaningful connections when isolated from friends and loved ones. In collaboration with more than 60 organizations, we've reached over 196 million students, parents and educators with resources and programming.

During the COVID-19 pandemic, nearly 17 million children have been unable to take part in virtual learning or complete schoolwork because their family doesn't have a home internet connection or device. To help address this challenge, AT&T made an additional $10 million commitment to support at-risk students disconnected from remote learning with free internet connectivity and Wi-Fi hotspots. We're working with Connected Nation, a leading non-profit focusing on broadband and digital technology challenges, to help close the gap for approximately 35,000 students in need.

And to better connect our learning institutions, AT&T has offered discounted unlimited wireless data plans and content filtering services to more than 135,000 public and private K-12 schools, colleges and universities across the U.S.

In Latin America, ESCUELA+ provides primary and secondary schools with DIRECTV[7] and SKY satellite technology, original and third-party partner educational content, customer services support and custom-designed pedagogical support materials to positively transform the classroom experience. When COVID-19 led to the suspension of in-person classes, we opened the ESCUELA+ channel and its content to all DIRECTV, DIRECTV GO and SKY Play customers in Argentina, Brazil, Chile, Colombia, Ecuador, Peru and Uruguay to support learning at home. Through this expansion, educational content previously reaching almost 10,000 schools was immediately made available to nearly 7 million households, free of charge.



6    7

AT&T ESG Summary May 2021

Introduction    **Global Challenges and Opportunities**    Governance and Leadership    Progress Toward Our Goals    KPIs    Recognition

**OPERATIONAL RESILIENCE**

# ANSWERING
# THE CALL

**The communications industry is one of 16 infrastructure sectors designated as critical by the U.S. Department of Homeland Security, and AT&T operates one of the world's most prominent and advanced global backbone networks.**

**Our infrastructure and operations are built to be resilient, which means we have the people, resources and procedures to keep everyone connected – providing essential services, news and information when our customers and communities need us most.**

The events of 2020 impacted nearly everything we do at AT&T. We connected millions of businesses, employees and families as they transitioned to remote work and learning. We're carrying nearly 40% more wireless voice traffic and approximately 26% more data than before the pandemic. And in 2020, texting on our network hit a peak rate of 99,000 messages per second. Through FirstNet, we're supporting more than 2.2 million connections nationwide across more than 16,000 public safety organizations. And CNN served the largest audiences in its 40-year history, as viewers turned to us for clear and comprehensive reporting on the pandemic, presidential election and history-making demonstrations for racial justice.

🔖 Learn more about our  COVID-19 response efforts.

## Supporting First Responders

Through all 2020 has thrown at us, FirstNet – the only nationwide wireless broadband communications platform dedicated to America's first responders and public safety community – has been helping those on the front line effectively coordinate and communicate. AT&T's FirstNet teams were there in January supporting the first COVID-19 quarantine sites. And we provided critical communications during Hurricanes Laura and Delta, wildfires in Colorado and California, and instances of civil unrest.

The FirstNet network covers more than 2.71 million square miles and more than 99% of the U.S. population. In 2020, we added nearly 100,000 square miles to the FirstNet coverage footprint – equivalent in area to the state of Oregon. We'll continue to expand our support in 2021 and beyond as vaccination efforts roll out across the country, unprecedented weather events continue to occur and we anticipate what might be next.

🔖 Learn more about FirstNet's response to COVID-19.

### FirstNet By the Numbers

 **16,000+** organizations

 **80+** dedicated deployable network assets

 **2.71 million+** square miles of coverage

 **2.2 million+** connections

 **750+** public safety deployable asset requests in 2020

## Keeping the Business Running

AT&T's Business Continuity Management Program is certified to ISO 22301:2012 and aligns with a broad collection of domestic and international business continuity standards. Our global team of certified business continuity experts, led by our President of Network Engineering and Operations, works to maintain the operation of key business processes. And our WarnerMedia Business Resilience team helps plan for incidents that could affect production facilities, critical systems or our people.

Our National Disaster Recovery (NDR) organization is critical to keeping our network operational – even in the wake of unpredictable, catastrophic events. We've invested more than $650 million in the U.S. and another $15 million internationally to ensure our NDR program is ready whenever natural or man-made disasters may strike.

Updates on all our business continuity efforts are shared with the AT&T Board of Directors.

🔖 Learn more in our Network & Data Security issue brief.

## Standing With Small Business

During the pandemic, businesses of all sizes have needed support. To better serve our more than 2.5 million small business customers, AT&T:

- Joined the Stand for Small Coalition and provided millions of U.S. small businesses with valuable services, offers and access to tools and expertise.

**PROMOTING EMPLOYEE SAFETY AND PRODUCTIVITY**

In early 2020, we put our business continuity plans to the test as nearly half of our employees – approximately 130,000 – transitioned from regular workspaces to work from home, and we shifted many retail services from in-store to online. For customer-facing employees who can't do their job remotely, we continue to implement enhanced operational protocols and provide equipment to help keep them safe.

As we look beyond the pandemic, we're revising our business models to support flexible office space and at-home productivity for many employees on a long-term basis. And the remote network access and web conferencing tools we provide customers will remain a mainstay of our own operations.



- Teamed up with Barbara Corcoran to launch a webinar series helping small businesses work toward recovery.

- Launched a business continuity resource center to help businesses plan, adapt, stay connected and remain productive during challenging times.

- Provided $1.2 million to support 7 female and minority-led alumni companies from the AT&T Aspire Accelerator in their work to reach underserved communities with educational technology solutions.

🔖 Learn more about how we supported businesses during the pandemic on the AT&T Newsroom.



**SUPPLY CHAIN MANAGEMENT**

# NO STOPPING **US**

**A resilient supply chain is critical. AT&T's supply chain has been able to withstand the demands of the pandemic by working with organizations offering innovative, cost-efficient capabilities that align with business priorities such as 5G deployment and the expansion of FirstNet and fiber connectivity to communities across the U.S.**

## Navigating the Impact of COVID-19

We've long worked with more than 20,000 suppliers to ensure a geographically diverse and resilient supply chain that reduces our risk in unforeseen situations. In fact, we used the reach of our supply chain to help meet several challenges of the COVID-19 pandemic. For example, a disabled veteran-owned business in Indiana provided us with 135,000 gallons of hand sanitizer and a minority-owned business in California used their extensive global network to help distribute pandemic-related supplies for our employees.

AT&T secured more than 5 million face masks, 9 million pairs of sanitary gloves and more than 50,000 spray bottles of disinfectant to help keep our workforce safe. And we donated millions of dollars of unused supplies to front-line workers, school districts and organizations such as the American Indian College Fund, American Indian Higher Education Consortium and The Salvation Army.

## Ensuring Supplier Responsibility

AT&T is committed to advancing sustainable business practices among our suppliers – with a focus on diversity, the environment, human rights and prevention of forced labor. We expect supplier business operations to be conducted in a manner consistent with sustainability and diversity clauses in our contracts, and we require conformance with the AT&T Principles of Conduct for Suppliers, WarnerMedia Supplier Guidelines and AT&T's Human Rights Policy.

We facilitate regular sustainability assessments and audits for our suppliers, through tools such as an assessor developed with the Telecommunications Industry Association (TIA) and participation in the Joint Audit Cooperation (JAC), an organization that facilitates collaboration among peer telecom companies and industry suppliers. Since 2010, JAC has audited nearly 600 factory locations and conducted human rights reviews for more than 1.3 million factory workers – including many AT&T suppliers.

🔖 Learn more in our **Responsible Supply Chain issue brief.**

### BUILDING SUPPLIER DIVERSITY

AT&T has one of the largest supplier diversity programs in corporate America and never has diversity in our supply chain been more important than now. Our overall supplier diversity goal is 21.5% of total procurement expenditures. And in 2020, 24.5% of our total supply chain spend – $13.2 billion – was awarded to certified diverse businesses owned by minorities, women, veterans, LGBTQ+ people and those with disabilities.[8]

In 2019 and 2020, AT&T spent $3.1 billion with Black-owned suppliers, exceeding our 2-year $3 billion commitment to drive diversity and inclusion across our business and communities. Black-owned suppliers support AT&T across many lines of business including legal and professional services, warehousing and logistics, advertising and marketing, as well as construction and engineering.

**Spend with Diverse Suppliers[8]**



■ Diverse supplier spend (U.S. dollars, billion)  ■ % of total supply chain spend



**HUMAN CAPITAL MANAGEMENT**

# HERE FOR **EACH OTHER**

**We're one of the largest employers in the U.S., with one of the nation's largest union-represented workforces.**

**Our employees make AT&T a great place to work.**

In a year defined by uncertainty and unexpected challenges, our more than 230,000 employees have learned to work in new ways and new places.

To support the people who keep our company strong and our customers connected, we took a number of steps this past year, including temporary compensation increases for front-line employees who can't do their jobs from home and temporary increases in available paid time off for employees with family impacted by COVID-19 illness. We committed more than $100 million to help cast and crew from WarnerMedia productions on hiatus and, through the AT&T Employee Relief Fund, we supported more than 275 colleagues requesting assistance for COVID-19-related personal hardships.

We've completely covered the cost of COVID-19 testing, treatment and vaccines for employees and dependents through our AT&T health plans. And to help safely return essential employees and contractors to work locations, the company developed and implemented a health screening based on CDC guidelines that has been taken more than 6 million times across 4 continents in 16 different languages.



**For the last 3 years, AT&T has been named to the Fortune Best Big Companies to Work For™ list.**



**In 2020, *Chief Learning Officer* magazine recognized AT&T as Organization of the Year for Learning and Development and Editor's Choice for Best Learning Execution.**

## Empowering Employee Growth

As the global economy evolves, it's crucial for companies such as ours to train – and retain – a skilled and diverse workforce. AT&T invested approximately $166 million in 2020 to engage employees in nearly 16 million hours of education and training to help ensure our colleagues have the tools needed for continued success.[9] In 2020, we also invested $15.8 million in higher education tuition assistance.[9]

Our internal training organization, AT&T University, works across our business to deliver best-in-class training solutions that positively impact our workforce – from front-line employees to senior executives. AT&T University is our platform for strategic business training and alignment, energizing our workforce to enhance their skills and drive innovation. We offer more than 900 leadership and career courses, including partnerships with esteemed learning institutions.



📑 Learn more in the [Our Workforce issue brief](#).

## Providing Competitive Pay and Benefits

AT&T works hard to [attract and retain](#) the talented, diverse and engaged employees critical to keeping millions around the world connected, entertained and informed.

We continually evolve our benefits to reflect the needs of our workforce. In 2020, we expanded paid parental leave up to 12 weeks, which can be further extended for birthing mothers when paired with applicable short-term disability benefits.[10] And in 2021, we began

offering certain employee groups 3 weeks of continuous or intermittent paid caregiver leave – to help those dealing with personal emergencies or caring for a spouse or partner, child, grandchild, parent or another loved one.[11]

We regularly adapt our compensation model to ensure fair and inclusive pay practices across our business. We're committed to pay equity for employees who hold the same job, work in the same geographic area and have the same levels of experience and performance.

## ENHANCING OUR CULTURE

### How We Connect

In 2020, AT&T launched a cultural transformation to improve the way we work and identify the behaviors we must embody to best serve our customers. We conducted employee focus groups, surveys, and interviews to gain an honest evaluation of our strengths and weaknesses – learning that the rigor and processes historically serving AT&T well had, at times, become a barrier to performing our best amid rapidly changing industries.

We launched the How We Connect culture model to amplify our most effective corporate behaviors, adopt behaviors and expectations that will help us transform and empower employees to discontinue

practices that get in our way. We're holding colleagues at all levels accountable through our ongoing performance development process, which incorporates a 360-degree feedback structure. And we're evaluating our success, in part, by replacing our traditional employee engagement survey with a 56-question culture survey that better measures how we're doing – as a company, as individual departments and as supervisors or individual contributors.

This shift has given us the insight needed to address issues employees face in serving customers, moving faster, acting boldly and working together. It has provided a roadmap for future improvement to our organizational culture and a solid metric for progress over time.





**DIVERSITY, EQUITY AND INCLUSION**

# WE STAND FOR EQUALITY

AT&T's corporate value to **[Stand for Equality](#)** demonstrates that our workplace is made stronger when we build understanding of our commonalities, not our differences. We commit to use our corporate voice and influence to champion equity and combat injustices that threaten our employees or the communities we serve.

## Valuing Diversity

At AT&T, [diversity](#) is foundational for building an inclusive environment where everyone is valued and empowered – and that work starts at the top. In 2020, we published a Board Diversity Statement, noting "AT&T recognizes the value of diversity, and takes into account many factors, including but not limited to gender, race and ethnicity, as important in determining composition and in making nominations to the Board." And to promote employee engagement in diversity and inclusion initiatives across our operating companies we regularly convene four diversity councils, including the CEO's Diversity Council led by our most senior executive.

From our Board of Directors to front-line workers across the globe, we seek talented people who represent a mix of backgrounds, identities, abilities and experiences. We've joined the [OneTen](#) coalition, a group of corporations pledging to collectively hire 1 million Black Americans over the next 10 years. And in 2020, more than 55% of open positions and 56% of promotions were filled by diverse candidates.[9]

"AS SOCIETY AND INDIVIDUALS, WE WILL ALL DO BETTER AND ENJOY MORE SUCCESS WHEN EQUALITY AND JUSTICE UNDERPIN EVERY CORNER OF SOCIETY.

John Stankey
Chief Executive Officer, AT&T

12    13

**231**

AT&T encourages success based on employees' individual merits and abilities without regard to race, color, religion, national origin, gender, gender identity, gender expression, sexual orientation, age, disability, marital status, citizenship status, military status, protected veteran status, employment status or other protected status. We fully consider all qualified applicants for employment, including those with a criminal history who need a second chance. And we encourage employees to join one or more of our 39 employee groups, which exemplify our company's commitment to diversity and inclusion through efforts in the workplace, marketplace and community – while focusing on members' professional development and opportunities for community service.



### Recognizing the Value of Diversity at AT&T

■ People of color  ■ Female

**Board of Directors**
25%
25%

**U.S. Management[12]**
40%
37%

**U.S. Workforce[12]**
46%
34%

**Global Workforce (68+ countries)**
34.3%

We will share our federal EEO-1 later this year. Visit the AT&T Diversity & Inclusion website for additional workforce diversity data.

We support the United Nations Women's Empowerment Principles and its mission to advance equity and the empowerment of women and girls. We also endorse and obey laws that prohibit discrimination, such as the Equality Act, which would ban discrimination based on sexual orientation or gender identity. This is consistent with our long-standing commitment to inclusion for the LGBTQ+

community, and we urge its passage so all are ensured equal civil rights protections under U.S. law.

### Seeking Justice and Fairness

Hate has no home at AT&T. We're committed to raising awareness and taking a stand against all forms of racism and xenophobia.

The killings of George Floyd and countless others highlight the continued injustices experienced by Black Americans. We're devoting resources and leadership toward initiatives to help advance economic opportunity, overcome systemic educational barriers and promote law enforcement reform. And we'll do so for as long as it takes.

In the summer of 2020, AT&T led a Business Roundtable initiative of top CEOs to push for public policy changes that deliver equal justice outcomes for all. To date, AT&T has supported and helped secure legislative reforms in more than 15 states in pursuit of equal justice for all Americans.

The fight for racial and social justice continues as hate crimes have risen in the Asian American and Pacific Islander (AAPI) community during the COVID-19 pandemic, as reported by Stop AAPI Hate. We believe the violence against these individuals must end and AT&T and WarnerMedia have announced a $7 million pledge to help raise awareness and continue our ongoing commitment to address equality issues that impact our employees and neighbors.

### Supporting Accessibility

AT&T is committed to positively impacting those with disabilities. In 2020, we were the lead sponsor for ADA30 Lead On: A Celebration of Disability Arts, Culture, Education and Pride – an online event celebrating the 30th anniversary of the Americans with Disabilities Act and highlighting the need for accessible job opportunities in the entertainment industry.

Our Accessibility and Inclusion initiative works to ingrain accessibility throughout AT&T's culture, making it easier for all individuals, including those with disabilities, to pursue careers and advancement at AT&T. Our efforts helped AT&T score a 100 on the Disability Equality Index benchmark.

## ELEVATING DIVERSE VOICES

As exemplified by WarnerMedia's industry-leading Production Diversity Policy, we're committed to elevating diverse voices in film and storytelling, ensuring the content we produce and distribute is representative of our community. This includes diversifying our channel lineup and providing support for programs that identify and create opportunity for new creative talent.

To promote equity within the entertainment industry and prepare people to be future award-winning animators, sound engineers and directors, TCM and WarnerMedia have collaborated with re:imagine/ATL for the TCM Presents Women Make Film: Next Gen Filmmakers program. Ghetto Film School's 2020 Film Credits challenge, supported by AT&T and WarnerMedia, secured more than 100 submissions from up-and-coming teenage filmmakers. And the FACIUNI Film Scholarship program is contributing to the search for new voices and talent in film from across Latin America.

We're proud to be a founding partner of #ARRAYCrew, a database focusing on inclusion for below-the-line production professionals. And we've expanded our entry-level WarnerMedia Access Writers program to amplify underrepresented voices and historically marginalized writers with a pathway into the television industry.

 **In 2020, the Disability Equality Index recognized AT&T as one of the Best Places to Work for Disability Inclusion.**

📖 Learn more in the Our Workforce issue brief, Accessibility & Affordability issue brief and the AT&T Diversity & Inclusion website.



**ECONOMIC OPPORTUNITY**

# EMPOWERING
# FUTURES

**We believe that everyone – regardless of age, gender, race or socioeconomic status – deserves the opportunity to succeed. Access to broadband connectivity and the resources it can provide is a large part of AT&T's commitment to helping build equity for all. With an eye toward jobs of the future, we're also working to help people develop the skills they need to thrive in technology, media and telecommunications careers.**

### Helping Equity Meet Opportunity

The country's reckoning with social justice in 2020 affected us all and deepened AT&T's commitment to supporting equity in our company, as well as our communities. Over the past five years, AT&T has contributed $215 million[13] to increase education, skills building and career readiness opportunities in Black and underserved communities. And in 2020, we committed an additional $10 million to further support these groups, which often face long-standing social inequities and higher unemployment – all of which have been exacerbated by the COVID-19 pandemic.

Last year, we worked with The NETwork to conduct the first AT&T HBCU Innovation Challenge, in which 25 student teams from 17 historically Black colleges and universities (HBCUs) competed for a $50,000 prize by

developing innovative 5G solutions to help communities. In 2021, we announced AT&T University's HBCU Future Leaders Program, a multi-year mentoring and workforce readiness initiative pairing HBCU students from AT&T internship and development programs with senior leaders and employees who can help them develop leadership skills and expertise in technology and innovation. And through collaborations with organizations like Jobs for America's Graduates, Year Up and YouthBuild USA, we continue to support training, skills development and work experiences for under- and unemployed young people.



AT&T ESG Summary May 2021

ECONOMIC OPPORTUNITY (CONTINUED)

## Introducing Next Generation Storytellers

AT&T is empowering young storytellers and those from non-traditional backgrounds who haven't had traditional pathways into the entertainment industry with opportunities to create content and learn skills.

Through WarnerMedia Access to Action, we've helped more than 420 people gain experience in entry-level production jobs across our media brands, with a goal to diversify our talent pipeline and help establish connections that can lead to lifelong careers.

In 2020, AT&T and CNN launched Youth Voices Collective, a program to support student expression and teach writing and journalism skills. In collaboration with non-profits 826 National, VOX ATL and Six Feet of Separation, we provide instruction, coaching and sharing opportunities to thousands of students across

the U.S. – especially those in underserved communities.

WarnerMedia is also a lead sponsor of re:imagine/ATL's No Comment Film Fellowship, which helps students ages 16 – 19 write, produce and pitch films to gain confidence and experience as they refine their craft. Students from the fellowship were also recognized as part of TCM's Women Make Film: Next Gen Filmmakers program.

In collaboration with non-profit 21st Century Leaders, we developed the WarnerMedia Institute for Future Leaders program for high school students interested in media industry careers. WarnerMedia also supports Reel Works' MediaMKRS production workforce development program and VOX ATL's Media Café, a hands-on program helping teens explore multimedia storytelling techniques while learning the fundamentals of journalism.

OneFifty is WarnerMedia's in-house content innovation center, which invests in artists creating fresh, provocative content across all forms of media: features, series, digital, animation, interactive, virtual reality (VR) and more. This initiative is disrupting the way content is traditionally developed in our industry, helping bring the most compelling untold stories to audiences.

> ❝ IT'S CRITICAL TO CULTIVATE THE NEXT GENERATION OF CONTENT CREATORS THAT MIRROR OUR SOCIETY. ❞
>
> **Charlene Lake**
> **Senior Vice President, Corporate Social Responsibility and Chief Sustainability Officer, AT&T**



Learn more in our Building Digital Skills issue brief.



**CLIMATE CHANGE**

# TAKING ACTION FOR
# TOMORROW

As the world transitions to a net zero economy, AT&T is demonstrating leadership by setting aggressive goals and taking purposeful action through a combination of mitigation and adaptation efforts. We're taking costs out of the business by enhancing our efficiency while working to reduce GHG emissions – and we're helping our customers do the same. We're also taking steps to protect our network from threats and costly repairs associated with extreme weather events while helping communities identify and address their own vulnerabilities.

### On Our Way to Carbon Neutral

Climate-related goals support our business strategy to pursue efficiency projects that save millions of dollars across our operations each year. By deploying IoT solutions to streamline key business processes, transitioning to a low-emissions fleet, scaling our renewable energy capacity, expanding sustainable production practices at WarnerMedia and working to virtualize large portions of our network, we're able to deploy new capabilities faster while reducing energy use and emissions. Since 2010, we've implemented nearly 147,000 energy efficiency projects – resulting in annualized energy cost savings of nearly $694 million.

AT&T has committed to becoming carbon neutral, achieving net zero Scope 1 and 2 GHG emissions[14] by 2035. To help measure our progress, we've revised our science-based target to reduce emissions for these same categories 63% by 2030 (against 2015 baseline) – aligning with a 1.5°C pathway.

We're also working to reduce Scope 3 emissions from our supply chain and have achieved 80% of our science-based target to ensure at least half of our spend (covering purchased goods and services, capital goods and downstream leased assets) is with suppliers that have, or will, set science-based Scope 1 and 2 targets by 2024.

> ❝ OUR NETWORK IS TESTED BY CLIMATE CHANGE AND NATURAL DISASTERS EVERY YEAR. WE RECOGNIZE THE LONG-TERM IMPACTS THESE COMMITMENTS CAN HAVE, AND WE OWE IT TO THE MILLIONS OF CUSTOMERS WHO RELY ON OUR SERVICES TO CREATE THE MOST RESILIENT AND SUSTAINABLE BUSINESS WE CAN. ❞
>
> **John Stankey**
> **Chief Executive Officer, AT&T**

AT&T ESG Summary May 2021

**CLIMATE CHANGE** (CONTINUED)

# BY 2035, AT&T WILL BE CARBON NEUTRAL

CO₂e EMITTED

CO₂e REDUCED*

000000.00
TONS CO₂e

CARBON FOOTPRINT

*Represents reductions and offsets*

## Enabling Customer Emissions Reductions

The net zero economy represents tremendous business opportunity, as AT&T connectivity can help customers across countless industries meet climate-related goals. For instance, our IoT solutions can help organizations reduce emissions by optimizing energy use and streamlining transportation, logistics and asset monitoring. Our network enables sensors that ensure lights are used only when needed and that the temperature in cold storage facilities remains at optimal levels, reducing electricity consumption and cost. We help fleet-intensive businesses optimize vehicle routing to minimize fuel burn and emissions. And we connect sensors that monitor soil conditions so farmers can increase production while using less water and fertilizer.

In 2015, we established a 10x goal to enable customer carbon savings 10 times the footprint of our operations by 2025. This goal was intentionally set as a ratio to incentivize reduction of AT&T's operational emissions and quantify increases in the emissions savings AT&T connectivity enables.

Through numerous internal initiatives, AT&T's 2020 operational footprint decreased to approximately 5.8 million metric tons of $CO_2e$. 2020 tracked customer GHG emissions savings enabled by AT&T reached an annualized 31.3 million metric tons of $CO_2e$ – achieving nearly 55% of our 2025 10x goal.

## Getting to a Gigaton

Following AT&T's commitment to achieving net zero Scope 1 and 2 emissions[14] by 2035, we sought a more ambitious goal for the enablement of customer GHG emissions reductions. In 2021, we retired our 10x goal and announced the AT&T Gigaton Goal to deliver connectivity solutions that enable business customers to save a gigaton (1 billion metric tons) of GHG emissions by 2035.

Our gigaton goal is equivalent in scope to the emissions reduction capability of approximately 215,000 wind turbines running for a year. This goal will calculate the cumulative impact of emissions savings from 2018, when we first calculated AT&T customer emissions reduction enablement, until 2035.

Progress against our gigaton goal will be reported annually. From 2018 – 2020, cumulative tracked customer emissions reductions enabled by AT&T total 72.4 million metric tons of $CO_2e$ – achieving approximately 7% of our gigaton goal.

## Going Big on Renewable Energy

AT&T is one of the largest corporate purchasers of renewable energy in the U.S. and we'll continue to expand our portfolio, where feasible. As part of our previous commitment to purchase more than 1.5 gigawatts of renewable energy capacity domestically, in 2020 we announced an agreement representing more than 500 megawatts of solar energy – the largest U.S. corporate solar energy deal to date.

In Argentina, we've reached a 1,200 MWh/year agreement to contribute renewable energy to the grid supporting our DIRECTV central office through 2025. And in Mexico, we're implementing a 40 GWh/year agreement to supply renewable energy to approximately 1,200 network sites.

Our renewable energy purchases drive significant reductions in our reported emissions and help protect us from rising energy costs. These investments also support hundreds of local jobs and contribute clean electricity to the power grid.



## BUILDING RESILIENCE TO CLIMATE CHANGE

Climate change is associated with increasingly frequent extreme weather. Since millions of consumers rely on AT&T for vital connectivity, news and entertainment we must protect our network against disruptions.

Our industry-leading Climate Change Analysis Tool helps visualize extreme weather events at the neighborhood level up to 30 years into the future. In 2020, we began work to expand the use of the tool from 4 pilot states in the Southeast to the entire contiguous U.S. We're also adding analysis capabilities for natural disasters such as wildfires and droughts. With this tool, AT&T can better take climate change into account as we plan for network buildouts, maintenance and disaster preparedness.

And to help communities better prepare for their own climate-related risks, we'll continue to make the Argonne National Laboratory climate datasets developed for our tool available to the public.



🔖 **Learn more in our Climate Change issue brief.**

18

19

**234**



## TECHNOLOGY INNOVATION

# LEADING
# THE WAY

**Technologies such as 5G and multi-access edge computing (MEC) are rapidly changing how we live, work and engage with the world. Never has the power of connectivity been so important as consumers, families, businesses and public safety agencies identify new applications to enhance our quality of life and accelerate economic opportunity.**

### Powering Tomorrow's Healthcare

AT&T has deployed 5G capabilities across the U.S. Department of Veterans Affairs (VA) Puget Sound Health Care System campus in Seattle to pilot healthcare use cases for high-bandwidth, low-latency 5G and MEC technologies that bring application processing closer to the end-user. Teams will explore opportunities to improve medical procedures and training through emerging technologies like augmented reality (AR) and VR. Potential use cases include remote or virtual pain management using AR and VR, plus remote and/or near real-time surgical assistance using AR to layer multiple surgical techniques.

Our collective goal is to improve healthcare delivery to the approximately 9 million veterans who use VA healthcare services each year.

### And the EMMY® goes to…



In late 2021, AT&T and WarnerMedia will be honored by the National Academy of Television Arts & Sciences with a Technology & Engineering EMMY Award in recognition of technical advancements in addressable TV advertising. We developed technology to divide a single, nationwide advertising market into 85 local markets, which will help small and mid-sized advertisers communicate with customers more effectively and deliver targeted, relevant advertising on a national scale across a plethora of pay TV providers.

 Learn more in our Technology Innovation issue brief.

## ENHANCING PUBLIC SAFETY



For the 3rd consecutive year, Frost & Sullivan has recognized AT&T for innovation in public safety.

FirstNet MegaRange™ leverages high-power user equipment to extend the range of a cell site, boosting critical coverage for first responders in hard-to-reach locations such as fortified buildings, elevators, underground structures and rural areas.

This functionality can only be transmitted using Band 14 spectrum, which means FirstNet is the only network in the U.S. providing such capability for public safety.

Z-Axis for FirstNet enhances traditional GPS-based location methods with vertical location capability to help identify where in a building rescue team members may be, and on which floor.

This service is the first of its kind to be offered to public safety agencies, and it's available exclusively to FirstNet subscribers.

Learn more at **FirstNet**.

> " AT&T IS AT THE FOREFRONT OF PROVIDING INDUSTRY-LEADING PUBLIC SAFETY SOLUTIONS THAT MODERNIZE PUBLIC SAFETY COMMUNICATIONS AND TRANSFORM EMERGENCY REPORTING AND RESPONSE. "
>
> Brent Iadarola
> Vice President, Frost & Sullivan

20

---



**People and businesses count on AT&T to protect their information and respect their privacy, no matter how they interact with our company. We work hard to secure personal information and have established technical, administrative and operational safeguards for our network, as well as the information we collect and use.**

## PRIVACY, NETWORK SECURITY AND DIGITAL RESPONSIBILITY

# SAFETY
# FIRST

AT&T is committed to the safety and well-being of our customers and society, and to helping everyone use our products and services in a safer and more responsible manner. We'll continue to find ways to provide people with safe, inclusive and positive interactions on all screens.

### Championing Privacy Within Our Business

AT&T complies with all privacy laws and regulations in the domestic and international markets where we operate. We secure our network and limit access to consumer information within the company to those who have a business need. Annual compliance training for employees includes important content on our privacy policies and requirements.

To address privacy-related issues unique to our media and advertising business, WarnerMedia maintains a dedicated Privacy Center of Expertise that coordinates with AT&T's Chief Privacy Officer (CPO). Our CPO is responsible for establishing and enforcing the company's privacy principles, policies and commitments across all operating companies – providing oversight of the business to ensure consumers can exercise their individual rights under applicable privacy laws. The CPO regularly updates executive leadership and the AT&T Board of Directors about privacy-related issues.

Learn more in our **Privacy issue brief**, **Network & Data Security issue brief**, and **Responsible Use of Products & Services issue brief**.

### SAFEGUARDING CHILDREN

AT&T believes that technology and communications companies must make the protection of children a priority. We do this by working to protect the privacy of young people's personal data and preserving their rights to freedom of expression and protection from online predators or exploitation. In 2020, we established the AT&T Online Safety Committee to provide oversight and guidance on digital safety issues. And we completed a human rights impact assessment across our portfolio of products and services to better understand risks related to potential online child exploitation and sexual abuse material. We engage with groups such as the WePROTECT Global Alliance and the National Center for Missing and Exploited Children to promote human rights associated with our operations.

Learn more in our **Safeguarding Children issue brief**.



21

---

235

## EDUCATION IS THE FIRST LINE OF DEFENSE

Cyber Aware helps empower and educate consumers about email and text scams, spam, identity theft and much more. In 2020, AT&T increased efforts to raise awareness about social engineering scams and fraud during the COVID-19 global pandemic. Together with the National Crime Prevention Council, we launched a public education campaign with the call to action, *Don't Take The Bait – Validate!*

### Establishing Network Security and Reliability

Our Chief Security Office (CSO) establishes global policy and programmatic requirements to ensure security is a part of every organization within the company, and hundreds of highly trained CSO professionals and department-level security specialists across our business focus on compliance. The AT&T Security Policy and Requirements align to numerous international security standards and laws, and apply to all employees, contractors and suppliers. AT&T maintains 2 global ISO 27001 certifications covering our global IP infrastructure as well as certain customer-facing products and services.

Our ability to apply automated threat detection technologies to the analysis of network data is critical to helping safeguard our infrastructure as the volume of attempted cyberattacks grows each year. AT&T's threat management program provides 24/7, near-real-time data correlation, situational awareness reporting, active incident investigation, case management, trending analysis and predictive security alerting.

Our CSO shares regular reports on our cybersecurity efforts with the Audit Committee of the AT&T Board of Directors.

Learn more in our Network & Data Security issue brief.

### ScreenReady

Through our ScreenReady program, we provide today's connected families with the information and tools they need to create safe and positive connections on all screens. In 2020, we commissioned our 2nd Digital Family Poll, benchmarking the changing landscape of technology use in today's households. In the poll,[15] 89% of caregivers indicated parental controls are an effective tool to manage teens' digital safety, yet less than half report using them. The poll also revealed that teens with active parental controls on their devices report feeling happier, safer and more productive online than those without such supervision.

### Combating Cyberbullying

In 2020, AT&T and Cartoon Network supported the Cyberbullying Research Center's first-ever nationally representative survey of cyberbullying among U.S. kids ages 9 – 12, revealing that more than 1 in 5 have experienced cyberbullying in some form.

Cartoon Network's Stop Bullying: Speak Up program has reached its 10-year milestone in the U.S. and, in conjunction with the CN Buddy



### #ItCanWait

For more than a decade, AT&T has been working to help end distracted driving in the U.S. and Mexico. Since 2010, our It Can Wait campaign has generated more than 40 million pledges to drive distraction-free.

Learn more in our Responsible Use of Products & Services issue brief.



Inspired by these insights, AT&T and WarnerMedia launched a campaign featuring some of DC's most iconic superheroes – Superman, Wonder Woman and Batman – to remind caregivers to set parental controls on all connected devices in their household.

Network campaign in Europe, the Middle East and Africa, has inspired millions of kids to promote acceptance through strategies that help everyone feel included.

AT&T Mexico is collaborating with the NEMI Foundation on the Si Fueras tú project, a series of awareness workshops and materials that have helped thousands of students and teachers promote a culture of cyberbullying prevention in school.



AT&T believes in the communities where we live and work. We have a long history of being there when it counts, because the strength of our business depends on the strength of our neighbors.

### Supporting First Responders

In the wake of COVID-19, in 2020 AT&T committed $5.5 million to work with Feeding America, The Salvation Army, Team Rubicon and World Central Kitchen – providing more than 25 million meals in support of first responders, medical personnel and others in need.

**We were able to:**

provide **25M+** meals    reach **81** cities    support **60+** food banks



## AT&T BELIEVES

# A HELPING HAND

Internal research shows that employees participating in volunteerism and other community engagement programs are more likely to recommend AT&T as a place to work, stay at AT&T longer and feel better about working for the company.

AT&T Believes is our company-wide, localized effort to combine employees' passion, creativity and generosity of time and resources with AT&T's longstanding relationships with external organizations. The initiative seeks to maximize impact across more than 40 markets around the world, focusing on needs such as digital access, the homework gap, building job skills for a digital world and basic necessities in times of crisis.

In 2020, Believe New York[SM] helped the YMCA of Greater New York create a childcare program for area families most impacted by remote schooling. Believe Detroit[TM] worked with the governor's office and Michigan Restaurants Association to deliver meals to first responders caring for COVID-19 patients. And AT&T Believes markets helped distribute $5.5 million to support economic empowerment for Black communities.

We launched AT&T Believes in India, Slovakia, Czechia, Ireland and the UK last year – collaborating with 32 non-profits that support causes such as meals for underserved students in India, the needs of homeless people in Slovakia and demand for job-readiness programs across Europe.

In 2021, in collaboration with Udacity and Coursera, AT&T will grant approximately 2,300 scholarships to help underserved students achieve their career aspirations, distributed in AT&T Believes markets across the U.S.

Learn more in our Community Engagement issue brief.

AT&T ESG Summary May 2021

## GOVERNANCE AND LEADERSHIP

# REINFORCING OUR *Commitment*

**AT&T's commitment to corporate responsibility means embedding it across our business, with strong governance at every level of the company.**

**25** Corporate Social Responsibility

**27** Stakeholder Engagement

**28** ESG Reporting

24

**CORPORATE SOCIAL RESPONSIBILITY**

# DOING WHAT **WE SAY**

### Board of Directors Oversight

The Public Policy and Corporate Reputation Committee (PPCRC) of the AT&T Board of Directors (Board) assists the Board in its oversight of ESG-related policies and issues affecting AT&T, including the digital divide; diversity, equity and inclusion; education of our current and future workforce; employee volunteerism; privacy; human rights; climate resilience; digital well-being; ESG reporting; and disclosures of political contributions and government data requests. Members of the PPCRC come from diverse professional and cultural backgrounds, giving them the experience, depth of knowledge, judgment and vision to challenge our assumptions and continuously improve our work.

The PPCRC also oversees our policies for philanthropic giving, which include corporate contributions approved by the AT&T Contributions Council and grants approved by the AT&T Foundation. The Contributions Council and AT&T Foundation are composed of senior executives charged with the supervision of our philanthropic investments.

Our Chief Sustainability Officer participates in PPCRC meetings, in addition to having periodic discussions with board members about ESG issues.

Additional Board committees oversee activities that impact ESG topics. For example, the Audit Committee reviews our cybersecurity and financial risk exposures and steps to mitigate them. The Audit Committee also oversees internal controls as well as our corporate compliance program. And the Corporate Development and Finance Committee oversees capital investments and the implementation of key technology decisions.

Learn more about our **Board committees and their charters**.



### ESG POLICIES

Foundational policies, including the codes of business conduct that govern our operating companies, put our values into action and detail our commitment to ethics, diversity, privacy, the environment and our communities. These guidelines and expectations inform how we do business and how we interact with customers, suppliers, our communities and each other.

See a list of our policies:
https://about.att.com/csr/home/governance/policies.html.

### AT&T BOARD OF DIRECTORS
### PUBLIC POLICY AND CORPORATE REPUTATION COMMITTEE

**Glenn H. Hutchins**, (PPCRC Chairman), Chairman, North Island and Co-Founder, Silver Lake

**Samuel A. Di Piazza, Jr.,** retired Global Chief Executive Officer, PricewaterhouseCoopers International Limited

**William E. Kennard**, (Chairman of the AT&T Board of Directors) former U.S. Ambassador to the European Union and former Chairman of the U.S. Federal Communications Commission

**Debra L. Lee**, Chief Executive Officer, Leading Women Defined, Inc. and former Chairman & CEO, BET Networks

25

237

AT&T ESG Summary May 2021

Introduction · Global Challenges and Opportunities · **Governance and Leadership** · Progress Toward Our Goals · KPIs · Recognition

## CSR GOVERNANCE COUNCIL

**Corey Anthony**, Senior Vice President, Human Resources and Chief Diversity and Development Officer

**Michael Bowling**, President, DIRECTV Latin America – AT&T International

**Len Cali**, Senior Vice President, Global Public Policy

**Anne Chow**, Chief Executive Officer, AT&T Business – AT&T Communications

**Andre Fuetsch**, Chief Technology Officer, Network Services – AT&T Communications

**Christy Haubegger**, Executive Vice President, Communications and Chief Inclusion Officer – WarnerMedia

**Susan Johnson**, Executive Vice President, Global Connections and Supply Chain – AT&T Communications

**Jerrie Kertz**, Senior Vice President, Compliance

**Charlene Lake**, Senior Vice President, Corporate Social Responsibility and Chief Sustainability Officer

**Amy Leifer**, Executive Vice President, Operations and Services, Xandr – WarnerMedia

**Amir Rozwadowski**, Senior Vice President, Finance and Investor Relations

**Larry Solomon**, Chief Communications Officer

**Valerie Vargas**, Senior Vice President, Consumer Advertising – AT&T Communications

**Rick Welday**, Executive Vice President and General Manager, Broadband and Video, AT&T Consumer – AT&T Communications

Business unit representation on the CSR Governance Council regularly evolves with the changing needs and structure of our business. For a current list of members, visit about.att.com/csr/council.



### CSR Governance Council & Committees

Our CSR Governance Council is led by our Chief Sustainability Officer and is comprised of officers from each of our operating companies with responsibility for business operations aligned to our most important ESG focus areas. The council meets 3 – 4 times per year and collaborates across a broad range of issues, competencies and perspectives.

In addition to the council, we convene 5 core issue committees led by senior CSR management: Community, Employee Activation, Environment, Human Rights and Online Safety. These committees work closely with experts throughout our operating companies and regions to implement and enhance programs and policies that address ESG issues across AT&T.

### Corporate Political Contributions

Participating in the democratic process includes corporate contributions related to the electoral process. AT&T's engagement with elected officials and policymakers is guided by our values, codes of business conduct and public policy positions. In short, we're committed to ensuring the interests of our business, customers and employees are top of mind – without regard to political party affiliation.

To that end, we have a robust internal authorization process for all political engagement activities. The Public Policy and Corporate Reputation Committee of the AT&T Board of Directors receives our full list of corporate political contributions and has an opportunity to provide guidance.

We may make corporate political contributions to state and local candidates, political parties, political action committees (PACs) and ballot measure committees. We do not make corporate political contributions to federal political parties or candidates for federal office.

### Employee Political Contributions

Our employees can also participate in the political process through 30 employee-led state PACs and an employee-led federal PAC that may support federal and state candidates, independent of company political engagement positions or activities. AT&T employee PACs are voluntary and non-partisan, and provide eligible non-union AT&T employees an opportunity to collectively support public policy positions that are important to AT&T.



**AT&T's investor relations team and senior leaders conduct hundreds of meetings per year with investors, analysts and major shareholders, discussing topics such as our corporate strategy and commitment to ESG issues.**

**STAKEHOLDER ENGAGEMENT**

# ESSENTIAL TOUCHPOINTS

**Ongoing stakeholder engagement is a critical part of our work and governance, helping us anticipate emerging risks and opportunities, and adapt to change.**

Organizations across AT&T – such as CSR, external affairs, investor relations and finance – participate in regular dialogue and structured collaboration throughout the year with stakeholder groups including: AT&T employees, business and consumer customers, investors, suppliers, distributors, government and non-government organizations, as well as programmatic and community organizations.

Every 2 – 3 years, we conduct a formal assessment that engages thousands of internal and external stakeholders to identify and prioritize our company's most significant ESG impacts and focus areas. In Q4 2019, we concluded our most recent company-wide assessment.

🔖 Learn more about the findings from our latest stakeholder assessment at about.att.com/csr/reporting.

This process provides valuable insight into how AT&T should align our resources, reporting and communications. And we supplement this effort by continuously monitoring emerging ESG issues and current events, adjusting our programs and resources, as appropriate.

### Reputation Measurement

On a monthly basis, AT&T surveys stakeholders to assess their perception of our corporate reputation and brand, including the emotional attachment of consumers who state they are familiar with our company's operations. We measure interest and awareness of specific AT&T corporate responsibility programs and emerging social issues, and sample impressions of programs in development.

Our measurements confirm that awareness of AT&T corporate responsibility efforts improves company reputation – which in turn positively affects key business metrics such as willingness to buy or recommend, and willingness to give AT&T the benefit of the doubt in difficult times.

### Leadership Oversight

The results of our ongoing stakeholder engagement efforts are reported to the CSR Governance Council, senior company officers and the Public Policy and Corporate Reputation Committee of the AT&T Board of Directors. The insights gained help guide our corporate responsibility strategy and goals, improve business operations and policies, ensure transparent reporting and prioritize programmatic investments and collaboration across the business.

### Stakeholder Assessment Tier 1 Priorities



- Privacy
- Network quality & reliability
- Technology innovation
- Affordability & accessibility
- Talent attraction, engagement & retention
- Building digital skills
- Network data & security
- Employee diversity, equality & inclusion
- Energy efficiency & renewables
- E-waste & product end-of-life management
- Climate change & GHG emissions

🟢 Environmental   🟠 Governance/Economic   🔵 Social   🔵 Workforce

Introduction    Global Challenges and Opportunities    Governance and Leadership    **Progress Toward Our Goals**    KPIs    Recognition



**ESG REPORTING**

# STRAIGHT
# TALK

We detail ESG performance through robust annual public reporting, which many stakeholders recognize as best-in-class. We strive to present data in a modular format that's responsive to a variety of needs and interests, and our levels of transparency have been recognized by leading third-party measurement organizations. The governance of our ESG reporting is internally validated by our finance organization and quantitative environmental measures (emissions and energy use) are externally assured.

We report in alignment with the Global Reporting Initiative (GRI) and Sustainability Accounting Standards Board (SASB) standards and disclosure frameworks from CDP (climate change), the Task Force on Climate-related Financial Disclosures (TCFD), the United Nations (UN) Global Compact and UN Sustainable Development Goals (SDGs). We publish diversity, equity and inclusion reports outlining our progress cultivating workplace diversity across AT&T and content diversity across WarnerMedia. And we publish regional GRI-aligned reports detailing corporate responsibility efforts across our Latin American operations.

## Political Engagement Reporting

Through our biannual Political Engagement Report, we describe how AT&T participates in the political process and disclose company U.S. political contributions – as well as those of AT&T employee PACs.

For the last 2 years, AT&T has received the leading Trendsetter designation from the CPA-Zicklin Index of Corporate Political Disclosure and Accountability, for transparent disclosure of our political engagement spend.

## Transparency Reporting

Like all companies, we're required by law to provide information to government and law enforcement entities, as well as to parties to civil lawsuits, by complying with court orders, subpoenas, lawful discovery requests and other legal requirements. Our Transparency Report lists the number and types of legal demands that have compelled AT&T to provide information about communications on our network or our customers, as well as information permitted by law to be disclosed about Foreign Intelligence Surveillance Act requests.

**RATINGS AND RANKINGS**

- AT&T has been named to the Bloomberg Gender Equality Index for 4 consecutive years, since its 2018 expansion beyond the financial services sector.

- AT&T has scored in the Leadership Level for the CDP Climate Change assessment for the 5th consecutive year, earning an A- score each year.

- For the 4th consecutive year, AT&T is the only U.S.-based telecommunications services provider on the Dow Jones Sustainability Index North America.

- For 2021, AT&T is the JUST 100 telecommunications industry leader and is ranked 8th overall on the JUST Capital list of America's 100 most just companies. We've been recognized on the list since its 2018 inception.

🔖 **For a detailed look into all our work from the past year, visit our ESG reporting website at about.att.com/csr/reporting.**

28

**PROGRESS TOWARD OUR GOALS**

# MEASURING
# OUR
*Impact*
BELIEVES℠

**As we near or reach attainment of our 2020 and 2025 goals, we're setting our sights even higher – identifying new measures that continue to push us and reflect the direction of our evolving business.**

30  Environment         35  Governance

33  Social              37  Our Path to 2030

29

239

AT&T ESG Summary May 2021

PROGRESS TOWARD OUR GOALS

Introduction · Global Challenges and Opportunities · Governance and Leadership · **Progress Toward Our Goals** · KPIs · Recognition

# PROGRESS
# **TOWARD OUR GOALS**

## **ENVIRONMENT**

### **OUR NETWORK AND OPERATIONS**



| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
| GHG Emissions | 2020 | **Reduce our Scope 1 GHG emissions 20% using a 2008 baseline of 1,354,054 metric tons of $CO_2e$.** | **↓ 22.8%** Our reported Scope 1 emissions were 1,044,751 metric tons of $CO_2e$ in 2020. We exceeded our target and this represents a 22.8% reduction compared to our 2008 baseline. Year-over-year, our Scope 1 GHG emissions are up 5.4% from 2019, as the result of our 2020 decision to begin reporting all refrigerants as in-scope. |
| | 2030 | **Reduce our absolute Scope 1 and 2 GHG emissions[14] 63% (against 2015 baseline) – aligning with a 1.5°C pathway.** | **↓ 37%** This target was approved by the Science Based Targets initiative in 2021, as an expansion of a previously approved 26% reduction target. Our reported Scope 1 and 2 emissions were 5,788,258 metric tons of $CO_2e$ in 2020. This represents a 37% reduction compared to our 2015 baseline of 8,766,803 metric tons of $CO_2e$. |
| | 2035 | **Achieve carbon neutrality (net zero Scope 1 and 2 GHG emissions[14]) by 2035.** | **↓ 736,785 metric tons of $CO_2e$** Our reported Scope 1 and 2 emissions were 5,788,258 metric tons of $CO_2e$ in 2020. This represents a year-over-year reduction of 736,785 metric tons (or 11.3%) from 2019. |
| Fleet Management | 2020 | **Reduce the GHG emissions of our U.S. fleet 30% using a 2008 baseline of 865,777 metric tons of $CO_2e$.** | **↓ 38.4%** We exceeded our target and through the end of 2020 have reduced U.S. ground fleet emissions by 332,658 metric tons of $CO_2e$ or 38.4% from our 2008 baseline. In addition to reducing the size of our domestic fleet by more than 8,000 vehicles, 81% of passenger sedans procured for our domestic fleet since 2019 are hybrid vehicles. |



| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
| Alternative and Renewable Energy | 2020 | **Expand alternative energy use through on-site capacity and pursuit of off-site renewables.** | Expanded our clean energy portfolio In addition to our on-site solar and fuel cell installations, AT&T is one of the largest corporate purchasers of renewable energy in the U.S. and we'll continue to expand our portfolio, where feasible. As part of our previous commitment to purchase more than 1.5 gigawatts of renewable energy capacity domestically, in 2020, we announced an agreement representing more than 500 megawatts of solar energy – the largest U.S. corporate solar energy deal to date. The estimated energy production of our domestic renewable energy portfolio is more than 2.3 GWh annually, with more than 4.7 million kWh coming from on-site sources and more than 2.31 billion kWh from our off-site solar and wind contracts currently in production. In Argentina, we've reached a 1,200 MWh/year agreement to contribute renewable energy to the grid supporting our DIRECTV central office through 2025. And in Mexico, we're implementing a 40 GWh/year agreement to supply renewable energy to approximately 1,200 network sites. |

### **PRODUCTS AND VALUE CHAIN**

| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
| Product Efficiency | 2020 | **Provide sustainability information for all AT&T-branded network-connected consumer mobile devices.** | Rated 100% of eligible devices We reached our target and, in 2020, continued to score 100% of eligible mobile device models under our Eco-Ratings system, which rates products from 1 to 5 stars for 20 different environmental and social criteria across 5 different categories. |
| Device Recycling | 2020 | **Collect 200 million devices for reuse, refurbishment or recycling by end-of-year 2020.** | Refurbished or recycled 229 million devices We exceeded our target and have refurbished or recycled approximately 229 million devices since 2007.[16] This includes approximately: • 113.9 million DIRECTV set-top box devices • 16.9 million broadband devices • 26.2 million U-verse set-top box devices • 72.1 million mobility devices • 238,000 home security devices |

AT&T ESG Summary May 2021

PROGRESS TOWARD OUR GOALS (CONTINUED)

Introduction | Global Challenges and Opportunities | Governance and Leadership | **Progress Toward Our Goals** | KPIs | Recognition

## ENVIRONMENT (CONTINUED)

### PRODUCTS AND VALUE CHAIN (CONTINUED)

| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
| Customer Greenhouse Gas Methodology | 2020 | Develop and deploy a robust methodology to understand the impact of the AT&T network's GHG emissions on society. | **Measuring and reporting our GHG impact** Working with leading non-government organizations, industry groups and peer companies, AT&T developed a credible methodology to measure the GHG impacts of customers' use of AT&T technology in an effort to track progress against our 10x carbon reduction goal. |
| Social and Environmental Impact | 2020 | Demonstrate positive social and environmental impacts of AT&T-connected devices and solutions through internal and external collaboration. | **Developing innovative solutions and sharing case studies** AT&T continues to develop innovative technologies such as AI, VR and the IoT that can, by collaborating internally and externally, improve quality of life and the world around us – especially in the areas of GHG, health, accessibility, public safety, education and more. We collaborate internally and externally on these initiatives and highlight our solutions in published case studies. Read more at business.att.com/categories/iot-for-good and att.com/gigaton. |
| Customer Emissions Savings Enablement | 2025 | By 2025, AT&T will enable carbon savings 10 times the footprint of our operations by enhancing the efficiency of our network and delivering sustainable customer solutions. | **Enabled customer GHG emissions reductions 5.5x our footprint** Through numerous internal initiatives, AT&T's 2020 operational footprint decreased to approximately 5.8 million metric tons of $CO_2$e. 2020 tracked customer GHG emissions savings enabled by AT&T reached an annualized 31.3 million metric tons of $CO_2$ – achieving approximately 55% of our 2025 10x goal. In 2021, seeking a more ambitious goal for the enablement of customer GHG emissions reductions, we retired our 10x goal and announced the AT&T Gigaton Goal (see below). |
| | 2035 | Deliver connectivity solutions that enable business customers to reduce a gigaton (1 billion metric tons) of GHG emissions by 2035. | **Enabled 72.4 million metric tons of customer emissions savings** We announced our gigaton goal in 2021 and will report progress annually. This goal will calculate the cumulative impact of emissions savings from 2018, when we first calculated AT&T customer emissions reduction enablement, until 2035. From 2018-2020, cumulative tracked customer emissions reductions enabled by AT&T total 72.4 million metric tons of $CO_2$e – achieving approximately 7% of our gigaton goal. Read more at att.com/gigaton. |

## SOCIAL



### OUR COMMUNITIES

| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
| Education and Training | 2020 | In support of GradNation's goal to increase the U.S. high school graduation rate to 90% by the class of 2020.[17] AT&T will invest in education and training programs that use technology to address education challenges, help students get through high school and beyond, and provide the skills needed to get and keep good jobs. | **Committed more than $600 million** Since 2008, we've committed more than $600 million to programs that help students succeed in school and discover their career passions and potential. |





## SOCIAL (CONTINUED)

### OUR COMMUNITIES (CONTINUED)

| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
| Educational Technology Solutions | 2020 | **Support technology applications that solve educational challenges through the AT&T Aspire Accelerator.** | **Launched Aspire Accelerator $1 Million Skills Building Challenge**<br>In 2020, we launched another cohort for the Aspire Accelerator $1 Million Skills Building Challenge, which provides financial investment, access to expert services and mentorship to education startups dedicated to skills development. Companies participating in our 6 previous cohorts are currently reaching more than 45 million students and have attracted more than $50 million in external funding after graduating from the program. |
| Internship Opportunities | 2022 | **Host 200 Year Up interns annually.** | **Hosted 65 Year Up interns**<br>In 2020, we hosted 65 Year Up interns at AT&T around the U.S. and have revised our goal due to delays in placements caused by the COVID-19 pandemic.<br>Through our revised goal, we will host and hire 200 Year Up interns and alumni annually by 2023. |
| Advanced Degrees | 2025 | **AT&T will promote STEM training through ongoing education programs.** | **Investing in credential and degree programs**<br>Inspired by Lumina Foundation's goal to increase the number of Americans with high-quality post-secondary degrees or credentials to 60% by 2025,[18] AT&T has invested in credentialing, certification or specialized degree programs that help propel students in their careers. Highlights include:<br>• Support for Udacity Nanodegree programs that provide online educational pathways to industry-relevant skills.<br>• Contributions to Per Scholas to support software engineering and cybersecurity instructions, certification and career coaching.<br>• Collaboration with the University of Oklahoma, Notre Dame, North Carolina A&T State University, the University of Texas at El Paso, Hampton University and Champlain College to create opportunities for degrees or certifications in specialized fields.<br>In 2021, we evolved our strategy to focus on helping bridge the digital divide and announced a 3-year, $2 billion commitment to help bring affordability, educational resources and economic opportunity to the millions of Americans who don't have broadband connectivity today.<br>With this revised focus, we will no longer be tracking progress toward this Advanced Degrees target. |

34

## GOVERNANCE

### SUPPLY CHAIN

| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
| Sustainable Sourcing Standards | 2020 | **Lead our supply chain to improve its social and environmental impacts by integrating sustainability performance metrics into our sourcing decisions for 80% of our spend.[19]** | **Integrated sustainability performance metrics for 80% of spend**<br>In 2020, we achieved our goal to integrate sustainability performance metrics into our sourcing decisions for 80% of our spend. AT&T Global Connections and Supply Chain continued to require suppliers to adhere to our Principles of Conduct for Suppliers through our Supplier Portal and contract agreements. We led 2 on-site supplier factory audits as a member of JAC. We continue to incorporate sustainability-oriented standards and analyses into sourcing decisions, including the insertion of sustainability clauses into requests for proposals (RFPs) and agreements, training our sourcing managers on the principles of sustainability and providing updates to sourcing managers on the sustainability performance of existing suppliers.<br>We have extended this goal through 2025 and will continue reporting progress annually. |
| Supplier Diversity Spend | 2020 | **In 2019 – 2020, spend $3 billion with Black-owned suppliers across the U.S.** | **Spent $3.1 billion with Black-owned suppliers**<br>We exceeded our 2-year target and through the end of 2020, spent $3.1 billion with Black-owned suppliers across lines of business including legal, professional services, warehousing, logistics, advertising and marketing services, fuel, construction and engineering, property management and fiber installation. |

35

242

## GOVERNANCE (CONTINUED)

### SUPPLY CHAIN (CONTINUED)

| TOPIC | TARGET YEAR | TARGET | PROGRESS |
|---|---|---|---|
|  Supplier Science-Based GHG Emissions Targets | 2024 | **Work to ensure 50% of our suppliers (covering purchased goods and services, capital goods and downstream leased assets as a portion of spend) set their own science-based Scope 1 and Scope 2 GHG targets.** | 40% of suppliers have set science-based GHG emissions targets <br><br>This target was approved by the Science Based Targets initiative in 2020. Through the end of 2020, 40% of our suppliers by spend have set science-based GHG targets. |
|  Supplier Sustainability Measurement | 2025 | **Help establish clear, agreed-upon industry sustainability metrics to measure the environmental and social impact of technology supply chains.**<br><br>**Promote the use of sustainability metrics in industry sourcing.**<br><br>**Develop and follow an industry roadmap toward truly sustainable performance among our suppliers.** | Collaborating with industry-leading organizations <br><br>To evaluate our suppliers on social and environmental criteria, we work with multiple industry organizations, including:<br><br>· **TIA-QuEST Forum:** AT&T helps lead the working group advancing the adoption of the TIA Sustainability Assessor tool, which we also use with our own suppliers.<br><br>· **CDP:** AT&T requests that our strategic suppliers respond to the annual CDP supply chain survey, which we use to gather their GHG emissions data, reduction goals and associated progress.<br><br>· **JAC:** We work with JAC to conduct CSR audits of our suppliers' manufacturing facilities, the results of which are shared with JAC member telecommunications companies.<br><br>· **Sustainable Purchasing Leadership Council (SPLC):** AT&T uses guidance documents provided by the SPLC, which provide information on sustainable purchasing standards, tools in the market and guidance for conducting RFx (request for) purchasing evaluations.<br><br>Such industry collaboration is ongoing and as we look forward to our new collection of goals for 2030 and beyond we will no longer be tracking progress toward this target. |



**36**

---

**Amazing things happen when potential meets opportunity. We're committed to helping people thrive in an increasingly connected world.**

### OUR PATH TO 2030

# LOOKING
# FORWARD

Everyone should have access to the tools and resources to fulfill their potential. We're committed to helping people thrive by narrowing the digital divide, addressing climate change and supporting our communities in times of need. Through the power of broadband connectivity, AT&T brings opportunity to life for individuals, businesses and communities every day around the globe.

We'll act on this vision by finding new ways to *connect* and *innovate*.



### CONNECT

**Provide connectivity, resources and collaboration to create equitable opportunity for people and communities to thrive in a connected world.**



### INNOVATE

**Innovate and lead in broadband-powered climate solutions to create a healthy and connected planet where everyone can thrive.**

Through connectivity and innovation, AT&T has set goals to improve lives and foster a more equitable, prosperous society through 2030 and beyond. Recognizing societal needs are constantly changing, we'll continuously evaluate our opportunity to drive impact and evolve operational goals and targets accordingly.

The world is in an unprecedented time. While the challenges we face are significant, the opportunity is even greater. Together, we can realize our vision for a connected world where all people can thrive.

**37**

**243**

## OUR PATH TO 2030 (CONTINUED)

### CONNECT



 **Provide connectivity and resources to create equitable opportunity for people to learn and thrive.**

- Invest $2 billion by 2024 to help bridge the digital divide.
- By 2025, provide 1 million K-12 students with the technology and/or skills needed to succeed through the AT&T Connected Learning program.
- Reach 60,000 schools in Latin America through ESCUELA+ by 2030.
- Reach 1 million people with tools and resources to engage safely and positively on all screens by 2030.

- Engage 50% of our employees worldwide in communities through grassroots volunteerism and giving initiatives by 2030.
- Beyond emergency response and network disaster recovery, help 1 million people prepare for and recover from the impacts of disasters by 2030.

### INNOVATE



 **Innovate and lead in broadband-powered climate solutions to create a healthier and more connected planet where everyone can thrive.**

- Achieve carbon neutrality for Scope 1 and Scope 2 GHG emissions by 2035.
  – Achieve our science-based target to reduce absolute Scope 1 and Scope 2 GHG emissions 63% (2015 base year) by 2030.
- Deliver connectivity solutions that enable business customers to reduce a gigaton (1 billion metric tons) of GHG emissions by 2035.
- Reduce the amount of U.S. waste we send to landfill 30% (2019 base year) by 2030.

- Achieve 15% reduction (2019 base year) in U.S. water use in areas of high/extremely high water stress by 2030.
- Integrate sustainability performance metrics into our supply chain sourcing decisions for 80% of our spend by 2025.
- Work to ensure that 50% of our suppliers (covering purchased goods and services, capital goods and downstream leased assets as a portion of spend) set their own science-based Scope 1 and Scope 2 GHG targets by 2024.

# KEY PERFORMANCE INDICATORS



**37%** Reduction since 2015 in global Scope 1 and 2 GHG emissions

**24.5%** Percentage of AT&T Communications spend in 2020 with businesses owned by minorities, women, veterans, LGBTQ+ people and those with disabilities[8]

**$288.5M** Amount of corporate and foundation philanthropic giving in 2020[20]

- Environment
- Supply chain
- Workforce
- Communities

## GREENHOUSE GAS (GHG) EMISSIONS

**CARBON FOOTPRINT**
U.S. Scope 1, 2 and 3 carbon footprint (GHG emissions)[21]

(metric tons of $CO_2e$)

**7,932,357**



| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 11,620,252 | 10,716,169 | 11,081,005 | 9,387,488 | 7,932,357 |

Global Scope 1, 2 and 3 carbon footprint (GHG emissions)

(metric tons of $CO_2e$)

**8,614,713**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 12,295,999 | 11,639,219 | 12,035,873 | 10,419,308 | 8,614,713 |

**GHG EMISSIONS INTENSITY**
Scope 1 & 2 GHG emissions relative to annual revenue

(metric tons of $CO_2e$/$ billion revenue)

**33,700**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 54,327 | 49,956 | 45,383 | 36,012 | 33,700 |

Scope 1 & 2 GHG emissions relative to total number of subscribers[22]

(metric tons of $CO_2e$/1,000 subscribers)

**25.39**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 42.92 | 36.61 | 38.21 | 30.59 | 25.39 |

## ENERGY MANAGEMENT

**ELECTRICITY**
Total electricity use (global direct billed and leased electricity)

(MWh, million)

**14.1**



| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 15.1 | 14.3 | 14.3 | 14.1 | 14.1 |

**ENERGY PROJECTS**
Annualized energy cost savings from energy projects

(U.S. dollars, million)

**40.0**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 101.0 | 148.0 | 51.1 | 39.8 | 40.0 |

**ENERGY INTENSITY**
Electricity consumption relative to annual revenue

(MWh electricity/$ billion revenue)

**82,144**



| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 94,091 | 91,274 | 85,803 | 77,557 | 82,144 |

Electricity consumption relative to total number of subscribers[22, 23]

(MWh electricity/1,000 subscribers)

**61.89**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 84.73 | 77.31 | 72.83 | 65.88 | 61.89 |

AT&T ESG Summary May 2021

KPIs (CONTINUED)

Introduction | Global Challenges and Opportunities | Governance and Leadership | Progress Toward Our Goals | **KPIs** | Recognition

## WASTE MANAGEMENT



### E-WASTE

DIRECTV set-top boxes reused or recycled[16]

**(million)**

**6.6+**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 12.1+ | 11.1+ | 11.8+ | 15.2+ | 6.6+ |

U-verse set-top boxes reused or recycled[16]

**(million)**

**3.9+**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 2.8+ | 4.9+ | 3.9+ | 3.6+ | 3.9+ |

Broadband devices reused or recycled[16]

**(million)**

**3.1+**

| '17 | '18 | '19 | '20 |
|---|---|---|---|
| 4.7+ | 5.5+ | 3.4+ | 3.1+ |

Mobility devices reused or recycled[16]

**(million)**

**10.8+**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 6.9+ | 8.0+ | 8.2+ | 7.8+ | 10.8+ |

### TOTAL WASTE
Total waste managed by AT&T[24, 25]

**(metric tons)**

**199,749**

| '17 | '18 | '19 | '20 |
|---|---|---|---|
| 201,395 | 191,865 | 245,645 | 199,749 |

### WASTE RECYCLED
Percentage of total waste recycled[24, 25]

**(%)**

**40.05**

| '17 | '18 | '19 | '20 |
|---|---|---|---|
| 33.60 | 37.74 | 37.45 | 40.05 |

## WATER MANAGEMENT



### WATER FOOTPRINT
Absolute water consumption[26, 27]

**(gallons, billion)**

**2.678**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 2.702 | 2.600 | 2.551 | 3.011 | 2.678 |

### WATER INTENSITY
Water consumption relative to annual revenue[26]

**(gallons/$ thousand revenue)**

**15.59**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 19.87 | 19.74 | 19.02 | 16.63 | 15.59 |

Water consumption relative to total number of subscribers[22, 26]

**(gallons/individual subscriber)**

**11.75**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 14.86 | 13.81 | 12.69 | 14.12 | 11.75 |

## RESPONSIBLE SUPPLY CHAIN

### SUPPLIER DIVERSITY
Percentage of total supply chain spend with business enterprises owned by minorities, women, veterans, LGBTQ+ people and those with disabilities[8]

**(%)**

**24.5**



| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 24.3 | 25.2 | 26.8 | 26.4 | 24.5 |

## NETWORK QUALITY & RELIABILITY

### CAPITAL EXPENDITURES
Investment in networks, platforms or systems

**(U.S. dollars, billion)**

**15.7**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 22.4 | 21.6 | 21.3 | 19.6 | 15.7 |

## WORKFORCE



### EMPLOYEE HEALTH & WELFARE
Number of employees, retirees and eligible dependents offered health and welfare benefits[28]

**(million)**

**1.0**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 1.1 | 1.1 | 1.1 | 1.0 | 1.0 |

### UNION JOBS
Percentage of union-represented employees[9]

**(%)**

**~37**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| ~48 | ~46 | ~40 | ~40 | ~37 |

### CODE OF BUSINESS CONDUCT
Employee training completion on the Code of Business Conduct[29]

**(%)**

**98.4**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 98.0 | 99.0 | 99.0 | 98.8 | 98.4 |

### EMPLOYEE SAFETY
OSHA total recordable occupational injury and illness rate[30, 31]

**(per 100 employees)**

**1.16**



| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 1.81 | 1.86 | 2.07 | 1.90 | 1.16 |

### EMPLOYEE TRAINING INVESTMENTS
Amount invested in direct employee training and development programs[9]

**(U.S. dollars, million)**

**166**



| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 250 | 220 | 200 | 200 | 166 |

Amount invested in tuition assistance for employees[9]

**(U.S. dollars, million)**

**15.8**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 34.0 | 30.0 | 24.0 | 18.0 | 15.8 |

## COMMUNITY ENGAGEMENT



### EMPLOYEE PARTICIPATION
Percentage of employees that participate in volunteer programs[32, 33]

**(%)**

**9**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 13 | 15 | 15 | 17 | 9 |

Average employee giving per employee donor[34]

**(U.S. dollars)**

**336**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 312 | 300 | 309 | 337 | 336 |

### PHILANTHROPIC GIVING
Total amount of corporate and AT&T Foundation-giving[20]

**(U.S. dollars, million)**

**288.5**

| '16 | '17 | '18 | '19 | '20 |
|---|---|---|---|---|
| 102.0 | 121.0 | 120.7 | 143.9 | 288.5 |

AT&T ESG Summary May 2021

Introduction    Global Challenges and Opportunities    Governance and Leadership    Progress Toward Our Goals    KPIs    **Recognition**

# RECOGNITION

**3BL Media**
100 Best Corporate Citizens
(2011 – 2021)

**Bloomberg**
Gender Equality Index (2018 – 2021)

**CDP**
Climate Change, Leadership Level
A- score (2016 – 2020)

**Disability Equality Index**
Best Places to Work for Disability
Inclusion (2020)

**Diversity Best Practices**
Inclusion Index (2020)

**DiversityInc**
Top 50 Companies for Diversity
(2001, 2007 – 2019, 2021)
Hall of Fame (2020)
Top Companies for ESG (2020 – 2021)

**Dow Jones Sustainability Index**
North America (2010 – 2013, 2017 – 2020)

**Ethisphere**
World's Most Ethical Companies
(2020 – 2021)

**Fortune**
World's Most Admired Companies
(2009 – 2010, 2012, 2014 – 2015,
2017 – 2021)

**Great Place to Work**
Best Workplaces for Diversity
(2016 – 2020)

**Hispanic Association on Corporate Responsibility** Corporate Inclusion
Index (2020)

**Human Rights Campaign** Corporate
Equality Index (2004 – 2021)

**JUST Capital**
JUST 100 (2018 – 2021)
Top 100 Companies Supporting Healthy
Families and Communities (2019, 2021)

**Points of Light**
The Civic 50 (2012 – 2021)



# ENDNOTES

1   Consistent with the requirements of the FCC DIRECTV Merger Order.

2   Household income based on 135% or less than federal poverty guidelines.

3   Eligibility determined by the National Lifeline Eligibility Verifier (National Verifier), managed by the Universal Service Administrative Company (USAC). For more information on eligibility criteria for the EBB visit getemergencybroadband.org.

4   Additional fees and taxes may apply.

5   In May 2021, we entered into an agreement to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery, Inc. The transaction is subject to approval by Discovery shareholders and customary closing conditions, including receipt of regulatory approvals.

6   Education Week: https://www.edweek.org/ew/section/multimedia/map-coronavirus-and-school-closures.html.

7   In February 2021, we agreed to contribute our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company with TPG Capital. The transaction is pending customary closing conditions.

8   Supplier diversity spend and performance excludes content and programming spend. The management approach and data detailed reflect the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

9   Inclusive of AT&T Communications.

10  This time is provided in excess of any time provided by state or local law and any short-term disability benefits/time off for recovering mothers. The United States does not have a legally required minimum for paid family leave. Currently, the 1993 federal Family and Medical Leave Act (FMLA) offers 12 weeks of unpaid maternity leave.

11  Inclusive of AT&T Communications and Xandr.

12  Inclusive of AT&T Communications and WarnerMedia.

13  $202 million of this funding was provided by AT&T and $13 million was provided through the AT&T Foundation.

14  Scope 1 emissions include direct emissions from sources owned or controlled by the company (such as the fleet). Scope 2 emissions include indirect emissions that result from the generation of purchased energy.

15  The 2nd Annual AT&T Digital Family Poll was developed and conducted by the research firm Quadrant Strategies and was conducted online from July 7 to 19, 2020. The poll surveyed 500 teens (aged 13 – 18), 500 parents of kids (parents aged 25 – 37 of children under age 12) and 500 parents of teens (parents aged 30+ of teens aged 13 – 18) living in the United States. The survey's margin of error is plus or minus 4.38% percentage points for each of these audiences. Poll findings are available at: https://about.att.com/content/dam/snrdocs/ATT_Digital_Family_Report_2020.pdf.

16  Device recycling and reuse data cover AT&T Inc. U.S. operations only.

17  Graduation rate as measured by GradNation, a campaign of America's Promise Alliance: https://gradnation.americaspromise.org/.

18  Degree/credential rate as measured by the Lumina Foundation: https://www.luminafoundation.org/stronger-nation/report/2021/#nation.

19  This goal is focused on network, consumer equipment and corporate services spend, and does not include video content and entertainment companies.

20  $270.51 million of 2020 philanthropic giving was provided by AT&T and $18 million was provided through the AT&T Foundation.

21  U.S. carbon footprint not inclusive of supplier emissions.

22  From 2016 – 2019, we utilized intensity metrics relative to data traffic on our network (denominator), including satellite traffic. After achieving our 2020 water and energy intensity goals in 2019, we have transitioned to intensity metrics relative to our total number of subscribers (North America wireless, wireline voice and domestic broadband), as identified in our 2020 Corporate Annual Report.

23  Electricity use is the numerator and is a proxy for total energy use.

24  2019 – 2020 data include select WarnerMedia and Xandr locations.

25  2017 – 2018 data for waste generation and management represent all waste accounted for through AT&T Inc.'s domestic U.S. general solid waste, investment recovery and hazardous waste programs. 2019 – 2020 data for waste generation and management represent all waste accounted for through AT&T Inc.'s domestic U.S. general solid waste, investment recovery, e-waste, furniture recycling, paper shredding, pallet recycling and regulated (hazardous and non-hazardous) waste programs.

26  2016 – 2018 data inclusive of AT&T Communications, U.S. operations. 2019-2020 data inclusive of AT&T Communications and WarnerMedia's U.S. operations.

27  This figure is equivalent to our water use for domestic operations, our freshwater consumption and our withdrawals from municipal sources.

28  2016 – 2019 data inclusive of AT&T Communications. 2020 data inclusive of U.S.-based AT&T Inc. employees.

29  2018 data not inclusive of AT&T Mexico, AppNexus, Vrio or WarnerMedia. 2019 – 2020 data not inclusive of WarnerMedia, AT&T Mexico or Vrio.

30  Data not inclusive of AT&T operations in Latin America or WarnerMedia. 2020 data is inclusive of select Warner Bros. locations.

31  These incidents are employee injuries and illnesses that are required to be documented on the OSHA 300 log.

32  2016 – 2017 totals not inclusive of AT&T operations in Latin America or WarnerMedia. 2018 – 2020 totals not inclusive of WarnerMedia.

33  While we realized a 2020 decline in employee participation related to COVID-19 requirements for social distancing, average giving per employee donor remained at pre-pandemic levels, reflecting AT&T employees' continued commitment and generosity.

34  Inclusive of AT&T Communications and Xandr. 2019 – 2020 totals also inclusive of WarnerMedia.



This document represents a summary of our corporate responsibility efforts and progress. Further reporting on our ESG performance and impact can be found online through the materials below or at about.att.com/csr/reporting.




Printed by an AT&T diverse supplier, a certified woman-owned business enterprise (WBE), using zero-VOC ink.

- ESG Reporting Indexes (GRI, SASB, TCFD, UNGC, UN SDGs)

- 22 Detailed ESG Issue Briefs

- Stakeholder ESG Issues Assessment

- CDP Climate Change Response

- Latin America CSR Reports

- Diversity & Inclusion Website

- Transparency Report

- Political Engagement Report

- 2021 Proxy Statement

🐦 @ATTimpact

📷 ATTimpact

att.com/csr

        

         

          

          

# EXHIBIT 7



ESG Summary
August 2022

The value of connectivity

249



# AT&T Values

**Live true**
Do the right thing, no compromise.

This underpins all our other values and it begins with how we treat our customers and each other. None of us is perfect. But when we make a mistake, we have the character and courage to make it right and learn from it.

**Think big**
Innovate and get there first.

AT&T is where people come to invent the future. That's been our legacy since the very beginning. In everything we do, we aim to set the pace for everyone else.

**Pursue excellence**
In everything, every time.

We work tirelessly to make sure that everything we deliver represents our very best. We may not be perfect, but we always learn from our experiences and constantly improve.

**Be there**
When customers & colleagues need you most.

Whether it's restoring service during a natural disaster or helping a community recover from hardship, that's when we're at our best.

**Stand for equality**
Speak with your actions.

Whatever a person's race, ethnicity, gender, sexual orientation, religion, physical ability or other characteristic, we respect and value them. We know that building a greater understanding of our differences makes us stronger.

**Make a difference**
Impact your world.

This defines who we are, both as a company and as individuals. We can each make a difference in our communities and for the people around us.

# Contents

| | |
|---|---|
| Letter from our Chief Executive Officer | 2 |
| ESG at AT&T | 3 |
| How we create value | 4 |
| AT&T and Shareholders | 6 |
| Customers and Communities | 12 |
| Employees | 20 |
| Suppliers | 26 |
| Environment | 30 |
| Governance | 38 |
| Progress toward our goals | 44 |
| Key performance indicators | 47 |
| Endnotes | 50 |

Inclusion of information in this report should not be construed as a characterization of the financial materiality or impact of that information. Please see our corporate Annual Report or Form 10-K for the year ended December 31, 2021 and other publicly-filed documents available at https://investors.att.com/.

The AT&T **ESG reporting website** provides comprehensive ESG disclosure additional to this ESG Summary:

- 2022 Proxy statement
- ESG reporting indexes (GRI, SASB, UNGC, UN SDGs)
- ESG issue briefs
- ESG material topics assessment
- TCFD report

- CDP Climate Change disclosure
- Diversity, Equity & Inclusion (DE&I) report
- Political engagement report
- Transparency report

*This report reflects the global operations of AT&T, Inc., except where otherwise noted.*

*In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein. In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc. In June 2022, we completed the sale of the programmatic advertising marketplace component of Xandr Inc to Microsoft.*

250

# Letter from our Chief Executive Officer

We're at the dawn of a new era of connectivity, one which we believe represents an opportunity to make positive and lasting contributions to the world around us. To deliver on that promise and maximize our performance as a company, we actively monitor and adjust the way our operations intersect with the environment and society, and work to effectively manage those impacts.

This report illustrates how AT&T is enhancing our resilience and supporting our stakeholders by addressing leading environmental, social and governance (ESG) issues. For example:

- Our employees tell us they want their work to serve others in a meaningful way. There's perhaps no better model than our belief in internet for all and our pledge to help the millions of Americans who still cannot access or afford fast, reliable connectivity. Our efforts include advocating for thoughtful governmental policies and strategically deploying our $2 billion commitment to help close the digital divide – which includes broadening our low-cost connectivity offerings and launching AT&T Connected Learning℠ resources across the country.

- AT&T has set an industry-leading target to help businesses collectively reduce a gigaton of greenhouse gas (GHG) emissions by 2035 – equivalent to roughly 19% of all 2020 U.S. GHG emissions. We've established a Connected Climate Initiative to advance this effort alongside talented business, research and community leaders. And we're executing plans to aggressively reduce our own operational emissions, to be carbon neutral by 2035.

- As we continue to work toward a more equitable society, I'm proud that AT&T has been recognized for our efforts to build a company culture where every employee is treated with fairness and provided equal opportunities to advance. But there is always more we can do, which is why we now make public our traditional measurements of workforce demographic data and are looking to our senior leaders to help improve diverse representation across all levels.

I invite you to read on and learn more about our ESG focus areas and commitments, how these efforts are creating long-term value across our operations and how we're positively impacting the lives of others and the environment around us.



**John Stankey**
Chief Executive Officer, AT&T Inc.




# ESG at AT&T

**Effectively managing ESG risks and opportunities is a business imperative at AT&T. We integrate environmental and social issues throughout our strategy and governance, to help sustain long-term performance and positively impact our stakeholders.**

## Our ESG approach focuses on:

### ESG operational integration

We ensure operational resilience and promote strong corporate governance by integrating environmental and social issues into our core business operations.

### Social impact

We use our network, connections and scale to address issues that matter to our customers and communities.

### Environmental impact

We're empowering the transition to a low carbon economy through technological innovation and broad stakeholder engagement.



# Highlights

**This report details how ESG-related programs and policies support our business success and how we've created value in 2021 across key stakeholder groups.**

## AT&T and Shareholders

DIVIDENDS RETURNED TO STOCKHOLDERS
**$15.1B**

ADJUSTED EARNINGS PER SHARE[1]
**$3.40**

## Customers and Communities

DIGITAL DIVIDE COMMITMENT THROUGH EOY 2023
**$2B**

CONNECTED LEARNING CENTERS COMMITTED THROUGH 2022
**20+**

## Employees

OPEN POSITIONS FILLED BY DIVERSE CANDIDATES[2]
**55%**

PROMOTIONS FILLED BY DIVERSE CANDIDATES[2]
**53%**

## Suppliers

SUPPLIERS THAT HAVE SET SCIENCE-BASED EMISSIONS TARGETS
**47%**

SPEND WITH DIVERSE SUPPLIERS[3]
**$13.3B**

## Environment

SCOPE 1 AND 2 EMISSIONS REDUCTION SINCE 2015[4]
**37.2%**

TOTAL RENEWABLE ENERGY COMMITMENTS
**1.7GW**

251



OVERVIEW   AT&T AND SHAREHOLDERS   CUSTOMERS AND COMMUNITIES   EMPLOYEES   SUPPLIERS   ENVIRONMENT   GOVERNANCE   GOALS SUMMARY   KPIs

OVERVIEW —— HOW WE CREATE VALUE

# How we create value




## Our purpose

We create connection – with each other, with what people need to thrive in their everyday lives and with the stories and experiences that matter.

## Key inputs

The resources that we rely upon to create value.

**Financial**
Financial resources available to us, and the strength of our balance sheet.

**Network**
The physical infrastructure that supports our world-leading communications network.

**Brand and Intellectual Capital**
Our brand, our reputation and our capacity for innovation.

**Employees**
Our ~202,600 employees, located across 50 states and 63 countries.

**Customers and Communities**
Our millions of customers and the local communities where we live and work.

**Suppliers**
Our supply chain of more than 20,000 suppliers across the globe.[5]

**Environment**
The energy, water and other natural resources that we use to create and preserve value.

## What we do

We create new and exciting customer experiences that connect people with who and what they love.

CONNECT
Wireless · 5G · Internet & fiber · Business solutions · Public sector & FirstNet · Network · Technology & innovation

WHAT WE DO

ENTERTAIN
WarnerMedia[8] · HBO Max

## ESG approach

We integrate ESG issues into our operations and use our platform to drive positive impact.

**ESG Operational Integration**

**Social Impact**

**Environmental Impact**

ESG APPROACH

## Outcomes

The value we create through our operations and actions.

**AT&T and Shareholders**
We sustain long-term business performance by maximizing network reliability and security, and by constantly innovating to maintain and grow our customer base.
*page 6*

**Customers and Communities**
We leverage our network for positive social impact, providing critical connectivity, helping bridge the digital divide and supporting disaster response and recovery.
*page 12*

**Employees**
We empower our people to deliver on our corporate purpose and advance their careers, while fostering a diverse, equitable and inclusive workforce.
*page 20*

**Suppliers**
We extend our ESG efforts throughout our supply chain, helping lead industry practice and enhance resilience for our business and others.
*page 26*

**Environment**
We're enhancing operational resilience on our way to carbon neutrality and are helping customers reduce emissions through smart connectivity solutions.
*page 30*

**ESG material topics**
We regularly assess and prioritize the material ESG risks and opportunities impacting AT&T, as well as issues where AT&T significantly impacts external stakeholders (page 42).

OVERVIEW | AT&T AND SHAREHOLDERS | CUSTOMERS AND COMMUNITIES | EMPLOYEES | SUPPLIERS | ENVIRONMENT | GOVERNANCE | GOALS SUMMARY | KPIs

AT&T AND SHAREHOLDERS • 2021 FINANCIAL RESULTS

# AT&T and Shareholders



| | page 7 |
|---|---|
| **2021 financial results** | |

| | page 8 |
|---|---|
| **Network quality and reliability** | |

| | page 9 |
|---|---|
| **Climate resilience** | |

| | page 10 |
|---|---|
| **Network and data security** | |

| | page 11 |
|---|---|
| **Innovation** | |

**REVENUES (EX VIDEO)[6]**

## $153.2B

**FREE CASH FLOW[7]**

## $26.8B

**DIVIDEND PAYOUT RATIO[7]**

## 56%

## 2021 financial results

**Through sharp execution and emphasis on our core connectivity business, we delivered strong financial results in 2021. Looking ahead, we're focusing on opportunities that align with our capabilities and strengths as a leading connectivity provider.**

Throughout 2021, we invested in strategic growth areas such as fiber, 5G and HBO Max, while refining our operations to better grow customer relationships and enhance shareholder value. We're squarely focused on profitability and achieved a mobility customer acquisition cost per gross add 23% lower than a year ago – reflecting our improved operating leverage and cost control activities across the business.

Our transformation is about becoming a simpler, more focused business – growing customer relationships and winning over the long term as America's best broadband connectivity provider. We continue to invest in our strengths and are working to extend our fiber footprint to 30 million locations by the end of 2025.

### Customer growth across mobility and broadband



**Total U.S. Mobility Subscribers**
thousands

| 2019 | 2020 | 2021 |
|---|---|---|
| 165,889 | 182,558 | 201,791 |

**U.S. Postpaid Phone Subscribers**
thousands

| 2019 | 2020 | 2021 |
|---|---|---|
| 63,018 | 64,216 | 67,260 |

**AT&T Fiber Connections**
thousands

| 2019 | 2020 | 2021 |
|---|---|---|
| 3,887 | 4,951 | 5,992 |

### Communications segment operating contribution by business unit



**Mobility**
$ millions

| 2019 | 2020 | 2021 |
|---|---|---|
| 22,321 | 22,372 | 23,312 |

**Business Wireline**
$ millions

| 2019 | 2020 | 2021 |
|---|---|---|
| 5,137 | 4,564 | 3,990 |

**Consumer Wireline**
$ millions

| 2019 | 2020 | 2021 |
|---|---|---|
| 2,357 | 1,377 | 977 |

Read more: **2021 Annual Report** • **2021 10-K** • **2022 Proxy Statement** • **SASB Index**

**DIVIDENDS RETURNED TO STOCKHOLDERS**

## $15.1B

**ADJUSTED EARNINGS PER SHARE[1]**

## $3.40
(up from $3.18 in 2020)

### Unlocking value for WarnerMedia,[8] AT&T and shareholders

Long-term success requires continuous transformation. Opportunities in streaming media are rapidly evolving, such that maintaining a leadership position requires global scale, access to capital and a broad array of high-quality content and industry-leading talent. Recognizing these needs, AT&T is combining our WarnerMedia unit with Discovery to create a standalone global entertainment company.

We expect this deal will lead to accelerated growth for both AT&T and WarnerMedia. Separating these businesses into 2 independent companies – 1 focused on broadband connectivity and the other on media – can attract investors whose interests are aligned with the respective growth and income aspects of each company.

The result will be a more streamlined AT&T with better flexibility to invest in our unique position as a trusted connectivity provider.

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 259 of 331    PageID 650

OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs    AT&T AND SHAREHOLDERS —— CLIMATE RESILIENCE



# Network quality and reliability

**Millions of individuals, families, businesses and public safety agencies depend on our network every day. To support this essential connectivity, we continually invest to enhance the speed, quality and reliability our customers require.**

We collect billions of service-assurance measurements across our wireline and wireless networks every hour and analyze this data in near-real time to help improve performance and deliver the best customer experience. Over the past 6 years (2016–2021), we've invested more than $135 billion in our wireless and wireless networks.[9] We've also shifted 100% of our layer 3 core network to software-defined control, which allows us to provision new services faster and rapidly adjust capacity in response to traffic demand.

 Read more: **2021 Annual Report** · **SASB Index** · **Network Quality & Reliability Issue Brief**

## Our commitment to fast and reliable technologies

As demand for bandwidth and connectivity surged during the COVID-19 pandemic, our network has remained stable – supporting millions as they work, learn and socialize online. AT&T continues to invest in fiber and 5G infrastructure to enable the best connectivity experience across our broadband and wireless networks.

Fiber network connections support more bandwidth and faster uploads than standard cable – in addition to >99% proven reliability. Throughout 2021, we built fiber to 2.6 million new customer locations – the equivalent of nearly 300 connections per hour, every day. Today, more than 5.9 million businesses and households subscribe to AT&T Fiber for critical bandwidth to power video, collaboration, cloud services and more. And in 2022, we launched fiber service up to 5Gbps – the fastest offering among major internet service providers.

Since becoming the first carrier to make mobile 5G a reality in the U.S., we've continued to expand the quality and availability of our 5G network – which now reaches more than 255 million Americans in more than 16,000 cities. The speed and reliability of our 5G network is supported by our leading fiber footprint, which provides critical bandwidth connecting our cell towers back to the internet.

Looking ahead, we'll continue our 5G momentum by expanding the availability of C-band spectrum (AT&T 5G+) that will support even faster connections and innovative wireless solutions.

**2021 GROSS CAPITAL INVESTMENT**[26]

## $21.6B

**PETABYTES OF TRAFFIC PER DAY (Q4 2021)**

## ~485

**LAYER 3 CORE NETWORK UPTIME IN 2021**

## 99.99937%

**LAYER 3 CORE NETWORK AVERAGE INTERRUPTION PER CUSTOMER PORT IN 2021**

## 3.3 seconds

**2021 HOME INTERNET FOOTPRINT**

## ~16M

customer locations

**EXPANDING FIBER FOOTPRINT TO**

## 30M

customer locations by 2025

**EXPECT TO REACH**

## 200M

Points of presence in the U.S. with 5G C-band spectrum by the end of 2023

 **In 2021, AT&T was named best network overall for the 4th consecutive year, and best 5G network, by Global Wireless Solutions' OneScore survey.**



# Climate resilience

**Climate change is increasing the frequency and severity of extreme weather, worsening the risk of physical damage and operational disruptions to our network. Climate change is also contributing to longer-term shifts in environmental conditions, which we take into account as we make upgrades and extend our network reach.**

To enhance the operational resilience of our network today and help ensure future availability of our services, we integrate climate change considerations throughout our network planning. Key initiatives include:

- Regular analysis to help ensure our network infrastructure, such as cell sites, data centers and wireline switching offices, can withstand natural disasters

- High-capacity battery backup or permanent generators at our cell sites, data centers and wireline switching offices, helping ensure service continuity in the event of temporary power loss

- Proactive monitoring of potential threats to our network, employees and infrastructure through the AT&T Weather Operations Center

## Considering physical climate risk

To help us plan, build and maintain our network in the face of extreme weather and long-term climate change, in 2019 we developed our Climate Change Analysis Tool (CCAT). By modeling the potential for extreme weather within our geographic information system, our industry-leading CCAT helps network engineers analyze how inland and coastal flooding, drought, wind or wildfires may impact existing infrastructure or future network builds – up to 30 years into the future.

In 2021, we continued expanding CCAT's capabilities to generate a holistic climate change risk score for additional segments of our business. For example, in 2022 our energy management teams are leveraging CCAT data as a critical input to power resiliency planning, to support the positioning of additional Bloom Energy fuel cells in the Southeast U.S.

Physical climate risk is just one consideration in our approach to environmental issues. See page 31 for additional detail on our climate-related efforts.

 Read more: **TCFD Report** · **CDP Climate Change disclosure** · **Climate Change Issue Brief**



### Supporting the resilience of public infrastructure

Over the last 2 years, we've been sharing data developed for CCAT with municipalities and other organizations, to help inform climate resilience efforts beyond our network and operations.

For example, our work with the New York Power Authority (NYPA) is exploring the similarities in climate-related risk to utility and telecommunications infrastructure, to help New York State become more resilient to extreme weather. This effort builds upon collaborations with additional organizations such as EcoRise and the National Fish & Wildlife Foundation National Coastal Resilience Fund.

**INVESTMENT IN OUR NETWORK DISASTER RECOVERY PROGRAM**

## >$650M

We're committed to keeping our customers connected – even in the wake of unpredictable, catastrophic events. Our Network Disaster Recovery program is one of the largest and most advanced of its kind – existing solely to rapidly restore communications to areas affected by disasters.

OVERVIEW · AT&T AND SHAREHOLDERS · CUSTOMERS AND COMMUNITIES · EMPLOYEES · SUPPLIERS · ENVIRONMENT · GOVERNANCE · GOALS SUMMARY · KPIs

AT&T AND SHAREHOLDERS —→ INNOVATION

# Network and data security

- **Security is at the core of our operations. As the world increasingly depends on networks to communicate and conduct business, network and data security is critical for maintaining public confidence and trust.**

AT&T has implemented a comprehensive security program derived from ISO 27001, COBIT (Control Objectives for Information and Related Technology) and other industry best practices. Our Chief Security Office works in conjunction with AT&T departments to evaluate threats, determine protective measures, create response capabilities and assess compliance with best practices.

Annual security awareness training is required of all employees. AT&T security analysts also produce an educational program called AT&T ThreatTraq. This recurring online series provides another dimension of security training and awareness through weekly webisodes open to employees and the public.

The AT&T Security Center for Innovation is a best-in-class incubator where security researchers work on large-scale problems in fields such as mobility and 5G, cloud computing, blockchain and Artificial Intelligence/Deep Learning/Machine Learning. Their innovations become part of new systems and services AT&T deploys for next-generation security.

Through our AT&T Cybersecurity enterprise consulting practice, we help businesses design, deploy and manage solutions to stay ahead of evolving cyber threats. We've also created AT&T Cyber Aware, a resource designed to empower and educate consumers about fraud protection and cybersecurity.

Read more: SASB Index · Network & Data Security Issue Brief



## World's First Open Threat Intelligence Community

Threat sharing in the security industry is often ad hoc and informal, filled with blind spots, frustration and pitfalls. AT&T Alien Labs™ includes a global team of threat researchers and data scientists who use proprietary analytics and machine learning to analyze one of the largest and most diverse collections of threat data in the world.

Alien Labs® Open Threat Exchange® (OTX™) is the world's largest open threat intelligence community, helping companies and government agencies quickly share information about cyber threats – to better avoid major breaches or minimize the damage from an attack. OTX provides open access to a global community of threat researchers and security professionals. It has more than 100,000 participants in 140 countries who contribute over 19 million threat indicators daily.

OTX is free to join and enables anyone in the security community to discuss, research, validate and share the latest threat data, trends and techniques – strengthening cyber defenses while helping others do the same.

# Innovation



- **Our network investments lay the foundation for evolving technologies such as artificial intelligence (AI), machine learning, virtual reality and edge computing. These innovations are an important component of AT&T's business success, helping attract employee talent, enhance our brand's reputation and advance new services.**

A company of our scale can't innovate in a vacuum and remain competitive and agile in today's market. We opened our 5G Innovation Studio in Plano, Texas to co-create 5G-centric use cases with external groups and expedite the speed of adoption. We're also partnering with MxD, Manufacturing x Digital, as part of an innovation center for emerging digital manufacturing technologies.

Our newly established Connected Climate Initiative includes a collection of technology companies, universities and non-profits working to identify connectivity solutions that can help minimize negative environmental impacts. For example, Microsoft is working with AT&T in areas like 5G, AI, Internet of Things (IoT) and the cloud to develop solutions that can improve efficiency and reduce emissions and waste. Texas A&M University is researching how 5G could help speed emissions reduction in industries such as transportation. And the University of Missouri is exploring how 5G may help reduce energy consumption and emissions from buildings.

Recent AT&T innovations include:
- A hybrid private/public wireless network solution called AT&T Staff Alert that helps protect remote workers in the hospitality industry
- Monitoring and communications infrastructure innovations for utility companies, to provide deeper insight into energy operations
- Wirelessly connected legacy healthcare products, enabling new remote patient monitoring and diagnostic solutions

**AVERAGE PATENTS PER BUSINESS DAY**

## ~4

**ACTIVE AT&T PATENTS**

## ~12K

**2021 TOTAL R&D SPEND**

## $1.522B

**5 Year trend in R&D spend**
$ billions

| 2017 | 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|------|
| 1.503 | 1.194 | 1.276 | 1.210 | 1.522 |

Read more: Business Continuity, Longevity & Innovation Issue Brief



### Artificial Intelligence

AI experts use data engineering tools called "features" to predict a given outcome in an AI model. Building features is time consuming work and data scientists typically build features from scratch every time they start a new project – representing up to 80% of development time. The demand for reliable, easy-to-use and secure features is growing with the increased prevalence of AI applications in areas such as financial services, retail and software development.

AT&T and H2O.ai have built an AI feature store that enables reuse and repurposing of data engineering tools from previous projects. This allows teams to build more accurate features and enter production in hours instead of months.

At AT&T, we're grounded in ethics, safety and values at every stage of AI. We employ a transparent approach to algorithms that includes safeguards. We use varied, validated datasets and diverse human input to achieve objectives and we monitor outcomes to ensure accuracy and help minimize biases. We also support open-source communities whenever appropriate, to advance collaboration, standardization and industry discussion.



*"Feature stores are one of the hottest areas of AI development right now, because being able to reuse and repurpose data engineering tools is critical as those tools become increasingly complex and expensive to build."*

**– Andy Markus, Chief Data Officer, AT&T**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 261 of 331    PageID 652

OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs                    CUSTOMERS AND COMMUNITIES    PRIVACY AND ACCESSIBILITY

# Customers and Communities



page 13
**Privacy and Accessibility**

page 14
**Digital divide**

page 18
**FirstNet**

page 19
**Community resilience**

**PEOPLE IN NEED SUPPORTED BY AT&T CONNECTED LEARNING**
>72K

**PEOPLE REACHED BY DIGITAL INCLUSION INITIATIVES**
>51K

**PEOPLE REACHED BY DIGITAL LITERACY AND LEARNING INITIATIVES**
~21K

**CONNECTIONS TO FIRSTNET**
>3M

## Privacy

**Our customers expect AT&T to protect their information and respect their privacy. We maintain comprehensive network and data security protocols (page 10), train our employees on privacy at least annually and are committed to compliance with all privacy laws and regulations where we operate. We also have strong governance around the use of AI technologies, to be accountable to all our stakeholders (page 11).**

Our Chief Privacy Office oversees compliance with privacy principles, policies and commitments across our business, including efforts to ensure consumers can exercise their individual rights under applicable privacy laws. Our global privacy program is based on 4 principles:

- **Transparency** - We're open and honest about how we use your data.
- **Security** - We use strong safeguards to keep your data confidential and secure.
- **Choice and control** - We give you choices about how we use your data.
- **Integrity** - We do what we say.

Read more: **Privacy Issue Brief** · **Network and Data Security Issue Brief** · **Transparency Report**

## Accessibility

**We create opportunities for people with disabilities to connect to the online world more easily, by requiring manufacturers to build accessibility into their products and providing consumers and employees with accessible solutions.**

AT&T adopted a Universal Design Statement more than 20 years ago to reflect our commitment to digital inclusion. Our Chief Accessibility Office defines corporate standards and provides training, tools and resources to determine when and how accessibility gaps or needs should be addressed. Our Chief Accessibility Officer, who reports to our Chief Compliance Officer, oversees these efforts.

Our commitment to accessible design and inclusion begins with our employees. Through end-of-year 2021, more than 1,000 new hires and 7,000 existing employees have confidentially self-identified as having a disability.[10]

Based on regular engagement with the disability community, such as our expert Advisory Panel on Access and Aging, our internal training programs help developers think about accessibility from the beginning of the product life cycle and help customer-facing employees better serve the needs of those with disabilities. We offer more than a dozen courses for employees to help create a more accessible workplace. And through our Accessibility and Inclusion initiative, internal volunteer teams regularly evaluate and improve accessibility for our people.

AT&T received the 2021 Corporate Leadership Award from the American Association of People with Disabilities and we were named a Leading Disability Employer by the National Organization on Disability.

Read more: **AT&T Accessibility website** · **Accessibility Issue Brief**

### Safeguarding Children

As stated in the AT&T Human Rights Policy, we're committed to working with industry partners and stakeholders to preserve young people's rights to freedom of expression and help safeguard them from online predators or exploitation. We support and comply with the Children's Online Privacy Protection Act, as well as other laws governing the collection and handling of children's data.

Our Online Safety Committee provides internal oversight and guidance on digital safety issues, including an impact assessment across our portfolio of services – to better understand risks related to potential online child exploitation and sexual abuse material. We collaborate with groups such as the National Center for Missing and Exploited Children and the WePROTECT Global Alliance, an international movement dedicated to ending child sexual exploitation and abuse online.



# Digital divide

**Today, an estimated 42 million[11] Americans don't have broadband internet access at home. Affordable and reliable connectivity is critical for remote work, learning and commerce – and for staying digitally connected to family, friends, news and information.**

Addressing the digital divide is strategically important to AT&T, as it helps drive social change while expanding our network reach and deepening valuable collaboration with communities, authorities and non-government organizations (NGOs). In 2021, AT&T announced an expanded commitment to invest $2 billion over the next 3 years to help address the digital divide. This effort includes our low-cost broadband offerings, ongoing community investments and more to help the nation's most vulnerable communities.

Our digital divide strategy includes efforts to promote broadband affordability, availability and adoption. We're also investing our resources and knowledge to advance the digital skills needed to thrive in the classrooms and workplaces of today and tomorrow. This work involves collaboration across our entire company – engaging teams such as Product Development, CSR, Public Policy, External and Legislative Affairs, Network Technology and Operations, Finance and Marketing.

## AT&T Connected Learning

AT&T-commissioned research shows that 35% of parents and 39% of teachers say their children rely on internet connectivity outside the home. As part of our $2 billion commitment, we've established AT&T Connected Learning, a multi-year initiative focused on narrowing the homework gap by connecting kids across the country to high quality digital learning resources. We're investing in digital inclusion, digital literacy and digital learning to help connect today's students and their families with skills, tools and opportunities for success – in and out of the classroom.

We're tracking progress toward our 2025 goal to provide 1 million people in need with digital resources through AT&T Connected Learning. Through 2021, we engaged more than 72,000 individuals through digital inclusion initiatives such as partnerships to provide refurbished devices to low-income students and families, resources to support digital learning and literacy, and investments in programs that boost employment opportunities.

**Progress:** Provide 1 million people in need with digital resources by 2025

>72,000

0                                           1,000,000

**• FROM 2021-2023**

## $2B
committed to address the digital divide

### AT&T CONNECTED LEARNING PILLARS



Digital Inclusion | Digital Literacy

Digital Learning | Employment Opportunities

## Digital Inclusion

In 2021, we began opening the first of more than 20 AT&T Connected Learning Centers[SM] planned in under-resourced areas across the country – including neighborhoods in Atlanta, Cleveland, Dallas, Detroit, Houston, Los Angeles, Miami and San Francisco. Each center is housed within a local community organization and provides students and families with free access to high-speed AT&T Dedicated Internet, Wi-Fi, computers and technical resources. AT&T employees volunteer at the centers and through digital platforms to provide learners with tutoring and mentoring opportunities.

To help students and families participate in virtual learning and gain digital literacy skills, the centers offer educational content through our joint initiative with WarnerMedia,[8] The Achievery[SM] (see below), plus digital literacy training developed in collaboration with the Public Library Association. Dell Technologies donates computers and monitors with integrated audio and webcams, and the systems are configured by Overland-Tandberg, a Black-owned technology company that is part of AT&T's supplier diversity program (page 27).

Through May 2022, we've opened 13 Connected Learning Centers. As additional centers open, we'll begin reporting the number of students served.

**Progress:** Open 20 Connected Learning Centers by 2023

13

0                                                    20 Committed

## Digital Learning and Literacy

AT&T Connected Learning includes digital learning and literacy initiatives to help students, parents and families make the most of broadband connections.

Connectivity alone is not enough to keep students engaged in learning, especially in a remote or hybrid setting. In 2021, AT&T created The Achievery in collaboration with WarnerMedia, to help make online learning more entertaining, engaging and inspiring for today's connected students everywhere they learn. The Achievery is a free digital learning platform featuring popular entertainment content from WarnerMedia and other world class NGO and programming partners, alongside lesson plans and learning activities developed by leading education organizations.

When working to address the homework gap, helping kids also means helping parents. Together with the Public Library Association, we've launched a series of digital literacy courses to help parents and caregivers build skills and confidence using technology so they can better support their child's online learning.  Topics include using computers and mobile devices, navigating the internet and using teleconferencing tools. All are available free at digitalliteracy.att.com.

Through AT&T ScreenReady®, we're also helping parents and caregivers create the right online experience for their families, with information such as how to set parental controls on connected devices – plus online safety and digital parenting tips from experts including Common Sense Media, Family Online Safety Institute and others.

Read more:  **Digital Divide Issue Brief  •  Community Engagement Issue Brief  Safeguarding Children Issue Brief  •  Responsible Use of Products and Services Issue Brief**

**UNDERSERVED STUDENTS RECEIVING WI-FI HOTSPOTS IN 2021**

## ~40K

**COMPUTERS DISTRIBUTED TO FAMILIES AND STUDENTS**

## ~7.7K

**DIGITAL LITERACY AND LEARNING WEBSITE VISITS**

## >21K

*"Our nation's most under-resourced communities need immediate solutions for overcoming barriers to access, affordability and adoption."*

**– Charlene Lake, Senior Vice President, Corporate Social Responsibility and ESG, and Chief Sustainability Officer**

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 263 of 331    PageID 654

OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs    CUSTOMERS AND COMMUNITIES — DIGITAL DIVIDE



# Digital divide



## Supporting employment opportunities

The technology and media industries need a qualified, robust and diverse talent pipeline to remain competitive in the global economy. This includes individuals with "hard" skills such as coding and data analytics as well as "soft" skills that technology cannot replace, including leadership, collaboration and effective decision-making. For that reason, AT&T is investing in programs that address the multidimensional nature of today's skills gaps to prepare people for career success.

Our 2021 contributions support organizations such as All Star Code, Code.org, Per Scholas, Roadtrip Nation and Techbridge Girls. We also contributed to programs focused on empowering girls and young women with tech and STEM skills, and increasing the representation of women in STEM careers. We support organizations including Black Girls CODE, Girls Inc., Girl Scouts and Girls Who Code.

WarnerMedia's Access to Action provides individuals who haven't traditionally had pathways into the entertainment industry with access to below-the-line jobs at WarnerMedia. The program fosters a more creative and inclusive production workforce and to date has placed more than 500 candidates in 4 countries on WarnerMedia film and television productions.

## Our collaboration with Year Up

We're collaborating with Year Up, an organization that prepares young people for careers while earning college credits through a year-long program. In alignment with our commitment to help narrow the digital divide, by 2023 we plan to host 200 Year Up interns and alums annually.

Since 2019, we've hosted 162 Year Up program participants and hired 50 former Year Up interns and alums across the country. As we move further into a post-pandemic workplace, we look forward to accelerating efforts and bringing more Year Up interns to AT&T locations.

AT&T Year Up interns gain access to multiple departments and company platforms during their internship. They work alongside employees such as financial analysts or software engineers and can use our internal learning website, which features skills training for topics like customer service and business intelligence. We also host a regular speaker series and mentoring opportunities to build upon interns' networking skills and experience with corporate culture.

**AT&T YEAR UP PROGRAM PARTICIPANTS SINCE 2019**

## 162

**FORMER YEAR UP INTERNS AND ALUMS HIRED SINCE 2019**

## 50

Read more:  Digital Divide Issue Brief

### Taking our impact abroad

The COVID-19 pandemic has severely impacted the livelihood and health of families, workers and businesses across Asia – where micro, small and medium-sized businesses (MSMEs) help drive the region's economy. In Malaysia, the MSME sector suffered more than $9 billion in losses last year. And in Indonesia, more than 30 million MSME's have closed. Female entrepreneurs have been among the most affected.

AT&T, in collaboration with Visa and the Asia Foundation, is launching the Accelerate initiative to help 6,000 women-led MSMEs in rural and remote communities gain access to technology, training and practical skills to reach customers, grow their business and engage in the digital economy of today and tomorrow.

## Affordable connectivity

AT&T is driving down the cost of home internet for eligible households in our 21-state wireline footprint to the best monthly rate possible – $0. This free option is made possible by combining a new service plan from our low-cost Access from AT&T® program with federal benefits from the Affordable Connectivity Program (ACP).

Our new service plan provides internet up to 100 Mbps for $30 per month. Households that qualify for ACP also qualify for our Access from AT&T program and those that take advantage of the ACP benefit (up to $30 per month, or up to $75 per month for those on qualified Tribal lands) can then receive internet service at no monthly charge.



Access from AT&T Plan + Federal ACP Benefit = Free Internet

## Connecting rural America

Many rural Americans are poorly served by fixed broadband, impacting their ability to connect with others and access products and services. Through our participation in the Federal Communications Commission (FCC) Connect America Fund (CAF) program, we've been working to meet the connectivity needs of customers in predominantly rural areas. Through the end of 2021, we've used funds from this program to help deploy, offer and maintain internet and voice services to over 1.1 million homes and small-business locations in FCC-identified areas of need.

We're also working to improve connectivity in rural communities with AT&T Wireless Internet service, which provides cellular voice and internet service for homes or offices that aren't easily reached by terrestrial network solutions.

**PREDOMINANTLY RURAL LOCATIONS REACHED BY AT&T THROUGH CAF FUNDING**

## >1.1M

Read more:  Digital Divide Issue Brief



### Vanderburgh County broadband expansion

AT&T collaborates with federal, state and local government to extend broadband throughout rural America. In 2021, we announced a $39 million project with Vanderburgh County, Indiana to expand high-speed fiber broadband to more than 20,000 households and businesses – supporting a region where approximately one-third of the county population is without access to fixed broadband solutions.

Our public-private collaboration with Vanderburgh County builds on over $1 billion invested by AT&T in our Indiana wireless and wireline networks between 2018–2020.



*"I discovered the Access from AT&T program. It was the segue for me to apply for benefits, look for childcare programs, look for jobs and attend training. It literally was my foundation to be able to get back on my feet."*

**– Ebony Ford, Access from AT&T customer in Atlanta**

OVERVIEW    AT&T AND SHAREHOLDERS    **CUSTOMERS AND COMMUNITIES**    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs



# FirstNet

**FirstNet is the only nationwide, high-speed broadband communications platform dedicated to America's first responders and public safety community.**

Built by AT&T in public-private partnership with the First Responder Network Authority, FirstNet covers more than 2.71 million square miles – reaching over 99% of the U.S. population.

We've launched nearly 1,000 cell sites across the country to expand rural, remote and Tribal coverage, enabling more first responders and the communities they serve to access critical communications capabilities when needed most.

For the 4th consecutive year, Frost & Sullivan has commended AT&T for innovation, market-leading performance and unmatched customer care in public safety solutions. In 2021, we earned their Public Safety Solutions Company of the Year award.

## FirstNet focuses on mental health

By its very nature, emergency response is stressful. When we began the historic FirstNet initiative, we committed to *Be There* for America's first responders. Now, we've established the FirstNet Health & Wellness Coalition to support their holistic health and wellness.

Mental health is a key priority for AT&T and FirstNet, as the rates of PTSD, depression, anxiety – and even suicidal thought – among public safety personnel far exceed the general population. We're supporting first responder mental health programs with organizations such as the Quell Foundation, Boulder Crest Foundation, Blue Help, the National Association of Emergency Medical Technicians and the International Association of Chiefs of Police. And we're adding health and wellness apps to the FirstNet App Catalog.

| CONNECTIONS NATIONWIDE | AGENCIES SUBSCRIBED |
|---|---|
| **3M+** | **19,500+** |

| U.S. POPULATION COVERED | SQUARE MILES COVERED |
|---|---|
| **>99%** | **2.81M** |

Read more:  Business Continuity, Longevity & Innovation Issue Brief
Network Quality & Reliability Issue Brief



## Meet ROG the Dog

In 2021, we launched FirstNet ROG the Dog - animal assisted therapy to support public safety on the front lines.

Affectionately named  after the FirstNet Response Operations Group (ROG) – the team led by former first responders that guides deployment of the FirstNet fleet of dedicated deployable network assets – ROG the Dog is a pack of more than 2 dozen trained labradoodles that specialize in animal assisted therapy for first responders.

Agencies using FirstNet can request a therapy dog in the same way they request a deployable network asset, such as a mobile cell site or drone, from the FirstNet fleet. And just like the fleet, the therapy dogs are available at no additional charge to support personnel on the front lines.



*"AT&T's commitment to innovation has provided public safety agencies with the tools to deliver reliable, mission-ready solutions that transform the way first responders prepare, react and respond to emergency events."*

**– Brent Iadarola, Vice President, Frost & Sullivan**



# Community resilience

**We're committed to supporting local communities impacted by natural disasters.**

When disaster strikes, AT&T and employees demonstrate our corporate value *Be There* by assisting victims and affected communities through disaster response activities, corporate giving, volunteerism and support for impacted coworkers. AT&T is committed to working with strategic non-profit partners to provide solutions across all phases of the disaster lifecycle, including resiliency preparedness and long-term recovery.

In 2021, we supported more than 200,000 individuals impacted by natural disasters such as Winter Storm Uri, historic California wildfires and the third-busiest hurricane season on record.

Our community resilience efforts are motivated by our 2030 goal to help 1 million people prepare for and recover from the impacts of disasters.

**Progress:** Help 1 million people prepare and recover by 2030



200,000

0                                                            1,000,000

We also proactively monitor potential nature-related threats to our network, employees and communities through our Weather Operations Center. In the event of a disaster or other emergency, we implement procedures to quickly restore network functionality, provide critical resources to impacted employees, field customer inquiries and return or establish service in the communities where we operate.

| 2021 AT&T FOUNDATION DISASTER RELIEF | 2021 AT&T NETWORK DISASTER RECOVERY SPEND |
|---|---|
| **$1.2M** | **>$300M** |

Read more:  Community Engagement Issue Brief



## AT&T Employee Relief Fund

Through the AT&T Employee Relief Fund, our employees can support each other when natural disasters, house fires or other unexpected personal hardships arise.

**EMPLOYEE RELIEF FUND DISTRIBUTIONS IN 2021**

**$1.4M+**

**EMPLOYEES RECEIVING SUPPORT IN 2021**

**1,600+**

## Enhancing consumer preparedness

Unless families have experienced natural disasters in the past, most are not fully prepared for an emergency. These are stressful and potentially life-threatening situations. And for vulnerable families, a crisis can destabilize their lives for years to come.

Planning ahead and being prepared makes people more resilient in the face of disasters. That's why a team of AT&T employees collaborated with non-profit SBP, a social impact organization focused on disaster resilience and recovery, to develop the Equip app. By combining easy-to-use tools, shareable resources and expert advice consolidated in one place, Equip makes it simple and engaging for households to prepare for a disaster long before it happens.

We released the Equip app at the onset of the 2021 disaster season and are working with SBP to launch an awareness campaign and video tutorials to enhance the use and capacity of Equip even further.

**259**



# Employees



# Employee engagement and wellbeing



**page 21**

## Employee engagement and wellbeing

**page 22**

## Diversity, equity and inclusion

**page 24**

## Training and career development

**page 25**

## Community engagement

**GLOBAL EMPLOYEES (END OF YEAR 2021)**

## ~202.6K

**OPERATIONS ACROSS**

## 50 / 63
states    countries

**AT&T is one of the largest employers in the U.S., with approximately 202,600 employees across all 50 states and 63 countries. We strive to be an employer of choice, supporting talent attraction, engagement and wellbeing through meaningful work and competitive benefits.**

Our employees deliver technology, media and telecommunications services to millions of consumers and businesses every day. We want to make AT&T a great place to work, where employees are motivated to contribute to our purpose and understand the impact of their work on customers and society.

Through initiatives such as our *How We Connect* culture model, we listen to our people with a view to amplifying our most effective corporate behaviors and discontinuing practices that prevent us from acting boldly, moving faster and serving customers first.

## Our Employee Value Proposition

In 2021, our employee experience team launched an Employee Value Proposition to help refine our strategy around who we are as an employer, why people want to work at AT&T and what we promise to our employees. The framework articulates how AT&T employees can "connect with a world of possibilities".

The initiative also supports our talent attraction efforts, helping describe how prospective employees can make a significant impact in their careers by serving the millions of customers and communities that rely on AT&T every day.

### Connect with a world of possibilities


**Unlock your potential**
We provide resources, opportunities and total rewards to support your journey through a dynamic and fulfilling career.


**Make meaningful connections**
We value what makes you unique – and create an inclusive environment to purposefully connect with your colleagues and broader industry.


**Power our collective vision**
We focus on our purpose, impact and role we play in connecting millions of people across the globe to what matters most.


**Serve others together**
We serve our customers, communities and each other – using our strengths and expertise to make a difference.


Read more: Our Workforce Issue Brief • Environment, Health & Safety Compliance Issue Brief

## Employee health, safety and wellbeing

AT&T supports employee health and wellbeing through a comprehensive occupational health and safety program, benefits and wellbeing solutions.

In 2021, we began offering up to 3 weeks of paid time off to care for a child, grandchild, parent or other loved one, in qualified situations. The time can be used continuously or intermittently and resets every calendar year. Our new family planning and support services provide 24/7 virtual support for pregnancy, postpartum, loss, adoption/surrogacy and return to work.

Our medical programs offer employees and their families ways to take care of their health without going into the doctor's office. Specialized diabetes, hypertension, weight management, physical therapy and sleep programs allow our members to manage conditions from home via connected devices, such as glucose monitors, blood pressure cuffs, scales, wearable sensors and C-PAP machines.

AT&T also offers Your Health Matters, a health and wellness program that features trending nutrition, fitness, mental wellbeing and preventative care content. Employees can build habits for success, share tips with colleagues and find motivation to pursue wellness goals.

OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    **EMPLOYEES**    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs

EMPLOYEES ——— DIVERSITY, EQUITY AND INCLUSION





# Diversity, equity and inclusion (DE&I)

*"We have a longstanding value of standing for equality, which starts by demonstrating diversity, equity and inclusion within our own workforce. "*

**– Corey Anthony, Senior Vice President, Chief Diversity and Development Officer**

**From our Board of Directors to front-line workers across the globe, we seek talented people who represent a mix of backgrounds, identities, abilities and experiences. This is critical to ensure the services we offer and content we create reflect the diversity and interests of society and of the world around us.**

Our focus on DE&I dates back decades. In 1968, AT&T became one of the first American corporations to launch a supplier diversity program. And in 1975, we were one of the first to adopt a policy prohibiting employee discrimination based on sexual orientation.

## Supporting a diverse workforce

AT&T's diverse and inclusive workforce is a product of continuous effort to create a culture where employees from every segment of society are treated with fairness and provided equal opportunities for career advancement. In 2021, more than 55% of open positions and 53% of promotions at AT&T were filled by diverse candidates.[2]

AT&T's Chief Diversity and Development Officer, a member of our CSR Governance Council, leads our strategy for employee DE&I, as well as our equal employment opportunity and affirmative action policies. To promote employee engagement and cross-functional DE&I initiatives across our operating companies, we also convene 4 diversity councils, including the CEO's Diversity Council led by our most senior executive.

We monitor indicators of employee diversity, which help us understand the makeup of our workforce across management levels and geographies. In 2021, we also enhanced the transparency of our workforce diversity by publicly releasing both AT&T and WarnerMedia Federal EEO-1 data.

**Read more: Our Workforce Issue Brief • AT&T DEI Report and website AT&T and WarnerMedia EEO-1 reports**

### Employee demographics (end of year 2021)

**WOMEN**
**33.1%**
Global

**WOMEN**
**32.1%**
U.S.

**INDIVIDUALS WITH DISABILITIES[13]**
**~7K**
U.S.

**PEOPLE OF COLOR[12]**
**47.1%**
U.S.

**LGBTQ+ INDIVIDUALS[13]**
**~3.2K**
U.S.

**VETERANS[13]**
**~12.3K**
U.S.

### Recognition of our DE&I efforts

We're proud of the external recognition we receive for our dedication to DE&I. In 2021, AT&T was named to several DiversityInc specialty lists, including recognition as a company for:

- Executive Diversity Councils
- Supplier Diversity
- Mentoring
- Employee Resource Groups
- LGBTQ+ Employees
- Black Executives

This recognition follows our 2020 induction into the DiversityInc Hall of Fame.

### Fostering an inclusive culture

AT&T recognizes a diverse workforce is most effective when supported by an inclusive culture. Our DE&I strategy includes a range of initiatives designed to create a workplace where diversity is respected, valued and celebrated.

Across the enterprise, we have more than 37 employee groups and networks with more than 145,250 memberships representing the diverse cultural and experiential dimensions of our workforce. All groups are open to all employees. Several of our employee groups, such as Mujeres en Acción and Pulse of India, specifically engage employees outside of the U.S. In 2021, we launched Faith@Work to bring employees together for education and dialogue on religious diversity, plus interfaith collaboration and community engagement.

These organizations exemplify our company's commitment to DE&I through efforts in the workplace, marketplace and community – while focusing on members' professional development and opportunities for community service.

**EMPLOYEE GROUP MEMBERSHIPS**
**>145K**

Over the past year we also launched the Equality First app, which encourages employees to gain new perspectives and get to know each other better through guided discussions. The platform also features a podcast series, employee videos and a tool to help participants access and build their understanding of social bias.

### Our support for DE&I business collaboration

AT&T recognizes the injustices and social inequities often faced by Black Americans, including higher unemployment levels. To help address these challenges, we joined the OneTen coalition – a group of corporations pledging to collectively hire 1 million Black Americans by 2030.

Beyond our own workforce, we're committing our corporate influence to champion equity and combat injustices that impact employees in the communities we serve. AT&T supports:

- **The Business Coalition for the Equality Act** – a group of U.S. employers supporting the addition of LGBTQ+ individuals to groups afforded basic protections under U.S. federal law
- **The United Nations (U.N.) Standards of Conduct for Business**, which offer a holistic framework of best practices to help combat discrimination based on sexual orientation and gender identity globally
- **The U.N. Women's Empowerment Principles**, signaling our commitment to promoting gender equality and women's empowerment in the workplace, marketplace and community.
- **The Hispanic Promise**, a first-of-its-kind national pledge to hire, promote, retain and celebrate Hispanics in the workplace

**Read more: Our Workforce Issue Brief • AT&T DE&I Report and website**

**IN 2021, AT&T RECEIVED A**
**100% score**
on the Disability Equality Index for the 7th consecutive year.

DEI BEST PLACE TO WORK FOR DISABILITY INCLUSION 2021
100% DISABILITY EQUALITY INDEX

### Diversity on screen and behind the camera

Since formalizing the industry's first Production Diversity Policy in 2018, WarnerMedia[8] has shown measurable progress toward increased equity and inclusion:

| | 2020 WarnerMedia Scripted Shows | Since 2019 | 2020 Warner Bros. Films | Since 2019 | |
|---|---|---|---|---|---|
| **Women** | 36% | ▲ 2% | 30% | ▼ 4% | On-screen representation |
| | 28% | ▲ 5% | 27% | ▲ 4% | Behind-the-camera representation |
| **People of color** | 29% | ▲ 5% | 29% | ▲ 5% | |
| | 29% | ▲ 6% | 27% | ▲ 4% | |



# Training and career development

- **AT&T invests in employee development programs to train – and retain – a skilled and capable workforce.**

Our internal training organization, AT&T University, works across our business to create and deliver best-in-class training, helping develop diverse leadership and energize our workforce to drive innovation.

We assess the effectiveness of our training initiatives by measuring employee performance and career progression, as well as our ability to fill positions internally. Our metrics show that those who take part in our training and development initiatives are:

- **more likely** to receive a higher performance rating at the end of the year
- **more likely** to receive a higher key contributor award at the end of the year
- **more likely** to move laterally
- **less likely** to leave the company

## Targeting training to employee needs

We seek innovative ways to develop our people with the right training opportunities. Our Real Time Training program delivers small-bite content to individual employees, to improve role-specific key performance indicators (KPIs). We identify who needs training and when, as well as which training solution is most likely to drive the greatest performance improvement for an employee's respective KPIs.

In 2021, approximately 1,950 employees received real time tutorial recommendations, resulting in:

- **~4.3K** incremental new customers
- **~$4.5M** in incremental annual revenue

## Monitoring training effectiveness

We monitor employee training through a platform called the Personal Learning Experience (PLE), where employees book, complete and log online courses. PLE also features a skills assessment tool to help employees identify their competencies, see what jobs are available within the company, the skills required for each position and whether demand in that particular area is projected to grow or decline in the years ahead.

Read more: **Our Workforce Issue Brief**

**INVESTED IN EMPLOYEE TRAINING AND DEVELOPMENT PROGRAMS IN 2021[2]**

## $158M

**HOURS OF EMPLOYEE TRAINING IN 2021[2]**

## 15M

**EMPLOYEES REACHED IN 2021[2]**

## 210K

**INVESTMENT IN EMPLOYEE TUITION ASSISTANCE IN 2021[2]**

## >$13M

**2021 HOURS DEVOTED TO SKILLS TRANSFORMATION TRAINING[2]**

## ~670K

**MANAGEMENT EMPLOYEE ENGAGEMENT IN SKILLS TRANSFORMATION TRAINING[2]**

## ~58%

**In 2020, Chief Learning Officer magazine awarded AT&T Organization of the Year for Learning and Development, and the Editor's Choice Award for Best in Learning Execution.**

## 95%

of employees with more than 3 months of service receive a performance appraisal and review.[2]

We utilize a 360-degree feedback structure that delivers well-rounded performance insights from supervisors, peers and direct reports.

# Community engagement

- **AT&T Believes[SM] combines our employees' generosity of time and resources with AT&T's longstanding external relationships, corporate contributions and foundation grants, to make a difference in our communities.**

In 2021, we launched AT&T Believes in Spain and Belgium, adding to more than 40 U.S. and international markets where we're making a positive impact.

We're advancing opportunities in education, careers and quality of life through activations that help bridge the digital divide, build job skills and provide basic necessities in times of crisis. In 2022, through AT&T Believes our employees will begin tutoring and mentoring learners at AT&T Connected Learning Centers across the U.S. (page 15).

Internal research shows that employees participating in volunteerism and other community engagement initiatives are more likely to recommend AT&T as a place to work, stay at AT&T longer and feel better about working for the company. We've set a target to engage 50% of our employees worldwide in communities through grassroots volunteerism and giving initiatives by 2030. In 2021, AT&T employees volunteered more than 443,838 hours in community outreach activities – valued at more than $12 million.[14]

- **Progress:** Engage 50% of employees in volunteerism and giving by 2030

30%[17]



0                                                                50%

AT&T's community engagement efforts and philanthropic giving – including corporate contributions and foundation grants – support initiatives that promote academic success, provide job skills training, drive innovation, empower women and underrepresented communities and respond to worldwide disasters and emergencies.

**2021 CORPORATE AND AT&T FOUNDATION GIVING[15]**

## $202.05M

**TOTAL OF 2021 EMPLOYEE DONATIONS[16]**

## $20.9M

**2021 AVERAGE GIVING PER EMPLOYEE DONOR[16]**

## $382

**EMPLOYEE VOLUNTEER HOURS[16]**

## >443.8K

**VALUE OF 2021 EMPLOYEE VOLUNTEERISM[14]**

## >$12M

Read more: **Community Engagement Issue Brief**

## Rewarding community service

AT&T applauds employees who make an outsized contribution to community engagement efforts. The President's Volunteer Service Award (PVSA) is recognition from the President of the United States of individuals who have dedicated at least 100 hours to their communities during the year.

In 2021, AT&T recognized 1,273 U.S. employees as PVSA recipients for their 2020 volunteer time. We also recognized 22 international employees who volunteered 100 hours or more in 2020.

## AT&T Environmental Champions

We encourage employees to reduce their personal environmental footprint and launched the Environmental Champions program in 2020, as an employee-led platform for those with a passion to protect the environment. In 2021, membership grew by over 20%. Today, more than 1,500 employees are helping raise awareness of home-based environmental behaviors everyone can bring back to work. The program includes:

- An online portal that inspires employees to connect, learn, share and act
- A platform for purchasing discounted environmentally friendly products
- A challenge and awards system that encourages employees to complete activities and missions that are beneficial to the environment and help develop habits that further environmental sustainability

# Suppliers



## Our resilient and responsible supply chain





**page 27**

A resilient and sustainable supply chain

**page 28**

ESG and the supplier lifecycle

CDP
SUPPLIER ENGAGEMENT LEADER
**2021**

**AT&T enhances our resilience by integrating ESG factors into supplier evaluation and selection. We're also extending our environmental and social impact by reviewing our suppliers' operations and encouraging them to set GHG emissions targets.**

### Supply chain ESG integration

We expect supplier business operations to be conducted in compliance with sustainability and diversity clauses in our contracts, which require conformance with the AT&T Principles of Conduct for Suppliers (Principles) and the AT&T Human Rights Policy. We require suppliers to verify adherence to our Principles through a self-attestation process every 18–24 months.

Annually, we engage suppliers representing 80% of spend[19] with sustainability assessments developed through both CDP and the Telecommunications Industry Association. These assessments, which cover a range of ESG factors such as environmental management, circular economy, stakeholder engagement and a supplier's management of its own supply chain, support our ability to integrate sustainability metrics into sourcing decisions. In addition, through our participation alongside peer telecom companies in the Joint Audit Cooperation, we engage suppliers at risk of noncompliance with social standards – such as child or forced labor, health and safety, freedom of association, working hours or compensation – in on-site audits and corrective action plans.

### Geographic risk mitigation

In recent years, the world's supply chain has faced unprecedented disruption. Surprisingly, past geopolitical events helped ensure AT&T was better prepared. 2018 U.S. tariffs on Chinese goods illustrated the risks associated with geographic supplier concentration and incentivized many of our suppliers to diversify their manufacturing footprint and reduce reliance on materials from a single country. To meet such challenges, AT&T began enhancing visibility into where our suppliers – and their suppliers – concentrate manufacturing of key products and components. This intelligence makes us better prepared for unforeseen events, such as the COVID-19 pandemic, and helps us achieve an industry-leading cost structure balanced with geographic risk mitigation.



Read more:  Responsible Supply Chain Issue Brief
Business Continuity, Longevity & Innovation Issue Brief
Human Rights Issue Brief  •  AT&T Supplier Diversity website

### Reducing supplier emissions

As part of our work to reduce GHG emissions beyond AT&T's own footprint, we set a science-based target to ensure 50% of our suppliers have, or will, set their own science-based Scope 1 and Scope 2 GHG targets by 2024.[20]

**THROUGH 2021**

## 47%

of suppliers have set science-based targets

**Progress:**
Ensure 50% of suppliers adopt science-based GHG targets by 2024

47%

0    50%

### Enhancing supplier diversity

In 1968, AT&T became one of the first U.S. corporations to have a supplier diversity program. Diverse suppliers bring value through unique skills and innovative ideas. Our program connects specialized internal supplier diversity managers with our sourcing teams to assist minority-, woman-, veteran-, LGBTQ+- and disability-owned enterprises around the U.S. with opportunities to provide products and services to AT&T. Our annual goal for supplier diversity spend is to surpass $10 billion in total procurement expenditures.[3]

**CLOSE TO**

## $214B

procured with minority-, woman-, veteran-, LGBTQ+- and disability-owned enterprises since 1968[3]

**2021 TOTAL SPEND ON GOODS AND SERVICES[18]**

## >$60B

**GLOBAL SUPPLIERS, ACROSS 65 COUNTRIES[18]**

## >20K

**2021 SPEND WITH DIVERSE SUPPLIERS[3]**

## $13.3B

# ESG and the supplier lifecycle

AT&T's approach to ESG in the supply chain is designed to mitigate risk and enhance positive impact across the supplier lifecycle. This diagram categorizes key mechanisms according to:

 ESG operational integration     Reducing GHG emissions    Supplier diversity

 **Supplier principles and collaboration**

AT&T suppliers are expected to comply with sustainability and diversity clauses in our contracts, which also require conformance with our AT&T Principles of Conduct for Suppliers and the AT&T Human Rights Policy. We work with organizations such as Global Enabling Sustainability Initiative to improve performance across the value chain and drive achievement of U.N. Sustainable Development Goals.

 **GHG emissions reduction**

We expect our suppliers to reduce their environmental footprint and to set GHG emissions targets. AT&T set a 2024 science-based target to ensure 50% of our suppliers[20] (as a portion of spend) set their own science-based Scope 1 and Scope 2 GHG targets.

 **Supplier diversity**

Our Supplier Diversity organization connects certified diverse minority-, woman-, veteran-, LGBTQ+- and disability-owned business enterprises with opportunities to provide products and services to AT&T. Our annual goal is to surpass $10 billion in diverse spend.[3]

 **Attestation and assessments**

We require suppliers to verify adherence to our Principles of Conduct for Suppliers every 18–24 months. Additionally, we annually engage suppliers representing 80% of spend[19] with ESG assessments developed through both CDP and the Telecommunications Industry Association. These assessments support our ability to integrate sustainability metrics into sourcing decisions.

 **Emissions targets and performance**

We participate in the CDP supply chain program to analyze data on suppliers' emissions reduction goals and progress over time, and to reinforce the importance of supplier sustainability disclosures.

 **Diverse supplier spend**

We evaluate our total spend with diverse suppliers in an effort to drive impactful and meaningful change in their communities through overall economic empowerment and growth.

**EXPECTATIONS    SELECTION    ENGAGEMENT    EVALUATION**

 **Supplier screening and contracting**

Risk screening is an important part of our supplier selection process. Our strategy includes training AT&T sourcing managers on the principles of sustainability and diversity, requiring compliance with contractual sustainability and diversity clauses for tier 1 and 2 suppliers, and monitoring supplier sustainability and diversity performance at varying frequencies based on high-risk activities analysis.

 **Preferred supplier program**

AT&T's Preferred Supplier Program allows us to recognize high-performing suppliers that have demonstrated a commitment to focus areas such as diversity and environmental sustainability. We incorporate these factors into sourcing decisions:

· **Sustainability metrics** such as GHG targets and emissions, waste management and water intensity

· **Diversity and inclusion metrics** reflecting supplier workforce ethnic and gender diversity.

 **Audits and corrective action planning**

Collaborating with peer telecom companies in the Joint Audit Cooperation (JAC), we conduct on-site audits and develop corrective action plans for suppliers at risk of noncompliance with social standards, such as child or forced labor, health and safety, freedom of association, working hours or compensation.

 **Supplier engagement on GHG emissions reduction**

AT&T set a 2024 science-based target to ensure 50% of our suppliers[20] (as a portion of spend) set their own science-based Scope 1 and Scope 2 emissions targets. We work with key suppliers individually to help set their targets and encourage continuous improvement in their emissions reduction work.

 **Support and acceleration programs for diverse suppliers**

We offer executive-level education and scholarships to support CEOs of diverse-owned businesses. Our Supplier Diversity organization sponsors the Business Growth Acceleration Program, a mentoring series that helps diverse-owned businesses thrive in today's market. We also offer an early payment program to provide qualified suppliers with flexible financing options.

---

**IN 2021**

**202 suppliers**

reported their greenhouse gas (GHG) emissions through the CDP supply chain program.

**IN 2021**

**82%**

of suppliers by spend are engaged through ESG assessments.[19]

**IN 2021**

**$13.3B**

of our total supplier spend was with certified-diverse businesses.[3]

**IN 2021**

JAC audits identified 402 corrective actions and closed ~71% of all identified corrective actions – including ~61% rated as minor, ~35% rated as major, and ~5% flagged for priority.

**TO DATE**

**47%**

of suppliers by spend have set their own science-based Scope 1 and Scope 2 green-house gas emissions targets.[20]

**IN 2021**

participants in our supplier financing program included:

• **35 certified women-owned** enterprises

• **41 certified minority** enterprises

• **7 certified disabled-veteran** enterprises

Case 3:24-cv-01196-N    Document 73-1    Filed 11/05/24    Page 270 of 331    PageID 661

OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs    ENVIRONMENT — AT&T AND CLIMATE CHANGE



# Environment



### page 31
**AT&T and climate change**

### page 32
**Gigaton Goal**

### page 34
**Toward carbon neutrality**

### page 36
**Water management**

### page 37
**Waste management**

| ENERGY SAVINGS PROJECTS SINCE 2010 | ANNUALIZED ENERGY SAVINGS SINCE 2010 (kWH) | ANNUALIZED COST SAVINGS FROM ENERGY PROJECTS SINCE 2010 |
| --- | --- | --- |
| >151K | ~8.1B | >$735M |

# AT&T and climate change

**AT&T is extending our positive environmental impact and optimizing the resilience of our business through enhancements in resource efficiency and efforts to protect our network and stakeholders from environmental risk.**

## Climate-related strategy, metrics and targets

The global transition to a low carbon economy presents risks and opportunities for AT&T and broader society. We're working to reduce our carbon emissions, while enabling solutions that can help our customers and communities transition to net zero.

We're committed to becoming carbon neutral across our global operations by 2035[4] (page 34).

**Progress:** Achieve net zero Scope 1 and 2 GHG emissions by 2035[4]


**37.2%**
0 — Carbon neutral

To demonstrate transparency and credibility, we're working to reduce Scope 1 and 2 GHG emissions 63% by 2030 (2015 base year) – a science-based target aligned with a 1.5°C pathway[4] (page 34).

**Progress:** Reduce Scope 1 and 2 GHG emissions 63% by 2030[4]


**37.2%**
0 — 63%

The increasing frequency and severity of extreme weather presents risks for our network that could negatively impact our business, customers and communities if not managed well. Page 9 provides more information on how we integrate physical risk into our network resilience efforts.

Natural disasters also have direct impacts on our employees, customers and communities – with disproportionately greater impacts in disadvantaged areas. Page 19 provides more information on how we support disaster relief efforts across our communities.

**Read more:** TCFD Report • CDP Climate Change disclosure • Climate Change Policy • Energy Policy • Climate Change Issue Brief • SASB Index

## Climate-related oversight and governance

The Governance and Policy Committee of the AT&T Board of Directors oversees the entirety of AT&T's environmental and climate-related strategy, including emissions reduction objectives, consumption of electricity and water, investments in renewable energy, and waste management.

The Audit Committee oversees AT&T's internal enterprise risk assessment activities and audit functions, which incorporate climate-related risks and disclosures.

Our Chief Sustainability Officer leads internal management of AT&T's environmental and climate-related strategy, risks and opportunities.

Our President – Network Engineering and Operations has responsibility for the resilience of our network, including energy and water use, and oversees the management of climate-related impacts to our operations. This includes our commitments to renewable energy, network disaster response and business continuity planning.

Our Senior Vice President (SVP) – Audit Services oversees the integration of ESG issues, including environmental and climate-related impacts, into corporate enterprise risk assessment activities.

**Read more:** 2022 Proxy Statement • Our Corporate Governance Issue Brief



# Gigaton Goal



## AT&T Sustainability Professional Services

AT&T has significant experience leveraging connectivity to reduce the environmental impact of operations – for ourselves and our customers. We've learned our solutions have the greatest impact when supported by the right expertise.

In 2022, our professional services consulting group launched a Sustainability Professional Services team to help customers review their environmental impact and identify improvements for operational efficiency and emissions reduction. We're also working with customers to develop climate adaptation and resilience strategies, leveraging projected climate-impact data from CCAT (page 9).

**AT&T is helping facilitate the global transition to net zero through emissions-reducing solutions for our operations, customers, employees and communities.**

## Reducing a gigaton of emissions

We're helping customers improve their environmental footprint by driving adoption of AT&T broadband-enabled technologies that can reduce GHG emissions, such as online collaboration tools and IoT solutions for fleet, asset and building energy management. We're measuring this impact through a methodology developed in collaboration with Carbon Trust and BSR.

In 2021, we announced the AT&T Gigaton Goal to deliver connectivity solutions that enable customers to collectively reduce a gigaton (1 billion metric tons) of GHG emissions between 2018-2035. 1 gigaton is approximately equal to 19% of 2020 U.S. GHG emissions, nearly 3% of 2020 global energy-related emissions or 1.6 billion flights from Los Angeles to New York.[21] Our gigaton goal recognizes that connectivity has a role in helping our customers mitigate climate change, at scale.

AT&T-enabled customer GHG emissions reductions measured between 2018–2021 total 110.3 million metric tons of $CO_2e$ – approximately 11% attainment toward our gigaton goal.[22]

**Progress:** Gigaton Goal (1 billion metric tons of GHG emissions between 2018-2035)

**110.3 million**



0                                                                    1 billion

 Read more:  Climate Change Issue Brief  ·  Gigaton Goal website



*"AT&T has a track record of delivering sustainability results within our own large-scale operations and for our business customers across industries."*

**– Anne Chow, CEO, AT&T Business**



### Traxen iQ-Cruise™

Traxen iQ-Cruise is an AI-informed adaptive cruise control solution that delivers an average 10% increase in fuel efficiency, in addition to improved safety and driver satisfaction. Using AT&T IoT connectivity, Traxen collects topography, traffic and end-of-route congestion data to help drivers operate their vehicle's engine and transmission at a highly efficient rate.

### Badger Meter

Badger Meter, a provider of smart water solutions including flow measurement and water quality devices, utilizes AT&T IoT connectivity to help customers collect near real-time data to drive efficiency, reduce costs and enable conservation throughout their water distribution networks. By helping identify water leaks quickly, avoiding trips to read or power meters on or off, and arming households with water usage data, Badger Meter helps reduce wasted water and related emissions.

### SunPower®

SunPower, a U.S.-based solar technology and energy services provider, uses AT&T IoT connectivity to optimize the production of renewable energy and enhance operational efficiencies. SunPower works with AT&T to help monitor solar panels and battery storage, giving solar customers greater visibility into system performance and more control over how and when they use stored energy.

### AT&T Connected Climate Initiative

As part of our efforts to achieve our gigaton goal, in 2021 we formed the Connected Climate Initiative (CCI) to convene the brightest minds from leading technology companies, AT&T Business customers, universities and non-profits. We're working to identify best practices, develop new products and use cases, and scale the innovations of startup partners building 5G- and other broadband-enabled climate solutions.

We're making impact on a global scale by collaborating with businesses such as Microsoft, Equinix and Duke Energy. In addition, we're leveraging innovation from research universities including Texas A&M University, the University of Missouri and Purdue University. And we're actively exploring partnerships with others, as well.

Internally, we've formed a "tiger team" with representatives from our CSR and AT&T Business organizations that meets regularly to build AT&T sales team expertise and customer engagement on climate-related issues, recruit new CCI partners and identify opportunities to increase AT&T revenue.

In 2022, we launched a training course available to all employees, introducing CCI and explaining how AT&T can help customers address climate change.

### Connected Climate Initiative Focus Areas

| | |
|---|---|
|  **Collaboration** Collaborating with technology leaders to bring to market new scaled product offerings that enable business progression and emissions reduction. | **Research** Investing in research with leading universities to explore how 5G can enable emissions reductions in key areas like transportation, energy and manufacturing. |
| **Solutions** Delivering connectivity-driven solutions to help our AT&T Business customers reduce emissions. | **Distribution** Fueling innovation and disruptive technologies that use connectivity to fundamentally change how work gets done. |

 Read more:  Climate Change Issue Brief  ·  Gigaton Goal website



# Toward carbon neutrality





## AT&T is the 7th largest corporate renewable energy user

Our commitment to net zero Scope 1 and 2 GHG emissions includes increasing our investments in power purchase agreements with renewable energy developers. These commitments help reduce our reported emissions and protect against rising energy costs, while adding clean electricity to the U.S. power grid. In 2022, we announced 2 new solar energy deals, increasing our domestic commitments to more than 1.7 gigawatts of renewable energy capacity – helping make AT&T the 7th largest corporate renewable energy user in the U.S., according to the EPA Green Power Partnership. In Mexico, we're implementing a 40 GWh/year agreement to supply renewable energy to approximately 1,200 network sites.

Renewable energy agreements have benefits beyond emissions reductions. Our investments create jobs, drive local economic development and improve the communities we serve.

**AT&T is working to reduce our GHG emissions by enhancing operational efficiency, reducing energy use and increasing our renewable energy commitments.**

We're committed to becoming carbon neutral, achieving net zero Scope 1 and 2 GHG emissions by 2035. Our carbon neutral ambition is underpinned by our Climate Strategy & Transition Plan, which guides our work to reduce emissions across all areas of our business.

We've also launched a science-based target to reduce Scope 1 and 2 GHG emissions 63% by 2030 (2015 base year) – aligning with a 1.5°C pathway.[4] Between 2015–2021, we reduced reported Scope 1 and 2 GHG emissions 37.2%, reaching nearly 59% attainment toward our 2030 target.

Our efforts to improve energy efficiency (page 35) also influence water use, given the water requirements of our cooling equipment. We track water use at our facilities using the AT&T Water Scorecard, which helps identify water-saving opportunities (page 36).

**Progress:** Reduce Scope 1 and 2 GHG emissions 63% by 2030[4]


37.2%
0    63%

**Progress:** Achieve net zero Scope 1 and 2 GHG emissions by 2035[4]


37.2%
0    Carbon neutral

## Leadership accountability for carbon neutrality

Annual performance objectives for our Chief Sustainability Officer, AVP – Global Environmental Sustainability and other senior leaders across our business include progress toward our carbon neutral goal, science-based targets and other climate-related objectives. This means our leading environmental initiatives are considerations when determining annual merit salary increases and bonus awards for these individuals.


Read more:  Greenhouse Gas Emissions Issue Brief • Energy Management Issue Brief • Climate Strategy & Transition Plan • Climate Change Issue Brief • TCFD Report • SASB Index



*"In addition to reducing our emissions footprint, AT&T is investing in renewable energy because it is good for the planet and good for our business. Our approach allows us to hedge against changes in energy costs and support economic development in communities we serve."*

**– Joe Taylor, Vice President, Global Infrastructure Optimization and Implementation**

## Transitioning to a low-emissions fleet

More than 52% of our Scope 1 emissions come from our ground vehicle fleet. We expect to lower fleet emissions at least 76% by 2035 (2015 base year) by implementing technologies such as IoT to maximize vehicle efficiency and optimize routes, as well as customer self-service solutions that can minimize the need to dispatch technician vehicles. Through the end of 2021, our fleet emissions have decreased 131,386 MT $CO_2e$ – down 20.6% from our 2015 base year. We achieved these reductions despite expanding our ground fleet to support the build-out of our fiber and 5G networks.[23]

We're reducing vehicle count in targeted portions of our fleet and plan to incorporate hybrid/electric technician vehicles to cut our emissions and reduce pollution in the communities where we operate. As part of these preparations, in 2020 AT&T became a founding member of the Corporate Electric Vehicles Alliance, working with other companies to identify the challenges and opportunities involved in adding electric fleet vehicles. In 2021, we formed an internal cross-departmental committee to collaboratively advance our fleet vehicle strategy. We began developing an Electric Vehicle (EV) Transition Master Plan that will map expected progress over the next 10 years, identify needed utility upgrades and site-specific readiness efforts and inform the procurement of EV supply equipment and EVs.

## Optimizing energy efficiency

Energy efficiency is an important part of our net zero strategy, because Scope 2 GHG emissions derived from sources such as purchased electricity account for the majority of our total emissions footprint. Our focus on energy efficiency has delivered consistent reductions in carbon emissions, while contributing cost savings to the business.

Our energy management efforts focus on 3 pillars:

- **Reductions and right-sizing:** eliminating unnecessary load by removing obsolete assets and properly diminishing capacity commensurate with demand
- **Optimization**: incorporating energy-efficient systems and practices into infrastructure and monitoring performance to address maintenance deficiencies and opportunities
- **Investment**: purchasing large-scale renewable energy contracts that deliver clean energy to local grids and reduce our reported Scope 2 emissions

For over a decade, we've invested in energy efficiency initiatives – such as the ongoing integration of our centrally-managed Energy and Building Management Solution – that have made a measurable impact on our energy use. Between 2010-2021, we've implemented more than 151,000 energy efficiency projects resulting in annualized savings of nearly 8.1 billion kWh and annualized energy cost savings of more than $735.5 million.

### Tangible results from energy efficiency activities



million MWh (annual)[24]

| | >82K | ~111K | ~138K | ~147K | >151K |

million kWh (cumulative)

Energy projects implemented (cumulative) — Energy savings (right axis) — Energy consumption (left axis)

**Virtualizing network functions**: Over the last several years, we've shifted 100% of our layer 3 core network to software-defined control. This includes replacing significant portions of specialized network equipment with lower-cost, energy-efficient hardware that can virtualize many network processing functions. As a result, we're able to deploy new network capabilities faster, while using less energy and lowering our GHG footprint.

# Water management

**Water is a shared resource that's vital for environmental sustainability and economic prosperity. AT&T focuses on water efficiency to reduce costs and enhance our resilience, and to help preserve the availability of water in our communities.**

Water is a critical input for our operations. 53% of our domestic water consumption occurs at locations where most of the water usage helps maintain the controlled and cooled environment required by our communications network.[25]

We track water use and savings opportunities at our facilities with the AT&T Water Scorecard. We consolidate or reduce building space, where feasible, which has reduced water consumption by 267 million gallons since 2013. Our efforts to improve energy efficiency (page 35), such as enhancements to cooling systems, also positively impact our water use.

## Water recycling efforts

At Warner Bros. Studios[8] in Burbank, CA, we use recycled water for landscape irrigation and in select cooling towers. Since 2013, the Studios have reduced potable water consumption 42%, conserving 232.19 million gallons.

We've incorporated smart irrigation and rainwater collection systems into the AT&T Discovery District housing our Dallas headquarters. Our headquarters building also has a water harvesting system that collects and filters condensate from our air conditioning systems, for landscape irrigation. In 2021, this harvesting system saved more than 664,000 gallons of water. These water savings efforts helped the AT&T Discovery District earn SITES Silver certification, which recognizes sustainable and resilient land development projects.

**Read more: Water Management Issue Brief**

**Water intensity:**
gallons/$ thousand revenue[25]

| 2017 | 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|------|
| 19.74 | 19.02 | 16.63 | 15.59 | 15.87 |

**Water intensity:**
gallons/individual subscriber[27]

| 2017 | 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|------|
| 13.81 | 12.69 | 14.12 | 11.75 | 11.80 |





### Saving water through smart building management

In 2021, AT&T expanded use of our Energy and Building Management Solution (EBMS) to support energy and water efficiency at 1,030 total facilities. Leveraging IoT and Big Data principles, our EBMS helps property managers ensure equipment is operating optimally, reducing mechanical cooling needs and associated water consumption.

Through our work with HydroPoint, we remotely monitor our irrigation systems in real time. HydroPoint's solutions allow us to retrofit legacy systems to reduce water consumption an average of 40%. We've installed HydroPoint solutions at 133 facilities since 2017 and in 2021, this solution helped us save 74 million gallons of water.

# Waste management

**AT&T is committed to reducing and responsibly handling the waste we produce from our operations and the products we sell.**

Our operations generate various types of waste – including general solid waste, e-waste, retired network infrastructure and office furnishings, and hazardous waste. Our approach to waste management involves reuse and recycling programs, as well as initiatives to reduce our overall waste footprint.

In 2021, we collaborated with third-party waste vendors to expand our pilot IoT-enabled dumpster monitoring program. The program uses sensors to inform our waste vendors when dumpsters are full, eliminating pick-up of partial loads. By routing trucks to dumpsters only when necessary, we're minimizing disposal costs and reducing hauling-related carbon emissions.

## Our 30x30 initiative

Based upon learnings from our previous 100-facility zero waste program, in 2021 we set an expanded goal to reduce the amount of U.S. waste sent to landfill 30% by 2030 (2019 base year). This "30x30" initiative addresses our entire waste footprint across more than 3,000 sites and is anticipated to exceed the impact of our 100-facility effort by 104 times, based on weight.

In 2021, our landfill footprint decreased 26.5% from our 2019 base year – achieving 89% of our "30x30" goal.

**Progress:** Reduce amount of U.S. waste sent to landfill 30% by 2030[30]



**26.5%**

0                                                                30%

## Keeping consumer e-waste from landfill

We believe all electronic devices should be reused, refurbished or recycled. We work to keep electronic materials out of landfill through reuse programs – including a free portal where customers can recycle old equipment. In 2021, we recovered more than 21 million devices including mobile phones, internet gateways and television set top boxes.[28]

**SINCE 2007**

## >250M

mobility and broadband devices and set top boxes refurbished or recycled[28]

**Read more: Waste Management Issue Brief • Product Life Cycle Issue Brief**



### Reducing infrastructure waste

The AT&T Global Connections and Supply Chain Investment Recovery group establishes practices that minimize the environmental impact of our internal waste and e-waste. This team works with R2-certified vendors to recover and recycle network infrastructure assets. Network materials such as copper wire, fiber-optic cable and central office equipment are dismantled, sorted and baled by commodity in preparation for sale or recycling. Scrap fiber-optic cable can be shredded and milled to become components of roofing materials or burned for resalable steam energy.

In 2021, the Investment Recovery group handled more than 18.3 MT of domestic U.S. operational waste and kept more than 18.1 MT of these materials from landfills.[29] This equates to a 98.8% diversion rate, a slight increase from 97.6% in 2020.

# Governance



**page 39**

ESG integration across AT&T operations

**page 41**

Political engagement transparency

**page 42**

ESG material topics and reporting

| INDEPENDENT BOARD CHAIR SINCE | BOARD DIRECTORS WHO IDENTIFY AS FEMALE (2022) | BOARD DIRECTORS WHO IDENTIFY AS PEOPLE OF COLOR (2022) | SENIOR LEADERS WHO IDENTIFY AS FEMALE (2021) | SENIOR LEADERS WHO IDENTIFY AS PEOPLE OF COLOR (2021) |
|---|---|---|---|---|
| **2021** | **23%** | **30%** | **42.5%** | **24.1%** |

## ESG integration across AT&T operations

*Updated April 2022*

• **ESG issues represent risks, opportunities and important external impacts we consider in our strategy and operations. Our approach to ESG is integrated into our business through Board of Directors oversight, officer-level leadership of ESG initiatives across relevant departments and collaboration among dedicated teams of corporate responsibility professionals and subject-matter experts throughout the company.**



### Board oversight

Our commitment to ESG requires strong Board engagement. The Governance and Policy Committee (GPC) assists the Board in oversight of AT&T's ESG strategy, including related policies, programs and ESG reporting. In addition to discussions with individual GPC members throughout the year, our Senior Vice President (SVP) – Corporate Social Responsibility (CSR) and ESG, who also is our Chief Sustainability Officer (CSO), presents on relevant topics and is present at all GPC meetings for ESG dialog. In 2021, the predecessor to the GPC (the Public Policy and Corporate Reputation Committee) held 3 regularly scheduled meetings discussing topics such as: DE&I, privacy, digital divide, social innovation, supply chain responsibility, climate transition, ESG reporting, political contributions and charitable contributions.

The Audit Committee oversees compliance with legal and regulatory requirements, as well as internal enterprise risk assessment and audit functions which incorporate ESG risks and disclosures. Our Chief Compliance Officer and SVP – Audit Services each meet with the Audit Committee 4 times per year.

• Read more: **2022 Proxy Statement** • **Our Corporate Governance Issue Brief**

### Governance and Policy Committee

• **GLENN H. HUTCHINS (CHAIR)**
Chairman, North Island and Co-Founder, Silver Lake

• **WILLIAM E. KENNARD**
Independent Chairman of the Board, Former U.S. Ambassador to the European Union and former Chairman, U.S. Federal Communications Commission

• **BETH E. MOONEY**
Retired Chairman and Chief Executive Officer of KeyCorp

• **LUIS A. UBIÑAS**
Former President, Ford Foundation

### Audit Committee

• **CYNTHIA B. TAYLOR (CHAIR)**
President and Chief Executive Officer, Oil States International, Inc.

• **STEPHEN J. LUCZO**
Managing Partner, Crosspoint Capital Partners, L.P.

• **MICHAEL B. MCCALLISTER**
Retired Chairman of the Board and Chief Executive Officer, Humana Inc.

• **LUIS A. UBIÑAS**
Former President, Ford Foundation

We thank Samuel A. DiPiazza, Jr. (Audit Committee; Public Policy and Corporate Reputation Committee) and Debra L. Lee (Public Policy and Corporate Reputation Committee) for their service, as they leave the AT&T Board to serve on the Warner Bros. Discovery Board of Directors.



# Political engagement transparency

## Executive oversight

Our CSO oversees internal management of ESG strategy, risks and opportunities. Our SVP – Audit Services oversees internal enterprise risk assessment activities and audit functions, including analysis of ESG risks and disclosures, and associated processes, controls and assurance.

Our CSR Governance Council (Council) is led by our CSO and comprises more than a dozen officers representing business operations and management functions aligned to our most important ESG focus areas. In addition to ad hoc meetings, the Council held 3 regularly scheduled meetings in 2021, discussing topics such as ESG reporting, digital divide, social innovation, climate transition, political contributions, DE&I, long-range goal setting and social issue engagement.

In addition to the Council, we convene 5 core issue committees: Community, Employee Activation, Environment, Human Rights and Online Safety. These committees are led by senior CSR leaders and work closely with experts throughout our operating companies to implement or enhance programs and policies that address ESG issues across AT&T.

📖 Read more: **2022 Proxy Statement** • **Our Corporate Governance Issue Brief**

### CSR Governance Council

**CHARLENE LAKE (CHAIR)**
Senior Vice President, Corporate Social Responsibility and ESG, and Chief Sustainability Officer

**MÓNICA ASPE**
Chief Executive Officer, AT&T Mexico

**ALTRESHA BURCHETT-WILLIAMS**
Vice President, Compliance Oversight

**LEN CALI**
Senior Vice President, Global Public Policy

**DEBBIE DIAL**
Senior Vice President and Controller

**ANDRE FUETSCH**
Executive Vice President and Chief Technology Officer, Network Services

**SUSAN JOHNSON**
Executive Vice President and General Manager, Wireline Transformation and Supply Chain

**K.C. KAVANAUGH**
Chief Communications Officer

**STACEY MARIS**
Senior Vice President, Deputy General Counsel and Secretary

**TOM MOORE**
Senior Vice President, Chief Compliance Office and Chief Privacy Officer

**AMIR ROZWADOWSKI**
Senior Vice President, Finance and Investor Relations

**SABRINA SANDERS**
Senior Vice President and Chief Strategy Officer

**VALERIE VARGAS**
Senior Vice President, AT&T Advertising and Retail Marketing

**RICK WELDAY**
Executive Vice President and General Manager, Enterprise

We strive to bring our customers the innovation they demand, provide shareholders value on their investment and take seriously the important role that we can play in the health of our society. Our mission to connect people to greater opportunities manifests in our employee volunteerism; corporate and employee philanthropy; our company's culture of diversity, equity and inclusion; employee benefits and our many corporate responsibility programs that address social and environmental needs. These actions and commitments are designed to improve the fabric of society and put the possibility of a better future in the hands of people in our communities.

Our corporate mission also requires us to actively participate in the political process because federal, state and local laws have a significant impact on our employees, communities, customers and other stakeholders. We engage in a transparent and bipartisan manner, to advocate for policies that support U.S. economic stability and growth; resilient infrastructures; technological progress and access to connectivity; and opportunity for our employees. These issues affect our ability to hire, pay good wages, provide world-class benefits, serve our customers, make capital investments, innovate to foster economic growth and create shareholder value. Our engagements include advocacy and lobbying, corporate political contributions, memberships in trade associations, contributions to other tax-exempt organizations and employee political action committee (PAC) contributions.

Elected officials hold varied and diverse views on a wide range of issues, reflecting those of our broader society. Contributions made by the company or its employee PACs to an individual or political organization do not mean the company or its employee PACs support or agree with every position taken by the contribution recipient, but rather general alignment with our policy priorities.

Our biannual Political Engagement Report discloses our U.S. political contributions. Since 2019, we've received the leading "trendsetter" designation from the CPA-Zicklin Index of Corporate Political Disclosure and Accountability, for transparent reporting of our engagements. And in 2021 AT&T was among only 6 companies to receive a 100% score.

**2021 CPA-ZICKLIN INDEX OF CORPORATE POLITICAL DISCLOSURE AND ACCOUNTABILITY**

## 100% Score
(1 of only 6 companies)

📖 Read more: **2022 Proxy Statement** • **Political Engagement Report**



### Infrastructure Investment and Jobs Act

In 2021, the U.S. Congress passed the Infrastructure Investment and Jobs Act, which will invest an unprecedented $65 billion into our country's broadband future – significantly augmenting private industry's investment of nearly $80 billion in 2020 alone.[31]

AT&T supports smart investments that foster economic growth and improved productivity. We commend the Biden Administration and Congress for paving the way to universal connectivity in underserved areas, making broadband more affordable for low-income households and providing more resources for digital equity and adoption.



*"We look forward to working with Congress, the Administration, the FCC and local, state and Tribal governments to ensure Infrastructure Investment and Jobs Act funding is effectively and efficiently deployed."*

**– John Stankey, AT&T CEO**



# ESG material topics and reporting

• **Ongoing stakeholder engagement is a critical part of our ESG approach, helping us adapt to change by anticipating emerging risks and opportunities. Organizations across AT&T – such as CSR, External Affairs, Investor Relations and Finance – meet and collaborate with our stakeholders throughout the year.**

## Our approach to ESG reporting

AT&T's ESG reporting practice is led by a dedicated team within our CSR organization under the leadership of our CSO, with additional oversight by the GPC and Audit Committee. Each year, we engage hundreds of subject matter experts and business unit approvers across the company to prepare, review and continuously enhance our reports. Our annual ESG Summary is reviewed by the CSR Governance Council and senior executives prior to publication. ESG disclosures are further validated by our internal finance organization and select environmental calculations – such as energy use and GHG emissions – are externally assured by an independent third party.

We seek to deliver a comprehensive reporting suite featuring consistent and comparable metrics. We've aligned to the Global Reporting Initiative (GRI) standards since 2007, to communicate our managerial approach to impacts on broad topics such as the economy, environment, society and human rights. In recognition of investor interest in our management of ESG impacts on enterprise value, our 2022 ESG Summary represents AT&T's first step toward alignment with the Integrated Reporting Framework (currently within the Value Reporting Foundation). We align to relevant industry-specific Sustainability Accounting Standards Board (SASB) standards, the Task Force on Climate-related Financial Disclosures (TCFD) recommendations and the CDP Climate Change assessment. We also report in alignment with the U.N. Global Compact and U.N. Sustainable Development Goals, reflecting stakeholder interest in AT&T's contributions to global sustainable development objectives.

Read more: **ESG reporting website** • **TCFD Report** • **SASB Index** • **GRI Index** • **UNGC Index**

## ESG materiality assessment

Every 2–3 years, we systematically engage a broad sampling of internal and external stakeholders to identify and prioritize the most significant ESG impacts, risks and opportunities our company should address to help ensure long-term business success. This assessment provides insight into how AT&T should focus our resources, reporting and communications. We monitor our leading ESG topics for emerging developments and adjust managerial and programmatic efforts accordingly.

We completed our most recent assessment in Q4 2021, incorporating input from AT&T officers and hundreds of employees, investors, regulators, customers, suppliers, industry groups, NGOs and other external collaborators.

The results of our assessment are incorporated into internal enterprise risk assessment activities and reported to company officers, the CSR Governance Council, GPC and Audit Committee. The insights gleaned from stakeholder engagement efforts help guide our corporate responsibility strategy, improve our business operations and policies, ensure transparent reporting and prioritize programmatic investments and collaboration across the business.



Read more: **Materiality assessment website**

## ESG Assessments

• AT&T has been a constituent of the 3BL Media 100 Best Corporate Citizens list the past 10 years.

• AT&T has been named to the Bloomberg Gender Equality Index for 5 consecutive years, since its 2018 expansion beyond the financial services sector.

• AT&T has scored at the Leadership Level for the CDP Climate Change assessment for the past 6 years, earning an A- score each year.

• For the past 5 years, AT&T has been the only U.S.-based telecommunications services provider on the Dow Jones Sustainability Index (DJSI) North America.

• For the past 12 years, AT&T has scored a perfect 100% on the Human Rights Campaign Corporate Equality Index.

• For 2022, AT&T is ranked 18th overall on the JUST Capital list of America's 100 most just companies. We've been recognized on the list since its 2018 inception.

## 2021 ESG material topics



The matrix below summarizes the results of our 2021 ESG materiality assessment. The 4 quadrants of the matrix represent levels of relative importance to AT&T and our stakeholders. Topics ranking higher with our stakeholders generate greater outside engagement and more frequent external communication. Top business priorities necessitate increased collaboration across our company.

Although the results of our ESG materiality assessment are not intended to convey financial materiality, all topics are considered important and impactful to our business. We recognize the dynamic nature of these topics over time, and as part of our ongoing governance we continuously monitor pressing and emerging ESG issues and current events. We prioritize programmatic and managerial efforts on those issues, as appropriate.

Read more: **Materiality assessment website**



OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs          GOALS SUMMARY ——• PROGRESS TOWARDS OUR GOALS

# Progress toward our goals

## Customers and Communities

| Topic | Target Year | Target | Progress |
|---|---|---|---|
| Digital Divide | 2023 | Invest $2 billion by EOY 2023 to help bridge the digital divide. | **Launched AT&T Connected Learning and expanded low-cost broadband offerings**<br><br>As part of our $2 billion digital divide commitment, we introduced AT&T Connected Learning, a multi-year initiative investing in digital inclusion, literacy and education to help connect today's learners with skills, resources and opportunities for success – in and out of the classroom. By the end of 2022, we will launch more than 20 AT&T Connected Learning Centers in under-resourced neighborhoods facing barriers to connectivity.<br><br>AT&T is also participating in the FCC Affordable Connectivity Program (ACP), which provides a benefit on broadband service for eligible households. Through a new Access from AT&T service plan – households taking advantage of the ACP benefit (up to $30 per month, or $75 per month for those on qualified Tribal lands) can receive internet service at no monthly charge.<br><br>📖 Read more: Digital Divide Issue Brief |
| Connected Learning | 2025 | By 2025, provide 1 million people in need with digital resources through AT&T Connected Learning. | **Engaged more than 72,000 individuals**<br><br>Through 2021, we engaged more than 72,000 individuals through digital inclusion initiatives such as partnerships to provide refurbished devices to low-income students and families, resources to support digital learning and literacy, and investments in programs that boost employment opportunities.<br><br>📖 Read more: Digital Divide Issue Brief |
| Internship Opportunities | 2023 | Host 200 Year Up interns and alums annually. | **Hosted Year Up Interns and created career opportunities**<br><br>Since 2019, we've hosted 162 Year Up program participants and hired 50 former Year Up interns and alums across the country. As we move further into a post-pandemic workplace, we look forward to accelerating efforts and bringing more Year Up interns to AT&T locations.<br><br>📖 Read more: Digital Divide Issue Brief |

| Topic | Target Year | Target | Progress |
|---|---|---|---|
| Employee Volunteerism & Giving | 2030 | Engage 50% of our employees worldwide in communities through grassroots volunteerism and giving initiatives. | **30% of employees engaged in volunteerism and giving**<br><br>Through a variety of corporate community engagement opportunities, employees donate time and money or make other personal commitments to their communities. In 2021, 30% of our workforce engaged in volunteerism and giving through AT&T.[16]<br><br>📖 Read more: Community Engagement Issue Brief |
| Disaster Preparedness & Recovery | 2030 | Beyond emergency response and network disaster recovery, help 1 million people prepare for and recover from the impacts of disasters. | **Supported more than 200,000 individuals impacted by natural disasters**<br><br>In 2021, through strategic partnerships, we supported the delivery of connectivity solutions, humanitarian relief and resiliency and recovery resources serving more than 200,000 individuals impacted by Winter Storm Uri, historic California wildfires and the third-busiest hurricane season on record. For example, connectivity solutions provided by the Information Technology Disaster Resource Center included network infrastructure and Wi-Fi hotspots, as well as cellphone and medical charging solutions to support survivors, public safety personnel and responding NGOs.<br><br>📖 Read more: Community Engagement Issue Brief |

## Suppliers

| Topic | Target Year | Target | Progress |
|---|---|---|---|
| Sustainable Sourcing Standards | 2025 | Lead our supply chain to improve its social and environmental impacts by integrating sustainability performance metrics into our sourcing decisions for 80% of our spend.[19] | **Integrated sustainability performance metrics for 82% of spend[19]**<br><br>AT&T Global Connections and Supply Chain continues to require suppliers to adhere to our Principles of Conduct for Suppliers through our Supplier Portal and contract agreements. In 2021, we led 4 on-site supplier factory audits as a member of the Joint Audit Cooperation. We continue to incorporate sustainability-oriented standards and analyses into sourcing decisions, including the insertion of sustainability clauses into requests for proposal (RFPs) and agreements, training our sourcing managers on the principles of sustainability and providing updates to sourcing managers on the sustainability performance of existing suppliers.<br><br>📖 Read more: Responsible Supply Chain Issue Brief |
| Supplier Science-Based GHG Emissions Targets | 2024 | Work to ensure 50% of our suppliers (covering purchased goods and services, capital goods, and downstream leased assets as a portion of spend) set their own science-based Scope 1 and 2 GHG targets.<br><br>(Approved by the Science Based Targets initiative in 2020.) | **47% of suppliers have set science-based GHG emissions targets**<br><br>Through the end of 2021, 47% of our suppliers by spend have set science-based GHG targets – 94% attainment toward our goal.<br><br>📖 Read more: Responsible Supply Chain Issue Brief |

OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    **GOALS SUMMARY**    KPIs

GOALS SUMMARY ——— KEY PERFORMANCE INDICATORS



# Environment

| Topic | Target Year | Target | Progress |
|---|---|---|---|
| **GHG Emissions**  | 2030 | Reduce absolute Scope 1 and 2 GHG emissions[4] 63% (2015 base year) – aligning with a 1.5°C pathway. (Approved by the Science Based Targets initiative in 2021.) | **Reduction of 37.2%[4]** 2021 Scope 1 and 2 emissions were 5,547,709 metric tons of $CO_2e$. This represents a 37.17% reduction from our 2015 base year (8,829,258 metric tons of $CO_2e$) – 59.0% attainment toward our Scope 1 and 2 science-based target.[4] <br> Read more: **Greenhouse Gas Emissions Issue Brief** / **Climate Change Issue Brief** |
| **Carbon Neutrality** | 2035 | Achieve carbon neutrality (net zero Scope 1 and 2 emissions[4]). | **Reduction of 3,281,549 metric tons of $CO_2e$[4]** 2021 Scope 1 and 2 emissions were 5,547,709 metric tons of $CO_2e$. This represents a reduction of 3,281,549 metric tons from our 2015 base year (8,829,258 metric tons of $CO_2e$) – 37.2% attainment toward our net zero target.[4] <br> Read more: **Greenhouse Gas Emissions Issue Brief** / **Climate Change Issue Brief** |
| **Customer Emissions Reduction Enablement** | 2035 | Deliver connectivity solutions that enable business customers to reduce a gigaton (1 billion metric tons) of GHG emissions between 2018–2035. | **Enabled 110.3 million metric tons of customer emissions savings** AT&T-enabled customer GHG emissions reductions measured between 2018 and 2021 total 110.3 million metric tons of $CO_2e$ – approximately 11% attainment toward our gigaton goal.[22] <br> Read more: **Greenhouse Gas Emissions Issue Brief** / **Climate Change Issue Brief** |
| **Landfill Diversion** | 2030 | Reduce the amount of U.S. waste we send to landfill 30% (2019 base year). | **Reduction of 26.5%[30]** 2021 waste sent to landfill is 112,166 metric tons. This represents a reduction of 40,541 metric tons from our 2019 base year (152,707 metric tons). We will continue monitoring performance to determine whether COVID-19-related impacts are temporarily speeding our progress.[30] <br> Read more: **Waste Management Issue Brief** |
| **Water Use in Stressed Areas** | 2030 | Achieve 15% reduction (2019 base year) in U.S. water use in areas of high and extremely high water stress. | **Progress Ongoing** AT&T continues to pursue our 15% water use reduction target in areas designated as high or extremely high water-stressed environments. Progress is ongoing and AT&T is currently reviewing historical water consumption data to ensure its quality. We will report progress toward our water goal upon completion of that work.[32] <br> Read more: **Water Management Issue Brief** |

# Key performance indicators



**EMPLOYEE DEVELOPMENT**

# $944M

Investment since 2017 in direct employee training and development programs[2]



**DIVERSE SUPPLIER PROCUREMENT**

# $70.1B

Spend since 2017 with businesses owned by minorities, women, LGBTQ+ people and those with disabilities[3]



**ENERGY COST SAVINGS**

# $319.9M

Annualized energy cost savings since 2017 from energy savings projects[23]

## AT&T and Shareholders

**Capital expenditures**
Investments in networks, platforms or systems[9] ($ billion)

| 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| 21.6 | 21.3 | 19.6 | 15.7 | 16.5 |

## Suppliers

**Supplier diversity**
Supply chain spend with business enterprises owned by minorities, women, veterans, LGBTQ+ people and those with disabilities[3] ($ billion)

| 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| 14.4 | 15.1 | 14.2 | 13.2 | 13.3 |



## Customers and Communities

**Employee participation**
in volunteer programs[17] (%)

| 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| 15 | 15 | 17 | 9 | 4 |

**Average employee giving**
per donor[33] ($)

| 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| 300 | 309 | 344 | 347 | 382 |

**AT&T philanthropic giving**
Total corporate and AT&T Foundation giving[15, 34] ($ million)

| 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| 121.00 | 120.70 | 143.90 | 288.50 | 202.05 |



OVERVIEW    AT&T AND SHAREHOLDERS    CUSTOMERS AND COMMUNITIES    EMPLOYEES    SUPPLIERS    ENVIRONMENT    GOVERNANCE    GOALS SUMMARY    KPIs    GOALS SUMMARY ——•— KEY PERFORMANCE INDICATORS

## Employees



**Union jobs**
Percentage of union represented employees[35] (approximate)

**Employee safety**
OSHA total recordable occupational injury and illness rate[36] (per 100 employees)

**Employee training investment**
Direct employee training and development programs[37] ($ million)

## Environment[24]



**U.S. Scope 1, 2 and 3 carbon footprint**
GHG emissions[38] (metrics tons of $CO_2e$)

**Global Scope 1, 2 and 3 carbon footprint**
GHG emissions[38] (metrics tons of $CO_2e$)

**Emissions intensity**
Scope 1 and 2 emissions relative to revenue[38] (metric tons of $CO_2e$/$ billion revenue)

**Emissions intensity**
Scope 1 and 2 emissions relative to subscribers[39] (metric tons of $CO_2e$/thousand subscribers)

**Electricity use**
Global direct billed and leased electricity[40] (MWh, million)

**Annualized energy cost savings**
from energy projects ($ million)

## Environment (continued)



**Energy intensity**
Relative to annual revenue[41] (MWh electricity/$ billion revenue)

**Energy intensity**
Relative to subscribers[42] (MWh electricity/1,000 subscribers)

**Absolute water consumption[25]**
(gallons, billion)

**Water intensity**
Water consumption relative to annual revenue[25] (gallons/$ thousand revenue)

**Water intensity**
Water consumption relative to subscribers[27] (gallons/individual subscriber)

**Consumer devices reused or recycled**
Mobility, set top box and broadband devices[43] (million, approximate)

**Total waste managed[44]**
(metric tons)

**Waste recycled/reused[44]**
(percentage)

# Endnotes

1   Adjusted diluted EPS is a non-GAAP financial measure calculated by excluding from operating revenues, operating expenses and income tax expense certain significant items that are non-operational or non-recurring in nature, including dispositions and merger integration and transaction costs, actuarial gains and losses, significant abandonments and impairments, severance and other material gains and losses. 2021 reported earnings per diluted share was $2.76; adjusted earnings per diluted share was $3.40. Further information is included in our Form 8-K dated January 26, 2022. This compares to 2020 reported earnings per diluted share of ($0.75) and adjusted earnings per diluted share of $3.18. Further information is included in our Form 8-K dated January 26, 2022.

2   Inclusive of AT&T Corporate and AT&T Communications.

3   Supplier diversity spend excludes content and programming spend, and reflects the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

4   Scope 1 emissions include direct emissions from sources owned or controlled by the company (such as the fleet). Scope 2 emissions include indirect emissions that result from the generation of purchased energy.

5   Reflects the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

6   For full-year 2021, revenues, excluding impacts of the U.S. Video business and Vrio, of $153.2 billion are calculated as operating revenues of $168.9 billion minus Video operating revenues of $15.5 billion, minus Vrio operating revenues of $2.6 billion, plus WarnerMedia sales for content and advertising of $2.5 billion that are external after close of the transactions.  Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein. Further information is included in our Form 8-K dated January 26, 2022.

7   Free cash flow is a non-GAAP financial measure that is frequently used by investors and credit rating agencies to provide relevant and useful information. In 2021, free cash flow is cash from operating activities of $42.0 billion, plus cash distributions from DIRECTV classified as investing activities of $1.3 billion, minus capital expenditures of $16.5 billion. Free cash flow total dividend payout ratio is total dividends paid divided by free cash flow. For full-year 2021, dividends paid totaled $15.1 billion.  Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV.

8   In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc.

9   Including capital investments and acquisition of wireless spectrum and operations.

10  Not inclusive of WarnerMedia, AT&T Mexico or AT&T International.

11  BroadbandNow Research: https://broadbandnow.com/research/fcc-underestimates-unserved-by-50-percent

12  Excludes employees whose race is unknown or undeclared.

13  As self-identified via AT&T iCount. AT&T Inc and AT&T Communications only.

14  Not inclusive of WarnerMedia. The 2021 value of volunteer time was calculated using the Independent Sector value of a volunteer hour for 2021 ($28.54).

15  $182.47 million of 2021 philanthropic giving was provided by AT&T and $19.58 million was provided through the AT&T Foundation.

16  Not inclusive of WarnerMedia.

17  2017 data does not include AT&T operations in Latin America or WarnerMedia. 2018–2021 data does not include WarnerMedia. DIRECTV and Vrio are represented through December 31, 2021. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein.

18  Excludes content and programming spend, and reflects the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

19  The supplier sustainability management approach reflects the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

20  Target refers to 50% of our suppliers covering purchased goods and services, capital goods and downstream leased assets as a portion of spend.

21  Environmental Protection Agency https://www.epa.gov/ghgemissions/inventory-us-greenhouse-gas-emissions-and-sinks; UK Government Department for Business, Energy & Industrial Strategy (BEIS): https://www.iea.org/articles/global-energy-review-co2-emissions-in-2020

22  Data does not include DIRECTV or Vrio. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein.

23  All 2021 data is inclusive of all AT&T operations (including DIRECTV, Vrio, Xandr and WarnerMedia). Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein. In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc. In June 2022, we completed the sale of the programmatic advertising marketplace component of Xandr Inc to Microsoft.

24  2021 Energy Management and Greenhouse Gas Emissions data is inclusive of all AT&T operations (including DIRECTV, Vrio, Xandr and WarnerMedia). Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein. In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc. In June 2022, we completed the sale of the programmatic advertising marketplace component of Xandr Inc to Microsoft.

25  2017–2018 data inclusive of AT&T Communications, U.S. operations. 2019–2021 data inclusive of AT&T Communications and WarnerMedia's U.S. operations. DIRECTV and Vrio data are not included. 2017–2021 data does not include water consumption from AT&T sites that use well water, as well water consumption metrics are not tracked. Fewer than 0.03% of AT&T's sites use well water. Note: In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc.

26  In connection with capital improvements, we negotiate with some of our vendors to obtain favorable payment terms of 120 days or more, referred to as vendor financing, which are excluded from capital expenditures and reported in accordance with GAAP as financing activities. We present cash paid for gross capital investment to provide investors with a comprehensive view of cash used to invest in our networks, product developments and support systems. In 2021, gross capital investment of $21.6 billion is calculated as capital expenditures of $16.5 billion, plus cash paid for vendor financing of $4.6 billion and FirstNet reimbursements of $0.5 billion.

27  2017–2018 data inclusive of AT&T Communications, U.S. operations. 2019–2021 data inclusive of AT&T Communications and WarnerMedia's U.S. operations. DIRECTV and Vrio data are not included. 2017–2021 data does not include water consumption from AT&T sites that use well water, as well water consumption metrics are not tracked. Fewer than 0.03% of AT&T's sites use well water. Intensity is relative to the number of our subscribers (North America wireless, wireline voice and domestic broadband), as identified in our 2021 4th Quarter Earnings Statement. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein. In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc.
Device recycling and reuse data cover AT&T Inc. U.S. operations only.

28  Data covers the central offices of AT&T's wireline, longlines & DIRECTV business, as well as outside plant and some mobility locations in the contiguous U.S. Note: In August 2021, we contributed our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company with TPG Capital.

29  2019–2021 data for waste generation and management represent all waste accounted for through AT&T Inc.'s domestic U.S. general solid waste, investment recovery, e-waste, furniture recycling, paper shredding, pallet recycling and regulated (hazardous and nonhazardous) waste programs, unless otherwise noted.

30  US Telecom: https://ustelecom.org/2020-broadband-providers-pump-another-79-4-billion-into-americas-connectivity-infrastructure/

31  2019–2021 data inclusive of AT&T Communications and WarnerMedia's U.S. operations. DIRECTV and Vrio data are not included. Note: In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc.

32  2017–2018 data includes AT&T Communications and Xandr. 2019–2021 data is representative of AT&T Corporate, including WarnerMedia, as well as Vrio and DIRECTV through the divestiture of those units in July 2021 and November 2021, respectively. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein. In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc.

33  2017 total does not include WarnerMedia.

34  Inclusive of AT&T Communications.

35  These incidents are employee injuries and illnesses that are required to be documented on the OSHA 300 log.

36  2017–2020 data inclusive of AT&T Communications. 2021 data inclusive of AT&T Corporate and AT&T Communications.

# Endnotes (continued)

37  2021 data is inclusive of DIRECTV and Vrio. Carbon footprint does not include supplier emissions. Note: Variances between 2017-2018 may be attributed to the addition of WarnerMedia to our operations and footprint. In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein.

38  2021 data is inclusive of DIRECTV and Vrio; Carbon footprint does not include supplier emissions. Intensity is relative to the number of our subscribers (North America wireless, wireline voice and domestic broadband), as identified in our 2021 4th Quarter Earnings Statement. Note: Variances between 2017-2018 may be attributed to the addition of WarnerMedia to our operations and footprint. In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein.

39  2021 data is inclusive of DIRECTV and Vrio; Electricity is a subset of total energy. Electrical energy represents approximately 82% of total AT&T energy consumption globally. Other forms of energy include steam, chilled water and all types of fuel use. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein.

40  2021 data is inclusive of DIRECTV and Vrio; Electricity use is the numerator and is a proxy for total energy use. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein.

41  2021 data is inclusive of DIRECTV and Vrio; Electricity use is the numerator and is a proxy for total energy use. Intensity is relative to the number of our subscribers (North America wireless, wireline voice and domestic broadband), as identified in our 2021 4th Quarter Earnings Statement. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein.

42  Consumer device recycling and reuse and product take-back data cover AT&T Inc. U.S. operations only. DIRECTV data is included for 2021 only, through July 2021. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV.

43  2017–2018 data for waste generation and management represent all waste accounted for through AT&T Inc.'s domestic U.S. general solid waste, investment recovery and hazardous waste programs. The 2019–2021 data for waste generation and management represent all waste accounted for through AT&T Inc.'s domestic U.S. general solid waste, investment recovery, e-waste, furniture recycling, paper shredding, pallet recycling and regulated (hazardous and nonhazardous) waste programs, unless otherwise noted.

# ESG Recognition

**3BL Media**
100 Best Corporate Citizens; 2011-2022

**Bloomberg**
Gender equality index, 2018-2022

**CDP**
Climate Change Leadership Level (A-); 2016-2021

**CPA-Zicklin**
Index of Corporate Political Disclosure and Accountability
Trendsetter, 2019-2020
100% score; 2021

**Disability:IN**
100% Disability Equality Index; 2021

**DiversityInc**
Top 50 Companies for Diversity; 2001, 2007-2019, 2021, 2022
Top Companies for ESG; 2020-2021
Hall of Fame; 2019-2022

**Dow Jones Sustainability Index North America**
2010-2013, 2017-2021

**Ethisphere**
World's Most Ethical Companies; 2020-2022

**Fortune**
World's Most Admired Companies;
2009-2010, 2012, 2014-2015, 2017-2021

**Hispanic Association on Corporate Responsibility**
Corporate Inclusion Index; 2009-2021

**Human Rights Campaign**
Corporate Equality Index; 2004-2022

**JUST Capital**
America's Most JUST Companies (JUST 100); 2018-2022
Top 100 Companies Supporting Healthy Families and Communities; 2019, 2021

**National Organization on Disability**
Leading Disability Employer; 2017-2021

**Newsweek**
America's Most Responsible Companies; 2020-2022

**Points of Light**
The Civic 50; 2012-2021

276



**The AT&T ESG reporting website provides comprehensive ESG disclosure additional to this ESG Summary:**

2022 Proxy Statement

ESG reporting indexes (GRI, SASB, UNGC, UN SDGs)

ESG issue briefs

ESG material topics assessment

TCFD report

CDP Climate Change disclosure

Diversity, Equity & Inclusion (DE&I) report

Political engagement report

Transparency report

@ATTimpact

ATTimpact

att.com/csr

**277**

278

# EXHIBIT 8

# AT&T 2022
# Sustainability
# Summary



connecting people to GREATER POSSIBILITY

# Contents

Overview                              3

Shareholders & Customers              5

Communities                           9

Employees                            16

Environment                          23

Suppliers                            28

Progress toward Goals                30

## About this report

This report reflects the global operations of AT&T, Inc., and relates to the financial year ending December 31, 2022, except where otherwise noted.

Inclusion of information in this report should not be construed as a characterization of the financial materiality or impact of that information. Please see our corporate Annual Report or Form 10-K for the year ended December 31, 2022 and other publicly-filed documents available at investors.att.com.

This Sustainability Summary is one component of our comprehensive ESG reporting, accessible via our ESG reporting website:



· ESG Issue Briefs
· TCFD Report
· CDP Climate Change Disclosure
· Political Engagement Report
· Transparency Report
· 2023 Proxy Statement

# Letter from our Chief Executive Officer

**Every year, the internet continues to improve how we live, work and communicate. Fast and reliable connectivity provides extraordinary access to real-time information and better opportunities for education, healthcare, employment and commerce.**

**At AT&T, we take pride in the role we play to connect people to greater possibility. From helping NASA call a man on the moon in 1969 to our work today helping bridge the digital divide, what we do matters.**

This report details how we continue to address our most important environmental, social and governance issues for the long-term success of our business and better futures for all of us. For example:

- Employees are dedicated to our mission to help close the digital divide. At AT&T Connected Learning Centers across the country, we're helping underserved students and parents access the internet and get the most out of free AT&T resources focused on digital learning, literacy, online safety and career readiness. It's all part of the 3-year, $2 billion commitment we made in 2021 to provide greater access to affordable high-speed internet and help people use it in a safe and positive way.

- Guided by our science-based target, we're taking action to address climate change in ways relevant to our business, and to prepare for its impacts on our operations, customers and communities. We've set meaningful goals by year-end 2035, including to be carbon neutral across our global operations and to save our business customers a gigaton of greenhouse gas emissions through AT&T connectivity solutions. We're also using cutting-edge climate projections to build a more climate-resilient network, and we're sharing that data publicly to help communities better prepare for extreme weather events.

- We remain committed to building a "big tent" that fosters a diverse, equitable and inclusive environment for our workforce. Our Employee Groups are at the forefront of this effort. We continue to integrate DE&I considerations into hiring, engagement and training activities, and I'm proud our efforts have earned AT&T recognition as one of the best workplaces for diversity.

We've come a long way, but we know there's more to do. Our commitment to stewardship ensures we are here for our employees, customers and communities as we continue to deliver on our purpose to connect people to greater possibility. I invite you to read on and learn more about how our work is creating long-term value across our operations and how we're making a difference in the lives of others and the environment around us.



**John Stankey**
Chief Executive Officer, AT&T Inc.



# Overview

## 2022 Highlights

### CORPORATE SUSTAINABILITY AT AT&T

Our Company purpose is to connect people to greater possibility, and that focus on a better tomorrow is why the sustainability of our company, our communities and our world are so important. We're taking bold action to help bridge the digital divide, and we're innovating with connectivity solutions to address some of society's greatest challenges such as climate change. We're also creating long-term value by reducing our environmental footprint, enhancing workforce diversity, and integrating ESG considerations into corporate risk management.

### SHAREHOLDERS & CUSTOMERS

**$9.9**B
dividends returned
to stockholders

**>99.5%**
network reliability

### COMMUNITIES

**50+**
Connected Learning Centers
committed through 2024

**~4.4**M
FirstNet connections

### EMPLOYEES

**75%**
of **open positions** were
filled by women and/or people
of color candidates[1]

**69%**
of **internal promotions** were
filled by women and/or people
of color candidates[1]

### ENVIRONMENT

**45%**
Scope 1 and 2[2] emissions
reductions since 2015[3]

**2.9**M MWh
annual energy production of our
U.S. renewable energy portfolio

### SUPPLIERS

**53%**
suppliers by spend[4] have
set science-based targets

**$16.3**B
spend with diverse
suppliers[5]

### SUSTAINABILITY GOVERNANCE

Our commitment starts at the top, with oversight from the AT&T Board of Directors and guidance from the Governance and Policy Committee, Audit Committee, and Human Resources Committee. Our Chief Sustainability Officer leads our CSR Governance Council, comprising more than a dozen officers responsible for business operations aligned to our most important ESG focus areas. We also convene 5 core issue committees to implement or enhance ESG programs and policies.



### READ MORE

🌐 · 2023 Proxy Statement



OVERVIEW    SHAREHOLDERS & CUSTOMERS    COMMUNITIES    EMPLOYEES    ENVIRONMENT    SUPPLIERS    PROGRESS TOWARD GOALS

# How We Create Value



## Our Purpose
### Connecting people to greater possibility

**Key inputs**

**Outcomes**

**What we do** | **ESG approach**

**Financial**
Resources and the strength of our balance sheet.

**Network**
The physical infrastructure that supports our world-leading communications network.

**Brand and Intellectual Capital**
Our brand, our reputation and our capacity for innovation.

**Employees**
Our ~163K employees, located across 50 states and more than 55 countries.[7]

**Customers & Communities**
Our millions of customers and the local communities where we live and work.

**Suppliers**
Our network of suppliers across the globe.

**Environment**
The energy, water and other natural resources that we use to support our operations.

**5G & Wireless**
America's most reliable 5G network[6]

**Fiber & Internet**
Fast, reliable and affordable broadband internet

**Narrowing the Digital Divide**
**Public Sector & FirstNet**
**AT&T Business • Disaster Recovery**
**Technology & Innovation**

**Social Impact**

**Environmental Impact**

**ESG Operational Integration**

**Shareholders & Customers**
We're helping more people connect to greater possibility by investing in network reach, quality and reliability.
*page 5*

**Communities**
We're providing communities with the resources and support needed to bridge the digital divide and enhance their resilience.
*page 9*

**Employees**
We empower our people to deliver on our corporate purpose and advance their careers, while fostering a diverse, equitable and inclusive workforce.
*page 16*

**Environment**
We're reducing our environmental impact and innovating to help customers achieve their environmental goals.
*page 23*

**Suppliers**
We partner with responsible suppliers who enhance the resilience of our business and advance industry practice.
*page 28*

**Key inputs**
The resources that we rely upon to create value.

**What we do**
We create connection by bringing the benefits of high-quality connectivity and digital access.

**ESG approach**
We integrate ESG issues into our operations and use our platform to drive positive impact.

**Outcomes**
The stakeholder value that we create through delivering on our purpose.

# Shareholders & Customers

By 2025, we estimate that broadband and wireless users will consume at least five times more data than they did in 2021. Through investment in innovation, we're sharpening our customer focus and transforming our operations to provide connectivity in ways that benefit both shareholders and society at large.

## PERFORMANCE SUMMARY (FULL-YEAR 2022)

**DIVIDENDS RETURNED TO STOCKHOLDERS**
$9.9B

**ADJUSTED EPS[8] FROM CONTINUING OPERATIONS**
$2.57

**NETWORK RELIABILITY**
>99.5%

**CAPITAL INVESTMENT[9]**
$24.3B



**Financial Performance 2022**

Page 6

**Network Quality & Reliability**

Page 7



OVERVIEW          **SHAREHOLDERS & CUSTOMERS**          COMMUNITIES          EMPLOYEES          ENVIRONMENT          SUPPLIERS          PROGRESS TOWARD GOALS

# Financial Performance 2022

**Our solid financial performance in 2022 reflected our renewed focus on being the best connectivity provider through 5G and fiber. The divestiture of WarnerMedia in April 2022 created a more streamlined AT&T and helped enable us to invest at record levels to bring the benefits of our 5G and fiber technologies to even more people (page 7).**

Our network investment supports increasing customer demand for reliable, high-quality connectivity solutions. In 2022, we realized a 7.7% increase in mobility subscribers, 3.5% increase in postpaid phone subscribers from the previous year, and 15.6 million mobility net subscriber additions. We had 1.2 million net additions of AT&T Fiber® broadband connections, an increase of 17.5% in 2022. From July 2020 through the end of 2022, we've demonstrated sustainable momentum, with 7.5 million postpaid phone net customer additions and 2.9 million AT&T Fiber net adds. This momentum, combined with continued demand for high-quality connectivity services, gives us confidence in our trajectory to deliver profitable and durable growth in 2023 and beyond.

**Increase in mobility subscribers**

## 7.7%

**Increase in AT&T Fiber broadband connection net adds**

## 17.5%

**READ MORE**



- 2022 Annual Report
- 2022 10-K
- 2023 Proxy Statement

## Our focus on fiber and 5G

Our world is being transformed by the widespread and growing availability of 5G and fiber. And AT&T is leading the charge with our ongoing investments in these technologies across our network.

Fiber network connections support more bandwidth and faster uploads than standard cable – in addition to >99.5% proven reliability. We remain committed to our target of passing more than 30 million fiber locations – including 5 million business locations – by the end of 2025, having achieved the milestone of passing approximately 24 million fiber locations (including 4 million business locations) at the end of 2022.

Our expanding fiber footprint also helps more people enjoy 5G, as fiber provides critical bandwidth connecting our cell towers back to the internet. We've enhanced 5G reliability and launched our mid-band 5G spectrum. At the end of 2022, our 5G network covered more than 285 million people.

People across the country rely on our fast and secure 5G network, which is critical to our efforts to help close the digital divide (page 10), reimagine healthcare and tackle supply chain challenges. AT&T 5G also supports FirstNet® – America's public safety network – providing first responders with the critical connectivity they need to save lives (see page 14).

**AT&T fiber passed at**

## ~24M

**locations at year-end 2022**

**At year-end 2022, more than**

## 285M

**people covered by AT&T 5G**



### CONNECTING MORE PEOPLE TO GREATER POSSIBILITY

**Total U.S. Mobility Subscribers** (thousands)



| 182,558 | 201,791 | 217,397 |
|---|---|---|
| 2020 | 2021 | 2022 |

**U.S. Postpaid Phone Subscribers** (thousands)



| 64,216 | 67,260 | 69,596 |
|---|---|---|
| 2020 | 2021 | 2022 |

**AT&T Fiber Broadband Connections** (thousands)




| 4,951 | 5,992 | 7,215 |
|---|---|---|
| 2020 | 2021 | 2022 |



# Network Quality & Reliability

We provide customers with the connectivity they need via a network built for speed, security, reliability and overall performance.

Over the past 5 years, we've invested more than $140 billion primarily in our U.S. wireless and wireline networks, including capital investments and acquisitions of wireless spectrum.[10] Our network covered more than 2.9 million square miles at the end of 2022, including:

- Reliable 5G that covered more than 285 million people in nearly 24,000 cities and towns.

- Fiber passed at approximately than 24 million locations across more than 100 U.S. metro areas.

## Reliability when it's needed most

Because network connectivity is central to our lives, we are collecting and analyzing data on our network 24/7 to ensure it's working correctly, to improve its performance and to deliver the best customer experience.

We've developed a comprehensive network resilience program to maximize service continuity in the face of extreme weather and other disruptions. The AT&T Weather Operations Center helps us stay prepared by proactively monitoring potential nature-related threats to our network, employees and communities.



*AT&T was awarded most reliable 5G network according to Global Wireless Solutions OneScore for the 2nd year in a row.*

| INCREASE IN WIRELESS NETWORK COVERAGE (SQUARE MILES) | ~100K |
| --- | --- |
| INCREASE IN LENGTH OF FIBER LAID IN THE U.S. (MILES) | >60K |

| NETWORK TRAFFIC ON AN AVERAGE BUSINESS DAY (PETABYTES) | 594 |
| --- | --- |
| CAPITAL INVESTMENT[9] | $24.3B |

For example, in the lead up to Hurricane Ian, AT&T was able to position disaster response equipment and personnel in strategic areas to respond faster when the storm made landfall (see page 14 for more on our response to Hurricane Ian).

When disaster strikes, AT&T is there. Our Network Disaster Recovery program helps rapidly restore communications to affected areas. We have invested more than $650 million in the program, and our employees have dedicated 160,000 working hours to recovery exercises that test the preparedness of our equipment and capabilities.

**READ MORE**

 • Network Quality & Reliability Issue Brief

>$140B

**invested primarily in our U.S. wireless and wireline networks over the past five years (2018–2022), including capital investments and acquisitions of wireless spectrum[10]**

More than

$650M

**invested in our Network Disaster Recovery program**

# Network Quality & Reliability

## Increasing climate resilience

Our approach to climate risk recognizes that we must not only transition to a low-carbon economy (page 24), but importantly, address the physical impacts of climate change. Building climate resilience means understanding the threats we face from climate change and taking steps to prepare our infrastructure to withstand more frequent extreme weather. Fortifying our network helps ensure continuity for the millions of people who depend on our connectivity services every day.

In collaboration with the U.S. Department of Energy's Argonne National Laboratory (Argonne), we developed AT&T's Climate Change Analysis Tool (CCAT), which helps visualize wind, drought, wildfire and flooding at the neighborhood level – up to 30 years in the future. With CCAT, we can take climate change into account as we plan for network buildouts, maintenance and disaster preparedness. We also collaborated with Argonne and the Federal Emergency Management Authority to share our climate expertise more widely through the launch of ClimRR, a climate risk and resilience portal that offers CCAT data for community preparedness initiatives across the U.S. (page 15).

In 2022, we continued to enhance our climate risk management by engaging an external vendor to conduct a scenario analysis, building on our existing climate impact assessment work. Relevant insights will be incorporated into AT&T sustainability governance, risk management, and financial and strategic planning processes.

### READ MORE



- Climate Change & Greenhouse Gas Emissions Issue Brief
- Network Quality & Reliability Issue Brief



### PRIVACY AND NETWORK SECURITY

Everyone deserves a safe, secure online experience, and AT&T is committed to protecting the privacy and security of all our customers. Our products and services are designed with privacy in mind, and we give customers controls over how their information is shared. We also invest in customer solutions and trainings to help customers protect themselves from fraud.

A safe customer experience depends on a secure network. Our experts are always looking for emerging challenges, and we regularly evaluate and deploy new tools and systems that deliver highly effective safeguards against attempted cyberattacks.

### OUR PRIVACY PRINCIPLES

| **TRANSPARENCY** We're open and honest about how we use your data.  | **SECURITY** We use strong safeguards to keep your data confidential and secure. |
| **CHOICE AND CONTROL** We give you choices about how we use your data.  | **INTEGRITY** We do what we say. |

### READ MORE



- Privacy Issue Brief
- Network & Data Security Issue Brief

# Communities

The internet is increasingly vital to our everyday lives, whether it be learning in and outside the classroom, accessing healthcare, finding jobs, or socializing and staying close to family. But many people can't reliably access the internet, as millions of Americans still don't have broadband internet access at home. Others also miss out because they don't have the skills necessary to take full advantage of its potential. Through our ongoing investment to help close this digital divide, we're helping more people get online and connected to greater possibilities.

**AT&T CONNECTED
LEARNING CENTERS**
(AT YEAR-END 2022)

20

**FIRSTNET
CONNECTIONS**

~4.4M

**Digital Divide**

Page 10 ➡

**Community Resilience**

Page 14 ➡

288

# Digital Divide

**We've committed $2 billion to helping close the digital divide by focusing not only on access to affordable high-speed internet, but also the skills and community resources that encourage safe and successful adoption.**

 **ACCESS**

We're keeping customers and communities connected through investing in our network (page 7) and working with state and local officials to extend our broadband networks.

We're also providing access to AT&T Fiber, Wi-Fi, and computers at AT&T Connected Learning Centers in underserved neighborhoods (page 11).

 **AFFORDABILITY**

AT&T is participating in the FCC's Affordable Connectivity Program (ACP)[12] to help make wired and wireless services more affordable for millions of American households.

By combining the federal ACP benefit with one of the Access from AT&T plans, eligible households can take advantage of free high-speed internet.

 **ADOPTION**

Having a broadband connection and digital resources isn't enough. The AT&T Connected Learning initiative equips people and communities with digital literacy skills so they can thrive online (page 13). It also helps communities understand and appreciate the value of their connectivity.



**CONNECTING TOWNS ACROSS AMERICA**

Nearly 1 in 4 rural Americans say that broadband internet access is a major problem in their communities.[11] Throughout 2022, AT&T continued to partner with state and local authorities in smaller towns and cities to address this issue. These efforts contribute to our target to pass more than 30 million fiber locations, including business locations, in the United States by the end of 2025.

We began work on a $24 million collaboration between AT&T and the city of Amarillo, Texas to bring reliable, high-speed internet to more than 22,000 residential and business locations in the city. One of the areas that will benefit directly is East Amarillo's Barrio neighborhood, which has been the focus of a revitalization plan since 2018.

In Kentucky, Oldham County selected AT&T to build a state-of-the-art fiber network that will connect every home and small business in the county. In neighboring Indiana, we've been working with the City of Martinsville, the City of Boonville and Vanderburgh County on fiber projects that will bring the benefits of broadband to their communities.

All these investments help narrow the digital divide so all Americans have the opportunity to connect to a better future.

# Digital Divide

## Expanding access to low-cost broadband

Established in 2016, Access from AT&T makes low-cost internet service available for qualifying low-income households. In 2022, we expanded the program's eligibility to all households that qualify for ACP and apply the federal benefit to AT&T internet service. We also updated the program to include speeds up to 100 Mbps where available. We work with grassroots organizations to ensure low-income people and families are aware and can take advantage of the offer.

### $2B
**our 3-year commitment
to address the digital divide**

### 20
**Connected Learning Centers
opened by end of 2022**

### 50+
**Connected Learning Centers
to be opened by end of 2024**

### READ MORE

· Digital Divide
  Issue Brief

· Access from
  AT&T website

## AT&T Connected Learning

Through AT&T Connected Learning(SM), we're investing in technology, digital literacy and digital learning solutions to help connect today's learners with success. We're guided by our target to reach 1 million people in need with digital resources by year-end 2025, and had reached more than 290,000 by the end of 2022.

**PROGRESS: PROVIDE 1 MILLION PEOPLE IN NEED WITH DIGITAL RESOURCES BY YEAR-END 2025**

290,000 people reached

0                                                          1,000,000

We've established AT&T Connected Learning Centers in underserved neighborhoods across the country, working with local community organizations to provide students and families free access to high-speed fiber internet, Wi-Fi and Dell computing devices. AT&T employees also serve as tutors and mentors at these centers through our AT&T Believes(SM) volunteerism initiative (page 21).

In 2022, we opened centers in cities including:

- Atlanta
- Augusta, Georgia
- Chicago
- Cleveland
- Detroit
- Houston
- Los Angeles
- San Francisco
- Tupelo, Mississippi
- Raleigh, North Carolina

We reached our target to open at least 20 AT&T Connected Learning Centers by 2023 and have increased our ambition to establish more than 50 centers by the end of 2024.

**PROGRESS: OPEN MORE THAN 50 CONNECTED LEARNING CENTERS BY YEAR-END 2024**

20 centers opened

0                                                          50 centers



We're also providing technology and equipment directly to low-income learners who need it most. We partnered with nonprofit device refurbishers such as Digitunity, Compudopt and Human-I-T to get more than 40,000 computers into the hands of students and families nationwide.

**More than**

### 40,000
**computers distributed**
to those in need through nonprofit device refurbishment organizations

### 40,610
**Wi-Fi hotspots distributed**
to underserved students in 2022

### READ MORE

 · Digital Divide Issue Brief

# Digital Divide

> ## "There are a lot of people like me, who are struggling, and the AT&T Connected Learning Center at Esperanza brings us hope."

**Ivy Fontanez**, **Esperanza client**
Read more about Ivy's experience at Esperanza.

## Connectivity for all ages in Cleveland

Cleveland resident Ivy Fontanez came to the AT&T Connected Learning Center at Esperanza after her kids left home and she had no idea what to do next. The Esperanza center offered her free access to high-speed broadband, Wi-Fi and computers, as well as educational and mentoring resources. Despite thinking it was too late at age 42 to learn digital skills, Ivy got online at Esperanza and has started taking college classes.

On the other side of Cleveland, the AT&T Connected Learning Center within the Ashbury Senior Computer Community Center hosted a block party in 2022 that brought together more than a hundred neighbors. At the event, attendees learned about how they can access low-cost internet through Access from AT&T and many parents with school-age children took home refurbished laptops.

Our 2 Cleveland AT&T Connected Learning Centers – and the growing number of others across the country – demonstrate one way AT&T is committing to closing the digital divide, from school kids to retirees and everyone in between.

**READ MORE**

 · Digital Divide Issue Brief

· AT&T Connected Learning website

# Digital Divide

### Digital literacy and digital learning

Even with access to affordable internet, many lack the skills, tools and resources to navigate the web safely and effectively. Through AT&T Connected Learning, we provide free digital literacy and learning resources for parents, caregivers and families. In 2022, we made hundreds of educational videos, lessons and learning activities available to students through The Achievery, a free and safe online distance learning platform offering educational content and lesson plans aligned with academic standards.

We also collaborated with organizations including All4Ed, National After School Association, Connected Nation, Digitunity and others – to help bring The Achievery to students in and out of school. In 2022, more than 78,000 students participated in learning with The Achievery.

## 78,000+ students

**participated in learning activities through The Achievery**

Our impact is amplified when we equip community members with the tools and expertise necessary to act as digital navigators - facilitators that help others in their community develop digital skills necessary to leverage their internet access. In 2022, we invested $2.5 million to launch our digital navigator program and community-based IT helpdesk that will provide training to community members in navigator roles. Deploying digital navigators within local communities has been proven to drive adoption across underrepresented communities because residents feel more comfortable and safer receiving help through local organizations.



**COLLABORATING FOR IMPACT**

Through our collaboration with the Public Library Association (PLA), we worked to bring bilingual, in-person digital literacy workshops to 160 libraries in 2022.

To help us gauge the effectiveness of our workshops, we collaborated with the PLA to survey participants about their experience. As indicated by the results below, the vast majority felt more confident and knowledgeable about digital resources as a result of their participation in a library workshop and intend to apply what they've learned.

## 88%
**feel more confident**
using digital resources

## 90%
**feel more knowledgeable**
about using digital resources

## 91%
**intend to apply**
what they've learned

# Community Resilience

**When disaster and tragedy strike, it's crucial that people are able to connect with loved ones and access what they need to get back on their feet.**

Recognizing the important role we play as a connectivity provider, we've set a target to help 1 million people prepare for and recover from the impacts of disasters by year-end 2030. This commitment focuses on essential support for communities and public safety through strategic partnerships beyond our normal emergency response and network disaster recovery operations. For example, we have partnered with Information Technology Disaster Resource Center, a volunteer organization that provides connectivity and charging solutions to support survivors in times of crisis.

Since establishing the target in 2021, we have helped more than 500,000 individuals prepare for and recover from natural disasters.

**PROGRESS: HELP 1 MILLION PEOPLE PREPARE FOR AND RECOVER FROM NATURAL DISASTERS BY YEAR-END 2030**

500,000 individuals helped

0                                          1,000,000

**READ MORE**



· Community Engagement & Philanthropy Issue Brief

· FirstNet website

## Connecting first responders through FirstNet®

When first responders get the call, a reliable network is essential to coordinate their response. To address this critical need, the First Responder Network Authority (FirstNet Authority) partnered with AT&T to deliver FirstNet, Built with AT&T – the *only* network built specifically for America's first responders and extended public safety community. FirstNet stands above commercial offerings by providing first responders with truly dedicated coverage and capacity when they need it, unique benefits like *always-on* priority and preemption and innovative mission-ready solutions. Throughout 2022, FirstNet played an important role in supporting community safety, including during and after the Colorado and Yosemite fires, flooding in Kentucky, and Hurricane Ian.

Recognizing that disasters have contributed to a mental health crisis among our nation's first responder community, we established the FirstNet Health & Wellness Coalition to coordinate holistic health and wellness support. Through the Coalition, we provided health and wellness training to nearly 12,000 first responders.

## >99%

**U.S. population covered by AT&T and FirstNet networks**



### OUR RESPONSE TO HURRICANE IAN

Hurricane Ian struck Florida in September 2022, bringing record flooding and significant devastation to Gulf Coast communities. Prior to landfall, the AT&T Weather Operations Center (page 7) tracked Ian's approach to help us set up resources in strategic locations to expedite our response. As the storm passed, the FirstNet Response Operations Group at AT&T responded to more than 110 public safety requests with first responders and deployed more than 85 full-scale communications solutions to support response efforts.

In the aftermath, we opened our networks so people from all carriers could connect with loved ones – even if their carriers' services were not available because of the storm. To ease financial pressures as communities recovered and rebuilt, we waived various service charges and fees for affected residents and businesses.

AT&T and the AT&T Foundation provided further support by donating $400,000 to local organizations for recovery efforts (page 22).



# Community Resilience

> **"Our resilience is interconnected with that of our communities – that's why we're helping others prepare for the impact of severe weather in the years to come."**

**Charlene Lake**
**AT&T Chief Sustainability Officer & SVP Corporate Social Responsibility**

## Helping communities adapt to climate change

1 in 3 Americans say they have been personally affected by an extreme weather event in the past 2 years. As these events become more frequent and intense, community leaders need to understand how they can better protect critical infrastructure and vulnerable populations.

We're helping communities enhance their resilience through the launch of a climate data platform called the Climate Risk and Resilience Portal (ClimRR) – developed in partnership with the Federal Emergency Management Agency and Argonne National Labs.

ClimRR gives local and state leaders free access to localized climate data about potential future climate-related risks and how their community could be affected. Similar to how AT&T uses climate data to inform its own investment decisions (page 8), ClimRR can inform where and how communities can make their own infrastructure more resilient. It can also support community preparation initiatives through an enhanced understanding of how climate hazards may evolve into the future.

### READ MORE

 · Climate Change & Greenhouse Gas Emissions Issue Brief

· ClimRR on AT&T website

294

# Employees

Across all 50 U.S. states and in more than 55 countries, AT&T employees deliver technology and telecommunications services to millions of consumers and businesses every day. We strive to be an employer of choice and invest in our people through well-paying jobs, competitive benefits and skills development programs that open advancement opportunities.

We aim to ensure a workforce that is representative of the communities where we live and work. Our approach seeks to establish diversity at all levels and instill a sense of belonging across our entire workforce.

**EMPLOYEE ENGAGEMENT SCORE** — 82%

**TOTAL HOURS OF EMPLOYEE TRAINING[17]** — 8M

**OPEN POSITIONS FILLED BY WOMEN AND/OR PEOPLE OF COLOR CANDIDATES[1]** — 75%



| Employee Engagement | Diversity, Equity & Inclusion | Training & Career Development | Community Engagement |
|---|---|---|---|
| Page 17 ➡ | Page 18 ➡ | Page 20 ➡ | Page 21 ➡ |

AT&T 2022 SUSTAINABILITY SUMMARY

16

295

# Employee Engagement

**Engaged employees are essential to bringing our company's purpose to life. We are committed to helping employees to feel connected to and fulfilled by their work.**

The annual AT&T Employee Survey is a key input to our employee listening program. Through this survey, we obtain feedback on employee sentiment and gain actionable insights on how to enhance the employee experience at AT&T.

The 2022 AT&T Employee Survey recorded a strong employee engagement score of 82%.[13] The feedback behind this score demonstrates that employees are proud to be associated with AT&T and feel a sense of personal accomplishment from their work, among other factors.

Engagement scores and other AT&T Employee Survey results are shared throughout the organization, and leaders take responsibility for targeted initiatives based on feedback from their teams. For example, as part of our ongoing cultural transformation initiative, we've been amplifying our most effective corporate behaviors and empowering employees to simplify or discontinue business practices that no longer aid in the success of our company.

**READ MORE**

🌐 Human Capital Management Issue Brief

· AT&T Careers website

~163K

**employees[7] across**

50

**states and**

55+

**countries**

82%

**employee engagement score in 2022**



| 77% | 84% | 82% |
| --- | --- | --- |
| 2020 | 2021 | 2022 |

**year-over-year employee engagement**

## CONNECTING OUR PEOPLE TO WHAT MATTERS

Employees who participate in community engagement programs are significantly more likely to stay with the business, recommend AT&T as a place to work, and generally feel better about working for the company.

Recognizing the importance of connecting our people to our social and environmental efforts, we're working to increase employee awareness of our commitments to address the digital divide and climate change.

AT&T employees are volunteering to bridge the digital divide in their local communities (page 21), stepping up as Environmental Champions (page 22), and innovating to help our business customers reduce their emissions (page 26).



OVERVIEW          SHAREHOLDERS & CUSTOMERS          COMMUNITIES          **EMPLOYEES**          ENVIRONMENT          SUPPLIERS          PROGRESS TOWARD GOALS

# Diversity, Equity & Inclusion (DE&I)

By building a diverse, equitable and inclusive workforce, we help strengthen and empower the many communities in which we live, work and play. Our approach to DE&I puts our employees and their experiences at the heart of our inclusive culture, valuing and celebrating the diversity of their backgrounds, perspectives and abilities.

We prioritize recruiting and hiring talented people who reflect the world in which we live, with heightened focus on growing our senior leadership pipeline of diverse talent. We also continue to focus on ensuring diversity in promotions and professional development (see page 20 for more on how we integrate DE&I into our training efforts).

Employee Group members are our organization's cultural lifeblood and at the forefront of our efforts to advance DE&I. In 2022, more than 40,800 employees participated in networking, volunteering and fundraising opportunities sponsored by Employee Groups. In addition, our Employee Groups awarded more than 300 scholarships totaling more than $565,000.

**We're proud to be recognized by top DE&I organizations for our support of diverse communities in 2022.**






Bloomberg Gender Equality Index

DiversityInc Top 50 Companies for Diversity

Best Places to Work for LGBTQ+ Equality

Best Place to Work for Disability Inclusion

**READ MORE**

 • Diversity, Equity & Inclusion Issue Brief

• AT&T Diversity, Equity & Inclusion website



**EMPLOYEE DEMOGRAPHICS**
(END OF YEAR 2022)[14]

**37%**
**women** in senior management[15]

**49%**
**people of color** in U.S. workforce

**>6.7**K
**individuals with disability** in U.S. workforce[16]

**>11.4**K
**veterans** in U.S. workforce[16]

**>2.7**K
individuals identify as **LGBTQ+** in U.S. workforce[16]

**HIRING AND ADVANCING AT AT&T**
(2022 REPORTING PERIOD)

**37%**
of new hires were **women**

**65%**
of new hires were **people of color**

**75%**
of **open positions** were filled by women and/or people of color candidates[1]

**69%**
of **internal promotions** were filled by women and/or people of color candidates[1]

297



# Diversity, Equity & Inclusion (DE&I)

## Equality First

In 2021, we began our Equality First movement with the launch of the Equality First mobile app, giving employees access to an immersive hub of content and hands-on tools. The content within the app continues to grow, including personal storytelling from employees across the broad spectrum of diversity at AT&T, as well as major film festival shorts that bring stories from the communities we serve to employees. We provide this content at no cost to our employees, all while investing back in the filmmakers who create it to continue their art and connect with greater possibilities.

In 2022, we expanded the Equality First offering to introduce a desktop experience focused on building inclusive leadership practices. This imperative provides people leaders the tools needed to make small, incremental changes to their behaviors that add up to big cultural changes over time. The platform offers bite-sized learning on our key DE&I pillars that can be integrated into daily operations and provides a safe, private forum for discussing the content, asking questions, and sharing challenges. With this experience, our people leaders:

- Improve trust-building know-how, built on a foundation of psychological safety.
- Learn how to communicate to inspire broader audiences.
- Sharpen their ability to recognize and counteract how bias impacts their teams' work and relationships.
- Upskill in assessing team members' contributions through the lenses of inclusion and equity.
- Gain expertise to more consciously and comfortably build diverse teams.



### PEOPLE, PURPOSE AND POSSIBILITY

The annual AT&T Employee Group conference is one of the most anticipated employee events of the year. Under the banner of **People, Purpose and Possibility**, the 2022 conference brought together 1,000 employees in five locations across the U.S. and Mexico, and another 15,000 online attendees from 21 different countries. Employees said that the conference showcased how AT&T is truly living diversity and inclusion, and more than 90% of attendees said they would recommend the conference to a colleague.

When surveyed about the AT&T Employee Group conference, our people said:

*"I loved the energy, it really helped to keep me engaged and I would attend this event again."*

*"Great event, it really provided a big picture of the level of diversity at AT&T."*

### READ MORE



- Diversity, Equity & Inclusion Issue Brief
- AT&T Diversity, Equity & Inclusion website

# Training & Career Development

When our employees succeed, our company does better. We invest in skills development programs for our people throughout their careers. Through these efforts, we help our employees – and our business – thrive.

In 2022, our employees completed an average of 30 courses per employee[1] through AT&T Learning & Development – our award-winning internal training organization that engages our team with training, mentoring and career development programs. We also partner with learning institutions such as Harvard Business and LinkedIn Learning to offer leadership and career courses. Key outcomes of our training and development programs in 2022 include:

## $135M
**investment in employee training and professional development programs[17]**

## 197K
**employees reached[17]**

## 8M
**total hours of employee training[17]**

## 326K
**hours devoted to upskilling for future roles[17]**

## $10.5M
**tuition assistance for employees[1]**

### READ MORE

 • Human Capital Management Issue Brief

## PROGRAMS FOR ALL CAREER STAGES

Our training and skills development activities are designed to maximize our employees' success in their current roles and support their future aspirations.

**NEW HIRE TRAINING**



We focus on creating a positive onboarding experience for all candidates to ensure their job readiness and continued engagement. In 2022, we delivered 4 million hours of new hire training to help incoming employees learn about the company and their department-specific roles and responsibilities.

**ROLE-SPECIFIC SKILLS**



We help employees develop role-specific skills through training optimized to their current position. For example, our Real Time Training method helps employees develop role-specific skills by using machine learning to deliver short-form training content to the right employees at the right time. With Real Time Training, we are able to identify who needs training and when, as well as which training solution is most likely to drive the greatest performance improvements for the employee's respective key performance indicators.

**ADVANCED LEARNING PROGRAMS**

Our advanced learning programs help employees identify the most impactful path to grow their skills. In 2022, employees recorded 2.1 million training hours on advanced learning programs, with 326,000 hours registered toward employee upskilling for a future role.[17]



### DEVELOPING LEADERSHIP SKILLS

In 2022, we reimagined our approach to leadership development. We focused on developing and enhancing leadership skills and capabilities that aim to develop leaders who can play a role in developing others and who can role model key future capabilities for the rest of the organization. Participants in programs AT&T Learning & Development facilitates gain strategic exposure and engagement opportunities with their peers and other AT&T leaders.

Consistent with our talent strategy to meaningfully improve leadership diversity at AT&T, AT&T Learning & Development facilitates several programs targeted at developing diverse leaders. Examples include:

- Leadership Education for Asian Pacifics
- SMU Rising Latino Leaders Program
- Black Enterprise Black Men Xcel Summit
- Black Enterprise Black Women of Power Summit

299



# Community Engagement

**Through their jobs and beyond, our employees connect people to greater possibility every day.**

Our people are dedicated to amplifying their positive impact through a range of community engagement initiatives. Throughout the year, AT&T employees contribute their time and resources to organizations and causes including bridging the digital divide, disaster relief, and environmental stewardship. Recognizing the importance of community engagement to our team, we established a target to engage 50% of employees in grassroots volunteering and charitable giving initiatives by year-end 2030. At the end of 2022, we had engaged 31% of employees and continue to progress toward our target.[18]

**PROGRESS: ENGAGE 50% OF EMPLOYEES IN VOLUNTEERISM AND GIVING BY YEAR-END 2030**

31% engagement

0%                                                                50%



**AT&T BELIEVES AND THE DIGITAL DIVIDE**

Through **AT&T Believes**[(SM)], our global employee volunteer program, our people participate in grassroots efforts to create positive change in local communities.

Addressing the digital divide was a major focus for AT&T Believes in 2022. Throughout the year, U.S. employees volunteered to support underserved learners at AT&T Connected Learning Centers both virtually and in-person (see page 11 for more on AT&T Connected Learning Centers). Our employees helped students reach their full potential by serving as tutors and mentors, teaching digital literacy workshops, and participating in computer distribution events.

Helping close the digital divide was the focus of a company-wide employee engagement campaign, **Bridge to Possibility: Closing the digital divide, *together*.** During the campaign, AT&T employee volunteers beautified five Connected Learning Centers and our Employee Groups (see page 18) assembled 10,000 connected learning kits for distribution to 18 local communities. The kits provide tools to support students in completing their schoolwork online.

**READ MORE**

 · Community Engagement & Philanthropy Issue Brief          · AT&T Believes website

300



# Community Engagement

## Our Environmental Champions

Our Environmental Champions program engages employees in our work to protect the environment by equipping them with information and skills to help them live and work more sustainably. The program has grown to include more than 1,800 individuals, who incorporate learnings into their own lives and share information with colleagues and friends. Our employees also took part in environmental stewardship projects including building bee habitats, planting seed balls, and cleaning up parks and lakes.

## The generosity of our people

We encourage our employees to donate to causes they care about through a year-round giving program. In 2022, more than 40,000 AT&T employees generously donated $15.7 million to more than 17,000 charities.[19] AT&T is committed to helping employees further their philanthropic impact. We offer a program that matches employee charitable contributions to 501(c)(3) nonprofits and allows employees to earn Volunteer Rewards – grants based on time volunteering in the community that can be directed to the 501(c)(3) charity of their choice. In 2022, more than 45,000 employees earned Matching and Volunteer Rewards.

Our people also supported special fundraisers throughout the year. Employees donated more than $250,000 to support the citizens of Ukraine, the communities of Uvalde and Buffalo, survivors of Hurricanes Fiona and Ian, and more (see page 14 for additional information on our community resilience efforts).

**TOTAL AMOUNT OF CORPORATE AND AT&T FOUNDATION GIVING**[20]

## $89.1M

**TOTAL AMOUNT CONTRIBUTED OR DIRECTED THROUGH CORPORATE, EMPLOYEE AND AT&T FOUNDATION GIVING PROGRAMS**

## $104.8M

**TOTAL VALUE OF EMPLOYEE VOLUNTEERISM**[21]

## $11.6M

**PERCENTAGE OF EMPLOYEES WORLDWIDE ENGAGED IN COMMUNITIES THROUGH GRASSROOTS VOLUNTEERISM AND GIVING INITIATIVES**

## 31%

### READ MORE

· Community Engagement & Philanthropy Issue Brief



# Environment

As one of the world's largest companies, we can play a role in creating a better, more environmentally sustainable future. We're acting to address climate change and prepare for its impacts because it is good for our business, for the stakeholders we serve and for our planet.

We're on our way to carbon neutrality by the end of 2035 and are actively working with our suppliers and customers to help reduce their environmental impact as well.

**ANNUAL ENERGY PRODUCTION OF OUR U.S. RENEWABLE ENERGY PORTFOLIO[3]**    **2.9**M MWh

**U.S. EPA GREEN POWER PARTNER LIST RANKING**    **6**th

**CUSTOMER EMISSIONS REDUCTIONS ATTRIBUTABLE TO AT&T SMART CLIMATE SOLUTIONS SINCE 2018** (METRIC TONS $CO_2e$)    **149.2**M

**GROSS ANNUALIZED COST SAVINGS SINCE 2015 FROM ENERGY EFFICIENCY PROJECTS**    **$663**M



**Carbon Neutrality**

Page 24 ➡

**Gigaton Goal**

Page 26 ➡

**Waste Management**

Page 27 ➡

# Carbon Neutrality

**Climate change is one of the world's most pressing challenges. Our connectivity can be part of the solution.**

Guided by our Climate Strategy and Transition Plan, we're acting to address climate change and prepare for its impacts. We have set a goal to be carbon neutral, targeting net zero Scope 1 and 2 greenhouse gas (GHG) emissions[2] for our operations by the end of 2035, guided by a science-based target (SBT) aligned with keeping global temperature increases to below 1.5 degrees Celsius.

We continue to progress toward our carbon neutral and SBT ambitions, having reduced emissions by more than 41% at the end of 2022 (2015 baseline).[3]

Looking beyond AT&T's operations, we've achieved our objective for at least 50% of our suppliers[22] to set their own science-based targets (page 29). We've also committed to supporting a gigaton of customer emissions reductions through our Gigaton Goal (page 26).

**PROGRESS: REDUCE SCOPE 1 AND 2 GHG EMISSIONS 63% BY YEAR-END 2030[3]**

45% reduction

0%                                                                63%

**PROGRESS: ACHIEVE NET ZERO SCOPE 1 AND 2 GHG EMISSIONS BY YEAR-END 2035[3]**

45% reduction

0%                                                                100%

## READ MORE



· Energy Management Issue Brief

· Climate Change & Greenhouse Gas Emissions Issue Brief



## Enhancing our efficiency

Our greatest opportunity for emissions reductions is to reduce electricity consumption and accelerate our energy efficiency efforts. Being smarter with purchased electricity also brings financial savings – as we drive kilowatts out of the business, we remove both emissions and energy-related costs.

From 2015 through 2022, we've implemented approximately 161,000 energy efficiency projects across the organization. These projects reduced our Scope 2 emissions and amounted to gross annualized savings of approximately $663 million.[23] We will continue to act on opportunities to drive down energy consumption in support of our carbon neutral goal.

**161K**
**energy efficiency projects implemented since 2015**

**>7M MWh**
**of annual energy savings since 2015**

**$663M**
**gross annualized cost savings since 2015**

## Reducing fleet emissions

Our carbon neutral goal also includes reducing emissions from our global fleet. We expect to reduce our fleet emissions – which currently account for 51% of our Scope 1 emissions – at least 76% by 2035. Our strategy involves optimizing routes, switching to hybrid and electric vehicles and reducing the overall size of the fleet.



# Carbon Neutrality

> ## "We're investing in renewable energy because it is good for the planet and good for our business."
>
> ### Joe Taylor
> **AT&T Vice President of Global Infrastructure Optimization & Implementation**

## Supporting clean energy

AT&T is one of the largest corporate buyers of renewable energy in the U.S.[24] Over the past few years, AT&T has transitioned from generating only a few megawatt-hours of renewable energy to being #6 on the EPA Green Power Partner List.

Going big on renewable energy also benefits local communities. AT&T-backed renewable energy projects are creating hundreds of construction jobs and dozens of permanent jobs in the fast-growing clean energy sector. In early 2022, we confirmed 2 virtual power purchase agreements from new solar projects in Maryland and Pennsylvania – generating up to 300 construction jobs in each state.

We also administered a national request for proposal in 2022 to procure community solar subscriptions. This resulted in executed agreements with 38 vetted community solar projects across 4 states – totaling a maximum capacity of 55 MW – that are projected to save AT&T $15 million over a 15-year term. These agreements will enable the production of over 191,000,000 kWh of clean energy per year, avoiding over 135,000 metric tons of $CO_2$ emissions.

We remain committed to expanding our clean energy efforts and expect to continue to grow our renewable energy portfolio. This will be an integral part of how we meet our emissions reduction goals.

## 2.9M MWh

**annual energy production of our U.S. renewable energy portfolio**

304



OVERVIEW        SHAREHOLDERS & CUSTOMERS        COMMUNITIES        EMPLOYEES        **ENVIRONMENT**        SUPPLIERS        PROGRESS TOWARD GOALS

# Gigaton Goal

We are amplifying our climate efforts by developing innovations that help others become more efficient and manage their carbon footprints. Since 2015, we have been working with business customers and nonprofits to drive adoption of AT&T Smart Climate Solutions that reduce GHG emissions.

Recognizing the opportunity for connectivity solutions to support emissions reductions at scale, we established the Gigaton Goal – a commitment to help our customers collectively reduce a gigaton of GHG emissions by the end of 2035 (2018 baseline). At the end of 2022, we've supported 149.2 million metric tons of customer emissions reductions – approximately 15% of the way toward our Gigaton Goal.[25]

**PROGRESS: GIGATON GOAL – SUPPORT 1 BILLION METRIC TONS OF CUSTOMER GHG EMISSIONS REDUCTIONS BY YEAR-END 2035**



149,200,000

0                                                                                    1,000,000,000

**READ MORE**



- Climate Change & Greenhouse Gas Emissions Issue Brief
- AT&T Reducing Emissions website

## Connected Climate Initiative

Through the Connected Climate Initiative (CCI), we convene the brightest minds from leading technology companies, AT&T Business customers, universities and nonprofits to identify best practices, develop new products and scale innovations. The CCI drives our Gigaton Goal progress through increasing the adoption of Smart Climate Solutions that use AT&T connectivity to reduce emissions.

Some of the Smart Climate Solutions that the CCI worked on in 2022 include:



### SALESFORCE

Integrating AT&T Internet of Things (IoT) solutions into the Salesforce Net Zero Cloud to make it easier for customers to monitor assets in near real-time and quickly identify emissions reduction opportunities.



### GEOTAB

Working with GeoTab to help customers make informed decisions about how to electrify their fleets.



### MICROSOFT AND DELOITTE

Collaborating with Microsoft and Deloitte to bring the Connected Spaces product to market, which helps facility operators track emissions data with more accuracy.



**DATA MANAGEMENT FOR NET ZERO**

Monitoring and reducing an organization's GHG emissions can be complex. Our IoT solutions enable customers to monitor and manage many different types of equipment, including lighting, heating, cooling and other mechanical equipment to optimize their use. For example, AT&T developed Equipment and Machinery Solutions to better track, monitor, control and optimize heavy machinery and equipment, such as dozers, forklifts and cranes, and help companies manage their performance all in a single view.

This IoT solution helps companies collect and survey vital equipment data, such as engine hours and fuel consumption of machinery, to calculate emissions within the Salesforce Net Zero Cloud - enabling businesses to better track their sustainability goals from the job site to the boardroom. Net Zero Cloud provides AT&T's customers with critical data accessible from virtually any location via a web portal or mobile app. This AT&T capability is available for any of our business customers.



# Waste Management

As the scale of human impact on our planet continues to grow, it's become clear that conventional, linear methods of production and disposal need to be reconsidered. We must move toward a circular economy, which involves embedding sustainability throughout the life cycle of a product or service.

Many materials that we work with can be reused or repurposed instead of being sent to landfill. Together with our waste management partners, we've progressed closer toward our target to reduce the amount of U.S. waste sent to landfill by 30% by year-end 2030 (2019 baseline).

At the end of 2022, we reduced the amount of landfill waste by 27.9% from 2019.[26]

**PROGRESS: REDUCE AMOUNT OF U.S. WASTE SEND TO LANDFILL 30% BY YEAR-END 2030**



27.9% reduction

0%                                                                     30%

We worked to reduce our waste footprint in 2022 through:

- Improving data accuracy in our supply chain through targeted training for mobility and fleet vendors.

- Contracting with more vendors located closer to our waste streams, which increases diversion opportunities and reduces waste-related emissions.

- Continuing to divert fiber-optic cable scrap, which can be shredded and milled to serve as components for roofing materials.

## Progressing toward circularity

All electronic devices should be reused, refurbished or recycled. Reusing devices contributes to a circular economy and helps create more affordable product options for consumers.

In 2022, we recovered 14.9 million devices including mobile phones, internet gateways and television set top boxes.[27] Some of these devices are refurbished and distributed to students affected by the digital divide (page 10). If a device cannot be reused in its entirety, we extract individual parts that may be reusable and recycle any remaining plastics and metals.

AT&T makes it easy for customers to give a second life to their old devices, including:

- Encouraging customers to return old phones during the upgrade process or by taking advantage of our trade-in programs.

- Refurbishing or recycling broadband internet devices through in-home appointments where an AT&T technician will recover used equipment.

- Offering options for customers to mail their devices back to us to recycle.

We're proud that 0% of materials from take-back programs went to landfill in 2022.[28]

These efforts provide a solid foundation for our circular economy approach, which we expect to expand in 2023.



**GIVING A SECOND LIFE TO OLD DEVICES**

**14.9**M
**consumer devices reused or recycled in 2022**[27]

**11%**
**materials from take-back programs recycled**[28]

**89%**
**materials from take-back programs reused or sold**[28]

**0%**
**materials from take-back programs landfilled**[28]

**READ MORE**

 · Product Life Cycle Issue Brief

· Waste Management Issue Brief

OVERVIEW          SHAREHOLDERS & CUSTOMERS          COMMUNITIES          EMPLOYEES          ENVIRONMENT          **SUPPLIERS**          PROGRESS TOWARD GOALS

# Suppliers

Whether it's combatting climate change, enhancing diversity, or upholding human rights, we accomplish more when we work together with our trusted suppliers.

As a global company, we rely on a diverse set of suppliers around the world.[29] We partner with suppliers who hold themselves to high ethical standards and who work with us to advance sustainable business practices throughout our supply chain.



**SUPPLIERS[4] WITH THEIR OWN SCIENCE-BASED GHG TARGETS**          53%

**SPEND WITH DIVERSE SUPPLIERS IN 2022[5]**          $16.3B

AT&T 2022 SUSTAINABILITY SUMMARY

28

307



# Responsible Supply Chain

## Combatting climate change together

We're using our scale and influence to encourage AT&T suppliers to reduce their own carbon emissions. Part of AT&T's science-based target (page 24) includes a commitment to ensure 50% of our suppliers[4] set their own science-based GHG targets by year-end 2024. We're proud to report that we achieved our goal – as of year-end 2022, 53% of our suppliers have set science-based targets.

Through the year, we also trained suppliers on using environmental reporting to track progress and reduce their environmental impact over time. Suppliers representing more than $7 billion in annual spend participated in the training.

**PROGRESS: ENSURE 50% OF SUPPLIERS ADOPT SCIENCE-BASED GHG TARGETS BY 2024**

| 53% of suppliers ✓ |
|---|
| 0%                                                    50% |

### READ MORE


· Responsible Supply Chain Issue Brief

· AT&T Supplier Diversity website

## Enhancing supplier diversity

AT&T is proud to be a long-standing leader in supplier diversity. Over the last 54 years, we have spent more than $230 billion with businesses and enterprises owned by minorities, women, veterans, LGBTQ+ persons, and people with disabilities. In 2022, we met our annual goal to exceed 21.5% of supplier spend and $10 billion in total procurement expenditures with diverse suppliers, reaching $16.3 billion.[5] This represents 26.3% of our overall procurement spend. As we adopt new and emerging technologies critical to our business initiatives, we're focused on ensuring diverse businesses are part of our transformation.

We participate in regional and national supplier diversity events and work with several diversity business organizations, such as the National Minority Supplier Development Council, for targeted supplier identification. In 2022, AT&T sponsored or participated in roughly 250 in-person and virtual supplier diversity outreach events.

Our supplier financing programs allow small, diverse businesses to leverage the credit power of AT&T. In 2022, participants in our supplier financing program included 96 certified women-owned business enterprises, 91 certified minority business enterprises and 10 certified disabled-veteran enterprises.

## $16.3B

**supplier spend in 2022 with businesses owned by minorities, women, veterans, LGBTQ+, and people with disabilities[5]**

## Supplier sustainability integration

We engage our strategic suppliers to integrate sustainability performance metrics into sourcing decisions. These assessments cover a range of ESG factors such as environmental management, circular economy, stakeholder engagement and a supplier's management of its own supply chain. Our objective is for at least 80% of spend to be covered by supplier sustainability assessments through 2025.

As a signatory to the UN Global Compact, we recognize the importance of upholding human rights in our supply chain. Through our membership in the Joint Alliance for CSR (JAC) we conduct audits annually within our supply chain using a common audit framework that includes facility evaluations, management interviews, confidential worker interviews and supplier documentation reviews. The JAC audit framework addresses 10 focus areas, including human rights considerations such as the use of child labor and forced/bonded labor.

In 2022 JAC audited 79 factory locations,[30] including 41 AT&T suppliers, impacting over 133,000 individuals. AT&T led a combination of 6 audits and Mobile Worker Surveys of AT&T suppliers' factory locations. JAC identified 549 corrective actions and closed 51% of all open and newly identified corrective actions – including 61% rated as major, 30% rated as minor and 10% flagged for priority.[31]

## 82%

**of spend had sustainability performance metrics embedded in sourcing decisions in 2022[32]**

308

# Progress toward Goals

## Communities

| GOAL / TARGET | PROGRESS |
|---|---|
| **Invest $2 billion to help bridge the digital divide by the end of 2023.** | **Invested $1.35B across programs including Access from AT&T and AT&T Connected Learning**<br><br>As part of our 3-year $2 billion digital divide commitment, we reached our goal of opening at least 20 AT&T Connected Learning Centers across the U.S. With our original goal met, we have set a new goal to open more than 50 AT&T Connected Learning Centers by the end of 2024.<br><br>Access from AT&T helps bridge the digital divide by making low-cost internet service available for qualifying low-income households. In 2022, we expanded the program's eligibility to all households that quality for ACP and apply the Federal benefit to AT&T internet service. We also updated the program to include speeds up to 100 Mbps where available. |
| **Provide 1 million people in need with digital resources through AT&T Connected Learning by the end of 2025.** | **Reached more than 290,000 individuals**<br><br>Through AT&T Connected Learning, we're investing in connectivity, technology, digital literacy and digital learning solutions to help connect today's learners with success. As of year-end 2022, we have reached more than 290,000 people with digital resources through AT&T Connected Learning. |
| **Engage 50% of our employees worldwide in communities through grassroots volunteerism and giving initiatives by the end of 2030.** | **31% of employees engaged in volunteerism and giving[18]**<br><br>Through a variety of corporate community engagement opportunities and programs, employees donate time and money to their communities. In 2022, 31% of our workforce engaged in volunteerism and giving through AT&T. |
| **Beyond emergency response and network disaster recovery, help 1 million people prepare for and recover from the impacts of disasters by the end of 2030.** | **Delivered humanitarian relief and connectivity solutions serving more than 500,000 individuals since 2021**<br><br>In 2022, through strategic partnerships, we supported the delivery of connectivity solutions, humanitarian relief, and resiliency and recovery resources serving more than 290,000 individuals impacted by Hurricanes Fiona and Ian, the historic Eastern Kentucky floods and other disasters around the world. |

## Environment

| GOAL / TARGET | PROGRESS |
|---|---|
| **Reduce absolute Scope 1 and 2 GHG emissions 63% (2015 base year) – aligning with a 1.5°C pathway by the end of 2030.[2]**<br><br>**(Approved by the Science Based Targets initiative in 2020.)** | **Reduction of more than 45%**<br><br>Between 2015-2022, we reduced reported Scope 1 and 2 GHG emissions by more than 45%, reaching 71% of our 2030 target.[33] |
| **Achieve carbon neutrality (net zero Scope 1 and 2 emissions) by the end of 2035.[2]** | **Reduction of more than 4 million metric tons of $CO_2e$[3]**<br><br>2022 Scope 1 and 2 GHG emissions were approximately 4.8 million metric tons of $CO_2e$. This represents more than 45% attainment toward carbon neutrality from our 2015 base year (approximately 8.8 metric tons of $CO_2e$). |
| **Deliver connectivity solutions that enable business customers to reduce a gigaton (1 billion metric tons) of GHG emissions between 2018–2035.** | **Enabled 38.9 million metric tons of customer emissions savings**<br><br>AT&T-enabled customer GHG emissions reductions measured between 2018 and 2022 totaled 149.2 million metric tons of $CO_2e$, approximately 15% attainment toward our Gigaton Goal.[25] |
| **Reduce the amount of U.S. waste we send to landfill 30% (2019 base year) by the end of 2030.** | **Reduction of 27.9%[26]**<br><br>2022 waste sent to landfill totaled 110,063 metric tons (MT). This represents a 27.9% reduction from our 2019 base year (152,784 MT). |

## Suppliers

| GOAL / TARGET | PROGRESS |
|---|---|
| **Lead our supply chain to improve its social and environmental impacts by integrating sustainability performance metrics into our sourcing decisions for 80% of our spend by the end of 2025.** | **Reached 82% of spend, exceeding our goal for the second consecutive year**<br><br>AT&T Global Supply Chain continues to require suppliers to adhere to our Principles of Conduct for Suppliers through our Supplier Portal and contract agreements. We continue to incorporate sustainability-oriented standards and analyses into sourcing decisions, including the addition of sustainability clauses into requests for proposal and agreements, training our sourcing managers on the principles of sustainability, and providing updates to sourcing managers on the sustainability performance of existing suppliers. |
| **Work to ensure 50% of our suppliers (covering purchased goods and services, capital goods, and downstream leased assets as a portion of spend) set their own science-based Scope 1 and 2 GHG targets by the end of 2024.**<br><br>**(Approved by the Science Based Targets initiative in 2020.)** | **53% of suppliers have set science-based GHG emissions targets**<br><br>In 2022 we met our Scope 3 science-based target by ensuring that suppliers representing 53% our spend (against our goal of 50%) have set their own science-based Scope 1 and 2 targets. |
| **Reach 21.5% of supplier spend and exceed $10 billion in total procurement expenditures with minority-, women-, veteran-, LGBTQ+- and disability-owned business enterprises (annual target).** | **Spent $16.3 billion with certified diverse businesses representing 26.3% of overall procurement spend[5]**<br><br>• 16.5% of spend with minority-owned business enterprises<br>• 8.8% of spend with women-owned business enterprises<br>• 1% of spend with veteran-owned business enterprises<br>• $9.4M spent with LGBTQ+-owned business enterprises<br>• $11.5M spent with disability-owned business enterprises |

309



OVERVIEW          SHAREHOLDERS & CUSTOMERS          COMMUNITIES          EMPLOYEES          ENVIRONMENT          SUPPLIERS          PROGRESS TOWARD GOALS

# Endnotes

1   Inclusive of AT&T Corporate and AT&T Communications.

2   Scope 1 emissions include direct emissions from sources owned or controlled by the company (such as our fleet). Scope 2 emissions include indirect emissions that result from the generation of purchased energy.

3   2018-2022 data is inclusive of all AT&T operations (U.S. and international). Starting in 2022, data does not include DIRECTV, Vrio, Xandr and WarnerMedia. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse – to form a new company called DIRECTV. In November 2021, we completed the sale of our Latin America video operations, Vrio, to Grupo Werthein. In April 2022, we completed a transaction to combine our WarnerMedia segment, subject to certain exceptions, with a subsidiary of Discovery Inc. In June 2022, we completed the sale of the programmatic advertising marketplace of Xandr Inc to Microsoft.

4   Refers to 50% of our suppliers covering purchased goods and services, capital goods and downstream leased assets as a portion of spend.

5   Supplier diversity spend excludes content and programming spend, and reflects the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

6   Based on nationwide GWS drive test data. GWS conducts paid drive tests for AT&T and uses the data in its analysis. AT&T 5G requires compatible plan and device. 5G not available everywhere. Go to att.com/5Gforyou for details.

7   Data inclusive of AT&T Communications, AT&T Corporate and AT&T International; does not include DIRECTV or WarnerMedia.

8   Adjusted diluted EPS from continuing operations includes adjusting items to revenues and costs that we consider non-operational in nature, including items arising from asset acquisitions or dispositions. We adjust for net actuarial gains or losses associated with our pension and postemployment benefit plans due to the often-significant impact on our results (we immediately recognize this gain or loss in the income statement, pursuant to our accounting policy for the recognition of actuarial gains and losses). Consequently, our adjusted results reflect an expected return on plan assets rather than the actual return on plan assets, as included in the GAAP measure of income. The tax impact of adjusting items is calculated using the effective tax rate during the quarter except for adjustments that, given their magnitude, can drive a change in the effective tax rate, in these cases we use the actual tax expense or combined marginal rate of approximately 25%.

For 2022, Adjusted EPS from continuing operations of $2.57 is Reported EPS from continuing operations of ($1.10) adjusted for $3.59 impairments, abandonments and restructuring, $0.19 benefit-related and other costs, $0.16 proportionate share of intangible amortization at the DIRECTV equity method investment, and $0.06 impact of ASU No. 2020-06, minus $0.20 actuarial gain on benefit plans and $0.13 benefit from tax items.

Further information is included in our Form 8-K dated January 25, 2023.

9   Capital investment from continuing operations is a non-GAAP financial measure that provides an additional view of cash paid for capital investment to provide a comprehensive view of cash used to invest in our networks, product developments and support systems. In connection with capital improvements, we negotiate with some of our vendors to obtain favorable payment terms of 120 days or more, referred to as vendor financing, which are excluded from capital expenditures and reported in accordance with GAAP as financing activities. Capital investment from continuing operations includes $19.6 billion of capital expenditures from continuing operations and $4.7 billion of cash paid for vendor financing.

10   The years ended December 31, 2020 through 2022 present results from continuing operations, and the years ended December 31, 2018 and 2019 include comparable adjustments to remove capital expenditures from discontinued operations.

11   "Broadband Access Still a Challenge in Rural Affordable Housing." The Pew Charitable Trusts.

12   Eligibility determined by the National Lifeline Eligibility Verifier (National Verifier), managed by the Universal Service Administrative Company. For more information on eligibility criteria for the ACP, visit https://acpbenefit.org.

13   The 2022 AT&T Employee Survey response rate was 65%.

14   Data does not include WarnerMedia, DIRECTV or Vrio.

15   Senior Management Positions are defined as roles that are a maximum of two levels away from the CEO or comparable positions.

16   As self-identified via AT&T iCount. AT&T Inc and AT&T Communications only. These metrics are only tracked in the U.S. Employees in other countries do not have the ability to identify in any of these areas. This data is voluntarily self-reported, which means there may be a discrepancy between employees who are part of these groups and employees willing to report that they are part of these groups.

17   Inclusive of AT&T Communications, AT&T Corporate and AT&T International.

18   Representative of all AT&T operations, excluding AT&T Mexico.

19   Representative of all AT&T operations, including WarnerMedia.

20   $67.5 million of 2022 philanthropic giving was provided by AT&T and $21.6 million was provided through the AT&T Foundation.

21   The value of volunteer time was calculated using the Independent Sector value of a volunteer hour, which was $29.95 for 2022.

22   Covering purchased goods and services, capital goods and downstream leased assets as a portion of spend.

23   2022 increase in annualized energy costs savings driven by large scale renewable energy and decommissioning projects.

24   U.S. Environmental Protection Agency. Green Power Partnership National Top 100. https://www.epa.gov/greenpower/green-power-partnership-national-top-100.

25   Data does not include DIRECTV or Vrio.

26   2022 data is inclusive of AT&T Communications, U.S. operations.

27   2018-2022 data include mobility devices, broadband devices and internal AT&T devices. Data (2018-2022) covers AT&T's U.S. operations. 2018-2021 data have been restated to exclude DIRECTV. Note: In July 2021, we completed a transaction with TPG Capital involving our North America video business – including DIRECTV, AT&T TV and U-verse.

28   2018-2022 data include AT&T's U.S. operations.

29   Our Global Supply Chain (GSC) organization manages the supply chain of AT&T Communications and AT&T International operating companies. This represents the largest and most complex portion of our supply chain. Because of the scale of this work, supplier-related content in this document reflects the efforts of GSC unless otherwise noted. Supplier diversity and supplier sustainability metrics represent the effort of our entire U.S. operations. AT&T's Global Supplier Diversity team administers the Supplier Diversity program on behalf of all AT&T affiliates (herein referred to as "AT&T"). This report includes results for all affiliates of AT&T Corporate.

30   This number reflects Joint Audit Cooperation (JAC) and Validated Assessment Program (VAP) audits.

31   Totals may not add to 100% because of rounding.

32   The supplier sustainability management approach reflects the activities of the AT&T Global Connections and Supply Chain organization within AT&T Communications.

33   AT&T follows the GHG Protocol for Scope 1, Scope 2 and Scope 3 reporting. 2022 GHG emissions data contains Q4 estimations.



**The AT&T ESG reporting website provides comprehensive disclosure additional to this Sustainability Summary:**

· ESG Issue Briefs
· TCFD Report
· CDP Climate Change Disclosure
· Political Engagement Report
· Transparency Report
· 2023 Proxy Statement



@ATTimpact
ATTimpact
att.com/csr

311

# EXHIBIT 9

**Individual Defendants' Incentive Compensation**
**As a % of Base Salary**

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| **Stephenson** | 947% | 1,322% | 1,646% | -- | -- |
| **Stephens** | 720% | 852% | 896% | -- | -- |
| **Stankey** | 519% | 519% | 513% | 540% | 575% |
| **Desroches** | -- | -- | -- | 505% | 247% |
| **McElfresh** | -- | -- | 271% | 446% | 496% |

Source:   AC ¶¶ 443, 446, 448, 450, 452

**313**

# EXHIBIT 10

NAVI DHILLON (SBN 279537)
navidhillon@paulhastings.com
PETER C. MEIER (SBN 179019)
petermeier@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

HARIKLIA KARIS (*admitted pro hac vice*)
hkaris@kirkland.com
ROBERT B. ELLIS (*admitted pro hac vice*)
rellis@kirkland.com
MARK J. NOMELLINI (*admitted pro hac vice*)
mnomellini@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>     Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>    Defendant. | CASE NO. 2:21-cv-00073-MCE-JDP<br><br>**DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S AMENDED RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** |

PROPOUNDING PARTY:   PLAINTIFF California Sportfishing Protection Alliance

RESPONDING PARTY:   DEFENDANT Pacific Bell Telephone Company

SET NUMBER:   ONE

Pursuant to the Federal Rules of Civil Procedure (FRCP) and the Local Rules for the United States District Court for the Eastern District of California (Local Rules), Defendant Pacific Bell Telephone Company (Defendant) hereby provides its amended responses to Plaintiff California Sportfishing Protection Alliance's (Plaintiff) first set of Requests for Admission (Request or Requests).

## PRELIMINARY STATEMENT

Defendant is presently pursuing its investigation and analysis of the facts and law relating to this case and has not completed its discovery or preparation for trial. Therefore, the amended responses set forth herein are given without prejudice to Defendant's right to produce evidence of any subsequently discovered facts, writings or interpretations thereof, or to modify, change or otherwise amend these responses. The information set forth herein is true and correct to the best knowledge of Defendant as of this date, and is subject to correction for errors, or omissions.

These amended responses are based upon records and information presently available to Defendant. Defendant undertakes no affirmative duty to supplement these responses based upon further discovery and investigation, other than as required by Rule 26(e). References in a response to a preceding or subsequent response incorporate the information and objections stated in the referenced response.

## GENERAL OBJECTIONS

Defendant makes the following General Objections and Objections to Definitions and Instructions and incorporates them into its response to each and every Request, whether or not specifically stated in an individual response. An assertion of the same, similar, or additional objections in response to a specific Request does not waive any General Objections as to that or any Request. Defendant's failure to object to a specific Request on a particular ground shall not be construed as a waiver of its right to object on any ground.

1. Defendant objects to each Request, including any applicable Definition or Instruction, to the extent it purports to impose obligations that exceed the permissible scope of discovery as set forth in Rule 26(b).

- 2 -

DEFENDANT'S AMENDED RESPONSES TO
PLAINTIFF'S REQUESTS FOR ADMISSION (SET
ONE)

CASE NO. 2:21-cv-00073-MCE-JDP

**316**

2.      Defendant objects to each Request to the extent it seeks information and/or documents protected by any applicable privilege, including without limitation, the attorney-client privilege, the attorney work-product doctrine, the right to privacy, the confidentiality of statements made and conduct engaged in for settlement purposes, and any and all other rights and privileges which protect such information from disclosure.

3.      Defendant objects to each Request to the extent that it: (a) conflicts with any schedule entered by the Court; (b) conflicts with obligations that are imposed by the FRCP, the Local Rules, or any other applicable rules; (c) seeks information that is the subject of expert testimony; or (d) seeks information or responses that are dependent on depositions and documents that have not been taken or produced.

4.      Defendant objects to the definitions of "You," or "Your" as vague, ambiguous, overbroad, and unduly burdensome because it broadly includes "all past and present names of the corporation and/or limited liability company, all predecessors and successors, and to all of its employees, agents, officers, directors, and representatives, INCLUDING any PERSON who has served in any such capacity at any time, and/or anyone purporting to act on YOUR behalf, or at YOUR request with YOUR authorization."

5.      Defendant objects to each Request to the extent it calls for a legal conclusion.

6.      Defendant objects to each Request to the extent that it calls for supporting facts that are not reasonably ascertainable or available at this stage of the litigation.  Defendant objects to such Requests on the grounds that they are overbroad, unduly burdensome, or premature.

7.      Defendant objects to each Request to the extent that it seeks information protected by any constitutional, statutory, or common-law right of privacy, as to which right Defendant has a duty to protect.

8.      Defendant objects to each Request to the extent that it calls for any confidential, proprietary, and/or trade secret information.

- 3 -

DEFENDANT'S AMENDED RESPONSES TO                                    CASE NO. 2:21-cv-00073-MCE-JDP
PLAINTIFF'S REQUESTS FOR ADMISSION (SET
ONE)

**317**

**AMENDED RESPONSES TO REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU currently own the CABLES.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Defendant objects to this Request to the extent it seeks privileged information or information protected by the work-product doctrine or any other applicable privilege or protection. Defendant further objects to this Request because it improperly calls for a legal conclusion.

Subject to the above general and specific objections, Defendant responds as follows: Admit.

DATED: May 27, 2024                    Respectfully submitted,

                                       */s/ Hariklia Karis*
                                       Hariklia Karis
                                       Attorney for Defendant
                                       PACIFIC BELL TELEPHONE COMPANY

- 4 -

DEFENDANT'S AMENDED RESPONSES TO                    CASE NO. 2:21-cv-00073-MCE-JDP
PLAINTIFF'S REQUESTS FOR ADMISSION (SET
ONE)

**318**

# EXHIBIT 11

**Bonds Acquired by Lead Plaintiff**
**Prices During Corrective Disclosure Period**

| Date | 00206RBH4 | 00206RBK7 | 00206RCG5 | 00206RCP5 | 00206RCQ3 | 00206RCU4 | 00206RDF6 | 00206RDG4 |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 82.573 | 81.17 | 86.962 | 89.768 | 85.609 | 97.518 | 100.617 | 103.627 |
| 7/10/2023 | 82.536 | 81.08 | 86.939 | 89.999 | 85.58 | 97.525 | 100.756 | 103.714 |
| 7/11/2023 | 83.297 | 81.929 | 87.731 | 90.549 | 86.34 | 98.418 | 101.549 | 104.534 |
| 7/12/2023 | 84.174 | 82.161 | 88.52 | 91.328 | 87.106 | 99.345 | 102.421 | 105.427 |
| 7/13/2023 | 84.067 | 82.571 | 89.089 | 91.965 | 87.512 | 99.95 | 103.042 | 106.128 |
| 7/14/2023 | 82.779 | 81.112 | 87.511 | 90.493 | 85.902 | 98.398 | 101.706 | 104.764 |
| 7/17/2023 | 82.555 | 81.957 | 86.692 | 90.459 | 85.62 | 97.447 | 100.837 | 103.855 |
| 7/18/2023 | 82.598 | 82.248 | 86.945 | 90.213 | 86.199 | 97.853 | 100.593 | 103.485 |
| 7/19/2023 | 84.718 | 83.138 | 89.072 | 91.212 | 87.505 | 99.865 | 102.612 | 105.717 |
| 7/20/2023 | 82.59 | 80.929 | 86.744 | 89.923 | 85.344 | 97.956 | 100.827 | 103.892 |
| 7/21/2023 | 83.977 | 82.83 | 88.225 | 90.935 | 86.792 | 99.236 | 102.088 | 105.095 |
| 7/24/2023 | 82.583 | 81.302 | 86.965 | 90.287 | 85.476 | 97.778 | 101.608 | 104.479 |
| 7/25/2023 | 83.087 | 81.847 | 87.145 | 90.628 | 86.054 | 97.984 | 102.016 | 104.991 |
| 7/26/2023 | 83.125 | 81.291 | 87.16 | 90.654 | 85.939 | 98.057 | 102.237 | 105.156 |
| 7/27/2023 | 81.828 | 80.52 | 86.173 | 89.622 | 84.725 | 96.922 | 100.438 | 103.882 |
| 7/28/2023 | 82.186 | 80.848 | 86.532 | 89.985 | 85.118 | 97.351 | 100.849 | 104.297 |

Yellow highlights represent days where the price of AT&T common stock is alleged to decline.  AC ¶¶ 399, 403, 405, 407, 409.

**320**

**Bonds Acquired by Lead Plaintiff**
**Prices During Corrective Disclosure Period**

| Date | 00206RDH2 | 00206RDJ8 | 00206RDQ2 | 00206RDR0 | 00206RDS8 | 00206RER9 | 00206RES7 | 00206RFM9 |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 91.512 | 82.191 | 96.731 | 95.354 | 95.14 | 94.792 | 93.757 | 90.751 |
| 7/10/2023 | 91.582 | 82.065 | 97.005 | 95.615 | 95.112 | 95.157 | 93.724 | 91.129 |
| 7/11/2023 | 92.359 | 82.917 | 97.077 | 96.852 | 96.021 | 95.184 | 93.885 | 91.547 |
| 7/12/2023 | 93.179 | 82.918 | 97.519 | 97.065 | 96.145 | 95.873 | 94.654 | 92.364 |
| 7/13/2023 | 93.818 | 83.344 | 97.842 | 97.722 | 96.759 | 96.351 | 95.072 | 93.163 |
| 7/14/2023 | 92.061 | 81.631 | 96.916 | 96.42 | 95.127 | 95.377 | 93.73 | 91.658 |
| 7/17/2023 | 91.283 | 81.718 | 96.483 | 95.762 | 96.24 | 95.197 | 93.715 | 90.886 |
| 7/18/2023 | 91.732 | 82.6 | 96.013 | 95.508 | 95.478 | 94.955 | 93.803 | 91.308 |
| 7/19/2023 | 93.849 | 84.006 | 96.803 | 97.54 | 97.605 | 95.158 | 94.511 | 92.283 |
| 7/20/2023 | 91.948 | 82.106 | 96.504 | 95.538 | 94.801 | 94.749 | 93.829 | 91.309 |
| 7/21/2023 | 93.178 | 84.06 | 96.927 | 97.173 | 97.039 | 94.833 | 94.019 | 91.924 |
| 7/24/2023 | 91.666 | 82.571 | 96.547 | 95.906 | 95.472 | 94.821 | 93.819 | 91.093 |
| 7/25/2023 | 92.236 | 83.137 | 96.688 | 96.346 | 96.194 | 94.677 | 93.759 | 91.041 |
| 7/26/2023 | 92.272 | 82.622 | 96.793 | 96.236 | 95.395 | 95.141 | 94.012 | 91.04 |
| 7/27/2023 | 91.15 | 81.533 | 96.221 | 95.44 | 94.393 | 94.915 | 93.507 | 89.849 |
| 7/28/2023 | 91.21 | 81.837 | 96.436 | 95.857 | 94.722 | 94.961 | 93.658 | 90.207 |

**321**

**Bonds Acquired by Lead Plaintiff**
**Prices During Corrective Disclosure Period**

| Date | 00206RFU1 | 00206RFW7 | 00206RGD8 | 00206RGL0 | 00206RGQ9 | 00206RHA3 | 00206RHJ4 | 00206RHK1 |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 91.685 | 91.665 | 100.745 | 94.776 | 93.621 | 90.725 | 95.075 | 89.952 |
| 7/10/2023 | 91.756 | 91.921 | 100.699 | 95.193 | 93.858 | 90.835 | 95.538 | 90.066 |
| 7/11/2023 | 92.527 | 92.761 | 100.715 | 95.309 | 94.139 | 91.509 | 95.649 | 90.728 |
| 7/12/2023 | 93.1 | 93.594 | 100.66 | 95.857 | 94.867 | 92.327 | 96.288 | 91.57 |
| 7/13/2023 | 93.477 | 93.835 | 100.694 | 96.291 | 95.066 | 92.838 | 96.679 | 92.097 |
| 7/14/2023 | 91.878 | 92.678 | 100.545 | 95.49 | 94.209 | 91.381 | 95.572 | 90.632 |
| 7/17/2023 | 92.634 | 92.586 | 100.357 | 95.314 | 93.201 | 90.561 | 95.047 | 90.843 |
| 7/18/2023 | 92.104 | 92.442 | 100.4 | 94.854 | 93.082 | 90.892 | 94.502 | 90.784 |
| 7/19/2023 | 93.941 | 93.962 | 100.546 | 95.205 | 94.488 | 92.681 | 95.309 | 92.445 |
| 7/20/2023 | 92.304 | 92.218 | 100.45 | 94.802 | 93.794 | 91.078 | 94.65 | 91.019 |
| 7/21/2023 | 93.347 | 93.47 | 100.457 | 95.527 | 94.592 | 92.081 | 95.305 | 91.974 |
| 7/24/2023 | 91.717 | 92.196 | 100.452 | 94.704 | 93.784 | 90.921 | 94.598 | 90.791 |
| 7/25/2023 | 92.325 | 92.541 | 100.51 | 94.91 | 93.959 | 91.061 | 94.776 | 91.119 |
| 7/26/2023 | 92.276 | 92.67 | 100.517 | 95.084 | 94.074 | 91.063 | 95.138 | 91.236 |
| 7/27/2023 | 90.545 | 91.648 | 100.467 | 94.686 | 93.472 | 90.054 | 94.753 | 89.921 |
| 7/28/2023 | 90.346 | 91.998 | 100.512 | 94.968 | 93.772 | 90.423 | 95.046 | 90.281 |

**322**

**Bonds Acquired by Lead Plaintiff**
**Prices During Corrective Disclosure Period**

| Date | 00206RHV7 | 00206RHW5 | 00206RJH6 | 00206RJK9 | 00206RJX1 | 00206RJY9 | 00206RJZ6 | 00206RKA9 |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 93.65 | 95.036 | 87.187 | 84.784 | 89.377 | 82.822 | 74.669 | 71.208 |
| 7/10/2023 | 93.901 | 95.356 | 87.303 | 84.818 | 89.725 | 82.931 | 74.661 | 70.992 |
| 7/11/2023 | 93.907 | 95.399 | 87.962 | 85.6 | 89.778 | 83.325 | 75.279 | 71.67 |
| 7/12/2023 | 94.166 | 95.589 | 88.836 | 86.16 | 90.165 | 84.016 | 75.74 | 72.307 |
| 7/13/2023 | 94.431 | 95.941 | 89.384 | 86.494 | 90.508 | 84.447 | 76.211 | 72.173 |
| 7/14/2023 | 93.86 | 95.265 | 88.139 | 85.181 | 89.832 | 83.601 | 74.961 | 70.74 |
| 7/17/2023 | 93.699 | 94.959 | 87.393 | 85.351 | 89.693 | 83.062 | 74.616 | 70.529 |
| 7/18/2023 | 93.371 | 94.726 | 87.254 | 85.521 | 89.276 | 82.736 | 74.842 | 71.494 |
| 7/19/2023 | 93.705 | 95.054 | 89.105 | 87.447 | 89.555 | 83.646 | 76.297 | 72.993 |
| 7/20/2023 | 92.904 | 94.8 | 87.668 | 84.993 | 89.272 | 82.882 | 74.547 | 70.94 |
| 7/21/2023 | 93.476 | 94.827 | 88.571 | 86.929 | 89.794 | 83.523 | 75.893 | 72.658 |
| 7/24/2023 | 92.777 | 94.834 | 87.544 | 84.766 | 89.235 | 83.079 | 74.928 | 71.45 |
| 7/25/2023 | 92.864 | 94.783 | 87.609 | 85.135 | 89.417 | 83.313 | 75.029 | 71.943 |
| 7/26/2023 | 92.971 | 94.954 | 88.057 | 85.249 | 89.569 | 83.476 | 75.061 | 71.409 |
| 7/27/2023 | 92.8 | 94.683 | 87.119 | 84.141 | 89.264 | 82.773 | 74.128 | 70.554 |
| 7/28/2023 | 93.004 | 94.946 | 87.483 | 84.491 | 89.398 | 83.01 | 74.431 | 70.852 |

**323**

**Bonds Acquired by Lead Plaintiff**
**Prices During Corrective Disclosure Period**

| Date | 00206RKB7 | 00206RKD3 | 00206RKE1 | 00206RKF8 | 00206RKG6 | 00206RKH4 | 00206RKJ0 | 00206RLJ9 |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 70.568 | 70.215 | 67.93 | 67.28 | 85.207 | 78.032 | 68.364 | 67.684 |
| 7/10/2023 | 70.321 | 70.197 | 67.809 | 67.151 | 85.599 | 78.209 | 68.056 | 67.398 |
| 7/11/2023 | 70.587 | 70.822 | 68.437 | 67.766 | 85.69 | 78.532 | 68.267 | 67.859 |
| 7/12/2023 | 71.449 | 71.556 | 69.121 | 68.369 | 86.224 | 79.313 | 69.104 | 68.518 |
| 7/13/2023 | 71.641 | 71.975 | 69.333 | 68.617 | 86.605 | 79.842 | 69.519 | 68.702 |
| 7/14/2023 | 69.88 | 70.669 | 67.596 | 66.634 | 85.762 | 78.779 | 68.012 | 67.432 |
| 7/17/2023 | 69.349 | 70.682 | 66.117 | 66.705 | 85.272 | 78.653 | 67.756 | 67.264 |
| 7/18/2023 | 69.502 | 70.009 | 66.532 | 65.777 | 84.787 | 78.163 | 68.634 | 68.049 |
| 7/19/2023 | 71.29 | 72.135 | 68.822 | 68.44 | 85.54 | 79.477 | 70.133 | 69.641 |
| 7/20/2023 | 69.983 | 70.005 | 66.917 | 66.498 | 85.146 | 78.327 | 68.492 | 67.964 |
| 7/21/2023 | 70.874 | 71.518 | 68.678 | 68.036 | 85.734 | 79.424 | 69.623 | 69.284 |
| 7/24/2023 | 70.344 | 70.483 | 67.261 | 66.981 | 85.334 | 78.589 | 68.638 | 68.201 |
| 7/25/2023 | 71.118 | 70.909 | 67.914 | 67.847 | 85.448 | 78.887 | 68.946 | 68.397 |
| 7/26/2023 | 70.489 | 70.978 | 67.816 | 66.789 | 85.589 | 78.778 | 68.687 | 68.391 |
| 7/27/2023 | 69.481 | 69.776 | 67.072 | 66.048 | 85.188 | 78.1 | 67.548 | 66.938 |
| 7/28/2023 | 69.806 | 70.18 | 67.185 | 66.354 | 85.351 | 78.392 | 67.822 | 67.267 |

**324**

**Bonds Acquired by Lead Plaintiff**
**Prices During Corrective Disclosure Period**

| Date | 00206RLV2 | 00206RMC3 | 00206RMD1 | 00206RME9 | 00206RMF6 | 00206RMG4 | 00206RML3 | 00206RMM1 |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 67.128 | 68.331 | 67.38 | 67.131 | 76.406 | 69.697 | 90.859 | 76.534 |
| 7/10/2023 | 66.859 | 67.947 | 67.596 | 67.12 | 76.874 | 69.927 | 91.049 | 76.744 |
| 7/11/2023 | 67.266 | 68.277 | 67.978 | 67.508 | 77.156 | 70.324 | 91.101 | 77.169 |
| 7/12/2023 | 68.093 | 68.993 | 68.557 | 68.098 | 77.811 | 70.929 | 91.451 | 77.999 |
| 7/13/2023 | 68.361 | 69.494 | 69.164 | 68.715 | 78.558 | 71.234 | 91.718 | 78.471 |
| 7/14/2023 | 66.576 | 68.217 | 67.778 | 67.267 | 77.429 | 70.014 | 91.17 | 77.164 |
| 7/17/2023 | 66.586 | 67.931 | 67.286 | 66.768 | 77.002 | 69.448 | 90.944 | 76.808 |
| 7/18/2023 | 67.146 | 68.649 | 67.847 | 67.121 | 77.032 | 69.995 | 90.387 | 76.637 |
| 7/19/2023 | 68.988 | 69.839 | 68.828 | 68.507 | 77.573 | 71.154 | 90.777 | 77.864 |
| 7/20/2023 | 67.425 | 68.64 | 68.037 | 67.698 | 76.917 | 70.329 | 90.642 | 77.076 |
| 7/21/2023 | 68.199 | 68.856 | 68.839 | 67.702 | 77.204 | 71.12 | 91.252 | 77.518 |
| 7/24/2023 | 67.329 | 68.678 | 67.988 | 67.008 | 77.009 | 69.969 | 90.55 | 77.023 |
| 7/25/2023 | 67.719 | 68.591 | 68.299 | 67.272 | 76.984 | 70.331 | 90.554 | 77.088 |
| 7/26/2023 | 67.358 | 68.675 | 68.253 | 67.227 | 77.209 | 70.287 | 90.7 | 77.419 |
| 7/27/2023 | 66.401 | 67.629 | 67.214 | 66.382 | 76.573 | 69.213 | 90.543 | 76.693 |
| 7/28/2023 | 66.72 | 67.783 | 67.523 | 66.694 | 76.86 | 69.533 | 90.719 | 76.948 |

**325**

**Bonds Acquired by Lead Plaintiff**
**Prices During Corrective Disclosure Period**

| Date | 00206RMN9 | 00206RMP4 | 00206RMT6 | 04650NAB0 |
|---|---|---|---|---|
| 7/7/2023 | 69.791 | 100.013 | 98.003 | 94.606 |
| 7/10/2023 | 69.728 | 99.928 | 97.956 | 94.647 |
| 7/11/2023 | 70.296 | 99.943 | 98.246 | 95.886 |
| 7/12/2023 | 70.716 | 100.038 | 99.179 | 96.637 |
| 7/13/2023 | 70.961 | 99.96 | 99.742 | 97.617 |
| 7/14/2023 | 69.313 | 99.869 | 98.397 | 96.21 |
| 7/17/2023 | 69.628 | 99.613 | 97.752 | 95.415 |
| 7/18/2023 | 70.299 | 99.014 | 97.991 | 95.219 |
| 7/19/2023 | 71.284 | 99.301 | 99.157 | 97.22 |
| 7/20/2023 | 70.076 | 99.323 | 98.226 | 95.443 |
| 7/21/2023 | 71.594 | 99.9 | 98.856 | 96.663 |
| 7/24/2023 | 70.278 | 99.936 | 98.368 | 95.464 |
| 7/25/2023 | 70.505 | 99.908 | 98.457 | 95.981 |
| 7/26/2023 | 70.518 | 99.94 | 98.744 | 96.203 |
| 7/27/2023 | 69.422 | 99.896 | 97.943 | 95.135 |
| 7/28/2023 | 69.727 | 99.97 | 98.36 | 95.298 |

**326**