**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. No. 3:24-cv-01196-N<br><br>CLASS ACTION |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUPPLEMENT TO APPENDIX IN OPPOSITION TO MOTION TO DISMISS**

Before the Court is Plaintiffs' Motion for Leave to File Supplement to Appendix in Opposition to Motion to Dismiss. Having considered it, and for good cause shown, the Court GRANTS the Motion.

The Clerk is to file the Supplement to the Appendix filed as Attachment 1.

Signed this 10th day of December, 2024.

David C. Godbey
Chief United States District Judge