**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. 3:24-cv-01196-N |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

Before the Court is Defendants' Unopposed Motion to Exceed Page Limit for their Reply in Support of their Motion to Dismiss Plaintiffs' First Amended Class Action Complaint. Having considered it, the Court GRANTS the Motion and ORDERS that Defendants' Reply in Support of their Motion to Dismiss shall not exceed 14.5 pages, exclusive of the cover page, tables of contents and authorities, and signature page.

Signed December 20, 2024.

David C. Godbey
Chief United States District Judge