**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Civil Action No.: 3:24-cv-01196-N |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL
OF JESSICA BATEMAN PULLIAM AS COUNSEL**

Before the Court is Defendants AT&T Inc., Randall Stephenson, John Stephens, John Stankey, Pascal Desroches, and Jeffrey McElfresh's Unopposed Motion for Withdrawal of Jessica Bateman Pulliam as Counsel ("Motion"). Having considered it, the Court hereby **GRANTS** the Motion. It is therefore hereby **ORDERED** that Jessica Bateman Pulliam is no longer counsel in the above referenced matter.

Signed February 14, 2025

_____
David C. Godbey
Chief United States District Judge