**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. 3:24-cv-01196-N |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 56.7, Defendants AT&T Inc., Randall L. Stephenson, John T. Stankey, John J. Stephens, Pascal Desroches, and Jeffrey S. McElfresh seek leave to file supplemental authority in support of their Motion to Dismiss (ECF No. 70).

This is a putative class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act (ECF No. 64). Defendants filed their Motion to Dismiss on September 6, 2024, seeking dismissal on grounds including Plaintiffs' failure to allege Defendants' scienter or the falsity of the alleged misrepresentations. Plaintiffs filed their Opposition on November 5, 2024 (ECF No. 73), and Defendants filed their Reply on December 11, 2024 (ECF No. 79).

The proposed supplemental authority is from *In re Lumen Techs., Inc. Sec. Litig. II*, No. 3:23-cv-1290 (W.D. La.), another putative class action in this Circuit alleging a telecommunications company's violations of Sections 10(b) and 20(a) following the *Wall Street Journal*'s 2023 reporting on lead-clad cables. On March 14, 2025, the magistrate judge issued a report and recommendation that the *Lumen* defendants' motion to dismiss be granted in its entirety, with prejudice, because the plaintiffs failed to allege scienter or falsity. Defendants submit that the report and recommendation (attached as Exhibit A) bears on the matters in dispute in this case, and request leave to bring it to the Court's attention in support of their Motion to Dismiss.

Plaintiffs have advised that they believe the report and recommendation attached as Exhibit

1

A is non-final and inapplicable to the facts of this case but otherwise take no position on relief requested herein.

Dated:  March 18, 2025                    Respectfully submitted,


                                          **BAKER BOTTS L.L.P.**


                                          */s/ John B. Lawrence*
                                          John B. Lawrence
                                          2001 Ross Avenue, Suite 900
                                          Dallas, Texas 75201
                                          Telephone:  (214) 953-6500
                                          john.lawrence@bakerbotts.com

                                          James J. Beha II
                                          30 Rockefeller Plaza
                                          New York, New York 10112
                                          Telephone:  (212) 408-2500
                                          jim.beha@bakerbotts.com

                                          Kirstie Wallace
                                          910 Louisiana Street
                                          Houston, Texas 77002
                                          Telephone:  (713) 229-1234
                                          kirstie.wallace@bakerbotts.com

                                          *Counsel for Defendants*


## CERTIFICATE OF CONFERENCE

On March 18, 2025, counsel for Defendants conferred with counsel for Plaintiffs on the relief sought in this motion.  Plaintiffs have advised that they believe the report and recommendation attached as Exhibit A is non-final and inapplicable to the facts of this case but otherwise take no position on relief requested herein.

                                          */s/ John B. Lawrence*
                                          John B. Lawrence

                                          2