**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. 3:24-cv-01196-N |

**DEFENDANTS' SECOND MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 56.7, Defendants AT&T Inc., Randall L. Stephenson, John T. Stankey, John J. Stephens, Pascal Desroches, and Jeffrey S. McElfresh seek leave to file supplemental authority in support of their Motion to Dismiss (ECF No. 70).

This is a putative class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act (ECF No. 64).  Defendants filed their Motion to Dismiss on September 6, 2024, seeking dismissal on grounds including Plaintiffs' failure to allege Defendants' scienter or the falsity of the alleged misrepresentations.  Plaintiffs filed their Opposition on November 5, 2024 (ECF No. 73), and Defendants filed their Reply on December 11, 2024 (ECF No. 79).

On March 18, 2025, Defendants filed a Motion for Leave to File Supplemental Authority in Support of Motion to Dismiss, requesting leave to bring to the Court's attention the magistrate judge's report and recommendation that the defendants' motion to dismiss be granted with prejudice in *In re Lumen Techs., Inc. Sec. Litig. II*, No. 3:23-cv-1290 (W.D. La.).  (ECF No. 83).

Defendants now seek leave to bring two additional pieces of supplemental authority to the Court's attention.

The first is the *Lumen* district court's March 31, 2025 Judgment finding that the magistrate judge's report and recommendation is correct, and granting the defendants' motion to dismiss with prejudice.

1

The second is from *Stichting Pensioenfonds Metaal en Techniek, et al. v. Verizon Communications, Inc., et al.*, No. 1:23-cv-05218 (D.N.J.), another putative class action alleging a telecommunications company's violations of Sections 10(b) and 20(a) following the *Wall Street Journal*'s 2023 reporting on lead-clad cables. On March 31, 2025, the *Verizon* district court granted the defendants' motion to dismiss in its entirety, without prejudice, because the plaintiffs failed to allege scienter or falsity.

Defendants submit that the *Lumen* court's Judgment (attached as Exhibit A) and the *Verizon* court's Opinion and Order (attached as Exhibits B and C, respectively) bear on the matters in dispute in this case, and request leave to bring them to the Court's attention in support of their Motion to Dismiss. Plaintiffs have advised that they believe the decisions attached as Exhibit A-C are inapplicable to the facts of this case, and are subject to potential appeal, but otherwise take no position on relief requested herein.

Dated:  April 1, 2025                            Respectfully submitted,


                                                 **BAKER BOTTS L.L.P.**


                                                 */s/ John B. Lawrence*
                                                 John B. Lawrence
                                                 2001 Ross Avenue, Suite 900
                                                 Dallas, Texas 75201
                                                 Telephone:  (214) 953-6500
                                                 john.lawrence@bakerbotts.com

                                                 James J. Beha II
                                                 30 Rockefeller Plaza
                                                 New York, New York 10112
                                                 Telephone:  (212) 408-2500
                                                 jim.beha@bakerbotts.com

                                                 Kirstie Wallace
                                                 910 Louisiana Street
                                                 Houston, Texas 77002

Telephone:  (713) 229-1234
kirstie.wallace@bakerbotts.com

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

On April 1, 2025, counsel for Defendants conferred with counsel for Plaintiffs on the relief sought in this motion.  Plaintiffs have advised that they believe the decisions attached as Exhibit A-C are inapplicable to the facts of this case, and are subject to potential appeal, but otherwise take no position on relief requested herein.

*/s/ John B. Lawrence*
John B. Lawrence