# Exhibit A

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| In re: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II | CIV. ACTION NO. 3:23-1290 |

**JUDGE TERRY A. DOUGHTY**

**MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 63] having been considered, together with the Objections filed by Plaintiffs, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Doc. No. 36] is **GRANTED**, and that Plaintiffs' claims against all Defendants are hereby **DISMISSED, WITH PREJUDICE**, in their entirety. FED. R. CIV. P. 12(b)(6).

MONROE, Louisiana, this 31ˢᵗ day of March 2025.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**