# Exhibit C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **STICHTING PENSIOENFONDS METAAL EN TECHNIEK,** *et al.,* | **Case No. 23–cv–05218–ESK–AMD** |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **VERIZON COMMUNICATIONS, INC.,** *et al.,* | |
| **Defendants.** | |

**THIS MATTER** having come before the Court on defendants' motion to dismiss (Motion) (ECF No. 58) the corrected amended class action complaint (Complaint) (ECF No. 57); and plaintiffs having filed an opposition to the Motion (ECF No. 61), to which defendants filed a reply in further support of the Motion (ECF No. 70); and for the reasons stated in the accompanying opinion,

**IT IS** on this **31st** day of **March 2025** **ORDERED** that:

1.     The Motion is **GRANTED.** Plaintiff's claims are **dismissed without prejudice**.

2.     Plaintiffs are granted leave to file by **April 21, 2025** an amended complaint that cures the deficiencies noted in the accompanying opinion.   To the extent plaintiff seeks to amend the complaint beyond the scope of the Court's opinion, plaintiff must file a motion for leave to amend. *See* Fed. R. Civ. Pro. 15; L. Civ. R. 15.1.   If plaintiffs do not file an amended pleading in the allotted time the Complaint will be dismissed with prejudice.

3.     The Clerk of the Court is directed to terminate the Motion at ECF No. 58.

_/s/ Edward S. Kiel_
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**