IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. No. 3:24-cv-01196-N<br><br>CLASS ACTION |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT THAT EXCEEDS THE PAGE LIMIT

Before the Court is Plaintiffs' Unopposed Motion to File Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint and Brief in Support that Exceeds the Page Limit. Having considered it, the Court GRANTS the Motion and ORDERS that Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint and Brief in Support shall not exceed 32 pages, exclusive of the cover page, preliminary tables, and signature page.

Signed April 22, 2025.

David C. Godbey
Chief United States District Judge