**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. 3:24-cv-01196-N |

**[PROPOSED] ORDER GRANTING**
**EMERGENCY MOTION TO STRIKE THIRD AMENDED COMPLAINT**

Before the Court is Defendants' Emergency Motion to Strike Third Amended Complaint and Brief in Support.  Having considered the Motion and supporting papers, as well as the pleadings and submissions on file in this matter, the Court determines that the Motion is meritorious and GRANTS the Motion.

It is therefore ORDERED that Plaintiffs' Third Amended Class Action Complaint (the "TAC") (ECF No. 96) is stricken and will not be considered by the Court.

It is FURTHER ORDERED that (a) the TAC is a nullity, and the Second Amended Class Action Complaint (the "SAC") (ECF No. 91) remains the operative complaint; (b) Defendants have no obligation to respond to the TAC; (c) Plaintiffs' deadline to respond to Defendants' motion to dismiss the SAC (ECF No. 95) remains November 14, 2025; and (d) any motions for leave to file a third amended complaint should be filed in connection with Plaintiffs' motion to dismiss opposition brief.

Signed October __, 2025**.**

_____
David C. Godbey
Senior United States District Judge