**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. 3:24-cv-01196-N<br><br>CLASS ACTION |

**DECLARATION OF JUSTIN D. D'ALOIA**

I, Justin D'Aloia, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Pomerantz LLP, counsel for court-appointed lead plaintiffs Teachers' Retirement System of the City of New York, the New York City Employees Retirement System, the New York City Police Pension Fund, the New York City Fire Department Pension Fund, and the Board of Education Retirement System of the City of New York (collectively, "Plaintiffs"), and I am admitted to practice before this Court.  I have personal knowledge of the matters set forth herein and, if called upon, would testify thereto.

2.      After the dismissal of the Plaintiffs' First Amended Complaint on June 16, 2025, Plaintiffs began additional investigation into the issues of the case to address deficiencies identified by the Court.

3.      With leave of the Court, Plaintiffs filed their Second Amended Complaint (the "SAC") on July 16, 2025.

4.      On August 28, 2025, Plaintiffs learned new information bearing on the deficiencies identified by the Court.  On September 9, 2025, the information was corroborated by an additional source. Together, Plaintiffs believed that this provided a good faith basis to amend the  SAC.

5.      On September 10, 2025, I contacted Defendants' counsel to discuss Plaintiffs plan to amend as a matter of course.  The next day, September 11, 2025, I held a call with Defendants' counsel during which I suggested entering a stipulated schedule for a further amended complaint

1

to (1) obviate the need to file Defendants' forthcoming Motion to Dismiss and (2) avoid burdening the Court with unnecessary motion practice.

6. Before filing the TAC, Plaintiffs conducted extensive research to confirm that the filing of a complaint 21 days after service of Defendants' Motion to dismiss was permissible and procedurally proper under Rule 15(a)(1)(B).

7. Attached as **Exhibit A** is a true and correct copy of an email exchange reflecting correspondence with respect to Plaintiffs' Third Amended Class Action Complaint.

8. Attached as **Exhibit B** is a true and correct copy of an email exchange reflecting the parties' correspondence with respect to their conferral on Defendants' Emergency Motion to Strike Third Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, in New York, New York.

*/s/ Justin D. D'Aloia*

Justin D. D'Aloia

2