**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE AT&T INC. SECURITIES LITIGATION | Case No. No. 3:24-cv-01196-N<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION TO SET BRIEFING SCHEDULE ON "EMERGENCY"**
**MOTION TO STRIKE THE THIRD AMENDED CLASS ACTION COMPLAINT**

Before the Court is Plaintiffs' Motion to Set Briefing Schedule on Emergency Motion to Strike the Third Amended Complaint. Having considered it, and for good cause shown, the Court GRANTS the Motion.

It is therefore ORDERED that all deadlines for parties to respond to Defendants' Motion to Dismiss Second Class Action Complaint (Dkt. No. 95) or to respond to Plaintiffs' Third Amended Class Action Complaint (Dkt. No. 96) are hereby stayed until the resolution of Defendants' Emergency Motion to Strike Third Amended Complaint (Dkt. No. 97) (the "Motion to Strike").

It is FURTHER ORDERED that the Motion to Strike shall be calendared according to L.R.7.1(e)-(f), such that: (a) Plaintiffs shall respond to Defendant's Motion to Strike no later than October 30, 2025, and (b) Defendants shall file a reply brief in further support of the Motion to Strike no later than November 13, 2025.

Signed this _____ day of _____, 2025.

_____
David C. Godbey
United States District Judge