**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE AT&T INC. SECURITIES
LITIGATION

Case No. 3:24-cv-01196-N

## DECLARATION OF AMY PHARR HEFLEY

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Baker Botts L.L.P., which is counsel of record for Defendants AT&T Inc. ("AT&T"), John Stankey, Randall L. Stephenson, Pascal Desroches, Jeffrey McElfresh, and John Stephens in this matter.

2.      I am legally competent to make this declaration.  I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      Attached as **Exhibit A** to Defendants' Response to Motion to Set Briefing Schedule on their Emergency Motion to Strike the Third Amended Complaint is a true and correct copy of an email exchange between me and Justin D'Aloia, counsel for Plaintiffs in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2025.

_____
Amy Pharr Hefley