# Exhibit A

| | |
|---|---|
| **From:** | Hefley, Amy |
| **Sent:** | Sunday, September 14, 2025 11:33 AM |
| **To:** | Justin D'Aloia |
| **Subject:** | RE: AT&T |

We disagree that plaintiffs can amend as of right. Despite your decision to wait until the Friday before our Monday deadline—which has been in place for months—to reach out, we've engaged several times regarding the merits of your request. But still you don't have a proposed third amended complaint to share (and won't commit to its contents). Given these circumstances, we will comply with our Monday deadline and address whatever steps plaintiffs then take in due course.

Best,
Amy

**Amy Hefley**
amy.hefley@bakerbotts.com
T +1.713.229.1270
M +1.832.494.8929

**From:** Justin D'Aloia <jdaloia@pomlaw.com>
**Sent:** Saturday, September 13, 2025 3:33 PM
**To:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Subject:** Re: AT&T

**[EXTERNAL EMAIL]**

We disagree that an amendment as of right is a belated attempt to amend. I brought this information to you in good faith as promptly as possible - indeed, before the proposed amendment has even been finalized - and offered in my previous message to give you a high-level summary. I understand from your response that Defendants are unwilling to be cooperative on the issue.

Best,
Justin

**From:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Sent:** Saturday, September 13, 2025 12:11 PM
**To:** Justin D'Aloia <jdaloia@pomlaw.com>
**Subject:** RE: AT&T

Justin, given that the first we heard of this was the day before our motion to dismiss deadline and you still aren't able to tell us what new alleged facts you think might enable you to amend, we will file our motion and address your belated attempt to amend again as appropriate.

Best,
-Amy

**Amy Hefley**
amy.hefley@bakerbotts.com
T +1.713.229.1270
M +1.832.494.8929

---

**From:** Justin D'Aloia <jdaloia@pomlaw.com>
**Sent:** Friday, September 12, 2025 6:27 PM
**To:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Subject:** Re: AT&T

**[EXTERNAL EMAIL]**

Thanks for getting back to me. We're not in a position to share a proposed TAC as it's not due today and will likely change before it is but I'm happy to give you a high-level summary by phone of the amendments we plan to make as of today if it would be helpful in evaluating our proposal. If you don't anticipate that doing so will change your plan to proceed with the MTD on Monday then we can table this discussion for now. Either way, thanks for taking the time to speak earlier and considering our request.

Best,
Justin

---

**From:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Sent:** Friday, September 12, 2025 3:55 PM
**To:** Justin D'Aloia <jdaloia@pomlaw.com>
**Subject:** RE: AT&T

Justin,

Following up on your call, because you're not able to share the "additional facts" that plaintiffs would like to add to an amended complaint, we're not in a position to evaluate your proposal. If you'll send us the proposed third amended complaint, we will evaluate it and get back to you with our position. But given our imminent deadline, we plan to proceed with filing our motion to dismiss on Monday.

-Amy

**Amy Hefley**
amy.hefley@bakerbotts.com
T +1.713.229.1270
M +1.832.494.8929

---

**From:** Justin D'Aloia <jdaloia@pomlaw.com>
**Sent:** Thursday, September 11, 2025 8:21 PM
**To:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Subject:** RE: AT&T

**[EXTERNAL EMAIL]**

2

Yes, that works - I'll call you then. Thanks.

---

**From:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Sent:** Thursday, September 11, 2025 8:11 PM
**To:** Justin D'Aloia <jdaloia@pomlaw.com>
**Subject:** RE: AT&T

Hi Justin, yes, I'm available tomorrow at 11:30 CT if that works?

-Amy

**Amy Hefley**
amy.hefley@bakerbotts.com
T +1.713.229.1270
M +1.832.494.8929

---

**From:** Justin D'Aloia <jdaloia@pomlaw.com>
**Sent:** Thursday, September 11, 2025 5:26 PM
**To:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Subject:** RE: AT&T

[EXTERNAL EMAIL]

Hi Amy,

Hope you have had a nice summer since we last spoke.  Do you have time for a quick call tomorrow?

Justin

Justin D. D'Aloia
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, New York  10016
jdaloia@pomlaw.com
Tel: 646-581-9948
Fax:  646-607-2426

---

**From:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Sent:** Monday, July 21, 2025 11:56 AM
**To:** Justin D'Aloia <jdaloia@pomlaw.com>
**Subject:** RE: AT&T

Thanks very much, Justin. We will correct those nits and get it in on file.

-Amy

**Amy Hefley**
amy.hefley@bakerbotts.com
T +1.713.229.1270

M +1.832.494.8929

---

**From:** Justin D'Aloia <jdaloia@pomlaw.com>
**Sent:** Monday, July 21, 2025 10:52 AM
**To:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Subject:** RE: AT&T

**[EXTERNAL EMAIL]**

Amy,

We're good with the proposed schedule.  Attached are a few light nits from our side.  You have our authorization to sign provided there are no further edits. The order looks good to us.

Thanks,
Justin

---

**From:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Sent:** Friday, July 18, 2025 3:57 PM
**To:** Justin D'Aloia <jdaloia@pomlaw.com>
**Subject:** Re: AT&T

Thank you. I really appreciate it.
-Amy

> On Jul 18, 2025, at 2:10 PM, Justin D'Aloia <jdaloia@pomlaw.com> wrote:

**[EXTERNAL EMAIL]**

Thank you, Amy.  I'm double-checking and will get back to you as soon as possible.

---

**From:** Hefley, Amy <amy.hefley@bakerbotts.com>
**Sent:** Thursday, July 17, 2025 4:19 PM
**To:** Justin D'Aloia <jdaloia@pomlaw.com>
**Subject:** AT&T

Justin,

Thank you for taking my call this morning. Attached are a draft motion for a briefing schedule and a proposed order mirroring the briefing schedule that I understand was agreed to for the prior motion to dismiss. Please let me know if I have permission to sign and file for plaintiffs.

I really appreciate your professional courtesy and will pass along your condolences to John.

Thank you again,
-Amy

4

**Amy Hefley**
*Partner*

Baker Botts L.L.P.
amy.hefley@bakerbotts.com
T +1.713.229.1270
M +1.832.494.8929
910 Louisiana St.
Houston, TX 77002



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.