IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE AT&T INC. SECURITIES   §   Civil Action No. 3:24-CV-1196-N
LITIGATION                   §

## **ORDER**

      This Order addresses Plaintiffs John Brazinksy, Teachers Retirement System of the City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, and Board of Education Retirement System of the City of New York's (collectively, "Plaintiffs") motion to set briefing schedule on emergency motion to strike the third amended class action complaint [98]. The Court partially grants and partially denies the motion.

      On June 15, 2025, the Court granted Defendants' AT&T Inc., Randall Stephenson, John Stankey, Pascal Desroches, John Stephens, Jeffrey McElfresh, Melissa Arnoldi, Keith Korte, and John Malone's (collectively, "Defendants") first motion to dismiss and gave Plaintiffs 30 days to file a Second Amended Complaint ("SAC") [90]. Plaintiffs filed the SAC in July [91]. The Court then approved the following briefing schedule [94], stipulated by the parties:

1. The deadline for Defendants' motion to dismiss Plaintiff's SAC was September 15, 2025.

2. The deadline for Lead Plaintiff's opposition to Defendants' motion to dismiss is November 14, 2025.

MEMORANDUM OPINION AND ORDER – PAGE 1

3. The deadline for Defendants' reply in support of their motion to dismiss is December 19, 2025.

Defendants filed the motion to dismiss the SAC on September 15, 2025 [95]. Plaintiffs subsequently filed a third amended complaint ("TAC") on October 6, 2025 [96] detailing new allegations and defendants. On October 9, 2025, Defendants filed an emergency motion to strike the TAC as procedurally improper [97]. Plaintiffs then filed this motion to set a briefing schedule on the emergency motion to strike the TAC [98]. Plaintiffs ask the Court to stay the deadlines to respond to both the motion to dismiss the SAC and the TAC pending the resolution of the motion to strike.

Having considered the briefings and relevant documents, the Court grants in part and denies the motion in part Plaintiffs' motion to set the briefing schedule. The Court stays Defendants' response to the TAC pending the resolution of the motion to strike. The Court orders Plaintiffs to file their opposition to the motion to strike by October 30, 2025, and file a response to the motion to dismiss by November 14, 2025, as previously scheduled. The remainder of the briefing schedule for the motion to dismiss remains in place.

Signed October 15, 2025.

_____
David C. Godbey
Senior United States District Judge